1  VENABLE LLP
   Tyler G. Welti (SBN 257993)
2  101 California Street, Suite 3800
   San Francisco, CA 94111
3  Telephone:  (415) 653-3750
   Facsimile:   (415) 653-3755
4
   Colin B. Vandell (SBN 240653)
5  2049 Century Park East, Suite 2300
   Los Angeles, California 90067
6  Telephone: (310) 229-9900
   Facsimile: (310) 229-9901
7
   Attorneys for Plaintiff, SPACE EXPLORATION
8  TECHNOLOGIES CORP.

9              **UNITED STATES DISTRICT COURT**

10              **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case No. |
| Plaintiff, | |
| v. | **SPACE EXPLORATION TECHNOLOGIES CORP.'S CORPORATE DISCLOSURE STATEMENT** |
| CALIFORNIA COASTAL COMMISSION, a California state agency; KATE HUCKELBRIDGE, in her capacity as the Executive Director of the Commission; EFFIE TURNBULL-SANDERS, in her capacity as a Commissioner of the Commission; DAYNA BOCHCO, in her capacity as a Commissioner of the Commission; CARYL HART, in her capacity as a Commissioner of the Commission; SUSAN LOWENBERG, in her capacity as a Commissioner of the Commission; ANN NOTTHOFF, in her capacity as a Commissioner of the Commission; LINDA ESCALANTE, in her capacity as a Commissioner of the Commission; MIKE WILSON, in his capacity as a Commissioner of the Commission; CATHERINE RICE, in her capacity as a Commissioner of the Commission; PALOMA AGUIRRE, in her capacity as a Commissioner of the Commission; MEAGAN HARMON, in her capacity as a Commissioner of the | |

SPACEX'S CORPORATE DISCLOSURE STATEMENT

Commission; ROBERTO URANGA, in his capacity as a Commissioner of the Commission; JUSTIN CUMMINGS, in his capacity as a Commissioner of the Commission; and GRETCHEN NEWSOM, in her capacity as Alternate Commissioner of the Commission,

        Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Space Exploration Technologies Corp. ("SpaceX") certifies that SpaceX has no corporate parent and no publicly held corporation owns ten percent or more of SpaceX's outstanding common stock.

Dated:  October 15, 2024

VENABLE LLP

By: */s/ Tyler Welti*
Tyler G. Welti
Colin B. Vandell
Attorneys for Plaintiff, SPACE EXPLORATION TECHNOLOGIES CORP.