VENABLE LLP
Tyler G. Welti (SBN 257993)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:  (415) 653-3750
Facsimile:  (415) 653-3755

Colin B. Vandell (SBN 240653)
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Plaintiff, SPACE EXPLORATION TECHNOLOGIES CORP.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA COASTAL COMMISSION, a California state agency; KATE HUCKELBRIDGE, in her capacity as the Executive Director of the Commission; EFFIE TURNBULL-SANDERS, in her capacity as a Commissioner of the Commission; DAYNA BOCHCO, in her capacity as a Commissioner of the Commission; CARYL HART, in her capacity as a Commissioner of the Commission; SUSAN LOWENBERG, in her capacity as a Commissioner of the Commission; ANN NOTTHOFF, in her capacity as a Commissioner of the Commission; LINDA ESCALANTE, in her capacity as a Commissioner of the Commission; MIKE WILSON, in his capacity as a Commissioner of the Commission; CATHERINE RICE, in her capacity as a Commissioner of the Commission; PALOMA AGUIRRE, in her capacity as a Commissioner of the Commission; MEAGAN HARMON, in her capacity as a Commissioner of the | Case No. <br><br> **SPACE EXPLORATION TECHNOLOGIES CORP.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1)** |

PLAINTIFF'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

Commission; ROBERTO URANGA, in his capacity as a Commissioner of the Commission; JUSTIN CUMMINGS, in his capacity as a Commissioner of the Commission; and GRETCHEN NEWSOM, in her capacity as Alternate Commissioner of the Commission,

    Defendants.

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Rule 7.1-1 of this Court's Local Rules, the undersigned counsel of record for Plaintiff Space Exploration Technologies Corp. ("Plaintiff") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Relationship |
| --- | --- |
| Space Exploration Technologies Corp. | Plaintiff |
| California Coastal Commission | Defendant |
| Kate Huckelbridge | Defendant |
| Effie Turnbull-Sanders | Defendant |
| Dayna Bocho | Defendant |
| Caryl Hart | Defendant |
| Susan Lowenberg | Defendant |
| Ann Notthoff | Defendant |
| Linda Escalante | Defendant |
| Mike Wilson | Defendant |
| Catherine Rice | Defendant |
| Paloma Aguirre | Defendant |
| Meagan Harmon | Defendant |
| Roberto Uranga | Defendant |

| | | |
|---|---|---|
| 1 | Justin Cummings | Defendant |
| 2 | Gretchen Newsom | Defendant |

The undersigned certifies that as of this date, Plaintiff is not aware of any interested entities in this matter other than the parties and entities named herein.

Dated: October 15, 2024         VENABLE LLP

                                By:   /s/ Tyler Welti
                                      Tyler G. Welti
                                      Colin B. Vandell
                                      Attorneys for Plaintiff, SPACE
                                      EXPLORATION TECHNOLOGIES
                                      CORP.