AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No. |
| CALIFORNIA COASTAL COMMISSION, a California state agency; SEE ATTACHMENT 1 | ) ) ) ) | 2:24-cv-08893 - SB (SKx) |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CALIFORNIA COASTAL COMMISSION
455 Market Street, Suite 300
San Francisco, CA 94105

SEE ATTACHMENT 1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler Welti
Venable LLP
101 California Street, Suite 3800
San Francisco, CA 94111
tgwelti@venable.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  10/17/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

United States District Court – Central District of California

*Space Exploration Technologies Corp. v. California Coastal Commission, et al.*

Case No. _____

**ATTACHMENT 1 TO SUMMONS**

*(continued from original Summons – additional defendants listed in caption)*

KATE HUCKELBRIDGE, in her capacity as the Executive Director of the Commission; EFFIE TURNBULL-SANDERS, in her capacity as a Commissioner of the Commission; DAYNA BOCHCO, in her capacity as a Commissioner of the Commission; CARYL HART, in her capacity as a Commissioner of the Commission; SUSAN LOWENBERG, in her capacity as a Commissioner of the Commission; ANN NOTTHOFF, in her capacity as a Commissioner of the Commission; LINDA ESCALANTE, in her capacity as a Commissioner of the Commission; MIKE WILSON, in his capacity as a Commissioner of the Commission; CATHERINE RICE, in her capacity as a Commissioner of the Commission; PALOMA AGUIRRE, in her capacity as a Commissioner of the Commission; MEAGAN HARMON, in her capacity as a Commissioner of the Commission; ROBERTO URANGA, in his capacity as a Commissioner of the Commission; JUSTIN CUMMINGS, in his capacity as a Commissioner of the Commission; and GRETCHEN NEWSOM, in her capacity as Alternate Commissioner of the Commission

*(continued from original Summons – additional defendants listed in "To:" section)*

KATE HUCKELBRIDGE, in her capacity as the Executive Director of the Commission

EFFIE TURNBULL-SANDERS, in her capacity as a Commissioner of the Commission

DAYNA BOCHCO, in her capacity as a Commissioner of the Commission

CARYL HART, in her capacity as a Commissioner of the Commission

SUSAN LOWENBERG, in her capacity as a Commissioner of the Commission

ANN NOTTHOFF, in her capacity as a Commissioner of the Commission

LINDA ESCALANTE, in her capacity as a Commissioner of the Commission

MIKE WILSON, in his capacity as a Commissioner of the Commission

CATHERINE RICE, in her capacity as a Commissioner of the Commission

PALOMA AGUIRRE, in her capacity as a Commissioner of the Commission

MEAGAN HARMON, in her capacity as a Commissioner of the Commission

ROBERTO URANGA, in his capacity as a Commissioner of the Commission

JUSTIN CUMMINGS, in his capacity as a Commissioner of the Commission

GRETCHEN NEWSOM, in her capacity as Alternate Commissioner of the Commission