VENABLE LLP
Tyler G. Welti (SBN 257993)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
tgwelti@venable.com

Colin B. Vandell (SBN 240653)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
cvandell@venable.com

Mitchell Y. Mirviss (*pro hac vice*)
750 East Pratt Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 244-7412
Facsimile: (410) 244-7742
mymirviss@venable.com

Attorneys for Plaintiff Space Exploration Technologies Corp.

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>Plaintiff,<br><br>v.<br><br>California Coastal Commission, et al.<br><br>Defendants. | Case No. 2:24-cv-08893-SB-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: 10/15/24<br>Complaint Served: 11/6/24<br>Current Response Date: 11/27/24<br>New Response Date: 12/27/24 |

Pursuant to Local Rule 8-3, Plaintiff Space Exploration Technologies Corp. ("Plaintiff") and Defendants California Coastal Commission, Roberto Uranga, Dayna Bocho, Gretchen Newsom, Meagan Harmon, Paloma Aguirre, Catherine Rice, Mike Wilson, Linda Escalante, Ann Notthoff, Susan Lowenberg, Caryl Hart, Kate Huckelbridge, and Effie Turnbull-Sanders (collectively, "Defendants"), by and through their respective counsel, stipulate to an extension of the time for Defendants to file their response(s) to Plaintiff's Complaint, from November 27, 2024 (for each of the aforementioned defendants other than Turnbull-Sanders) and December 4, 2024 (for Turnbull-Sanders) to December 27, 2024.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed this action in this Court on October 15, 2024.

2. Defendants California Coastal Commission, Roberto Uranga, Dayna Bocho, Gretchen Newsom, Meagan Harmon, Paloma Aguirre, Catherine Rice, Mike Wilson, Linda Escalante, Ann Notthoff, Susan Lowenberg, Caryl Hart, and Kate Huckelbridge were personally served with the Complaint and Summons on November 6, 2024, through their designated agent Louise Warren (General Counsel of the California Coastal Commission), making their responsive pleading deadline November 27, 2024.

3. Defendant Effie Turnbull-Sanders signed and returned her Notice and Acknowledgment of Receipt of Summons and Complaint on November 13, 2024, through her designated agent Louise Warren, making her responsive pleading deadline December 4, 2024.

4. In light of this Stipulation, the Parties agree to extend Defendants' deadlines to respond to the Complaint by not more than 30 days, until December 27, 2024.

5. There have been no previous time modifications in this case.

6. Pursuant to L.R. 8-3, a Court order is not required to effectuate this Stipulation, which extends Defendants' response deadline by not more than 30

1 | days.

Respectfully submitted,

Dated: November 22, 2024                VENABLE LLP

                                        By:   */s/ Tyler Welti*
                                              Tyler G. Welti
                                              Colin B. Vandell
                                              Mitchell Y. Mirviss (admitted *pro hac vice*)

                                              Attorneys for Plaintiff Space Exploration Technologies Corp.

Dated: November 22, 2024

                                        By:   */s/ David Alderson*
                                              David Alderson
                                              Jessica Bonitz
                                              State of California Department of Justice
                                              Office of the Attorney General
                                              1515 Clay Street, Suite 2000
                                              Oakland, CA 94612
                                              Telephone: (510) 879-0003
                                              Facsimile: (510) 622-2270
                                              david.alderson@doj.ca.gov
                                              jessica.bonitz@doj.ca.gov

                                              Attorneys for Defendants

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that David Alderson, counsel for Defendants, concurs in the content of this filing and has authorized this filing.

Dated: November 22, 2024                    VENABLE LLP

                                            By:    */s/ Tyler Welti*
                                                   Tyler G. Welti
                                                   Colin B. Vandell
                                                   Mitchell Y. Mirviss (admitted *pro hac vice*)

                                                   Attorneys for Plaintiff Space Exploration Technologies Corp.

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served via electronic mail and first-class U.S. mail, postage pre-paid, to the following:

David Alderson
Jessica Bonitz
State of California Department of Justice
Office of the Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
Telephone: (510) 879-0003
Facsimile: (510) 622-2270
david.alderson@doj.ca.gov
jessica.bonitz@doj.ca.gov

*Attorneys for Defendants*

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2024, in San Francisco, California.

_____
Julia Buteo