# Exhibit A



**DEPARTMENT OF THE NAVY**
COMMANDER NAVY REGION SOUTHWEST
750 PACIFIC HIGHWAY
SAN DIEGO CA 92132-0058

IN REPLY REFER TO:

5090
Ser N40
October 25, 2022

John Ainsworth
Executive Director
California Coastal Commission
455 Market Street, Suite 300
San Francisco, California 94105-2219

Dear Mr. Ainsworth,

**SUBJECT: DEPARTMENT OF DEFENSE POSITION ON REQUESTS FOR COASTAL DEVELOPMENT PERMITS ON FEDERAL PROPERTY IN CALIFORNIA**

On behalf of the military Services in California, and consistent with previous communications on this uniquely federal issue, this letter serves as notice that the Department of Defense (DoD) will undertake its federal actions in a manner consistent to the maximum extent practicable with the enforceable policies of California's approved coastal zone management programs through the federal consistency process under the Coastal Zone Management Act (CZMA).

Recently, the DoD has been in receipt of multiple communications from the California Coastal Commission (CCC) requesting that the Coastal Development Permit (CDP) process be utilized where a private entity is involved in the military's federal activity.

Federal activities include "any functions performed by or on behalf of a Federal agency in the exercise of its statutory responsibilities." 15 CFR 930.31(a). Furthermore, under the CZMA (16 USCS § 1453(1)), "lands the use of which is by law subject solely to the discretion of or which is held in trust by the Federal Government, its officers or agents" are excluded from the coastal zone.

The question of whether "solely to the discretion of or which is held in trust by the Federal Government" includes the actions of private entities at the direction of the Federal government, was the subject of litigation in *Manchester Pac. Gateway LLC v. Cal. Coastal Comm'n (2008)*. In this case, the Navy had leased the Navy Broadway Complex (NBC) to a private developer in return for a new Navy headquarters building on the property. The court rejected the CCC's argument that the involvement of a private entity negated the Federal government's sole discretion under the statute. Specifically, the California 9th Circuit Court held that:

> "(1) the focus of the statute is on the federal use of federal lands, and not the use of private parties to accomplish federal objectives and (2) the Federal Government, through Congressional and agency action, acted in its sole discretion by legislative mandate and agency action to define the use of the NBC and to permit the Secretary of the Navy to jointly develop the NBC in conjunction with a private developer."

5090
Ser N40
October 25th, 2022

CDPs are only required for development in the coastal zone as per California Public Resources Code 30600. Any federal activity, lease or project undertaken on a military installation, is by definition not in the coastal zone. All activities taking place on federally owned DoD land, including those that utilize private entities, are done so in a manner exercising our statutory responsibilities. Federal activities include a range of activities where a Federal agency makes a proposal for action initiating an activity or series of activities when coastal effects are reasonably foreseeable. 15 CR 930.31(a). Assuming arguendo that a particular activity did not satisfy the definition of Federal activity in 15 CFR 930.31(a), as long as the DoD is not issuing a federal license or permit to an applicant under subpart D and E or granting federal assistance under subpart F, the federal activity residual category would apply. 15 CFR 930.31(c). The Federal consistency process would still be the appropriate avenue.

We thank you for your partnership with the military in California and look forward to continuing to work with you and your staff on DoD activities through the Federal Consistency process. Our point of contact on this issue is Kathryn Ostapuk, who can be reached at kathryn.g.ostapuk.civ@us.navy.mil or 619-933-2561.

Sincerely,

J. C. GOLUMBFSKIE-JONES
Deputy Regional Environmental Coordinator
By Direction
of the Commander

Copy to: Cassidy Teufel, Federal Consistency Manager, CCC
Kate Hucklebridge, Senior Deputy Director, CCC
Kerry Kehoe, Federal Consistency Specialist, Office for Coastal Management