# Exhibit B



**DEPARTMENT OF THE AIR FORCE**
UNITED STATES SPACE FORCE
SPACE LAUNCH DELTA 30

2 NOV 22

Colonel Robert A. Long, USSF
Commander
Space Launch Delta 30
747 Nebraska Ave, Ste A302
Vandenberg SFB CA 93437-6261

Mr. Cassidy Teufel
Manager, Federal Consistency Division
California Coastal Commission
455 Market Street, Suite 300
San Francisco, California 94105-2219

Dear Mr. Teufel

    Space Launch Delta (SLD) 30, 30 CES/CEI, received your response to the request for withdrawal of Consistency Determination No. CD-0010-21, dated August 31, 2022. In it, you stated that the Blue Origin (BO) project is considered to solely constitute private commercial development and requested that SLD 30 withdraw our Consistency Determination (CD) and direct BO to submit a Coastal Development Permit (CDP) request. In accordance with the October 25, 2022, letter from the DoD Regional Environmental Coordinator for Region 9 and for the reasons stated below, SLD 30 disagrees with the project characterization in your request. Therefore, SLD 30 will not withdraw our CD or direct BO to request a CDP.

    Under the Coastal Zone Management Act (16 USCS § 1453(1)), "lands the use of which is by law subject solely to the discretion of or which is held in trust by the Federal Government, its officers or agents" are excluded from the coastal zone. The project is located on Vandenberg Space Force Base (VSFB). Thus, the site is not in the coastal zone. CDPs are only required for development in the coastal zone as per California Public Resources Code 30600. Because the project is not in the coastal zone, no CDP is required.

    Federal activities include "any functions performed by or on behalf of a Federal agency in the exercise of its statutory responsibilities." 15 CFR 930.31(a). Since 1984, we have encouraged and supported commercial space launches and entities, as directed by Congress through statutes, rules, and policy: Commercial Space Launch Act (CSLA) (1984); DoD Directive 3230.3, DoD Support for Commercial Space Launch Activities (1986); Title 51 of the United States Code (U.S.C.), National and Commercial Space Programs (codified existing statutes, e.g., the CSLA and Title 15, Commercial Space Competitiveness) (2010); and 10 U.S.C. § 2276, Commercial space launch cooperation (2013). Congress, through 10 U.S.C. § 2276, authorized the Secretary of Defense to encourage commercial space activities by enabling domestic corporation investment in DoD space transportation infrastructure. In 10 U.S.C § 2276, Congress also authorized the DoD to maximize private entities using DoD space

transportation infrastructure capacity. SLD 30 has fulfilled its statutory commercial space launch responsibilities on VSFB for decades, during which the Coastal Commission has never asserted that any commercial space project was a private commercial development requiring a CDP. At VSFB, federal government payloads are launched by commercial space entities. BO's operations will include launches on behalf of the federal government. Thus, BO's project is a federal activity being performed on behalf of a federal agency in the exercise of its statutory responsibility. See 15 CFR 930.31(a).

Because BO's Space Launch Complex 9 construction and operation is a federal activity being conducted outside of the coastal zone, we are not withdrawing our previously submitted CD. For that CD, we look forward to your immediate review and approval, or working with you to ensure that the project will be undertaken in a manner consistent to the maximum extent practicable with the enforceable policies of California's approved coastal zone management programs.

If you have any questions or concerns, please contact Ms. Bea Kephart, (805) 605-7924, beatrice.kephart@spaceforce.mil .

Sincerely

ROBERT A. LONG, Colonel, USSF
Commander

Cc:
Maj Erik T. Jader, USAF HAF AFLOA/AF/JAOE-WR
Maj Katelyn M. Bries, USAF HAF AF/JAOE-FSC (USSF)
Mr. Brett Downey, USAF HAF AF/JAOE-FSC
Dr. David C. Bell, USAF AFMC AFCEC/CZPW
Mr. J. C. Golumbfskie-Jones, NRSW

2