# Exhibit C

STATE OF CALIFORNIA – THE RESOURCES AGENCY                                                                                          ARNOLD SCHWARZENEGGER, GOVERNOR

## CALIFORNIA COASTAL COMMISSION
45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105-2219
VOICE AND TDD (415) 904-5200
FAX (415) 904-5400



December 17, 2003

Denise R. Caron
Chief, Conservation
Environmental Flight
30th Space Wing
U.S. Air Force
30 CES/CEVP
806 13th Street, Suite 116
Vandenberg AFB, CA 93437-5242

Subject: Negative Determination ND-103-03, Falcon Launch Vehicle Program, Vandenberg AFB, Santa Barbara County.

Dear Ms. Caron:

The Coastal Commission staff has reviewed the above-referenced negative determination for the Falcon Launch Vehicle program at Space Launch Complex-3W (SLC-3W) on Vandenberg Air Force Base (VAFB). The proposed program entails a maximum of three Falcon launch missions per year to place commercial and research payloads into earth orbit. The Falcon is a 68-foot-long, two-stage launch vehicle propelled by liquid fuels (the first stage would be recovered approximately 500 miles downrange and 300 miles west of Baja California). The Falcon is one-half the size of the Air Force's Atlas II launch vehicle, which was launched from SLC-3W and 3E through 1998. Noise levels from the proposed Falcon launches will be significantly less than those from previous Atlas II launches.

To support the launch program, the Air Force proposes to refurbish the decommissioned SLC-3W facility, including structural improvements, propellant tank installation, utility re-installation, entrance road re-paving, launch water retention basin resurfacing, and installation of security measures. All proposed modifications would occur within the existing and previously-disturbed area of SLC-3W. Construction work would last three to five months and the initial launch is scheduled for mid to late 2004.

The Commission previously concurred with a consistency determination (CD-049-98) for the Atlas V - Evolved Expendable Launch Vehicle program at SLC-3W. That concurrence was based in part on the finding that the proposed launching of Atlas V vehicles was similar to other launch programs on south Vandenberg AFB previously concurred with by the Commission, and that those programs had a monitoring record of not adversely affecting coastal resources, including threatened or endangered species and public habitat and recreation. The U.S. Fish and Wildlife Service, in an October 1, 2003, letter to the Air Force, stated that the proposed Falcon launch program at SLC-3W is not likely to affect these species or their critical habitat in a

CD-103-03 (U.S. Air Force, Page 2

manner or to an extent not already considered in the Service's 1999 biological opinion for the Atlas II launch program at the adjacent SLC-3E. The Service states that it reached this conclusion based on its review of the proposed Falcon launch program, a comparison between the Falcon and the existing Atlas II and Titan launch programs, the results of previous monitoring, and the Air Force's commitment to accomplish the same monitoring for the Falcon program that is described in the 1999 biological opinion for the Atlas II program.

After reviewing the accompanying Draft Environmental Assessment for the proposed Falcon launch program at Vandenberg AFB SLC-3W, the Commission staff agrees that the program will not generate new or additional adverse impacts on coastal resources not previously examined by the Commission in its concurrence with consistency determination CD-049-98 for launch activities at the adjacent SLC-3E. Under the federal consistency regulations, a negative determination can be submitted for an activity "which is the same as or similar to activities for which consistency determinations have been prepared in the past." We therefore **concur** with your negative determination made pursuant to 15 CFR Section 930.35 of the NOAA implementing regulations. Please contact Larry Simon at (415) 904-5288 should you have any questions regarding this matter.

Sincerely,

(for) PETER M. DOUGLAS
Executive Director

cc: South Central Coast District Office
California Department of Water Resources
Governor's Washington, D.C., Office