# Exhibit D

STATE OF CALIFORNIA—THE RESOURCES AGENCY                                                                                          ARNOLD SCHWARZENEGGER, *GOVERNOR*

# CALIFORNIA COASTAL COMMISSION

45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105-2219
VOICE AND TDD (415) 904-5200
FAX (415) 904-5400



August 31, 2005

Denise R. Caron
Chief, Conservation/Environmental Flight
U.S. Air Force
30 CES/CEVP
806 13th Street, Suite 116
Vandenberg AFB, CA 93437-5242

Subject: Negative Determination ND-088-05, Relocate Falcon Launch Vehicle Program from SLC-3W to SLC-4W on south Vandenberg AFB, Santa Barbara County.

Dear Ms. Caron:

The Coastal Commission staff has reviewed the above-referenced negative determination. The Air Force proposes to relocate the upcoming Falcon Launch Vehicle Program from Space Launch Complex 3 West (SLC-3W) to SLC-4W on South Vandenberg Air Force Base, and to make minor modifications within the present boundary of SLC-4W to support the launch program. The proposed relocation of the Falcon program from SLC-3W to SLC-4W is necessary due to concerns expressed by the National Reconnaissance Office (NRO) regarding potential risks to NRO's national security asset located at SLC-3 East during the initial launch phase of Falcon vehicles from SLC-3W.

In December 2003 the Executive Director concurred with the Air Force's ND-103-03 for implementation of the Falcon Launch Vehicle Program at SLC-3W. The Falcon program is a private commercial venture to place commercial and research payloads into earth orbit from existing launch facilities at Vandenberg AFB. The Executive Director determined that the program would not generate new or additional adverse impacts on coastal resources not previously examined by the Commission in its concurrence with a consistency determination by the Air Force (CD-049-98) for launch activities at the adjacent SLC-3E. While the initial Falcon launch under ND-103-03 was expected to occur in 2004, the revised schedule calls for the first Falcon launch in 2005 and two launches in 2006.

All proposed launch facility modifications for the relocated Falcon program would occur within the existing and previously-disturbed area of SLC-4W. No sensitive habitats or resources occur within the fenced boundary of SLC-4W. To protect marine resources and special biological areas at Vandenberg AFB during the life of the relocated Falcon program, the Air Force will continue to implement measures described in the May 10, 1996, Biological Opinion issued by the U.S. Fish and Wildlife Service for the Titan Space Launch program at SLC-4W. To protect special status marine mammals that may be present underneath the launch path, the Falcon program is subject to the measures described in the Letter of Authorization issued by NOAA

Fisheries on March 4, 2005, for space vehicle launches from Vandenberg AFB. During Falcon vehicle launches, public access to the shoreline from Wall Beach to Jalama Beach (inclusive) will be prohibited for a five hour period, as is presently done for all space launches at South Vandenberg AFB. As the Falcon vehicle is much smaller than the Titan launch vehicles that previously used SLC-4W, and because no significant impacts on coastal resources (beyond temporary beach access closures) were documented as a result of noise, sonic boom, and exhaust materials from the Titan launches at SLC-4W, no significant impacts are expected to occur from the Falcon program.

After reviewing the accompanying *Final Draft Supplemental Environmental Assessment for the Falcon Launch Vehicle Program from SLC-4W at Vandenberg AFB SLC-3W*, the Commission staff agrees that the proposed relocation of the Falcon program to SLC-4W will not generate new or additional adverse impacts on coastal resources not previously examined by the Commission in CD-049-98 and ND-103-03 for launch activities on South Vandenberg AFB. Under the federal consistency regulations, a negative determination can be submitted for an activity "which is the same as or similar to activities for which consistency determinations have been prepared in the past." We therefore **concur** with your negative determination made pursuant to 15 CFR Section 930.35 of the NOAA implementing regulations. Please contact Larry Simon at (415) 904-5288 should you have any questions regarding this matter.

Sincerely,

(for) PETER M. DOUGLAS
Executive Director

cc: South Central Coast District Office
California Department of Water Resources
Governor's Washington, D.C., Office