# Exhibit E

STATE OF CALIFORNIA – NATURAL RESOURCES AGENCY

ARNOLD SCHWARZENEGGER, GOVERNOR

# CALIFORNIA COASTAL COMMISSION

45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105-2219
VOICE (415) 904-5200
FAX (415) 904-5400
TDD (415) 597-5885



November 16, 2010

Beatrice L. Kephart
Chief, Asset Management Flight
30 CES/CEA
1028 Iceland Avenue
Vandenberg AFB, CA 93437-6010

Subject: Negative Determination ND-055-10 (Modifications to Space Launch Complex 4 East to support Falcon 9 and Falcon 9 Heavy Launch Vehicle Programs, Vandenberg Air Force Base, Santa Barbara Co.)

Dear Ms. Kephart:

The Coastal Commission staff has reviewed the above-referenced negative determination. The Air Force proposes to modify Space Launch Complex 4 East (SLC-4E) to support the Falcon 9 and Falcon 9 Heavy launch vehicle programs at Vandenberg Air Force Base. In December 2003 the Executive Director concurred with the Air Force's ND-103-03 for implementation of the Falcon 1 launch vehicle program at Space Launch Complex 3 West, and in August 2005 concurred with ND-088-05 for relocation of that program to Space Launch Complex 4 West. The Executive Director determined that those programs would not generate new or additional adverse impacts on coastal resources not previously examined by the Commission in its concurrence with a consistency determination by the Air Force (CD-049-98) for launch activities at the adjacent SLC-3E. The Falcon 9 and Falcon 9 Heavy are significantly larger launch vehicles compared to the Falcon 1, and the facilities at SLC-4W are not able to accommodate the larger Falcon vehicles. SLC-4E supported launch operations for the larger and more powerful Titan IV launch vehicle through 2005 and as a result the Air Force proposes to modify SLC-4E to accommodate the Falcon 9 program operated by Space Exploration Technologies (SpaceX).

The Air Force decommissioned SLC-4E in 2005 at the end of the Titan IV program but continued to implement security and fire suppression requirements at the complex, including vegetation control (e.g., mowing and disking of fire breaks and fire access roads) within the interior of the complex as well as the immediate exterior. The proposed modifications and construction activities for the Falcon program would occur within the existing perimeter of the SLC-4E complex and up to 30 feet outside the exterior fence line (for continuation of ongoing vegetation management activities). Proposed modifications to SLC-4E include demolition of some existing facilities, improvements to the administrative building, re-installing and/or re-initiating utilities, installing propellant tanks, resurfacing the launch water deluge drainage and retention basin, resurfacing the entrance road, refurbishing the security system, and construction of a new Integration and Processing Hanger building. Construction is scheduled to start in 2011

and last approximately two years. The Air Force and SpaceX anticipate a maximum of ten launch operations per year, divided equally between the Falcon 9 and Falcon 9 Heavy vehicles, to place government and commercial payloads into earth orbit in polar and sun-synchronous inclinations.

Endangered Species Act Section 7 consultation with the U.S. Fish and Wildlife Service is currently underway to establish protective measures for federally listed species that may be affected by the proposed construction and launch program activities, in particular the El Segundo blue butterfly and the seacliff buckwheat host plant. The Air Force will ensure that SpaceX will fund, implement, and comply with all measures, terms and conditions included in the resulting Biological Opinion to compensate for any potential adverse impacts to listed species. To protect special status marine mammals that may be present underneath the launch path, the Falcon program is subject to the protective measures described in the Letter of Authorization to the Air Force issued by the National Marine Fisheries Service on January 25, 2010, for missile and rocket launches at Vandenberg AFB. The Air Force states that all launch programs at Vandenberg AFB are required to establish debris impact corridors as an element of a program's safety review in case of a launch anomaly that requires destructive fight termination. As a part of that review, Ocean Beach and Jalama Beach county parks fall within debris impact corridors requiring their closure during launch operations, as is presently done for all space launches at South Vandenberg AFB. In conclusion, because construction activities would be located within the existing perimeter of SLC-4E, as the Falcon 9 and Falcon 9 Heavy launch vehicles are smaller than the Titan IV vehicles that previously used SLC-4E, and because no significant impacts on coastal resources (beyond temporary beach access closures) were documented as a result of noise, sonic boom, and exhaust materials from the Titan launches at SLC-4E, no significant impacts to coastal resources are expected to occur from modifications to SLC-4E or from the Falcon vehicle launch program.

The Commission staff **agrees** that the proposed modifications to SLC-4E will not generate new or additional adverse impacts on coastal resources not previously examined by the Commission in CD-049-98 and ND-088-08 for launch activities on South Vandenberg AFB. Under the federal consistency regulations, a negative determination can be submitted for an activity "which is the same as or similar to activities for which consistency determinations have been prepared in the past." We therefore **concur** with your negative determination made pursuant to 15 CFR 930.35 of the NOAA implementing regulations. Please contact Larry Simon at (415) 904-5288 should you have any questions regarding this matter.

Sincerely,

PETER M. DOUGLAS
Executive Director

ND-055-10 (U.S. Air Force)
Page 3

cc:  Andrew Edwards, VAFB
     CCC – South Central Coast District
     California Department of Water Resources
     Governor's Washington, D.C., Office