# Exhibit F

STATE OF CALIFORNIA—NATURAL RESOURCES AGENCY                                                         EDMUND G. BROWN, JR., GOVERNOR

## CALIFORNIA COASTAL COMMISSION
45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105-2219
VOICE (415) 904-5200
FAX (415) 904-5400
TDD (415) 597-5885



October 13, 2014

Beatrice L. Kephart
Chief, Installation Management Flight
30 CES/CEI
ATTN: Andrew Edwards
1028 Iceland Avenue
Vandenberg Air Force Base, CA 93437-6010

Subject: Negative Determination ND-0035-14 (SpaceX Dragon In-Flight Abort Test and Falcon 9 First Stage Landing at Space Launch Complex-4 West, Vandenberg Air Force Base, Santa Barbara County)

Dear Ms. Kephart:

The Coastal Commission staff has reviewed the above-referenced project at Vandenberg Air Force Base (AFB). The U.S. Air Force proposes to oversee the Space Exploration Technologies Corporation's (SpaceX) proposed Falcon 9 rocket launch at Space Launch Complex-4 East (SLC-4E), the in-flight abort test of the Dragon spacecraft capsule and recovery operations approximately 1.5 miles off the VAFB coast, and the Falcon 9 first stage landing at SLC-4W. The Executive Director previously concurred with a negative determination from the Air Force (ND-055-10) in November 2010 for modifications to SLC-4E to support the Falcon 9 and Falcon 9 Heavy launch vehicle programs at Vandenberg AFB. The Air Force states in the subject negative determination that the proposed launch will be integrated into the Vandenberg AFB range infrastructure and will comply with range, safety, and communications requirements. The Air Force will monitor and maintain oversight of the launch process and communications with the rocket while on the ground and in flight, and will track the capsule and first stage to ensure that they operate safely within their predetermined performance envelopes.

The proposed Falcon 9 launch, recovery, and landing project includes the following elements:

- *Construction of a 300-foot diameter, 1.6-acre concrete landing pad at SLC-4W, requiring 25,000 cubic yards of grading with balanced cut and fill on the site.*

- *Installation of a 5.7-acre area of flat panels supported by scaffolding immediately west of the landing pad. This temporary structure provides a uniform flat surface extending west off the landing pad to allow the radar sensors on the Falcon 9 first stage to gauge altitude and vertical velocity as the vehicle makes its final descent to the pad. The scaffolding and panels will be installed two weeks prior to launch and removed two weeks after.*

ND-0035-14 (U.S. Air Force)
Page 2

- *Realignment and widening of sections of the existing service and access roads connecting SLC-4W and 4E in order to accommodate the transfer of the Falcon 9 first stage from the landing pad at SLC-4W to the hanger at SLC-4E.*

- *Installation at SLC-4W of ground-based communication, tracking, and video equipment, and three or four remote-controlled water cannons for firefighting capability.*

- *All storm water and/or firefighting runoff from the landing pad will be collected and diverted to an infiltration basin designed according to the California State Water Resources Control Board construction general permit.*

The Air Force anticipates 90-120 days of construction activity at SLC-4W, including 30 days during which concrete would be curing and only minimal construction activity would occur. The current schedule calls for construction to commence no sooner than February 2015 and the launch to take place in the summer of 2015.

Endangered Species Act Section 7 consultation with the U.S. Fish and Wildlife Service is currently underway to establish protective measures for federally listed species that may be affected by the proposed construction, launch, landing, and recovery activities, in particular the El Segundo blue butterfly and the seacliff buckwheat host plant. The Air Force will ensure that all measures, terms, and conditions included in the final Biological Opinion for the project will be implemented to protect listed species and habitat, minimize project impacts, and compensate for unavoidable project impacts. Proposed minimization and mitigation measures to protect the El Segundo blue butterfly, California least tern, Western snowy plover, and California red-legged frog are included in the negative determination. Special status marine mammals protected under the Marine Mammal Protection Act may be present under the Falcon 9 launch path, recovery corridor, and first stage landing path. To protect these marine mammals, the Falcon 9 program is subject to the protective measures described in the Letter of Authorization to the Air Force issued by the National Marine Fisheries Service for missile and rocket launches at Vandenberg AFB during the March 26, 2014 to March 26, 2019 time period. Proposed minimization and mitigation measures to protect the Southern sea otter, Pacific harbor seal, California sea lion, Stellar sea lion, and Northern elephant seal are included in the negative determination. The Air Force concluded that with the protective measures required by the ESA and the MMPA, the proposed Falcon 9 project will not adversely affect listed terrestrial or marine species or their habitats.

The Air Force states that all launch programs at Vandenberg AFB are required to establish debris impact corridors as an element of a program's safety review in case of a launch anomaly that requires destructive flight termination. Because of the launch trajectory and the Falcon 9 first stage returning to the SLC-4W landing pad, the Air Force may require closure of Surf Beach and Ocean Park to ensure public safety during a launch or landing anomaly. For typical rocket launches from South Vandenberg AFB, road blocks are placed at the intersection of Ocean Boulevard and 13th Street approximately three hours prior to a launch to close access to the beach. Approximately two hours after completion of a successful launch and landing program,

access to Surf Beach and Ocean Park will reopen. The proposed temporary closure is consistent with past and current launch activities at South Vandenberg AFB and will not create adverse effects on public access and recreation. Portions of the proposed temporary scaffolding and panels to be installed on the west side of the permanent concrete landing pad may be visible from the shoreline and offshore waters, but any impact on scenic resources would be less than significant given the four-week-long time period of panel installation.

In conclusion, the Commission staff **agrees** that the proposed permanent and temporary modifications to SLC-4W, and the one-time Dragon in-flight abort test and Falcon 9 first stage landing at SLC-4W, will not adversely affect coastal zone resources. We therefore **concur** with your negative determination made pursuant to 15 CFR 930.35 of the NOAA implementing regulations. Please contact Larry Simon at (415) 904-5288 should you have any questions regarding this matter.

Sincerely,

(for)   CHARLES LESTER
Executive Director


cc:   CCC – South Central Coast District