# Exhibit G

STATE OF CALIFORNIA—NATURAL RESOURCES AGENCY                                    EDMUND G. BROWN, JR., GOVERNOR

## CALIFORNIA COASTAL COMMISSION

45 FREMONT, SUITE 2000
SAN FRANCISCO, CA 94105- 2219
VOICE (415) 904- 5200
FAX (415) 904- 5400
TDD (415) 597-5885



August 31, 2015

Beatrice L. Kephart
Chief Installation Management Flight
Department of the Air Force
ATTN: Samantha Kaisersatt
1028 Iceland Avenue
Vandenberg AFB, CA 93437-6010

Subject: Negative Determination ND-0027-15 (Recurring Falcon 9 rocket launches from SLC-4E and first stage boost-back landings at SLC-4W or an offshore barge, Vandenberg Air Force Base, Santa Barbara Co.)

Dear Ms. Kephart:

The Coastal Commission staff has reviewed the above-referenced project at Vandenberg Air Force Base (AFB). The Air Force proposes to oversee the Space Exploration Technologies Corporation's (SpaceX) program of recurring Falcon 9 rocket launches from Space Launch Complex – 4 East (SLC-4E) and first-stage boost-back and landings at SLC – 4 West (SLC-4W) or on a barge offshore of Vandenberg AFB. The proposed launch and landing program will be integrated into the Vandenberg AFB range infrastructure and will comply with all range, safety, and communications requirements. The Air Force will monitor and maintain oversight of the launch process and communications with the Falcon 9 rocket while on the ground, in flight, and during first-stage boost-back and landing at either SLC-4W or the offshore barge.

The Executive Director previously concurred with a negative determination from the Air Force (ND-055-10) in November 2010 for modifications to SLC-4E to support the Falcon 9 and Falcon 9 Heavy launch vehicle programs at Vandenberg AFB. In October 2013 the Executive Director concurred with a negative determination from the Air Force (ND-0035-14) for a single launch of the Falcon 9 rocket from SLC-4E, the in-flight abort test of the Dragon spacecraft capsule and recovery operations approximately 1.5 miles off the Vandenberg AFB coast, and the Falcon 9 first stage boost-back and landing at SLC-4W. ND-0035-14 also included construction of a 1.6-acre concrete landing pad at SLC-4W; a temporary 5.7-acre area of flat panels west of the landing pad (installed two weeks prior to a launch and removed two weeks after launch) to facilitate radar sensor operations during first-stage landings; realignment of existing service and access roads; installation of ground-based communications equipment; and improvements to stormwater and firefighting runoff collection infrastructure at SLC-4W. The construction activity and test flight operations proposed under ND-0035-14 have yet to commence.

ND-0027-15 (U.S. Air Force)

The Air Force now proposes to oversee up to six SpaceX Falcon 9 launches per year from SLC-4E and associated first-stage landings at SLC-4W or on the offshore barge. The proposed launch, first-stage maneuvering, and first-stage landing process previously concurred with in ND-0035-14 for a landing at SLC-4W would be the same for recurring launches and for the barge landing alternative. The Air Force states that as a contingency action to landing the Falcon 9 first-stage booster at SLC-4W, SpaceX proposes to potentially return the first-stage booster to an offshore barge (approximately 300 feet long and 100 feet wide), specifically designed as a first-stage landing platform and located at least 31 miles offshore of Vandenberg AFB. This contingency landing location would be used if there are critical assets on Vandenberg AFB that would not permit first-stage over-flight and landing at SLC-4W. The Air Force states that for range safety analysis to verify first-stage landing performance, it is important that the barge landing trajectory be the same as for the SLC-4W landing. The barge location is the furthest from the coastline that can be used to maintain the same boost-back trajectory as for a SLC-4W landing.

