# Exhibit H

STATE OF CALIFORNIA — NATURAL RESOURCES AGENCY                                                              GAVIN NEWSOM, GOVERNOR

**CALIFORNIA COASTAL COMMISSION**
455 MARKET STREET, SUITE 228
SAN FRANCISCO, CA 94105-2219
VOICE (415) 904-5200
FAX (415) 904-5400
TDD (415) 597-5885



May 5, 2023

Beatrice L. Kephart
Chief Installation Management Flight
Department of the Air Force
ATTN: Samantha Kaisersatt
1028 Iceland Avenue
Vandenberg AFB, CA 93437-6010

Subject: Negative Determination **ND-0009-23** (Increase in frequency of space launch operations by SpaceX at Vandenberg Space Force Base)

Dear Chief Kephart:

The Coastal Commission staff has reviewed the above-referenced negative determination regarding the proposed increase in Space Exploration Technologies' (SpaceX) Falcon 9 launch activities at Vandenberg Space Force Base (VSFB) from six to 36 per year as well as the addition of offshore landing locations in the Pacific Ocean.

Background
In December 2003, the Executive Director concurred with the Air Force's ND-103-03 for implementation of the Falcon 1 launch vehicle program at Space Launch Complex 3 West, and in August 2005 concurred with ND-088-05 for relocation of that program to Space Launch Complex 4 West.  The Executive Director determined that those programs would not generate new or additional adverse impacts on coastal resources not previously examined by the Commission in its concurrence with a consistency determination by the Department of the Air Force (CD-049-98) for launch activities at the adjacent SLC-3E associated with its Evolved Expendable Launch Vehicle Program.

In November 2010, the Executive Director concurred with the Air Force's ND-055-10 for modification of Space Launch Complex 4 East (SLC-4E) to support the Falcon 9 and Falcon 9 Heavy launch vehicle programs at VSFB and the use of SLC-4E for a maximum of ten launches per year (five of each). The Falcon 9 and Falcon 9 Heavy are significantly larger launch vehicles compared to the Falcon 1, and the facilities at SLC-4W are not able to accommodate the larger Falcon vehicles.  SLC-4E supported launch operations for the larger and more powerful Titan IV launch vehicle through 2005 and, as a result, the Air Force modified SLC-4E to accommodate the Falcon 9 program operated SpaceX.  In October 2013, the Executive Director concurred with a negative determination from the Air Force (ND-0035-14) for a single launch of the Falcon 9 rocket from SLC-4E, the in-flight abort test of the Dragon spacecraft capsule and

ND-0009-23 (U.S. Air Force)

recovery operations approximately 1.5 miles off the Vandenberg AFB coast, and the Falcon 9 first stage boost-back and landing at SLC-4W. ND-0035-14 also included construction of a 1.6-acre concrete landing pad at SLC-4W; a temporary 5.7-acre area of flat panels west of the landing pad (installed two weeks prior to a launch and removed two weeks after launch) to facilitate radar sensor operations during first-stage landings; realignment of existing service and access roads; installation of ground-based communications equipment; and improvements to stormwater and firefighting runoff collection infrastructure at SLC-4W. In August 2015, the Executive Director concurred with ND-0027-15 for up to six SpaceX Falcon 9 launches per year from SLC-4E and associated first-stage landings at SLC-4W or on an offshore barge specifically designed as a first-stage landing platform and located at least 31 miles offshore of VSFB.

In the current proposal, SpaceX Falcon 9 launch operations previously concurred with by the Executive Director would continue and be increased to up to 36 per year. Existing infrastructure will be used and no construction activities or ground disturbance is proposed. First stage processing protocols at VSFB would remain unchanged but would increase in frequency.  In addition, a new offshore landing location would be designated, SpaceX may add up to 100 personnel at VSFB and would increase its current level of use of specialized trucks for overland transport and barges for in-water transport of boosters, fairings, and other materials. SpaceX would also increase its processing of payloads and refurbishment of boosters and fairings at existing SpaceX facilities on VSFB. Up to 36 boosters and 36 fairings would be refurbished each year.

