# Exhibit I

STATE OF CALIFORNIA - NATURAL RESOURCES AGENCY                                  GAVIN NEWSOM, GOVERNOR

**CALIFORNIA COASTAL COMMISSION**
ENERGY, OCEAN RESOURCES AND FEDERAL CONSISTENCY
455 MARKET STREET, SUITE 300
SAN FRANCISCO, CA 94105-2421
VOICE (415) 904-5200
FAX (415) 904-5400



February 16, 2024

Beatrice L. Kephart
United States Space Force
30 CES/CEI
1028 Iceland Avenue
Vandenberg SFB, CA 93437-6010

Re:   **Remedial Action Proposal – SpaceX Falcon 9 Space Launch Activities**

Dear Chief Kephart,

The purpose of this letter is to provide notification and supporting information regarding the determination by the California Coastal Commission (Commission) that the project to expand the Space Exploration Technologies (SpaceX) Falcon 9 space launch and landing program at Vandenberg Space Force Base (VSFB), for which the U.S. Space Force submitted to the Commission a negative determination (no. ND-0009-23), is being conducted and is having effects on coastal uses and resources substantially different than originally described and as a result, is affecting coastal uses and resources and is not consistent to the maximum extent practicable with the enforceable policies of the California Coastal Management Program (CCMP). This letter further proposes several remedial actions for the U.S. Space Force to take to address the situation.

Commission staff appreciates the close communications with your staff over the past several months to better understand the history, need, and process for Falcon 9 space launch and landing operations at VSFB.  We also appreciate your efforts to work with us to identify a pathway to address the inconsistency of those operations with the CCMP. We look forward to continuing this coordination.

**Subject Negative Determination**
On May 5, 2023, the Commission's Executive Director concurred with negative determination no. ND-0009-23 by the U.S. Space Force for an expansion of the SpaceX Falcon 9 program at VSFB from six to 36 annual launches from the existing SLC-4E launch complex as well as the addition of offshore landing locations in the Pacific Ocean and associated activities such as payload processing. The launches serve the primary purpose of placing into Earth orbit small satellites for SpaceX's "Starlink" commercial satellite internet business.

As detailed further in the November 30, 2023, staff report[1] prepared for the Commission's consideration, the U.S. Space Force described in its negative determination that for public safety, SpaceX launches may require short-duration (between four and eight hours)

---

[1] Available at https://documents.coastal.ca.gov/reports/2023/12/F8c/F8c-12-2023-report.pdf

<span style="color:red">**Exhibit 9**
CD-0003-24</span>

closures and evacuations of Jalama Beach and Jalama Beach County Park and Campground (Jalama) outside of VSFB but that the number of such closures would not exceed 12 per year. With the addition and implementation of a variety of measures to minimize adverse impacts to public coastal access and recreation, both of which are coastal uses and resources protected by enforceable policies of the CCMP, the Commission previously found in 1998 its concurrence with the U.S. Air Force's Consistency Determination No. CD-049-98 for an earlier space program that this level of temporary beach closures would not be inconsistent with the relevant enforceable policies of the CCMP.

Shortly after the Executive Director's concurrence with negative determination no. ND-0009-23, however, Commission staff learned through discussions with staff from Santa Barbara County's Parks and Recreation Department that the number of temporary closures and evacuations of the beach and campground at Jalama due to SpaceX launches within the first seven months of 2023 had already surpassed the annual maximum of 12 that the U.S. Space Force committed not to exceed in its negative determination. Further, Commission staff learned that public coastal access and recreation at Jalama was being affected by SpaceX launch activities in more ways than just the temporary closure and evacuation of the beach and campground. Specifically, public coastal access and recreation is also adversely affected through (1) closures of the 14 mile long road between Highway 1 and Jalama Beach to incoming traffic in advance of scheduled SpaceX launches, even when a full closure and evacuation does not occur; (2) email notices of possible closure and evacuation to those holding campground reservations during the time of a scheduled SpaceX launch; and (3) website notices of possible closure and evacuation to those seeking to secure a campsite reservation during the time of a scheduled SpaceX launch. These launch activities limit and prevent coastal access and recreation, result in cancellations of campsite reservations and limit the number of reservations secured.

None of these adverse impacts to public coastal access and recreation were acknowledged or discussed by Space Force in its negative determination. Accordingly, they were also not considered by the Executive Director before issuing her concurrence. Following Commission staff's identification of this issue, U.S. Space Force staff confirmed that its understanding of coordination and communication between SpaceX and Santa Barbara County staff was incomplete and that a wider range of adverse impacts were occurring as a result of launch activities than it had described in its negative determination. Commission staff also visited the SpaceX launch facility on VSFB in September 2023 and met with SpaceX staff who acknowledged the public access and recreation impacts associated with its launch activities.
In addition, as noted by Space Force in its negative determination and confirmed through review of publicly available SpaceX launch records by Commission staff, SpaceX carried out at least 13 launches from VSFB in 2022, more than double the six previously considered and concurred with by the Executive Director in August of 2015 through review of negative determination no. ND-0027-15 from the U.S. Air Force.

As a result of the Commission's enhanced understanding of SpaceX's space launch activities carried out under ND-0009-23, it determined on December 12, 2023, that the activities are being conducted and are having effects on coastal uses and resources substantially different than originally described by the U.S. Space Force in its negative

2

determination. In addition, because these effects exceed those which the Commission has previously determined to be consistent with the public coastal access and recreation policies of the CCMP, the Commission also determined that the substantially different effects from the SpaceX launch activities are not consistent to the maximum extent practicable with the enforceable policies of the CCMP. Feasible alternatives are available which would avoid or significantly reduce the adverse impacts of SpaceX's launch activities and mitigation measures may also be available to offset them.  Further supporting information regarding the Commission's determinations is available in the previously referenced November 30, 2023, staff report considered and adopted by the Commission.

**Remedial Action**

On December 15, 2023, the Commission approved a resolution[2] authorizing its Executive Director to prepare and send a letter to the U.S. Space Force proposing the following remedial actions to resolve this situation and ensure space launch and landing activities by SpaceX are carried out consistent with the enforceable policies of the CCMP:

1. U.S. Space Force should prepare and submit a consistency determination (CD) for the expansion of SpaceX Falcon 9 space launch and landing activities at VSFB from six per year to 36, with a complete evaluation of conformance with the enforceable policies of the CCMP.  This should include analysis of effects to public coastal access and recreation that integrates currently available information regarding the various manners in which these coastal resources and uses are affected and a proposal to provide compensatory mitigation for those impacts that have already occurred, and will continue to occur, due to continuing Falcon 9 space launch and landing activities.

2. Until that CD has been submitted and considered by the Commission, U.S. Space Force should limit SpaceX launch azimuths and scheduling in order to avoid further adverse impacts to public coastal access and recreation at Jalama.

**Conclusion**

We look forward to U.S. Space Force's timely consideration of the information in this letter and implementation of the identified remedial actions. If you have any questions or would like to discuss implementation of the remedial actions please contact Cassidy Teufel at Cassidy.Teufel@coastal.ca.gov.

Sincerely,

Cassidy Teufel
Director
Energy, Ocean Resources and Federal Consistency Division.

---

[2] https://documents.coastal.ca.gov/reports/2023/12/F8c/F8c-12-2023-report.pdf

3