The proposed offshore barge landing is the only element of the overall Falcon 9 program that was not analyzed and concurred with by the Executive Director under the previous negative determinations for a Falcon 9 launch and upland landing of the first-stage booster. The landing barge, an ocean tug, and a support vessel would originate from Long Beach Harbor, and after a successful landing the first stage would be secured onto the barge and transported to Long Beach Harbor for off-loading and subsequent transport to a SpaceX testing facility in McGregor, Texas. To protect marine mammals, the Falcon 9 program, including the newly-proposed offshore barge landings, is subject to the protective measures described in the Letter of Authorization to the Air Force issued by the National Marine Fisheries Service for missile and rocket launches at Vandenberg AFB during the March 26, 2014 to March 26, 2019 time period. The Air Force has also received concurrence from the U.S. Fish and Wildlife Service and the National Marine Fisheries Service that the proposed offshore barge landings include all necessary avoidance and protective measures to protect federally listed species. In addition, no kelp forests or seagrass beds are at or near the proposed offshore barge landing site, and the nearest rocky substrates are located approximately ten miles north-northeast of the barge landing site.

The Air Force reports that the two attempts at a Falcon 9 first-stage barge landing offshore of the Kennedy Space Center in Florida were unsuccessful, resulting in the first-stage impacting the barge and exploding. Should a Falcon 9 first-stage barge landing at the offshore Vandenberg location be similarly unsuccessful, the Air Force states that SpaceX will implement recovery operations at the barge and adjacent ocean waters. Based on the two Florida events, almost all of the floating debris would be recovered from the ocean surface and the remaining dense, inert debris would sink to the ocean floor, which is approximately 4,000 feet below the ocean surface at the proposed barge location. Any release of fuel from a first-stage booster explosion at the barge would evaporate quickly after exposed to the air and would usually completely dissipate after one to two days. Given that the landing barge would be located no closer than 31 miles offshore of Vandenberg AFB, well seaward of the coastal zone boundary, the accidental destruction of the first-stage booster at this location would not affect coastal zone resources.

ND-0027-15 (U.S. Air Force)

All launch programs at Vandenberg AFB are required to establish debris impact corridors as an element of a program's safety review in case of a launch anomaly that requires destructive flight termination. Because of the launch trajectory and the Falcon 9 first stage returning to the SLC-4W landing pad or the offshore landing barge, the Air Force may require closure of Surf Beach and Ocean Park to ensure public safety during a launch or landing anomaly. For typical rocket launches from South Vandenberg AFB, roadblocks are placed at the intersection of Ocean Boulevard and 13th Street approximately three hours prior to a launch to close access to the beach. Approximately two hours after completion of a successful launch and landing program, access to Surf Beach and Ocean Park will reopen. The proposed temporary closure is consistent with past and current launch activities at South Vandenberg AFB and will not create adverse effects on public access and recreation. In addition, the U.S. Coast Guard would issue a Local Notice to Mariners that defines a Public Ship Avoidance Area around the barge landing location. Recreational boating and fishing would only be temporarily interrupted during offshore barge landing or debris recovery operations.

The Air Force also states in its negative determination that if SpaceX's next two consecutive barge landing attempts (and the resultant explosion and sinking of debris into the ocean) off the California coast are unsuccessful, the Air Force will inform the Commission's Executive Director about the status of the program and whether it will continue as proposed or be modified in some manner. In conclusion, the Commission staff **agrees** that the proposed recurring Falcon 9 launch and first-stage landing at SLC-4E and SLC-4W, respectively, at Vandenberg AFB, and the first-stage landing on a barge located 31 miles offshore of Vandenberg AFB, will not adversely affect coastal zone resources. The proposed launch and inland landing operations are similar to those concurred with by the Executive Director in ND-0035-14. We therefore **concur** with your negative determination made pursuant to 15 CFR 930.35 of the NOAA implementing regulations. Please contact Larry Simon at (415) 904-5288 should you have any questions regarding this matter.

Sincerely,

CHARLES LESTER
Executive Director

cc:     CCC – South Central Coast District

3