<u>Marine Debris</u>
Although this refurbishment and reuse of components by SpaceX significantly reduces the volume of marine debris generated from its launches over the Pacific Ocean, these launches and related activities (such as the use of weather balloons prior to launches) does result in the release of debris material into the ocean. To address this, the Department of the Air Force notes in ND-0009-23 that:

> SpaceX proposes to participate in the SLD 30 Adopt-A-Beach Program and conduct quarterly beach cleanups at Surf Beach. SpaceX also proposes to make an annual contribution to the California Lost Fishing Gear Recovery Project to offset the impacts from unrecoverable debris (weather balloon/radiosonde, drogue parachute, parafoil, and MVac skirt ring). For every 3 pounds of unrecovered debris, SpaceX would make a compensatory donation of $10.00, which is sufficient to recover 1 pound of lost fishing gear.

Based on estimates of the roughly 177 pounds of material anticipated to be released into the ocean and not recovered per launch, SpaceX would contribute approximately $21,252 per year to the California Lost Fishing Gear Recovery Project.  The actual contribution would be based on the actual amount of material released.  With this commitment and SpaceX's participation in VSFB's Adopt-A-Beach program, Commission staff agrees that the proposed project would offset marine debris generated from launch activities through the removal of derelict fishing gear and thus

ND-0009-23 (U.S. Air Force)

help ensure that the project does not result in a net increase in marine debris in California coastal waters.

Coastal Access and Recreation
The Department of the Air Force (DAF) also addresses in ND-0009-23 the potential effects of the proposed increase in launch activity on coastal access and recreation that would result from safety closures of public beaches in northern Santa Barbara County during launch operations.  The need for such closures is summarized by DAF:

> Since 1979, an evacuation and closure agreement has been in place between the DAF and Santa Barbara County. For the safety of park visitors, the County Parks Department and the County Sheriff currently close the parks upon request from the DAF. This agreement includes closing Jalama Beach County Park, Ocean Beach County Park, Surf Beach, and Point Sal Road, in the event of launch activities that have been determined by SLD 30 Range Safety to have certain human health and safety risks. These closures are communicated at least 72 hours' prior to closure and can be closed for a maximum of 48 hours per the agreement.

Based on information available to Commission staff, the number of such closures has not exceeded 12 per year and has typically been substantially less for the past several decades. In its concurrence with the DAF's consistency determination for the Evolved Expendable Launch Vehicle Program (CD-049-98), the Commission found that with the addition of mitigation measures, up to 14 beach closures per year would be consistent with California's Coastal Management Program. Mitigation measures included the consideration of coastal recreation impacts during launch scheduling and planning so that launches on weekends, holidays, and peak summer recreation season are avoided.

As part of the project proposed in ND-0009-23, the DAF states that "Launches from SLC-4E due to the Proposed Action would not cause an exceedance of 12 closures of Jalama Beach County Park per year" and that while "In the past, SLD 30 has restricted access to Ocean Beach County Park and Surf Beach for all launches from SLC-4E," this level of beach closures is no longer necessary and can be reduced:

> Based on updated modeling and safety considerations, SLD 30 Range Safety and the Security Forces Squadron have determined closures are only required if the first stage of the Falcon 9 launch vehicle will boost back to land at SLC-4W. Thus, closures due to the Proposed Action would be infrequent (up to 12 times per year) and would not substantially diminish the protected activities, features, or attributes of Jalama Beach, Surf Beach, or Ocean Beach County Parks.

Commission staff greatly appreciates DAF's efforts to update its modeling and safety considerations in a way that would allow for increased launch activity while still maintaining public safety and not expanding adverse impacts to coastal access and recreation.  With this reduction in proposed safety closures of Ocean Beach County Park and Surf Beach to only boost-back landing activities (rather than during launches

3

ND-0009-23 (U.S. Air Force)

and landings, as is the current practice) as well as the commitment to not exceed 12 closures per year of any northern Santa Barbara County beaches (Jalama Beach, Ocean Beach County Park, and Surf Beach), the Commission staff agrees that the proposed project will not generate new or additional adverse impacts on coastal access and recreation not previously examined and found to be consistent by the Commission and Executive Director in CD-049-98 and subsequent negative determinations for launch activities on VSFB.

Biological Resources
As DAF notes in ND-0009-23,

> Multiple federally listed species protected under the Endangered Species Act (ESA), potential habitat that supports these listed species, and several state special status species occur within the project vicinity. Pursuant to Section 7 of the ESA, the [U.S. Space Force (USSF)] has prepared two Biological Assessments for the federally listed species: one for species under the jurisdiction of the United States Fish and Wildlife Service (USFWS), and one for species under the jurisdiction of the National Marine Fisheries Service (NMFS). A list of federal and state special status species occurrence within the Proposed Action Area is included in Attachment 3. Potential impacts on federal and state listed species include indirect impacts resulting from water use, disruption of breeding, foraging, or roosting behaviors, and abandonment of habitat including breeding or roosting sites due to project related noise. The USSF has worked with the USFWS and NMFS to develop the avoidance, minimization, and mitigation measures described in Attachment 4 that are included as part of the Proposed Action to reduce impacts on biological resources. The USSF will implement these measures. Impacts to biological resources will not be significant.

Mitigation measures that would be implemented by the U.S. Space Force as part of the proposed project include a variety of protective measures as well as extensive baseline and post-launch monitoring of sensitive species such as red-legged frogs, western snowy plovers, California least tern, marine mammals, and bat species in the vicinity of the launch complex.  If species-specific monitoring demonstrates a decline in a target population that is attributable to launch activities or due to indeterminate causes, specific compensatory mitigation action would be carried out on VSFB by the U.S. Space Force.  Depending on the species, such mitigation would include habitat restoration, predator control efforts or similar activities.

With the U.S. Space Force's commitment to carry out the specific biological resource mitigation measures detailed in Attachment 4 of ND-0009-23, as well as the lack of evidence of significant impacts on biological resources that have been documented by ongoing biological resource monitoring as a result of noise, sonic boom, and exhaust materials from past and current launch activities, Commission staff agrees that the proposed project will not generate new or additional adverse impacts on coastal biological resource not previously examined and found to be consistent by the

ND-0009-23 (U.S. Air Force)

Commission and Executive Director in CD-049-98 and subsequent negative determinations for launch activities on VSFB.

<u>Conclusion</u>

In addition to the commitments described above to address the proposed project's potential to contribute to marine debris, loss of coastal access and recreation opportunities and disturbance of sensitive biological resources, the U.S. Space Force has also committed to convene an informational briefing with Commission staff in May of 2028 to present the results of biological monitoring efforts, beach closures and marine debris reduction and offset efforts over the previous five years.  In addition to facilitating information sharing, this briefing would also provide an opportunity for U.S. Space Force and Commission staff to discuss potential lessons learned, emerging issues and unanticipated impacts associated with the proposed increase in SpaceX Falcon 9 launch activities.  With these commitments, Commission staff **agrees** that the proposed increase to 36 Falcon 9 launches per year at VSFB and designation of a new offshore landing area will not adversely affect coastal zone resources. The proposed launch activities are similar to those concurred with by the Commission in CD-049-98 and by the Executive Director in ND-0027-15. We therefore **concur** with your negative determination made pursuant to 15 CFR 930.35 of the NOAA implementing regulations. Please contact Cassidy Teufel at Cassidy.Teufel@coastal.ca.gov should you have any questions regarding this matter.

Sincerely,

Federal Consistency Manager
(for)

KATE HUCKELBRIDGE
Executive Director

cc:   CCC – South Central Coast District

5