# Exhibit J

# COASTAL ZONE MANAGEMENT ACT CONSISTENCY DETERMINATION FOR SpaceX Operations at Space Launch Complex 4, Vandenberg Space Force Base, California

**March 2024**

# TABLE OF CONTENTS

1  INTRODUCTION ........................................................................................................................ 1

   1.1  Authority .......................................................................................................................... 4

   1.2  Determination .................................................................................................................. 4

   1.3  Consultations with other Resource Agencies and Tribal Entities ................................ 4

2  DESCRIPTION OF PROPOSED ACTION ............................................................................... 7

   2.1  Proposed Action .............................................................................................................. 7

      2.1.1  Launch ................................................................................................................... 7

      2.1.2  Payload Fairing Recovery Operations ................................................................. 8

      2.1.3  Landing .................................................................................................................. 8

      2.1.4  Ground Operations, Support, and Transport ...................................................... 9

   2.2  Alternatives Analysis ..................................................................................................... 10

   2.3  Consistency Analysis/Analysis of Effects ..................................................................... 10

3  POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM .......................... 12

   3.1  Policies of the California Coastal Management Program That Are Not Relevant to the Proposed Action .............................................................................................................. 12

   3.2  Policies of the California Coastal Management Program That Are Relevant to the Proposed Action .............................................................................................................. 15

      3.2.2  Article 2: Public Access ...................................................................................... 16

      3.2.3  Article 3: Recreation .......................................................................................... 19

      3.2.4  Article 4: Marine Environment (Marine Resources) ........................................ 20

      3.2.5  Article 4: Marine Environment (Water Quality)................................................ 24

      3.2.6  Article 4: Marine Environment (Commercial and Recreational Fishing) .......... 27

      3.2.7  Article 5: Land Resources .................................................................................. 31

4  STATEMENT OF CONSISTENCY............................................................................................ 41

5  REFERENCES .......................................................................................................................... 42

APPENDIX A – ENVIRONMENTAL PROTECTION MEASURES.................................................. 1

   A.1  Air Quality ........................................................................................................................ 1

   A.2  Terrestrial Biological Resources ..................................................................................... 2

      A.2.1  General Measures ................................................................................................ 2

      A.2.2  Threatened and Endangered Species ................................................................. 3

   A.3  Marine Biological Resources ......................................................................................... 10

   A.4  Water Resources ........................................................................................................... 12

   A.5  Cultural Resources ........................................................................................................ 12

**APPENDIX B – SENSITIVE SPECIES AND WILDLIFE OCCURRENCE WITHIN THE PROPOSED ACTION AREA 1**

**APPENDIX C – EVACUATION EMAIL NOTIFICATIONS** ............................................................................1

# LIST OF FIGURES

FIGURE 1-1: REGIONAL LOCATION OF PROPOSED ACTION AREA ................................................................6

FIGURE 2-1: SPACE LAUNCH COMPLEX 4-EAST ................................................................................7

FIGURE 2-2: DOWNRANGE LANDING AREA ....................................................................................9

FIGURE 3-1: EXAMPLE VEHICLE HAZARD AREAS FOR VSFB LAUNCHES ................................................29

FIGURE 3-2: EXAMPLE VEHICLE HAZARD AREAS FOR VSFB LAUNCHES ................................................30

FIGURE B-5-2: CRLF LOCALITIES WITHIN THE SONIC BOOM FOOTPRINT (SOURCE: DAF LONG TERM ANNUAL SURVEYS AND MONITORING) 5

FIGURE B-5-3: WESTERN SNOWY PLOVER NEST LOCALITIES WITHIN THE NOISE FOOTPRINT (SOURCE: DAF LONG TERM ANNUAL SURVEYS AND MONITORING) ................................................................................6

FIGURE B-5-6: SEABIRD ROOSTING AND BREEDING AREAS AND SHOREBIRD HABITAT WITHIN THE NOISE FOOTPRINT (SOURCE: DAF LONG TERM ANNUAL SURVEYS AND MONITORING) ................................................13

FIGURE B-5-7: OTHER SPECIAL STATUS SPECIES WITHIN THE NOISE FOOTPRINT (SOURCE: DAF LONG TERM ANNUAL SURVEYS AND MONITORING) ................................................................................14

FIGURE B-5-8: SPECIAL STATUS MAMMAL CNDDB LOCALITIES WITHIN THE NOISE FOOTPRINT ...................15

FIGURE B-5-9: SPECIAL STATUS REPTILE CNDDB LOCALITIES WITHIN THE NOISE FOOTPRINT ...................16

# LIST OF TABLES

TABLE 3-1: POLICIES OF THE CCMP THAT ARE NOT RELEVANT TO THE PROPOSED ACTION ...........................12

TABLE 3-2: POLICIES OF THE CCMP THAT ARE RELEVANT TO THE PROPOSED ACTION ...............................15

TABLE 3-3: DETERMINATION OF POTENTIAL IMPACTS TO MARINE MAMMALS ...........................................20

TABLE 3-7: DETERMINATION OF POTENTIAL IMPACTS TO FEDERALLY LISTED THREATENED & ENDANGERED SPECIES ...........32

TABLE B-1: FEDERAL AND STATE SPECIAL STATUS SPECIES OCCURRENCE WITHIN THE PROPOSED ACTION AREA ...................1

## ACRONYMS AND ABBREVIATIONS

| | | | |
|---|---|---|---|
| BCI | Bat Conservation International | NOTAM | Notices to Airmen |
| BMPs | Best Management Practices | NOTMAR | Local Notices to Mariners |
| BO | Biological Opinion | NRHP | National Register of Historic Places |
| CARB | California Air Resources Board | | |
| C.F.R. | Code of Federal Regulations | psf | pounds per square foot |
| CCA | California Coastal Act | RWQCB | California Regional Water Quality Control Board |
| CCMP | California Coastal Management Plan | | |
| CD | Consistency Determination | SBCAPCD | Santa Barbara County Air Pollution Control District |
| CDFW | California Department of Fish and Wildlife | SECDEF | Secretary of Defense |
| | | SEL | sound exposure level |
| CNDDB | California Natural Diversity Database | SLC | Space Launch Complex |
| | | SLD 30 | Space Launch Delta 30 |
| CRLF | California red-legged frog | SMR | State Marine Reserve |
| CZMA | Coastal Zone Management Act | SPCC | Spill Prevention, Contingency, and Countermeasures |
| DAPTF | Declining Amphibian Populations Task Force | | |
| | | U.S. | United States |
| dB | decibel(s) | U.S.C. | United States Code |
| dBA | A-weighted decibel(s) | USCG | U.S. Coast Guard |
| DOD | Department of Defense | USFWS | U.S. Fish and Wildlife Service |
| E | East | USSF | United States Space Force |
| EPMs | Environmental Protection Measures | VSFB | Vandenberg Space Force Base |
| | | W | West |
| ESA | Endangered Species Act | | |
| FAA | Federal Aviation Administration | | |
| ft | foot or feet | | |
| km | kilometer(s) | | |
| LAA | May affect, likely to adversely affect | | |
| Lmax | maximum sound level | | |
| lbs | pounds | | |
| LEO | low-earth orbit | | |
| LOA | Letter of Authorization | | |
| m | meter(s) | | |
| mi | mile(s) | | |
| MMPA | Marine Mammal Protection Act | | |
| MSRS | ManTech SRS Technologies, Inc. | | |
| NA | Not Applicable | | |
| NCI | Northern Channel Islands | | |
| NE | No Effect | | |
| NL | Not Listed under the ESA | | |
| NLAA | May affect, not likely to adversely affect | | |
| NMFS | National Marine Fisheries Service | | |
| NOAA | National Oceanic and Atmospheric Administration | | |

# 1  INTRODUCTION

Space Launch Delta 30 (SLD 30) of the Department of the Air Force (DAF), United States (U.S.) Space Force (USSF), submits this Consistency Determination (CD) for the California Coastal Commission's review. The Proposed Action would implement Space Exploration Technologies Corp. (SpaceX) operations at Space Launch Complex-4 (SLC-4) on Vandenberg Space Force Base (VSFB), including additional downrange landing locations.

The purpose of the Proposed Action is to provide greater mission capability to government and commercial entities such as the Department of Defense (DOD) and National Aeronautics and Space Administration (NASA) by increasing Falcon 9 launch cadence to support increased demand from these customers. The Federal Aviation Administration (FAA) forecasts that commercial launch operations will increase in the United States (U.S.) from an all-time high in 2022 of 87 launches, to up to 186 launches by 2026. The DOD, NASA, and other Federal agencies obtain access to space through the procurement of commercial launch services, rather than with Government-owned or operated launch systems. As such, commercial launch capability is critical to the national defense, America's national space objectives, and the National Space Policy of the United States (May 2020).

In furtherance of the National Space Policy and U.S. Government space launch requirements, this Proposed Action is needed to enable SpaceX to meet the ever increasing need to implement missions for the U.S. Government. SpaceX is currently one of *only* two U.S. launch service providers certified to launch national security missions for the USSF's National Security Space Launch program, which procures launches for all the military services as well as the Intelligence Community. The addition of new northerly trajectories from VSFB is also needed to allow SpaceX to reach inclinations not currently available through existing trajectories to support new operational capabilities for the U.S. Government as well as commercial satellite operators.

The USSF's mission to "secure our Nation's interests in, from, and to space" is enabled by Space Systems Command's largest organization, the Assured Access to Space Directorate. The Assured Access to Space Directorate procures launch services from the commercial space transportation industry at VSFB, one of only two Federal Ranges from which national security space launches can occur—and the only Federal Range on the West Coast. Space launch for the USSF, other DOD organizations, and the Intelligence Community is reliant on commercial space launch service providers, as DOD does not operate its own space launch vehicles. SpaceX supports, and is under contract for, the full spectrum of U.S. Government space mission requirements.

The Proposed Action fulfills Congress's grant of authority to the Secretary of Defense (SECDEF), pursuant to 10 United States Code § 2276(a), *Commercial Space Launch Cooperation*, that SECDEF is permitted to take action to:

> "(1) maximize the use of the capacity of the space transportation infrastructure of the [DOD] by the private sector in the U.S.;
>
> (2) maximize the effectiveness and efficiency of the space transportation infrastructure of the [DOD];
>
> (3) reduce the cost of services provided by the [DOD] related to space transportation infrastructure at launch support facilities and space recovery support facilities;
>
> (4) encourage commercial space activities by enabling investment by covered entities in the space transportation infrastructure of the [DOD]; and

(5) foster cooperation between the [DOD] and covered entities."

The Proposed Action is needed to fulfill the 2020 National Space Policy of the United States (U.S. Government 2020) to reduce space transportation costs and ensure continued exploration, development, and space use are more accessible. The Proposed Action supports SLD 30's vision, along with SLD 45, to become the "world's most innovative space launch and landing team."

By increasing launch capacity at VSFB, the Proposed Action allows continued fulfillment of the 2020 National Space Policy, including promoting a "robust commercial space industry and strengthen United States leadership as the country of choice for conducting commercial space activities" (U.S. Government 2020). The Proposed Action ensures that U.S. space launch capability is not reduced or limited, and that the U.S. remains the world leader in space launch technology.

Several decades ago, the U.S. Government transitioned away from its historical approach of U.S. Government-developed and -operated rockets to the use of commercial space launch vehicles, procured as a commercial service. Doing so has provided tremendous reduction in costs to U.S. taxpayers, significantly increased space launch vehicle reliability, and promoted innovative new technologies like rocket reusability. Lower launch costs are a direct value to the taxpayer and allow the DOD to field space systems more efficiently to counter increased adversary space threats and enhance U.S. space-based services to U.S. and allied warfighters. Cost benefits are realized through competitive commercial launch pricing, which is created in-part by efficient commercial launch operations. The viability and health of commercial launch services providers—enabled through a regular flight rate—is critical to the U.S. Government. Through competitive acquisition of launch in the National Security Space Launch Program's Phase 2 procurement, the USSF saved $7 billion in taxpayer funds.[1] SpaceX has dramatically reduced the cost of access to space through the re-use of first stage rocket boosters and payload fairings. SpaceX is currently the only launch operator worldwide recovering, refurbishing, and reusing first-stage boosters and fairings—which means that SpaceX launch operations does not routinely expend rocket boosters or fairings into the ocean following launch. Launch system recovery and reuse has provided the U.S. Government the ability to rapidly launch and utilize new space systems architecture, such as satellite constellations in low-Earth orbit, quickly fielding new national security capability on orbit at substantially reduced cost.

SpaceX has developed Starlink and Starshield, satellite constellations in low-Earth orbit that require numerous launches to develop and maintain the constellation. Starlink is a critical national capability that is directly utilized by DOD and the intelligence community, which contracts directly for satellite communications services important to the national defense and in support of U.S. interests abroad.  Here, Starlink is a services provider for the DOD under numerous contracting vehicles, including the U.S. Space Force Commercial Satellite Communications Office, the U.S. Air Force's Global Lightning program[2], and other programs designed to enhance U.S. national security capability on-orbit and on the ground. Starlink services have also been directly procured by each of the U.S. military services, and by U.S. Special Operations Command. More broadly, Starlink is under contract with the Federal Emergency Management Agency, the Department of State, Department of Veterans Affairs, Department of Transportation, U.S. Coast Guard (USCG), Customs and Border Patrol, U.S. Geological Survey, U.S. Forest Service, the National Oceanic and Atmospheric Administration (NOAA), and many other government organizations at the state

---

[1]    https://www.af.mil/News/Article-Display/Article/2305576/space-force-awards-national-security-space-launch-phase-2-launch-service-contra/

[2]    https://www.airandspaceforces.com/global-lightning-satcom-project-expanding-to-ac-130-kc-135/

and local level. These agencies include emergency management personnel who are actively using Starlink to facilitate emergency response and recovery efforts. At any given point in time, Starlink can be activated and deployed globally to respond to various crises. With respect to these contracts and customer commitments, it is in the public interest to continuously enhance Starlink network capacity, particularly in furtherance of U.S. Government purposes and objectives. SpaceX's rapid launch capability and continuous deployment of Starlink satellites on orbit directly correspond to improved network performance that scales directly with network growth to meet escalating demand. Starlink launches are not incidental; each individual Starlink launch is part of a deliberate, planned effort to meet capacity needs to support specific customer requirements or demand, including the U.S. Government. The capability of new satellites allows SpaceX to add capacity more quickly and interconnect the Starlink constellation, to serve critical U.S. Government needs around the globe, and to launch critical communication services for aviation and maritime in the U.S. and the rest of the world's most remote locations.

SpaceX also launches payloads for the USSF's Space Development Agency as part of the Proliferated Warfighter Space Architecture, a resilient layered network of military satellites designed to quickly deliver needed national security space capabilities to the joint warfighter. In addition to missions for the DOD, SpaceX launches payloads from VSFB for U.S. Government agencies, including NASA and NOAA, and allied foreign nations, including missions that directly benefit environmental monitoring and response.

On May 5, 2023 the Executive Director of the California Coastal Commission concurred with a Negative Determination (ND-0009-23) for the subject project as the activities were similar to those concurred with by the Commission in CD-049-98. In the months following the Executive Director's concurrence, Commission staff stated that public coastal access was being adversely effected through other activities in addition to beach closures: (1) closures of the 14 mile long road between Highway 1 and Jalama Beach to incoming traffic in advance of scheduled SpaceX launches, even when a full closure and evacuation does not occur[3]; (2) email notices to those holding campground reservations during the time of a scheduled SpaceX launch; and (3) website notices to those seeking to secure a campsite reservation during the time of a scheduled SpaceX launch. The CCC stated that these launch activities prevent coastal access and recreation, resulting in cancellations of campsite reservations and limited the number of reservations secured. The CCC also stated that Jalama Beach had exceeded the number of closures analyzed in the Negative Determination. At the December 2023 public hearing, the Commissioners voted to revisit the Negative Determination and requested preparation of a Consistency Determination.

Upon email and phone notification by Commission staff to SLD 30 in summer 2023 regarding potential impacts outside the scope of those covered under the existing ND, SLD 30and SpaceX implemented measures to avoid and reduce future impacts of a similar nature. These measures were implemented well before the December 2023 public hearing and receiving the Remedial Action Proposal in February 2024 and are discussed below.

1. To reduce the potential for evacuations SpaceX shifted launches with trajectories that would typically close the Jalama Beach County Park to nighttime when population levels are lower. Jalama Beach County Park Staff provide the number of people in the park in the hours leading up to launch, after which SLD 30 Range Safety determines if the population level remains at or below

---

[3] SLD 30 has confirmed with the County of Santa Barbara that the 14-mile-long road between Highway 1 and Jalama Beach only closes during full evacuation due to a launch or when road conditions are poor and unsafe to traverse which happens during rainy seasons that cause sink holes, downed trees and/or power lines. The road closures outside of launch times over the winter of 2022-2023 are related to weather events and unsafe conditions.

the acceptable level for flight safety. If population levels exceed acceptable levels and the number of evacuations previously deemed consistent by the CCC (14; CD-049-98), the launch is then scrubbed (i.e. delayed).

2. SLD 30 coordinated with the County of Santa Barbara to revise the language in the potential evacuation notice emails sent to campers. These emails are sent after contingency evacuation notices are received by the County of Santa Barbara from SLD 30. Example emails from before and after these measures were implemented are included in Appendix C.

Since the introduction of these measures, there has not been an evacuation of Jalama Beach County Park and thus no associated closure of Jalama Road. Additionally, seven contingency evacuation notices (out of 22 launches) have been sent to SBC resulting in email notifications to campers between mid-July 2023 and February 2024. Few campsite reservations (< 1%) have been cancelled because of the contingency evacuation emails (pers comm L. Semenza, 2023). No evacuation emails have been sent between mid-July 2023 and February 2024. These actions have resulted in improved communications and coordination between the DAF, County of Santa Barbara Parks and Recreation, and SpaceX to avoid unnecessary and minimize future potential impacts to public access and recreation and parties' have sought to understand each other's requirements.

## 1.1 AUTHORITY

This CD is being submitted by the DAF in compliance with the National Oceanic and Atmospheric Administration Federal Consistency Regulations (15 Code of Federal Regulations [C.F.R.] Part 930). The DAF prepared this CD per Section 307(c)(1)(A) of the CZMA (16 USC 1456(c)(1)(A)), as amended, 15 C.F.R. Part 930, and the federally approved California Coastal Management Plan (CCMP) pursuant to the California Coastal Act (CCA) (California Public Resources Code, Division 20.

## 1.2 DETERMINATION

The project launch site (SLC-4) is located within the boundary of VSFB and owned by DOD. Although the CZMA excludes federal lands from the definition of coastal zone, actions that may effect the coastal zone must be consistent to the maximum extent practicable with the enforceable policies of the CCMP. Launch and operations at SLC-4 have been developed to minimize and/or offset potential effects to coastal uses and/or resources consistent to the maximum extent practicable with the enforceable policies of the CCMP. Based on review of the Proposed Action's compliance with the CZMA, the DAF has determined that the Proposed Action is consistent to the maximum extent practicable with the CCMP, pursuant to the requirements of the CZMA.

## 1.3 CONSULTATIONS WITH OTHER RESOURCE AGENCIES AND TRIBAL ENTITIES

SLD 30 completed Section 7 consultations with the National Marine Fisheries Service (NMFS) and United States Fish and Wildlife Service (USFWS). NMFS provided a Section 7 concurrence letter on January 20, 2023 (WCRO-2023-002). The existing SLD 30 Letter of Authorization issued by NMFS for Level B harassment of marine mammals incidental to launch activities covers the Proposed Action. Formal Section 7 consultation with the USFWS was completed and a Biological Opinion (BO) was issued for the Proposed Action on March 21, 2023 (2017-F-0480). SLD 30 is required to comply with the National Historic Preservation Act and completed Section 106 consultation when the State Historic Preservation Officer (SHPO) elected to let their 30-day review slip, citing 36 Code of Federal Regulations 800.3(c)4, "Failure of the SHPO/THPO [Tribal Historic Preservation Officer] to respond. If the SHPO/THPO fails to respond within 30 days of receipt of a request for review of a finding or determination, the agency official may proceed

to the next step based on the finding or determination or consult with the Council in lieu of the SHPO/THPO." SLD 30 carried out government-to-government consultation with the Santa Ynez Band of Chumash Indians' tribal chairman but received no response within 30 days. Therefore, SLD 30 had no further obligations with either SHPO or THPO for Section 106 consultation.

SpaceX Operations at SLC-4                                             March 2024

**Figure 1-1: Regional Location of Proposed Action Area**



## 2   DESCRIPTION OF PROPOSED ACTION

### 2.1  PROPOSED ACTION

The Proposed Action is to increase the Falcon 9 annual launch cadence at VSFB and include additional downrange offshore landing locations in the Pacific Ocean. Under the Proposed Action, SpaceX would launch the Falcon 9 from SLC-4E up to 36 times per year. Following each launch, SpaceX would perform a landing of the first stage up to 36 times, either downrange on a droneship or at SLC-4W at VSFB. No more than 12 first stage landings would occur at SLC-4W per year. Existing infrastructure would be used with no construction activities or ground disturbance planned under the Proposed Action First stage processing protocols associated with the Proposed Action would remain unchanged; however, they would increase in frequency to support 36 launches per year. The following subsections detail the various components of the Proposed Action.

**Figure 2-1: Space Launch Complex 4-East**



### 2.1.1  LAUNCH

SpaceX would launch Falcon 9 from SLC-4E up to 36 times per year in the same manner as current launches fully described in in the 2018 *Supplemental Environmental Assessment for Launch, Boost-Back, and Landing of the Falcon 9 at Vandenberg Air Force Base* and ND-0027-15. Each takeoff may be preceded by a static fire test of the engines, which lasts a few seconds. The need to conduct a static fire test is mission dependent, but there would be no more than 36 static fire events per year. Launch operations would occur day or night, at any time during the year. Static fires typically precede launches by 1 to 3 days.

The Proposed Action does not include the closure or alteration of the dimensions (shape and altitude) of the shipping lanes or airspace. When SpaceX launch and reentry operations pose an extreme risk to public safety over navigable waters, United States Coast Guard (USCG) District Eleven has the regulatory authority to restrict vessel transit after all risk mitigating strategies are exhausted. Federal government agencies, including the USCG, are responsible for ensuring maritime safety. SLD 30 would notify USCG of any upcoming launch operations to ensure safe launches over open ocean, consistent with current procedures. The USCG would be responsible for issuing a Notice to Mariners (NOTMARs) that provide hazard area locations prior to each mission event with ocean impacts. A NOTMAR provides notice of temporary changes in conditions or hazards in navigable waterways with maritime traffic to assist in mitigating risks for dangers associated with waterway users. This tool provides both an established and reliable line of communication with the maritime public. The NOTMAR would include the dates and times of the operations and coordinates of the hazardous operation area. Advance notice via Notices to Air Missions (NOTAMs) would assist general aviation pilots in scheduling around any temporary disruption of flight activities in the operation area. Launches would be of short duration and scheduled in advance to minimize the interruption to airspace and waterways. SLD 30 Range Safety monitors the affected area during launch and landing operations. Although marine vessels are informed of the operations, there is no requirement for them to alter their routes or change their navigation speed. If vessels are obstructing a launch or reentry phase of the operations, the launch would be delayed or altered within SLD 30 launch policies.

### 2.1.2 PAYLOAD FAIRING RECOVERY OPERATIONS

The Falcon 9 vehicle payload system includes a fairing that protects payloads (e.g. satellites). The fairing consists of two halves which separate, allowing the deployment of the payload at the desired orbit. Each fairing half contains a parachute system for recovery, which includes one drogue parachute and one parafoil. Parachutes, parafoils, and their assemblies are made of Kevlar and nylon, and sink quickly as they become waterlogged. The parachute system slows the descent of the fairing to enable a soft splashdown so that the fairing remains intact. The parachute canopy is approximately 110 square feet and the fairing parafoils are approximately 3,000 square feet.

SpaceX would attempt to recover both halves of the fairing after each launch. The fairing and parafoil would be recovered by a salvage ship stationed near the anticipated splashdown site, but no closer than 12 nautical miles offshore. Up to 72 parachutes and 72 parafoils would land in the ocean annually. Fairings, parachutes, and parafoils would land well outside of State jurisdictional and U.S. territorial waters but could land within the U.S. Exclusive Economic Zone. SpaceX would attempt to recover all parafoils, but it is possible that some of the parafoils would not be recovered due to sea or weather conditions at the time of recovery. The recovery team would attempt to recover the parachute assembly if they can get a visual fix on the splashdown location. Because the parachute assembly is deployed at a high altitude, it is difficult to locate. In addition, based on the size of the assembly and the density of the material, the parachute assembly would be saturated and begin to sink. This would make recovering the parachute assembly difficult and unlikely. As a result, SpaceX has experienced limited success in recovering the parachutes but will continue to attempt recovery and improve the success rate. However, most parachutes would be deposited in the ocean.

### 2.1.3 LANDING

SpaceX would perform a landing of the first stage up to 36 times per year, either downrange on a droneship or at SLC-4W at VSFB. Downrange landing locations are shown in Figure 2-2. Landing locations

are specific to each mission. No more than 12 first stage landings would occur at SLC-4W per year. Each landing would produce a sonic boom. While it is SpaceX's goal to re-enter and land all first stage Falcon boosters for reuse, some payloads require additional propellant to reach desired orbits or destinations (due to increased weight or extended trajectory). These boosters would be unable to complete a boost-back burn and landing. As a result, some boosters may be expended in the open ocean, outside of state and federal waters. It should be noted that this is a rare occurrence and is expected to continue to be infrequent – SpaceX has not conducted a mission using an expended booster SLC-4E since 2018.

SpaceX measures wind speed in the landing area using weather balloons. Measurements are taken at various intervals before launch and landing events and are used to create the required profiles of expected wind conditions during the landing event. A radiosonde, which is approximately the size of a shoe box and is powered by a 9-volt battery, is attached to a weather balloon, and transmits data to SpaceX and to predictive systems onboard the vehicle. The balloon, which is made of latex, rises approximately 12 to 19 miles and bursts. The balloon is shredded into many pieces as it falls back to Earth, along with the radiosonde, and is assumed to land in the ocean. The radiosonde does not have a parachute and would not be recovered.

**Figure 2-2: Downrange Landing Area**



### 2.1.4  GROUND OPERATIONS, SUPPORT, AND TRANSPORT

SpaceX operations for the Proposed Action would be like those currently occurring. To support the increased cadence, SpaceX may add up to 100 personnel at VSFB. SpaceX would continue to utilize specialized trucks for overland transport and barges for in-water transport of boosters, fairings, and other materials. SpaceX would continue to utilize the VSFB harbor for "roll-on-roll-off" barge operations. SpaceX would continue to process payloads and refurbish boosters and fairings at existing SpaceX facilities on VSFB. Up to 36 boosters and 36 fairings would be refurbished each year under the Proposed Action.

## 2.2  ALTERNATIVES ANALYSIS

As discussed in Section 2.1 (Selection Criteria) of the Environmental Assessment, SLD 30 identified a range of reasonable alternatives on VSFB and other sites by evaluating the ability of each alternative to meet the purpose and need of the Proposed Action and their ability to meet selection criteria.

- **Criterion 1:** Ability to launch payloads to polar and geostationary orbits
- **Criterion 2:** Proximity to existing SpaceX facilities to support Falcon 9 missions
- **Criterion 3**: Availability to support an increased launch cadence

In accordance with Council on Environmental Quality *Regulations for Implementing the Procedural Provisions of NEPA* (40 C.F.R. Parts 1500-1508), reasonable alternatives for the SpaceX launch program were identified and analyzed but dismissed from detailed analysis as they did not meet the purpose and need of the project. SpaceX and SLD 30 evaluated its existing facilities at Cape Canaveral Space Force Station (CCSFS) and Kennedy Space Center (KSC) for reasonableness. Non-SpaceX sites would not be able to readily provide infrastructure requirements without substantial construction activities and would not support the launch schedule requirements and were therefore not considered.

Space Launch Complex-40 (SLC-40) is a SpaceX-leased launch site located on CCSFS. SLC-40 currently supports Falcon 9 launches. Launch azimuths from SLC-40 support low Earth orbit (LEO), including polar orbits and sun-synchronous orbits, geosynchronous transfer orbit (GTO) and Earth escape orbits. VSFB supports a different range of trajectories than CCSFS, thus SLC-40 was eliminated from further consideration.

Launch Complex-39A (LC-39A) is a SpaceX-leased launch site located at KSC. LC-39A currently supports Falcon 9 and Falcon Heavy launches and is planned to support Starship/Super Heavy launches in the near future. Launch azimuths from LC-39A support LEO, GTO, and Earth escape orbits. The SpaceX launch pad at LC-39A is currently the only location in the world from which NASA can launch astronauts and the only location where SpaceX can launch the Falcon 9 Heavy vehicle. VSFB supports a different range of trajectories than KSC. Accordingly, LC-39A was therefore eliminated from further consideration.

Therefore, these alternatives were also eliminated from further consideration, and only the Proposed Action and No Action Alternative have been carried forward for further evaluation. SLC-4 is an existing launch complex utilized by SpaceX, and the western range operations can support an increased launch cadence and launch payloads to polar and geostationary orbits. Therefore, the Proposed Action meets all selection criteria listed above.

## 2.3  CONSISTENCY ANALYSIS/ANALYSIS OF EFFECTS

The effects test is a procedure where the project proponent determines whether the proposed activities comply with the federal consistency requirements of Section 307 of the CZMA (16 U.S.C. Section 1456) and its implementing regulations (15 C.F.R. Part 930). As defined in Section 304 of the CZMA, the term "coastal zone" does not include "lands the use of which is by law subject solely to the discretion of or which is held in trust by the Federal Government." However, since the proposed activities may have an effect on the land, water, or natural resource of a coastal zone off such federal property, as per DAF policy guidance (AFMAN 32-7003, Section 3.26.2), the DAF undertakes federal actions in a manner consistent to

the maximum extent practicable with the enforceable policies[4] of the approved CCMP through the federal consistency process under the CZMA.

The DAF analyzed the effects of the Proposed Action by looking at reasonably foreseeable direct and indirect effects on any coastal use or resource, and by reviewing relevant management program enforceable policies (15 C.F.R. Part 930.33[a][1]) of the CCMP relevant to this Proposed Action, as determined by the DAF, include the following: Article 2 – Public Access (Section 30210, 30213, and 30214); Article 3 – Recreation (Section 30220); Article 4 – Marine Environment (Section 30230, 30231, 30232, 30234, and 30234.5); and Article 5 – Land Resources (Section 30240). Sections and Articles of the CCMP not addressed below are not relevant to the Proposed Action.

Prior to evaluating whether the Proposed Action complies to the maximum extent practicable with the CCMP, the federal agency must first examine whether the Proposed Action would have a reasonably foreseeable effect on coastal zone uses or resources. Thus, the elements of the Proposed Action must first be examined to determine whether they have reasonably foreseeable effects before determining whether those effects are consistent with the State of California's enforceable policies. Coastal zone resources include both resources permanently located in the coastal zone (e.g., benthic organisms) and mobile resources (e.g., marine mammals and sea turtles) that typically move into and out of the coastal zone as part of a natural cycle.

The effects test evaluates the relative location of the Proposed Action to the coastal zone and the potential effects of stressors on coastal zone resources. The DAF conducted the effects test and determined there are reasonably foreseeable effects to coastal uses and resources. The effects test for the Proposed Action is based on the locations of the proposed activities relative to the coastal zone and the potential effects of stressors on coastal zone resources. The Proposed Action at VSFB could have the potential to affect coastal resources from acoustics (launch engine noise and sonic booms).

Potential impacts to public recreation at Jalama Beach County Park due to launch include:

- Contingency Evacuation Email – an email sent by the County of Santa Barbara to reservation holders of campgrounds at Jalama Beach County Park notifying them of a potential upcoming evacuation. Example email attached in Appendix C. Emails are sent several days in advance of the anticipated launch date. Updates are made to the County website.

- Evacuation Email – similar process as above, though text specifies that an evacuation will occur Example email attached in Appendix C. Updates are made to the County website.

- Evacuation – Removal of day-users and campers from Jalama Beach County Park due to safety requirements. Evacuation occurs approximately four hours prior to launch and users are able to return post-launch when the all-clear is issued by SLD 30 Range Safety.

- Road Closure – The closure of Jalama Road between Jalama Beach County Park and Highway 1 to maintain acceptable population levels for flight safety. Santa Barbara County Sheriffs would place roadblocks along Jalama Road to enforce an evacuation or to maintain acceptable maximum visitors to Jalama Beach County Park during a launch operation.

---

[4] SLD 30 is using the term "enforceable policies" within the meaning contemplated in 15 C.F.R. 930.36. DAF does not concede that all aspects of California's coastal program are enforceable against the federal government.

# 3   POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM

The DAF reviewed the CCMP to identify the policies relevant to the Proposed Action according to Division 20 of the California Public Resources Code, approved as part of the coastal program. Section 3.1 identifies the CCMP policies that are not relevant to the Proposed Action. Section 3.2 provides an analysis of the CCMP policies that are relevant to the Proposed Action.

## 3.1   POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM THAT ARE NOT RELEVANT TO THE PROPOSED ACTION

The CCMP policies not applicable to the Proposed Action are provided in Table 3-1 below.

**Table 3-1: Policies of the CCMP That Are Not Relevant to the Proposed Action**

| Article | Section | State Policy | Explanation of Non-Applicability |
|---|---|---|---|
| **Article 2: Public Access** | 30211 | Development not to interfere with access | The Proposed Action does not include any construction or ground disturbance, thus would not result in the public's right of access to the sea. |
| | 30212 | New development projects | The Proposed Action does not include any construction or ground disturbance. |
| | 30212.5 | Public facilities; distribution | The Proposed Action does not include any public facilities. |
| **Article 3: Recreation** | 30221 | Oceanfront land; protection for recreational use and development | The Proposed Action does not include any development of oceanfront land that would reduce available areas for public use. |
| | 30222 | Private lands; priority of development purposes | The Proposed Action does not include any development of private lands within the Action Area. |
| | 30222.5 | Oceanfront lands; aquaculture facilities; priority | The Proposed Action does not affect coastal zone lands suitable for aquaculture. |
| | 30223 | Upland areas | The Proposed Action does not affect the availability of upland areas necessary to support coastal recreational uses. |
| **Article 3: Recreation** | 30224 | Recreational boating use; encouragement; facilities | The Proposed Action does not include the development of any recreational boating facilities. |
| **Article 4: Marine Environment** | 30233 | Diking, filling, or dredging; continued movement of sediment and nutrients | The Proposed Action does not include any diking, filling, or dredging activities. |
| | 30235 | Construction altering natural shoreline | The Proposed Action does not include construction or ground disturbance, thus would have no alteration to natural shorelines processes. |

| Article | Section | State Policy | Explanation of Non-Applicability |
|---------|---------|--------------|----------------------------------|
| | 30236 | Water supply and flood control | The Proposed Action does not alter any rivers or streams. |
| | 30237 | Repealed | |
| **Article 5: Land Resources** | 30241 | Prime agricultural land; maintenance in agricultural production | The Proposed Action does not include construction or ground disturbance, thus would have no impact to prime agricultural lands. |
| | 30241.5 | Agricultural lands; determination of viability of uses; economic feasibility evaluation | The Proposed Action does not include construction or ground disturbance, thus would have no impacts to agricultural lands. |
| | 30242 | Lands suitable for agricultural use; conversion | The Proposed Action does not include construction or ground disturbance, thus would have no impacts to agricultural lands. |
| | 30243 | Productivity of soils and timberlands; conversion | The Proposed Action does not include construction or ground disturbance, thus would have no impacts to timberlands. |
| | 30244 | Archaeological or paleontological resources | The Proposed Action does not include construction or ground disturbance, thus would have no impacts archaeological or paleontological resources. |
| **Article 6: Development** | 30250 | Development location; existing developed areas | This policy only applies to actions that require permitting, which cannot be enforced against the DAF. The Proposed Action does not include construction or ground disturbance. |
| | 30251 | Scenic and visual qualities | The Proposed Action does not include construction or ground disturbance, thus would not impact coastal scenic or visual qualities. |
| | 30252 | Maintenance and enhancement of public areas | The Proposed Action does not include any new development that would require maintenance or enhanced public access to the coast. |
| | 30253 | Minimization of adverse impacts | The Proposed Action does not include development in areas of high geologic, flood, and fire hazard. |
| | 30254 | Public works facilities | The Proposed Action does not include any new or expanded public works facilities. |
| | 30254.5 | Terms or conditions on sewage treatment plant development; prohibition | The Proposed Action does not include the development of a sewage treatment plant. |

| Article | Section | State Policy | Explanation of Non-Applicability |
|---|---|---|---|
| | 30255 | Priority of coastal-dependent developments | The Proposed Action does not include any development within the coastal zone. |
| **Article 7: Industrial Development** | 30260 | Location or expansion | The Proposed Action does not include the development of coastal-dependent industrial facilities. |
| | 30261 | Tanker facilities; use and design | The Proposed Action does not include the use of existing or new tanker facilities. |
| | 30262 | Oil and gas development | The Proposed Action does not include any oil and gas development. |
| | 30263 | Refineries or petrochemical facilities | The Proposed Action does not include new or expanded refineries or petrochemical facilities. |
| | 30264 | Thermal electric generating plants | The Proposed Action does not include new or expanded thermal electric generating plants. |
| | 30265 | Legislative findings and declarations; offshore oil transport | This section explains the legislative findings applicable to offshore oil transportation, and does not constitute a separate public access policy. |
| | 30265.5 | Governor or designee; co-ordination of activities concerning offshore oil transport and refining; duties | The Proposed Action does not include activities concerning offshore oil transport and refining. |
| **Article 8: Sea Level Rise** | 30270 | Sea level rise | The Proposed Action does not include activities at risk of sea level rise. |

## 3.2 POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM THAT ARE RELEVANT TO THE PROPOSED ACTION

The CCMP policies that are relevant to the Proposed Action are policies where one or more of the Proposed Action components could affect a coastal use or resource identified by the policy. The CCMP policies that are relevant to the Proposed Action are provided in Table 3-2.

**Table 3-2: Policies of the CCMP That Are Relevant to the Proposed Action**

| Article | Section | State Policy |
|---|---|---|
| **Article 2: Public Access** | 30210 | Access; recreational opportunities; posting |
| | 30213 | Lower cost visitor and recreational facilities; encouragement and provision; overnight room rentals |
| | 30214 | Implementation of public access policies; legislative intent |
| **Article 3: Recreation** | 30220 | Protection of certain water-oriented activities |
| **Article 4: Marine Environment** | 30230 | Marine resources; maintenance |
| | 30231 | Biological productivity; water quality |
| | 30232 | Oil and hazardous substance spills |
| | 30234 | Commercial fishing and recreation boating facilities |
| | 30234.5 | Economic, commercial, and recreational importance of fishing |
| **Article 5: Land Resources** | 30240 | Environmentally sensitive habitat areas; adjacent developments |

### 3.2.2  ARTICLE 2: PUBLIC ACCESS

**Policies**

CCA Section 30210 – "Access; recreational opportunities; posting" states:

> *In carrying out the requirement of Section 4 of Article X of the California Constitution, maximum access, which shall be conspicuously posted, and recreational opportunities shall be provided for all the people consistent with public safety needs and the need to protect public rights, rights of private property owners, and natural resource areas from overuse.*

CCA Section 30213 – "Lower cost visitor and recreational facilities; encouragement and provision; overnight room rentals" states:

> *Lower cost visitor and recreational facilities shall be protected, encouraged, and, where feasible, provided. Developments providing public recreational opportunities are preferred. The commission shall not: (1) require that overnight room rentals be fixed at an amount certain for any privately owned and operated hotel, motel, or other similar visitor-serving facility located on either public or private lands; or (2) establish or approve any method for the identification of low or moderate income persons for the purpose of determining eligibility for overnight room rentals in any such facilities.*

CCA Section 30214 – "Implementation of public access policies; legislative intent" states

> *The public access policies of this article shall be implemented in a manner that takes into account the need to regulate the time, place, and manner of public access depending on the facts and circumstances in each case including, but not limited to, the following: (1) Topographic and geologic site characteristics. (2) The capacity of the site to sustain use and at what level of intensity. (3) The appropriateness of limiting public access to the right to pass and repass depending on such factors as the fragility of the natural resources in the area and the proximity of the access area to adjacent residential uses. (4) The need to provide for the management of access areas so as to protect the privacy of adjacent property owners and to protect the aesthetic values of the area by providing for the collection of litter. (b) It is the intent of the Legislature that the public access policies of this article be carried out in a reasonable manner that considers the equities and that balances the rights of the individual property owner with the public's constitutional right of access pursuant to Section 4 of Article X of the California Constitution. Nothing in this section or any amendment thereto shall be construed as a limitation on the rights guaranteed to the public under Section 4 of Article X of the California Constitution. (c) In carrying out the public access policies of this article, the commission and any other responsible public agency shall consider and encourage the utilization of innovative access management techniques, including, but not limited to, agreements with private organizations which would minimize management costs and encourage the use of volunteer programs.*

**Consistency Review**

The DAF controls access to VSFB and on-Base recreation areas. Public access to VSFB is not permitted. Personnel and approved contractors may participate in outdoor activities on VSFB, such as camping, picnicking, sunbathing, hiking, bird watching, nature photography, fishing, and hunting. The closest public access beaches are Jalama Beach County Park, Surf Beach (federal property), and County of Santa Barbara Ocean Beach Park. Of these, Jalama Beach County Park is the only one with overnight accommodations, including 107 campsites (31 of which with electrical hookups) and seven equipped cabins.

For the safety of park visitors, the County Parks Department and the County Sheriff currently close the parks upon request from the DAF. This agreement outlines procedures to evacuate (i.e., close) Jalama Beach County Park, Ocean Beach County Park, Surf Beach, and Point Sal Road, in the event of launch activities that have been determined by SLD 30 Range Safety to have certain human health and safety risks. These evacuations are communicated at least 72 hours prior to evacuation and can be implemented a maximum of 48 hours per the agreement. Point Sal Road is not anticipated to be evacuated due to SpaceX launches.

In the past, SLD 30 has restricted access to Ocean Beach County Park and Surf Beach for all launches from SLC-4E. Based on updated modeling and safety considerations, SLD 30 Range Safety and the Security Forces Squadron have determined evacuations are only required if the first stage of the Falcon 9 launch vehicle will boost back to land at SLC-4W. This action by DAF has resulted in a net-benefit to public access in northern Santa Barbara County. In addition to the parks remaining open, launch viewing opportunities attract more people to the coast thus providing coastal access to a larger number of users.

Access to the coastline from Surf Beach is available year-round. During the western snowy plover season, beach access is available from 0800-1800 and restricted during evening hours from 1800-0800. Access to the coastline from Ocean Beach County Park is available via a trail on federal property established by SLD 30 connecting this area to the coastal access available at nearby Surf Beach. Ocean Beach County Park is open from 0800 to dusk year-round. A portion of launches that boost back to land at SLC-4W would occur at night when these two locations are already closed. Accordingly, the Proposed Action would only restrict public access to Ocean Beach County Park and Surf Beach during daytime launches with boost back to SLC-4W. For this analysis, DAF assumes that Surf Beach and Ocean Beach County Park could be evacuated up to 14 times per year, including from scrubbed launches, for approximately four to eight hours each launch attempt.

Impacts to coastal access and recreation at Jalama Beach County Park are dependent on risk analysis completed by SLD 30 Range Safety for each individual launch. The launch risk factors are estimated based on the probability of vehicle failure, population size in the high-risk area, day of launch weather, trajectory, and other factors. SLD 30 Range Safety considers the number of people within the Impact Limit Line and thirty days prior to launch, conducts prelaunch debris risk assessments that determine high risk areas that contribute to the allowable risk criteria. If the risk of a Conditional Expected Casualty (CEc; a factor that estimates the risk of a multiple casualty event and assumes 100% vehicle failure) is greater than 0.01, Individual Risk is greater than 1/1,000,000, or the Expected Casualty risk is greater than 1/10,000, SLD 30 issues an evacuation requirement letter 25 days prior to launch. Generally, for launches from south VSFB, the population size in the Impact Limit Line determines the need for evacuation of Jalama Beach County Park and a CEc greater than 0.01 is typically triggered when the population exceeds 500. Therefore, the number of users, including day users, campers, and staff, at Jalama Beach County Park may or may not exceed a level that triggers evacuation.

If evacuation is under consideration, SLD 30 notifies the County of Santa Barbara. The County then sends a contingency evacuation email (Appendix C) to reservation holders warning them that there may be a need to evacuate the park for the launch and providing them the opportunity to cancel the reservation. During early 2023 and before, only a full evacuation email was sent to reservation holders, this resulted in 3 to 4 reservations (typically 1 to 3, but up to 8 people maximum per site/reservation) typically being cancelled for each launch after the email announcement (L. Semenza, County of Santa Barbara, pers. comm.). In August 2023, SLD 30 and the County of Santa Barbara implemented improved messaging protocols to warn the public of potential evacuations at Jalama Beach County Park by implementing a

Contingency Evacuation Email (Appendix C). Santa Barbara County Parks and Recreation stated that after implementation of the new notification procedures, cancellations have become rarer, typically zero to one per launch (L. Semenza, County of Santa Barbara, pers. comm.). The DAF and SpaceX have also minimized impacts at Jalama Beach by shifting to launching during hours of darkness, discussed in more detail in the following paragraphs.

When an evacuation of Jalama Beach County Park is under consideration, Santa Barbara County reports the projected number of campers for day of launch two to three days prior to the launch date. SLD 30 Range Safety compares the report to the maximum allowable number of people that would exceed the risk criteria and, if this number is exceeded, they will confirm the evacuation; if the population is less, the evacuation notice is rescinded. When an evacuation is confirmed, park staff request that all campers and day users leave the park. In addition, the Santa Barbara County Sheriff places roadblocks at the intersection of Highway 1 and Jalama Road to prevent the public from entering the affected area.

SpaceX flies a variety of trajectories from VSFB to support a wide range of missions, thus increasing to 36 launches per year does not mean that all 36 launches would be a trajectory that impacts Jalama Beach County Park. VSFB supports a unique range of trajectories, including launches to polar orbits, that are not available or practicable from Cape Canaveral Space Force Station. Additionally, as launch vehicles become more reliable (e.g. a proven record of flight), impact limit lines decrease. The Commission has historically considered and analyzed the number of temporary evacuations to beaches in northern Santa Barbara County associated with launch activities and determined that a total of 14 evacuations per year is consistent with the public access and recreation policies of the CCMP. A launch attempt that could evacuate Jalama Beach County Park could be scrubbed due to weather, an issue with the vehicle, or another reason after an evacuation order has been issued. While some impacts to Jalama Beach County Park are unavoidable due to mission requirements, evacuations would not be issued for more than 14 launches, to remain consistent with previous CCC determinations (CD-049-98).

As previously stated, to reduce the potential for evacuations SpaceX has shifted launches with trajectories that would typically close the park to nighttime, when population levels are lower. Jalama Beach County Park Staff provide the number of people in the park in the hours leading up to launch, after which SLD 30 Range Safety determines if the CEc remains at or below the acceptable level. If population levels exceed acceptable risk criteria, the launch would be delayed to the following day and population levels reassessed to ensure total evacuations of Jalama Beach County Park do not exceed 14 per year. This delay process is known as scrubbing. There has not been an evacuation of Jalama Beach County Park since these procedures were implemented in summer 2023. While there is a substantial financial impact to launching at less-optimal times, the DAF will maintain these procedures when practicable to protect public access to Jalama Beach County Park. DAF and SpaceX evaluated a 'dog leg' trajectory to avoid impacting Jalama Beach County Park. However, this trajectory would result in a significant performance hit to the vehicle due to the maneuver reducing the total mass able to be placed into orbit, thus requiring more launches to place the same amount of mass into orbit. Additionally, this could preclude certain missions from launching due to the mass of the payload.

DAF recognizes that potential evacuation notices can deter public access, through cancellation of scheduled reservations and/or fewer people making daily trips to Jalama Beach County Park. DAF will continue to coordinate with Santa Barbara County Parks and Recreation to better inform the public of potential evacuations. To offset impacts to recreational access to the coast at Jalama Beach County Park due to past unaccounted for impacts and for potential impacts to future launch operations, SpaceX would conduct the following measures:

- SpaceX would donate high-speed Starlink terminals to provide public internet coverage at Jalama Beach County Park. Cellular phone service in the area is limited, thus providing reliable internet coverage can benefit emergency responders and provide overnight campers with reliable connectivity. Santa Barbara County Parks and Recreation stated that implementation of Starlink terminals at the park gate would enhance public access, as the existing online reservation system can be slow and causes congestion and/or delays during the check in process at the controlled entrance as users enter the park (L. Semenza, County of Santa Barbara, pers. comm.).
- SpaceX would fund a variable messaging sign for use by Santa Barbara County Parks and Recreation to replace the existing sign at the intersection of Highway 1 and Jalama Road, enabling the County to inform the public if there is availability prior to driving down Jalama Road to the park.

DAF and SpaceX would continue to implement the following minimization measures previously discussed to reduce potential evacuations of Jalama Beach County Park

- To reduce the potential for evacuation, SpaceX shifted launches with trajectories that would typically close the Jalama Beach County Park to nighttime, when population levels are lower. Jalama Beach County Park Staff provide the number of people in the park in the hours leading up to launch, after which SLD 30 Range Safety determines if the population level remains at or below the acceptable level for flight safety.
- If population levels at Jalama Beach exceed acceptable thresholds for flight safety during launches scheduled during hours of darkness and the number of evacuations previously deemed consistent by the CCC, the launch would be scrubbed (i.e. delayed) rather than require evacuation.
- SLD 30 and Santa Barbara County would continue to utilize improved messaging protocols to warn the public of potential evacuations at Jalama Beach County Park.

Santa Barbara County also indicated that a point of frustration for the public is not knowing whether the park or campground is full until they drive the length of Jalama Road and are forced to turn back if full. Adding the variable message sign at Highway 1 that could be updated using the Starlink internet connection, would allow real-time updates to be made by park staff and reduce frustration and unnecessary time and fuel to drive from Highway 1 to Jalama Park.

Through the implementation of offsets discussed above, the Proposed Action would not substantially diminish the protected activities, features, or attributes of Jalama Beach County Park.

A summary of these offset executed measures and results would be included in DAF's annual report to the CCC. The Proposed Action would be consistent to the maximum extent practicable with Sections 30210, 30213, and 30214 of the CCA.

### 3.2.3  ARTICLE 3: RECREATION

**Policies**

CCA Section 30220 – "Protection of certain water-oriented activities" states:

> *Coastal areas suited for water-oriented recreational activities that cannot readily be provided at inland water areas shall be protected for such uses.*

**Consistency Review**

Recreational and commercial boating and fishing occurs offshore of VSFB; however, impacts on offshore activities are unlikely other than temporary avoidance areas established during launch activities.

Temporary avoidance areas for security and safety would not limit public access to adjacent areas. Areas would only be closed for the duration of the launch activity. The U.S. Coast Guard (USCG) would issue a NOTMAR that defines a public ship avoidance area for launch events. The avoidance area would be lifted as soon as the USCG determines it is safe to do so. Temporary closures of these areas for security and safety do not limit public access to or use of adjacent areas. Areas would be closed for the duration of the activity and reopened at the completion of the activity. A more detailed discussion of NOTMARs and maritime closures is included in Section 3.2.6.

Due to the temporary and short-term duration of the activities (36 launches from SLC-4 annually), broadcasting of NOTMARs, and the expansive offshore area that would still be available to the public, accessibility impacts associated with water-oriented recreational activities would remain negligible. Therefore, the Proposed Action would be consistent to the maximum extent practical with Section 30220 of the CCA.

### 3.2.4  ARTICLE 4: MARINE ENVIRONMENT (MARINE RESOURCES)

**Policies**

CCA Section 30230 – "Marine resources; maintenance" states:

> *Marine resources shall be maintained, enhanced, and where feasible, restored. Special protection shall be given to areas and species of special biological or economic significance. Uses of the marine environment shall be carried out in a manner that will sustain the biological productivity of coastal waters and that will maintain healthy populations of all species of marine organisms adequate for long-term commercial, recreational, scientific, and educational purposes.*

**Consistency Review**

As shown in Table 3-3, there are five species that occur in the marine environment off the VSFB coastline. One is federally listed as threatened under the Endangered Species Act (ESA) and four species are protected as defined under the Marine Mammal Protection Act (MMPA). The DAF determined these species may be potentially affected by the Proposed Action from noise impacts during operation.

**Table 3-3: Determination of Potential Impacts to Marine Mammals**

| Species | Status | ESA Effects Determination | MMPA Determination |
|---|---|---|---|
| Southern sea otter (*Enhydra lutris nereis*) | FT | NLAA | NE |
| Steller sea lion - Eastern U.S. Stock (*Eumetopias jubatus*) | MMPA | NA | Level B |
| Northern elephant seal – California Breeding Stock (*Mirounga angustirostris*) | MMPA | NA | Level B |
| Pacific harbor seal – California Stock (*Phoca vitulina richardii*) | MMPA | NA | Level B |
| California sea lion – U.S. Stock (*Zalophus californianus*) | MMPA | NA | Level B |

Notes: FE = Federally Endangered Species; FT = Federally Threatened Species; MMPA = Marine Mammal Protection Act, NA = not applicable; NE = no effect; NLAA = May affect, not likely to adversely affect; ESA = Endangered Species Act, MMPA = Marine Mammal Protection Act

In addition, there are up to 5 sea turtle species, 7 mysticetes (baleen whales), and 22 odontocetes (toothed cetaceans) that may be found within the region of influence. Sea turtles and cetaceans spend their entire lives in the water and spend most of their time (>90% for most species) entirely submerged below the surface. Additionally, when at the surface, sea turtle and cetacean bodies are almost entirely below the water's surface, with only the blowhole or head exposed for breathing. This minimizes exposure to in-air noise, both natural and anthropogenic, essentially 100% of the time because their ears are nearly always below the water's surface. As a result, in-air noise caused by sonic boom and engine noise would not affect sea turtle or cetacean species. Therefore, they were not considered further in the Environmental Assessment and are not considered further in this CD.

**Southern Sea Otter (*Enhydra lutris nereis*)**

**Direct Impacts.** No ground disturbing activities or vegetation management activities would occur within southern sea otter habitat; therefore, these actions will have no effect on the southern sea otter. The potential effects of noise and visual disturbance are discussed below.

**Noise and Visual Impacts.** Areas present directly offshore of SLC-4 would receive visual disturbance and noise levels of less than 130 dB Lmax during a Falcon 9 launch, approximately 110 dB Lmax during a first stage landing at SLC-4W. During static fire events, noise directly off the coast of SLC-4 would be less than 125 dB Lmax and there would be no associated visual disturbance. Landing at SLC-4W would also generate a sonic boom directly offshore that would range from 1.0 to 5.0 psf. Noise levels would reach between 100 and 110 dB Lmax during a Falcon 9 launch and less than 80 dB Lmax during first stage landing at SLC-4W in these areas. Sonic booms during SLC-4W landing would range from 1.0 to 3.0 psf along Sudden Flats.

Exceptionally little sound is transmitted between the air-water interface; thus, in-air sound would not have a significant effect on submerged animals (Godin 2008). In addition, according to Ghoul & Reichmuth (2014), "Under water, hearing sensitivity [of sea otters] was significantly reduced when compared to sea lions and other pinniped species, demonstrating that sea otter hearing is primarily adapted to receive airborne sounds." This study suggested that sea otters are less efficient than other marine carnivores at extracting noise from ambient noise (Ghoul & Reichmuth 2014). Therefore, the potential impact of underwater noise caused by in-air sound would be insignificant and discountable.

Extensive launch monitoring has been conducted for sea otters on both north and south VSFB, with pre- and post-launch counts and observations conducted at rafting sites immediately south of Purisima Point for numerous Delta II launches from SLC-2 and one Taurus launch from Launch Facility-576E and at the rafting sites near Sudden Flats for two Delta IV launches from SLC-6. Monitoring has also been conducted for Falcon 9 launch operations from SLC-4. No abnormal behavior, mortality, or injury of effects on the population has ever been documented for sea otter because of launch-related disturbance.

A prior study suggests that sea otters may be able to acclimate to sound exposures more than those anticipated due to the Proposed Action. Davis et al. (1988) conducted a study of northern sea otter's (*Enhydra lutris kenyoni*) reactions to various underwater and in-air acoustic stimuli. The purpose of the study was to identify a means to move sea otters away from a location in the event of an oil spill. Anthropogenic sound sources used in this behavioral response study included truck air horns and an acoustic harassment device (10 to 20 kHz at 190 dB) designed to keep dolphins and pinnipeds from being caught in fishing nets. The authors found that the sea otters often remained undisturbed and quickly became tolerant of the various sounds. When a fleeing response occurred because of the harassing sound,

sea otters generally moved only a short distance (328 to 656 ft [100 to 200 m]) before resuming normal activity (Davis et al. 1988).

Curland (1997), studying the southern sea otter, also found that they may acclimate to disturbance. The author compared otter behavior in areas with and without human-related disturbance (e.g., kayaks, boats, divers, planes, sonic booms, and military testing at Fort Ord) near Monterey, California. Otters spent more time traveling in areas with disturbance compared to those without disturbance; however, there was no significant differences in the amount of time spent resting, foraging, grooming, and interacting, suggesting that the otters were becoming acclimated to regular disturbances from a variety of sources (Curland 1997). Extensive launch monitoring of sea otters on VSFB has shown that launch noise is not a primary driver of sea otter behavior or use of the habitat along Sudden Flats and has not had any apparent long-term consequences for populations, potentially indicating that this population has acclimated to launch activities. Therefore, any impacts because of noise or visual disturbance are expected to be limited to minor behavioral disruption and, therefore, insignificant. As such, VSFB has determined that the Proposed Action would have an insignificant impact on otters and therefore, may affect, but is not likely to adversely affect, the southern sea otter off the coast of VSFB.

**Conclusion.** Observations at VSFB have shown no abnormal behavior, mortality, or injury of otters during launch activities and noise studies have shown southern sea otters adapt to sound exposure. As a result, the Proposed Action would have an insignificant effect on southern sea otter. Therefore, VSFB has determined that the Proposed Action may affect, but is not likely to adversely affect, the southern sea otter and, therefore, would not be significant.

## Marine Mammals Protected under the MMPA

Under the MMPA, the NMFS issued a Final Rule for taking marine mammals incidental to VSFB launches (NMFS 2019a), and a Letter of Authorization (LOA; NMFS 2019b). The LOA allows launch programs to unintentionally take small numbers of marine mammals during launches. The SLD 30 is required to comply with the LOA listed conditions and address NMFS concerns regarding marine mammals at VSFB. SLD 30 will continue to adhere to the measures list in the most current LOA. Under the current LOA, monitoring of marine mammals at VSFB is required during launches under the following:

- For any launches of space launch vehicles or recoveries of the Falcon 9 First Stage occurring from January 1 through July 31, pinniped activity at VSFB must be monitored in the vicinity of the haulout nearest the launch platform, or, in the absence of pinnipeds at that location, at another nearby haulout, for at least 72 hours prior to any planned launch, and continue for a period of time not less than 48 hours subsequent to the launch and/or recovery.

- For any recoveries of the Falcon 9 First Stage occurring from August 1 through December 31 that are predicted to result in a sonic boom of 1.0 pounds per square foot (psf) or above at VSFB, pinniped activity at VSFB must be monitored in the vicinity of the haulout nearest the launch or landing platform, or, in the absence of pinnipeds at that location, at another nearby haulout, for at least 72 hours prior to any planned launch, and continue for a period of time not less than 48 hours subsequent to launching.

- For any launches or Falcon 9 First Stage recoveries, if it is determined by modeling that a sonic boom of greater than 2.0 psf is predicted to impact one of the Northern Channel Islands between March 1 and July 31, greater than 3.0 psf between August 1 and September 30, and greater than 4.0 psf between October 1 and February 28, pinniped activity at the Northern Channel Islands must be monitored. Monitoring must be conducted at the haulout site closest to the predicted

sonic boom impact area, or, in the absence of pinnipeds at that location, at another nearby haulout.

**Direct Impacts.** No ground disturbing activities or vegetation management activities would occur within the habitat of marine mammals; therefore, these actions would not exceed Level B harassment to marine mammals, as authorized by NMFS, including during harbor operations.

**Noise Impacts.** Noise and visual disturbance can cause variable levels of disturbance to pinnipeds that may be hauled out within the areas of exposure, depending on the species exposed and the level of the sonic boom. NMFS has previously determined that the only potential stressors associated with the specified activities that could cause harassment of marine mammals (i.e., rocket engine noise, sonic booms) only have the potential to result in harassment of marine mammals that are hauled out of the water (NMFS 2019a). As a result, not all Falcon 9 first stage recoveries are expected to result in harassment of marine mammals. First stage recoveries throughout most of the proposed landing area will not result in landing engine noise or sonic booms greater than 1.0 psf impacting mainland or islands. The DAF has monitored pinnipeds during launch-related sonic booms on the Northern Channel Islands (NCI) during numerous launches over the past two decades and determined that there are generally no significant behavioral disruptions caused to pinnipeds by sonic booms less than 1.0 psf.

Launch monitoring per the requirements in the current LOA has found that generally only a portion of the pinnipeds present tend to react to sonic booms. Reactions between species are different; harbor seals and California sea lions tend to be more sensitive to disturbance and may react by entering the water while northern elephant seals raise their head or have no reaction. Normal behavior and numbers of hauled out pinnipeds typically return to normal within 24 hours or less (often within minutes) after a launch event. The DAF has monitored pinnipeds on VSFB and the NCI during many launches to characterize the effects of noise and visual disturbance on pinnipeds during numerous launches over the past two decades and determined there are generally no substantial behavioral disruptions or anything more than temporary affects to the number of pinnipeds hauled out on VSFB and the NCI. Monitoring has not found additional or new effects on marine mammals as launch cadence at VSFB has increased – under the terms of the LOA, DAF conducts monitoring commiserate with the number of lunches and thus is monitoring more often each year. No observations of injury or mortality to pinnipeds during monitoring have been attributed to past launches. As a result, the Proposed Action's potential impacts on MMPA-protected pinnipeds are expected to be limited to brief behavioral reactions.

MMPA-protected marine mammals have the potential to be disturbed during roll-on-roll-off barge operations. However, we do not anticipate adverse effects because Environmental Protection Measures, including entering the harbor to the extent possible at high tides when pinnipeds are not present, limiting and restricting nighttime activities and using artificial lighting, and slowly starting any noisy activities, would help minimize and avoid any behavior disruptions.

Given the authorizations and Environmental Protection Measures in place (as described in Appendix A, Section A.3, Marine Biological Resources), including the required monitoring, the Proposed Action would not result in significant impacts on MMPA protected pinnipeds.

<u>Consistency Review Conclusion</u>

The DAF and USFWS completed formal consultation for impacts resulting from the Proposed Action that may affect but are not likely to adversely affect the southern sea otter. The DAF will comply with the existing LOA issued by NMFS for Level B Harassment (behavioral disruption) of marine mammals and will implement necessary monitoring and mitigation activities to protect marine mammal species.

The DAF has determined that the Proposed Action would not result in population-level impacts on any marine resources and biological productivity of coastal waters would be maintained for long-term commercial, recreational, scientific, and educational purposes. Therefore, the Proposed Action would be consistent to the maximum extent practicable with Section 30230 of the CCA.

### 3.2.5  ARTICLE 4: MARINE ENVIRONMENT (WATER QUALITY)

**Policies**

CCA Section 30231 – "Biological productivity; water quality" states:

> *The biological productivity and the quality of coastal waters, streams, wetlands, estuaries, and lakes appropriate to maintain optimum populations of marine organisms and for the protection of human health shall be maintained and, where feasible, restored through, among other means, minimizing adverse effects of waste water discharges and entrainment, controlling runoff, preventing depletion of ground water supplies and substantial interference with surface water flow, encouraging waste water reclamation, maintaining natural vegetation buffer areas that protect riparian habitats, and minimizing alteration of natural streams.*

CCA Section 30232 – "Oil and hazardous substance spills" states:

> *Protection against the spillage of crude oil, gas, petroleum products, or hazardous substances shall be provided in relation to any development or transportation of such materials. Effective containment and cleanup facilities and procedures shall be provided for accidental spills that do occur.*

**Consistency Review**

Effects of the Proposed Action on marine biological resources are addressed in Section 3.2.3 (Article 4: Marine Environment [Biological Productivity]) with regard to CCA Sections 30230 and 30231 and terrestrial biological resources are addressed in Section 3.2.6 (Article 5: Land Resources) with regard to CCA Section 30240(b). The analysis determined that the Proposed Action would not affect biological productivity in the coastal zone, and the Proposed Action is consistent with Sections 30230, 30231, and 30240(b) to the maximum extent practicable.

The Proposed Action would result in potential impacts on surface water, groundwater quality, and water supply associated with launch activities. This section will evaluate potential effects on water quality for consistency with the CCA Section 30231 and 30232.

<u>Wetlands</u>
The Proposed Action does not involve construction or ground disturbance, therefore there would no impacts to wetlands.

<u>Surface Water</u>

The Proposed Action does not involve construction or ground disturbance, therefore there would be no filling of surface waters. Water-usage from the San Antonio Creek Basin would increase to 19.5 ac-ft of water per year, representing approximately 0.7 percent of the total annual water usage at VSFB.

Launch activities at SLC-4 would create exhaust clouds; however, Falcon does not use solid fuels. Wastewater discharges that may occur during project activities, including accumulated stormwater and non-stormwater discharges, would continue to be managed in accordance with the Regional Water Quality Control Board (RWQCB) letter for Enrollment in the General Waiver of Waste Discharge

Requirements for SLC-4E Process Water Discharges. After a launch, approximately 9,000 gallons of deluge water per Falcon 9 launch would remain in the existing retention basin after evaporation. Samples of the deluge water would be collected and analyzed. If the water is clean enough to go to grade, it would be discharged from the retention basin via the spray field. Currently, the water can be discharged to grade via the spray field approximately 90-95% of the time. It would then percolate into the groundwater system and flow down gradient into Spring Canyon. Therefore, impacts to surface water from launch operations under the Proposed Action would not be significant.

Commercial space companies are independently responsible for compliance to provisions of the Clean Water Act and its requirements for development of site-specific Spill Prevention, Contingency, and Countermeasures (SPCC) plan under 40 C.F.R. 112. Inspection and enforcement of each SPCC and any permitted tanks are delegated to the Santa Barbara County Certified Unified Programs Agency. The SPCC requirements for commercial space companies do not fall under the jurisdiction of SLD 30. SpaceX maintains and operates under an SPCC with Santa Barbara County CUPA. Under 40 C.F.R. 112, the SPCC includes elements that the Commission considers critical for these plans, including: an oil spill risk and worst-case scenario spill assessment, response capability analysis of the equipment, personnel, and strategies (both on-site and under contract) capable of responding to a worst-case spill, including alternative response technologies, oil spill preparedness training and drills, and evidence of financial responsibility demonstrating capability to pay for costs and damages from a worst-case spill. SpaceX's secondary containment is sized to capture all materials contained within any tanks present and the SPCC includes the necessary specifications on the spill response supplies needed at the site during operations.

**Marine Debris**

As discussed above, it is SpaceX's goal to land and recover all first-stage boosters for reuse. However, due to mission requirements (e.g., missions that require all available propellant due to heavier payloads or higher energy orbits), on rare occasions boosters may be unable to complete a boost-back burn and landing and would be expended in the broad open ocean well outside of State jurisdictional waters. When a first stage booster is intentionally expended, the first stage is expected to break up upon atmospheric reentry, and any residual fuel is dispersed and evaporated such that there's none left when the vehicle debris hits the ocean. Upon impact with the ocean's surface, the inert vehicle debris is expected to sink, like the fate of traditional non-reusable first stage boosters. However, these boosters would not have the potential to affect coastal water resources because they are made of inert materials that would not impact water quality, and they would be expended well outside of the coastal zone. SpaceX has not conducted an expendable booster mission from SLC-4E since 2018.

SpaceX attempts to recover potential debris where practicable. However, due to weather conditions, sea state, or other factors, a recovery attempt may be unsuccessful. SpaceX successfully completed all landing attempts in 2023, all attempted fairing recoveries (180 fairing halves) in both the Pacific and Atlantic Oceans and recovered approximately 75 percent of parafoils in the Pacific Ocean. Fairings, parachutes, and parafoils would land well outside of State jurisdictional and U.S. territorial waters but could land within the U.S. Exclusive Economic Zone. The fairings, parachutes/parafoils and their assemblies are all inert.

Weather balloons are 100% biodegradable and would split into pieces and quickly sink, along with the plastic radiosonde within State jurisdictional waters. Both the weather balloon and radiosonde are inert.

SpaceX's recovery efforts have reduced marine debris by approximately 74,804 lbs per launch. If SpaceX's 2022 payload manifest for missions originating from SLC-4E was launched using expendable boosters and

fairings, as all other launch providers currently operate, approximately 972,452 lbs of debris would have been deposited in the broad open water of the Pacific Ocean. For 2022 missions originating from VSFB, SpaceX achieved a 54 percent recovery rate for parafoils and recovered three drogue parachutes. SpaceX improved upon the parafoil recovery rate in 2023, recovering approximately 75 percent of all parafoils. These recovery efforts have reduced marine debris by approximately 99.8 percent compared to a traditional launch provider. The continued recovery of the vast majority of the first stage and fairings offsets the rare occurrence that an ocean landing would occur.

To offset impacts from marine debris within State jurisdictional waters, SpaceX participates in the SLD 30 Adopt-A-Beach Program, which conducts quarterly beach cleanups at Surf Beach. SpaceX also proposes to make an annual contribution to the California Lost Fishing Gear Recovery Project to offset the impacts from unrecoverable debris within State or Federal jurisdictional waters. Under nominal conditions, the first stage, fairing halves, parachutes, and parafoils impact the ocean well outside of State or Federal jurisdictional waters. For every pound of unrecovered debris landing in State or Federal jurisdictional waters, SpaceX would make a compensatory donation of $10.00 in a lump sum payment in the first quarter of the following year. SpaceX would provide annual reports on recovery efforts to DAF.

### Ground Water

The Proposed Action does not involve construction or ground disturbance. At a maximum cadence of 36 launches per year, including static fires and landings, the Proposed Action, including water to support personnel and operational activities, would use up to 19.5 acre-feet of water per year.

Wastewater discharges that may occur during project activities, including accumulated stormwater and non-stormwater discharges, would continue to be managed IAW the RWQCB letter for Enrollment in the General Waiver of Waste Discharge Requirements for SLC-4E Process Water Discharges. After a launch, approximately 9,000 gallons of deluge water per Falcon 9 launch would remain in the existing retention basin after evaporation. Samples of the deluge water would be collected and analyzed. If the water is clean enough to discharge to grade (currently 90-95% of launches), it would be discharged from the retention basin via the spray field as described in prior EAs and SEAs. It would then percolate into the groundwater system and flow down gradient into Spring Canyon. With adherence to federal, State, and local laws and regulations, impacts on groundwater would be less than significant.

### Water Supply

VSFB has two sources of drinking water; during normal operating conditions, the primary source comes from the State Water Project and the secondary source comes from four groundwater wells located on VSFB property. The VSFB wells are typically only used to augment State Water supplies and become the primary source during emergency repair or annual maintenance shutdowns on the State Water Project system. Over the past twenty years there have been several persistent drought periods affecting State Water Project supplies and VSFB has had to rely on its groundwater wells for extended periods to meet supply demands. As previously stated, the Proposed Action would use up to 19.5 acre-feet of water per year, which approximately 0.7 percent of the total annual water usage on VSFB. The Proposed Action is within the normal fluctuation and water demand of VSFB. The Proposed Action's water usage would result in no effect to sensitive coastal resources in San Antonio Creek.

**Conclusion**

The Proposed Action avoids substantially interfering with surface water flow and would not substantially alter the quality of coastal waters, streams, wetlands, or estuaries. Therefore, the Proposed Action is consistent to the maximum extent practicable with Sections 30231 and 30232 of the CCA.

### 3.2.6  Article 4: Marine Environment (Commercial and Recreational Fishing)

**Policies**

CCA Section 30234 – "Commercial fishing and recreational boating facilities" states:

> *Facilities serving the commercial fishing and recreational boating industries shall be protected and, where feasible, upgraded. Existing commercial fishing and recreational boating harbor space shall not be reduced unless the demand for those facilities no longer exists or adequate substitute space has been provided. Proposed recreational boating facilities shall, where feasible, be designed and located in such a fashion as not to interfere with the needs of the commercial fishing industry.*

CCA Section 30234.5 – "Economic, commercial and recreational importance of fishing" states:

> *The economic, commercial, and recreational importance of fishing activities shall be recognized and protected.*

**Consistency Review**

Southern California's west coast is a leading recreational and commercial fishing area. SpaceX launches missions from VSFB with a launch azimuth between 140 and 325 degrees, supporting a wide range of U.S. Government missions. The maritime hazard area for any given mission would include up to approximately 54 California Commercial Fisheries Blocks as defined by the California Department of Fish and Wildlife. Southerly trajectories would cover more blocks than westerly trajectories, as the vehicle's trajectory is over state waters for longer. The maritime hazard area follows the path of the trajectory and is approximately 21 miles wide at its widest. These launch azimuths also include multiple State Marine Reserves, which prohibit or significantly limit fishing. These are generally clustered around VSFB and the Northern Channel Islands.

The public's safety during launch operations is of upmost importance to SLD 30, FAA, USCG, and SpaceX, which includes the protection of maritime users near the launch vehicle's flight trajectory. Comprehensive safety measures, governed by federal regulations, are put into place for every launch to identify, communicate, and monitor areas that are at risk. Launch operations are conducted in a manner that is biased towards public safety and vessels that ignore hazard warnings near the launch trajectory may delay or cancel a launch if they present unacceptable public risk. While considerable formal planning and regulatory communications are accomplished during this process, successful implementation is dependent upon the good faith and collaboration of all maritime users.

The USCG supports launches from federal ranges by notifying the public of the maritime hazard upon request by the range authority or by the launch operator if a Letter of Intent has been signed by both parties. The USCG is not obligated to provide assets during commercial launch activities and maintains the discretion to determine how to employ its resources and manage maritime risks within their jurisdiction. The USCG issues various types of Notices to Mariners (NOTMARs); including Local Notice to Mariners (LNM), Broadcast Notice to Mariners (BNM), and Marine Safety Informational Bulletin (MSIB), all of which

include the predicted time and location of the hazard. These are notifications of potential hazardous operations and do not explicitly prohibit vessels from entering the identified areas. In determining the appropriate NOTMAR for the planned hazard areas, USCG District 11 reviews the risk assessments performed by SLD 30 for the launch or reentry activity and impacted commercial and recreational vessels on the high seas off the California Coast.

To ensure public safety, such warnings are issued for a window of time that includes the nominal launch duration plus the expected debris fall time in the event of a failure. The timing, duration, and direction of the launch is highly dependent upon the mission's requirements for accessing space. Akin to the ocean tides often dictating the best times for fishing, the earth's rotation and orbital mechanics dictate when and what direction to launch. For example, when needing to rendezvous with another spacecraft, the length of available times to launch can be as short as instantaneous and inflexible to move. Similarly, launch opportunities may only be available every few days or may only be available for a few weeks every so many years, which often is the case in launching to other planets or space objects. Alternatively, populating satellite constellations and launching prototype satellites are typically more flexible and may result in longer and adjustable times. Even with the most flexible orbital requirements, the length of the time window for launch, as well as the number of consecutive launch attempts, must be constrained to properly fit into other maritime operations as well as with the FAA-managed national airspace system and the efficient operations and movement across VSFB. In addition to mission requirements, launch days/times are adjusted to reduce range scheduling conflicts with SLD 30, national airspace impacts with FAA, radio frequency conflicts with U.S. Government users, and maritime impacts with USCG and U.S. Navy.

FAA regulations requires the public to be notified of all maritime hazard areas for each launch. If the risk, as calculated by SLD 30, within a portion of the maritime hazard area exceeds a threshold determined by the FAA, access to this smaller area, known as the "surveillance area" may be restricted for launch to be allowed to proceed. Due to Falcon's reliability, SpaceX's surveillance areas for launches from VSFB have minimal impacts to maritime activities. For many missions, this closure area does not even leave land. Accordingly, only a small subset of fishing blocks within the vicinity of VSFB have the potential to be closed by each launch and for a relatively short period of time. The area within the hazard area, but not closed to vessel traffic, is approximately two blocks wide along each given trajectory. The size and shape of this area is described in the published NOTMAR and is specific to the mission and timing. As previously stated, this corridor is approximately 21 miles wide at its widest to a point where the risk is below safety thresholds. The size varies based on several factors including the launch flight trajectory and simulations of variations of the trajectory, expected seasonal winds, launch vehicle reliability, launch vehicle break-up modeling in case of an anomaly, anticipated vessel traffic, population data near the launch site, and other factors. Figure 3-1 and Figure 3-2 show example NOTMARs for different Falcon 9 launches. The area in red is the maritime surveillance area, which restricts access, while the area in blue is the maritime hazard area, which does not restrict access. As shown in Figure 3-1, there was no maritime surveillance area and therefore this mission did not require a closure or restriction of state waters.

**Figure 3-1: Example vehicle hazard areas for VSFB launches**



**Figure 3-2: Example vehicle hazard areas for VSFB launches**



As noted above, since the NOTMARs are notices for unpatrolled hazard areas and not hard closures, vessels that enter the hazard area pose a safety risk for the launch. When an incursion of the NOTMAR occurs, SLD 30 or USCG personnel may contact the vessel and request confirmation of the number of passengers on-board, if the vessel cannot be contacted, a conservative estimate is assumed. SLD 30 range safety personnel then use this value to update risk safety calculations in real-time verify the safety requirements are not exceeded. For small vessels with only a few people, such as most recreational and commercial fishing vessels, the risk calculations often are not violated, and the launch may proceed. However, an increase in vessel traffic in the vehicle hazard area and/or a vessel (even a small one) close to the trajectory may violate the safety criteria and cause the launch to be delayed or cancelled. SpaceX has both delayed and cancelled launch attempts in order to protect the safety of vessels that did not heed the warning in the NOTMAR and proceeded to enter the hazard area. A launch delay or cancellation adds significant operations costs to a launch, including rescheduling of range assets and staffing, perishable launch commodities (e.g., liquid oxygen, nitrogen gas, helium gas), mission delay costs, and potential customer penalties. DAF and SpaceX are, therefore, highly motivated to work with other maritime users to avoid conflicts that could cause inadvertent delays.

Communication beyond the NOTMAR is key to successfully minimize and avoid impacts to recreational and commercial fishing stakeholders. DAF, in coordination with SpaceX, will establish a communication protocol with maritime stakeholders in the region. This will establish regular dialogue with a variety of commercial and recreational fishing stakeholders, including the Port San Luis Commercial Fishermen's Association and similar fisherman associations, fish buyers and processors, harbor masters, and sport fishing companies. The chairmen of local fisherman's associations will be provided an email that includes the date and time of the surveillance area, and the vessel hazard area that is also available in the NOTMAR, and for how long these will be in effect. Collaborative pre-planning and deeper understanding of the NOTMAR warning areas allows mariners to understand how small adjustments in their plans, such as adjusting port departure times or fishing areas, will meet their landing goals while also respecting DAF's requirements for maritime environment safety. Orbital mechanics and other competing demands, such

as FAA commercial air traffic adjustments, may not fully satisfy fishermen requests. In these cases, additional coordination prior to and on launch day will help balance needs, including updated launch safety calculations and real-time radio communications. Therefore, impacts on recreational and commercial fishing would be less than significant. The Proposed Action is consistent to the maximum extent practicable with Sections 30234 and 30234.5 of the CCA.

### 3.2.7  ARTICLE 5: LAND RESOURCES

**Policies**

CCA Section 30240 (b) – "Environmentally sensitive habitat areas, adjacent developments" states:

> *Development in areas adjacent to environmentally sensitive habitat areas and parks and recreation areas shall be sited and designed to prevent impacts which would significantly degrade those areas, and shall be compatible with the continuance of those habitat and recreation areas.*

**Consistency Review**

The Proposed Action does not involve any construction or ground disturbing activities. However, multiple federally listed species protected under the Endangered Species Act (ESA), potential habitat that supports these listed species, and several state special status species occur within the vicinity of SLC-4 and at VSFB that could experience impacts due to launch and landing. Pursuant to Section 7 of the ES A, DAF prepared a Biological Assessment for the USFWS, who subsequently issued a Biological Opinion.

Appendix B includes a list of special status species assumed to occur in the noise footprint (Table B-1). All species that were reasonably likely to occur were assumed potentially present; therefore, the DAF believes there is no requirement to conduct protocol surveys. These species likelihood of occurrence and where they may be found within the Action Area are discussed below.

The California least tern nests at Purisima Point and adults and fledglings roost and forage at Santa Ynez River lagoon. The nesting colony is approximately 8 mi north of SLC-4. The lagoon is approximately 3.7 miles north of SLC-4. At these distances, terns would be outside areas where loud noises would occur and be far enough from the launch and static fire activities that no effect on nesting, foraging, or roosting terns is expected. Potential habitat for least Bell's vireo (federally listed endangered species/state listed endangered species) and southwestern willow flycatcher (federally listed endangered species/state listed endangered species) exists on VSFB. However, these species have not been documented within the area potentially impacted by a significant launch or static fire related noise. Historically occupied breeding habitat for the southwestern willow flycatcher along the Santa Ynez River on VSFB has been degraded and is unlikely to support breeding in the future (Seavy et al. 2012). As a result, these species were not carried forward for analysis of impacts.

Table 3-7 contains the species that occur within the noise footprint that are federally listed as threatened or endangered under the Endangered Species Act (ESA). The DAF determined these species may be potentially affected by the Proposed Action from noise impacts during operations. The DAF completed formal consultation with the USFWS for these species and the Biological Opinion has been shared with the CCC staffers.

**Table 3-4: Determination of Potential Impacts to Federally Listed Threatened & Endangered Species**

| Species | Status | ESA Effects Determination |
|---|---|---|
| **FISHES** | | |
| Tidewater goby (*Eucyclogobius newberryi*) | FE | NLAA |
| Unarmored Threespine Stickleback (*Gasterosteus aculeatus williamsoni*) | FE | NLAA |
| **AMPHIBIANS** | | |
| California red-legged frog (*Rana draytonii*) | FT | LAA |
| **BIRDS** | | |
| California condor (*Gymnogyps californianus*) | FE | NLAA |
| Marbled murrelet (*Brachyramphus marmoratus*) | FT | NLAA |
| Western snowy plover (*Charadrius nivosus nivosus*) | FT | LAA |
| California Least Tern (*Sternula antillarum browni*) | FE | LAA |
| **Mammals** | | |
| Southern sea otter (*Enhydra lutris nereis*) | FT | NLAA |

Notes: FE = Federally Endangered Species; FT = Federally Threatened Species; NLAA = May affect, not likely to adversely affect; ESA = Endangered Species Act

Launch monitoring conducted between 2017 and 2023 has not found significant impacts to California red-legged frog (CRLF), California least tern, or western snowy plover. Monitoring has not found launch noise to have an adverse effect on CRLF, including call frequency. Nesting terns and plovers have been found to hunker down or briefly flee during noise events, but no damage to eggs has been found that can be directly attributed to the noise event. A detailed discussion of potential effects to each species is below.

**Tidewater goby (TWG)**

**Direct Impacts.** No aspects of the Proposed Action would have potential physical impacts on TWG.

**Noise Impacts.** During up to 36 launch events per year, engine noise produced during Falcon 9 launches would reach approximately 123 dB maximum sound level (Lmax) at potential TWG habitat in Honda Creek. During up to 12 SLC-4W landing events per year, noise would be less than 100 dB Lmax at Honda Creek. Static fire events produce approximately 115 dB Lmax at Honda Creek.

Exceptionally little sound is transmitted between the air-water interface (Godin 2008). Therefore, in-air sound during launches and static fire events is not expected to cause more than a temporary behavioral disruption to fish, if present, in Honda Creek. Since TWG have not been detected during regular survey efforts dating back to 2008 (MSRS 2009, 2016, 2018a), they are unlikely to be present during the proposed launch and static fire activities; however, TWG could potentially recolonize Honda Creek in the future.

**Conclusion.** Because of the low likelihood of TWG presence in Honda Creek and the minimal transfer of in-air noise into underwater noise, the anticipated level of disturbance from the Proposed Action would

be discountable. Therefore, VSFB has determined that the Proposed Action may affect but is not likely to adversely affect the TWG and, therefore, would not be significant.

**Unarmored Threespine Stickleback (UTS)**

**Direct Impacts.** No aspects of the Proposed Action would have potential physical impacts on UTS.

**Noise Impacts.** The UTS was introduced into Honda Creek, south of SLC-5, in 1984 (MSRS 2009a). Extensive surveys conducted in 2008, 2016, and 2017 did not detect any fish in the creek (MSRS 2009a, 2016, 2018a). Between 2008 and 2022, Honda Creek has gone through multiple cycles of drying and rehydration, which would preclude occupancy by and persistence of fish. UTS in San Antonio Creek would be outside areas where launch noise would occur.

**Conclusion.** The increase in water extraction from the San Antonio Creek Basin under the Proposed Action would be discountable. Therefore, VSFB has determined that the Proposed Action may affect but is not likely to adversely affect the UTS.

**California red-legged frog (CRLF)**

**Direct Impacts.** Direct impacts on post-metamorphic CRLF within the 3.3-ac (1.3-ha) vegetation management area may include injury or mortality from inadvertent crushing by workers as they walk and operate mechanical equipment while mowing vegetation. During launch, CRLF may be injured or killed as a result of the release of hot water and vapor into Spring Canyon from the flame bucket. An assessment of Spring Canyon in 2013 (MSRS 2014) and in July 2017 (MSRS 2017) found no suitable aquatic habitat within Spring Canyon within or ``downstream of the vegetation management area. In addition, since 2017, across 11 survey efforts to perform minimization measures associated with the 2017 BO, no suitable habitat has been found in this area, likely because of the protracted drought conditions in the region. Routinely mowing the vegetation in the area impacted by water and vapor also reduces the suitability and attractiveness of the site for CLRF occupancy. It is therefore unlikely that CRLF occupy this area on a regular basis and no direct impacts during vegetation management activities or water release are anticipated.

The risk of impacts on CRLF during vegetation management would be reduced because USFWS approved or permitted biologists would capture and relocate all individuals detected within the vegetation management area to nearby suitable habitat prior to the onset of vegetation clearing activities. A qualified biologist would be present to monitor vegetation-clearing activities and a USFWS approved or permitted biologist would move any CRLF encountered out of harm's way.

**Noise Impacts.** During up to 36 launch events of the Falcon 9 per year, engine noise would reach approximately 128 dB Lmax at Bear Creek, 123 dB Lmax at Honda Creek, and 118 dB Lmax at the Santa Ynez River. Up to 36 static fire tests per year would produce noise of approximately 125 dB Lmax at Bear Creek, approximately 118 dB Lmax at Honda Creek, and 110 dB Lmax at the Santa Ynez River. During up to 12 SLC-4W first stage landing events per year, landing engine noise in these locations would be approximately 100 dB Lmax at Bear Creek, less than 100 dB Lmax at Honda Creek, and less than 85 dB Lmax at the Santa Ynez River. Up to 12 SLC-4 landing events per year would also produce sonic booms that would impact the Santa Ynez River (estimated between 1.5 and 2.0 psf), Honda Creek (estimated between 2.0 and 3.0 psf), and Bear Creek (estimated between 4.0 and 5.0 psf). Landing noise follows launch by approximately 5 to 7 minutes and typically occurs slightly before (seconds) the sonic boom impacts land.

The received maximum noise levels estimates are conservative since the modeling assumes a flat landscape and does not account for features like hills, bluffs, or dense vegetation that would attenuate sound during noise events. Engine noise would reach as high as 150 dB Lmax with sonic booms up to 8.5 psf in upland CRLF dispersal habitat on SLC-4. However, vegetation management within and around SLC-4 would make CRLF presence above ground in these areas unlikely during typical dry conditions.

All life stages of CRLF can detect noise and vibrations (Lewis & Narins 1985) and are assumed to be able to perceive the engine noise produced by launch vehicles. There are no studies on the effects of noise on CRLF, and few studies on the effects of noise disturbance on anurans in general. Those studies that have been conducted have often focused on the effects of sustained vehicle noise associated with roads near breeding ponds, which have been shown to have negative effects on individual frog's behavior and physiology and may have consequences for populations (see Parris et al. 2009 and Tennessen et al. 2014). However, impacts from engine noise would be of short duration and, therefore expected to have different effects on frogs than sustained noise.

Engine noise would likely trigger a startle response in CRLF, causing them to flee to water or attempt to hide in place. It is likely that any reaction would be dependent on the sensitivity of the individual, the behavior in which it is engaged when it experiences the noise, and the sound level (e.g., higher stimuli would be more likely to trigger a response). Regardless, the reaction is expected to be the same – the frog's behavior would be disrupted, and it may flee to cover in a similar reaction to that of a frog reacting to a predator. As a result, there could be a temporary disruption of CRLF behaviors including foraging, calling, and mating (during the breeding season). However, frogs tend to return to normal behavior quickly after being disturbed. Rodríguez-Prieto and Fernandez-Juricic (2005) examined the responses in the Iberian frog (*Rana iberica*) to repeated human disturbance and found that the resumption of normal behavior after three repeated human approaches occurred after less than four minutes. Sun and Narins (2005) examined the effects of airplane and motorcycle noise on anuran calling in a mixed-species assemblage, including the sapgreen stream frog (*Rana nigrovittata*). Sun and Narins found that frogs reduced calling rate during the stimulus but the sapgreen stream frog increased calling rate immediately after cessation of the stimuli, likely in response to the subsequent lull in ambient sound levels. Similarly, qualified biologists working on VSFB and elsewhere in CRLF occupied habitat have routinely observed a similar response in this species after disrupting individuals while conducting frog surveys (A. Abela, M. Ball, and J. LaBonte, pers. obs.). CRLF would, therefore, be expected to resume normal activities quickly once the disturbance has ended and any behavioral response would be short term.

Although no studies have been conducted on hearing damage in CRLF, Simmons et al. (2014) found that consistent morphological damage of hair cells in the hearing structures of American bullfrogs (Lithobates catesbeianus), which are within the same Family as the CRLF (Ranidae), were observed with sound exposure levels (SEL) greater than 150 dB Lmax SEL. Even after such hearing damage, bullfrogs showed full functional recovery within 3 to 4 days, thus the hearing damage was temporary (Simmons et al. 2014). CRLF in terrestrial environments may be exposed to engine noise levels of 128 dB Lmax and, therefore, even temporary hearing damage would be unlikely for CRLF that may be present. Additionally, due to vegetation management around the proposed launch vehicle sites, the likelihood of CRLF being present in terrestrial environments exposed to these noise levels would be very low and few individuals would be impacted.

It is assumed that the sonic boom would likely trigger a startle response in CRLF, causing them to flee to water or attempt to hide in place. This would result in a temporary disruption of behaviors including foraging, calling, and mating. However, there are no data on what level of sonic boom would cause this

reaction. During a landing event during CRLF breeding season, MSRS performed bioacoustic monitoring (MSRS 2022) at two locations within the predicted boom impact area, following the monitoring requirements of the 2017 BO (USFWS 2017a). Though the landing occurred during daylight hours, CRLF were detected calling at both monitoring locations, a drainage near the VSFB Recreation Center and lower Honda Creek. The sonic boom did not cause a measurable reduction in CRLF calling frequency at either of the two locations where the received overpressures were between 1 (VSFB Recreation Center) and 2.4 psf (lower Honda Creek). At both sites, CRLF calls were detected within 20 to 30 minutes after the sonic boom was received and the average number of calls per hour during the two nights following the sonic boom were greater than the night prior to the boom, suggesting that the noise disturbance did not prompt reduced calling behavior (MSRS 2022). At the Fitness Center Drainage, three CRLF calls were detected during the hour prior to the sonic boom (1100–1200), and three were detected the hour period when the sonic boom occurred (1200–1300). One of the three calls detected during the period when the boom was received was 30 minutes prior to the boom and again 23 and 24 minutes after the boom. At lower Honda Creek, no CRLF calls were detected during the hour period prior to the sonic boom (1100–1200), and four calls were detected during the hour when the boom occurred (1200–1300). Of the four calls that occurred during the hour period when the boom was received, all four were detected after the boom, at 32, 37, 47, and 48 minutes following the sonic boom (MSRS 2022).

In alignment with the BO, the DAF will continue to implement a monitoring program to track CRLF habitat occupancy, breeding behaviors (calling), and breeding success (egg mass and tadpole densities) in lower Honda Creek as the frequency of launch and static fire tests under the proposed project. DAF will be able to assess incremental changes in the acoustic environment at Lower Honda Creek using passive bioacoustic recorders and analyze these data to assess any associated impacts on the CRLF population. If CRLF occupancy, calling frequency, or tadpole densities decline from baseline by 15 percent or more, the 15 percent decline from baseline is maintained for two consecutive years, and the decline is not attributable to other non-launch-related factors, VSFB would mitigate for these impacts by creating new CRLF breeding habitat at the San Antonio Creek Oxbow Restoration Area, an established wetland mitigation site that is located outside of areas currently impacted by launch noise on VSFB. Historically occupied by riparian vegetation, restoration efforts would focus on enhancing this abandoned tract of agricultural land to improve San Antonio Creek and provide breeding habitat for CRLF, thus offsetting population level impacts at Honda Creek within an area that is not impacted by launch noise.

**Conclusion.** VSFB has determined that potential physical impacts because of water release and vegetation clearing in Spring Canyon, rocket engine noise, and sonic booms resulting from the Proposed Action may affect, and is likely to adversely affect, the CRLF. Launch noise and sonic booms may induce behavioral responses in CRLF ranging from momentary startling or freezing by individual frogs to population-level emigration away from impacted areas. To comply with the DAF's sections 7(a)(1) and 7(a)(2) obligations under the ESA, as well as the prospective USFWS Mitigation Policy, post-project restoration activities will be implemented. Restoration activities will align with the objectives of the CRLF Conservation Strategy (USFWS, in prep.) with the goal of achieving no net loss to the species.

## Marbled Murrelet (MAMU)

**Direct Impacts.** No ground disturbing activities would occur within or near MAMU habitat; therefore, the Proposed Action would have no direct physical impacts on MAMU or MAMU habitat.

**Noise and Visual Impacts.** This species has occasionally been observed between the late summer through winter foraging off the coast of south VSFB (eBird 2022). Although unlikely, if MAMU were present

immediately off the coast they would experience engine noise of less than 130 dB Lmax during launch, less than 115 dB Lmax during SLC-4 landing, approximately 125 dB Lmax during static fire events, and sonic booms up to 4 psf during SLC-4 landings. Additionally, the majority of MAMU are found in a band about 984 to 6,561 ft (300 to 2,000 m) from shore (Strachan et al. 1995) where noise levels would be much lower.

Very little data are available regarding MAMU's response to noise and visual disturbances; however, Bellefleur et al. (2009) examined the response of MAMU to boat traffic. MAMU response was found to depend on the age of the birds, the distance and speed of the boats encountered, and the season. MAMU either showed no reaction, flew, or dove in response. Late in the season (July through August), some MAMU were found to fly completely out of feeding areas when approached by boats traveling more than 17.9 mi per hour (28.8 km per hour). The dominant response of MAMU to approach by boats was, however, for birds to dive and resurface a short distance away. MAMU are, therefore, expected to exhibit a startle response that would cause birds to dive and resurface, but they are expected to return to normal behavior soon after each launch or static fire event has been completed.

**Conclusion.** Based on our analysis, MAMU are unlikely to be present during a launch or static fire event and if present may have a temporary behavioral reaction in response to noise. Thus, the Proposed Action would have a discountable effect on MAMU. Therefore, VSFB has determined that the Proposed Action may affect, but is not likely to adversely affect MAMU and, therefore, would not be significant.

### Western Snowy Plover (SNPL)

**Direct Impacts.** No ground disturbing activities would occur within or near SNPL habitat; therefore, the Proposed Action would have no direct physical impacts on SNPL or SNPL habitat.

**Noise and Visual Disturbance.** SNPL on VSFB beaches would be exposed to levels between 100 and 130 dB Lmax during launches, between approximately 100 and 110 dB Lmax during SLC-4 landing, and between 100 and 125 dB Lmax during static fire events (Figure 4.5-2), and sonic booms between 1.5 and 5.0 psf during SLC-4 landing. Launch noise events would last less than one minute and static fire noise would last less than 7 seconds.

SNPL monitoring for impacts from launch-related engine noise and visual disturbance has been conducted during numerous launches on VSFB. Direct observations of wintering birds were made during a Titan IV and Falcon 9 launch from SLC-4E (SRS Technologies, Inc. 2006b; Robinette and Ball 2013). The Titan IV launches resulted in sound levels of 130 dBA Lmax. SNPL did not exhibit any adverse reactions to these launches (SRS Technologies, Inc. 2006b; Robinette and Ball 2013) except for one observation. During the launch of a Titan II from SLC-4W in 1998, monitoring of SNPL found the nest located closest to the launch facility had one of three eggs broken after the launch (Applegate and Schultz 1998). The cause of the damaged egg was not determined.

More recently on 12 June 2019, SNPL response was documented during a SpaceX Falcon 9 launch and first stage recovery at SLC-4. The return flight of the first stage to VSFB produced a 3.36 psf sonic boom and landing engine noise of 138 dB Lmax and 130 dB SEL, as measured on South Surf Beach. SNPL response to the noise impacts was documented via pre- and post-launch monitoring and video recording during the launch event. Incubating SNPL captured on video were observed to startle and either jump or hunker down in response to the sonic boom. One SNPL egg showed signs of potential damage. This egg was part of a three-egg clutch in which the other two eggs successfully hatched. It is not uncommon for one or more eggs from a successful nest to not hatch. Failure of the egg to hatch could not be conclusively tied to the launch event (Robinette and Rice 2019).

In alignment with the BO, the DAF commits to augmenting the existing SNPL monitoring program on VSFB, which records habitat use, nesting efforts, nest fates, fledgling survival, and population size through each breeding season, with geospatial analysis of SNPL nesting and the noise environment. Sound meters will be deployed immediately inland of South Surf Beach and a control site to characterize the noise environment during the breeding season within the noise footprint of SpaceX launches. Geospatial analysis will be performed annually to assess whether patterns of nesting activity, nest fates, or fledgling success are negatively impacted by noise from SpaceX operations. If the geospatial analysis shows that a statistically significant decline in breeding effort or nest success over two consecutive years, and that this decline cannot confidently be attributed to other natural or human caused catastrophic factors, the DAF will offset this impact by increasing predator removal efforts on VSFB to include the non-breeding season, particularly focusing on raven removal adjacent to VSFB beaches, with a goal of achieving no net loss of the species.

**Conclusion.** VSFB has determined that the Proposed Action may affect, and is likely to adversely affect, the SNPL on VSFB. VSFB would perform geospatial analysis to monitor the impacts of noise from the Proposed Action and other launch programs on Base to assess any potential adverse impacts on the species at VSFB as the launch frequency under the Proposed Action gradually increases and reaches full tempo. If adverse effects are found, VSFB would mitigate those effects by increasing predator management efforts on VSFB to comply with the DAF's sections 7(a)(1) and 7(a)(2) obligations under the ESA. Mitigation activities would align with the SNPL Recovery Plan (USFWS 2007), and 5-year review (USFWS 2019) with the goal of achieving no net loss to the species.

### California Least Tern (LETE)

**Direct Impacts.** No ground disturbing activities would occur within or near LETE habitat; therefore, the Proposed Action would have no direct physical impacts on LETE or LETE habitat.

**Noise and Visual Disturbance.** If missions are performed when LETE are present (approximately 15 April through 15 August), LETE at the Purisima colony would receive launch engine noise of approximately 108 dB Lmax. The Purisima colony and Santa Ynez River mouth would receive landing engine noise less than 80 dB Lmax. During static fire, which typically occur 1 to 3 days prior to launch, noise levels at the Purisima colony would be approximately 102 dB Lmax. During landing events, overpressures would be between 1 and 3 psf from a sonic boom. If LETE are present at the Santa Ynez River mouth, they may experience 115 dB Lmax during launches and less than 80 dB Lmax engine noise and a 1.5 to 4.0 psf sonic boom during SLC-4 landing events. Static fire tests would produce approximately 110 dB Lmax at the Santa Ynez River mouth. Due to time requirements for refurbishing vehicle components, payload preparation, and site preparation, only approximately one third of the proposed 36 annual launches would overlap the time period when LETE are typically present at VSFB.

At VSFB, LETE monitoring has been conducted for five Delta II launches from SLC-2 on north VSFB. SLC-2 is 0.4 mi. (0.6 km) from the Purisima Point nesting colony. LETE responses to launch noise have varied. Pre- and post-launch monitoring of non-breeding LETE for the 7 June 2007 Delta II COSMO-1 launch and monitoring of nesting LETE during the 20 June 2008 Delta II OSTM and 10 June 2011 Delta II AQUARIUS launches did not document any mortality of adults, young, or eggs, or any abnormal behavior resulting from launches (MSRS 2007a, 2008b, 2011). In addition, Delta II launches from SLC-2 in 2002 and 2005, when terns were arriving at the colony, may have caused temporary or permanent emigration from the colony because there was decreased attendance following the launches (Robinette et al. 2003; Robinette & Rogan 2005). These data imply that LETE response to noise relates to timing with the nesting cycle. For

instance, at the beginning of the nesting season when LETE are arriving at the breeding colony, the adults seem to be more disturbed, but once courtship and nest-tending begins, the adults are more tenacious.

On 12 June 2019, LETE response was documented during a SpaceX Falcon 9 launch with first stage landing at SLC-4 on VSFB. The landing produced a 2.7 psf sonic boom, as measured at the Purisima LETE colony. LETE response to the launch and boost-back landing was documented via pre- and post-launch monitoring and video recording during the launch event. LETE response during the launch was difficult to determine since birds flushed before sonic boom impact. All LETE returned to their nests minutes after the launch event. One LETE egg was found to be damaged. The damaged LETE egg was from a one egg clutch and was inspected when it was a week past hatch date. The cause of the damage to the egg was inconclusive (Robinette & Rice 2019).

The effect of increasing noise disturbances on LETE will be uncertain based on the scientific literature. However, none of these studies in the scientific literature are directly comparable to the noise impacts of the Proposed Action. Launch engine noise and sonic booms are acute, non-sustained, and unpredictable. It is more similar to aircraft noise disturbances studied in the literature yet would be relatively much less frequent. Beyond the launch monitoring efforts discussed above, there are almost no studies on the effects of rocket launch on birds.

**Conclusion.** VSFB has determined that the Proposed Action may affect, and is likely to adversely affect, the LETE on VSFB. Individuals nesting, roosting, and foraging in the action area are likely to be distressed by visual disturbance, noise, and overpressures from launch and landing activities. These disturbances may startle LETE or disrupt foraging or breeding activities. If launch and landing occur during the breeding season (approximately April through August), brooding birds may startle and flush which could potentially damage eggs and leave eggs or chicks unattended. Unattended eggs and chicks may become vulnerable to exposure or predation.

Frequent exposure to sound and overpressure may cause effects that are not immediately evident and may cause reduced numbers of nesting adults or reduced productivity in the action area over time.

VSFB would monitor the impacts of noise from the Proposed Action to assess any potential adverse impacts on the species at VSFB as the launch frequency increases and reaches full tempo (Section 2.3.4). If adverse effects are found, VSFB would mitigate those effects by increasing predator management efforts on VSFB (Section 2.3.4) to comply with the DAF's sections 7(a)(1) and 7(a)(2) obligations under the ESA. Mitigation activities would align with the LETE Recovery Plan (USFWS 1985b) and 5-year review (USFWS 2020) with the goal of achieving no net loss to the species.

## California Condor

**Direct Impacts.** No ground disturbing activities would occur within or near California condor habitat and the Action Area is outside the normal range of the species and the species. California condor is not known to breed within the Action Area; therefore, the Proposed Action would have no direct physical impacts on California condor or condor habitat.

**Noise and Visual Disturbance.** It has been difficult to analyze the effect human disturbance could have on California condors. Generally, California condors are less tolerant of human disturbances near nesting sites than at roosting sites. The species is described as being "keenly aware of intruders" and may be alarmed by loud noises from distances greater than 1.6 mi. (2.6 km). In addition, the greater the disturbance in either noise level or frequency, the less likely the condor would be to nest nearby. As such, USFWS typically requires isolating roosting and nesting sites from human intrusion (USFWS 1996). Noise

from a launch coupled with visual disturbance could cause a startle response and disrupt behavior if a condor is within the Action Area.

Although launch noise, sonic booms, and visual disturbance may cause a startle response and disrupt behavior, the likelihood of a condor being present during these activities is extremely low and, therefore, the effect of the Proposed Action would be discountable.

**Conclusion.** The overall likelihood of a California condor occurring within the Action Area during a launch, landing, or static fire event is extremely unlikely, hence, discountable. Therefore, VSFB has determined that Proposed Action may affect, but is not likely to adversely affect, the California condor. The DAF will coordinate with the USFWS and Ventana Wildlife Society to monitor for condor presence prior to launches.

### Southern Sea Otter

A detailed discussion of Southern Sea Otter is included in Section 3.2.4. Because there is very little overlap in the hearing sensitivity of otters and noise produced during rocket launches and landings, otters would perceive very little noise during launch activities and VSFB has determined that impacts on southern sea otter would be insignificant as a result of the Proposed Action, including the collective effects of increased launch activities at VSFB. Therefore, the Proposed Action may affect, but is not likely to adversely affect, the southern sea otter off the coast of VSFB.

### Potential Impacts to Special Status Species

Temporary disturbances to terrestrial wildlife species within the Action Area would also occur during the launch and static fire events from noise caused by the launch and flight of the vehicles. Wildlife responses to noise can be behavioral or physiological – ranging from mild, such as an increase in heart rate, to more damaging effects on metabolism and hormone balance. Because responses to noise are species specific, exact predictions of the effects on each species are unreliable without data pertaining to those species or similar species.

During launches, landing, and static firings, noise levels up to 150 dB Lmax with sonic booms up to 5.0 psf would be produced at SLC-4. Although we cannot make exact predictions, we expect these noises to elicit a startle response in terrestrial wildlife species with developed hearing abilities. Potentially, wildlife hearing thresholds could shift either permanently or temporarily in wildlife if they are active on the surface close to SLC-4 during launch, landing, or static fire events. Exceptionally little sound is transmitted between the air-water interface; thus, in-air sound would not have a significant effect on submerged animals (Godin 2008). Because the affected area is relatively small and the noise events are temporary, we expect behavioral disruptions and potential hearing threshold shifts would not have population-level impacts and, therefore, would not have a significant effect on wildlife resources.

Management actions focused on bats are incorporated in VSFB's Integrated Natural Resources Management Plan. The DAF has been actively monitoring bats on VSFB. In the late 2000's, the DAF worked with regional bat experts Patricia Brown, Dixie Pearson, Drew Stokes and others to assess bat diversity and distribution on VSFB. In 2011, the Central Coast Bat Research Group established acoustic monitoring protocols for studies on VSFB and initial acoustic surveys were completed across VSFB in a variety of habitats. In 2013, in cooperation with Bat Conservation International (BCI) and University of California, Santa Cruz, the DAF designed and installed an artificial habitat for Townsend's big eared bat (*Corynorhinus townsendii*), combining suitable roost for a maternity colony as well as overwintering. Recently, the Department of Defense has partnered with BCI to fully cooperate in the North American Bat Monitoring

Program at VSFB. This includes deploying many acoustic recording devices each summer, starting in 2023. A pilot program was completed in 2022. In 2022 and 2023, VSFB hosted researchers from Humboldt Polytechnic in 2022 and BCI and the University of California, Los Angeles in 2023 investigating bats and communicable diseases, including COVID 19. The DAF will augment the current bat monitoring program at VSFB by conducting additional acoustic monitoring within the noise footprint to determine which bat species are present and to record and assess their call rates before and after rocket launches. The DAF will discontinue monitoring after concurrence from the Commission if adverse effects attributable to the launch operations at VSFB are not detected once launch programs reach full or near full tempo.

### Vegetation Communities

The Proposed Action does not involve construction or ground disturbance, thus would not result in new impacts to vegetative communities. Vegetation management would continue to occur at Spring Canyon as it currently does.

### Reporting

The DAF would send an annual report to the Commission on all monitoring work conducted for biological resources and outline the data and results collected to date, and any initial conclusions regarding potential effects to the species resulting from the Proposed Action. The report will include the annual reports prepared for the USFWS for SNPL, LETE, CRLF, and bat monitoring. In addition, the DAF would provide a report to the Commission 5 years from project implementation on how the Proposed Action is, or is not, impacting the surrounding special-status species and their habitats.

### Consistency Review Conclusion

The DAF and USFWS completed formal consultation for impacts resulting from the Proposed Action that may affect, but are not likely to adversely affect the TWG, California condor, MAMU, and SNPL, and that may affect and are likely to adversely affect the CRLF, SNPL, and LETE.

The DAF has determined that the Proposed Action would not result in population-level impacts on any biological resource. Further, restoration of temporarily disturbed sites would occur and all environmental protection measures (EPM's) would be followed (Appendix A). Therefore, the Proposed Action would be consistent to the maximum extent practicable with Section 30240 (b) of the CCA.

# 4 STATEMENT OF CONSISTENCY

The DAF has reviewed the CCMP and has determined that the policies identified in Section 3.1 of this CD do not apply to the Proposed Action. In addition, the DAF has determined that all or parts of the policies reviewed in Section 3.2 of this CD are relevant for purposes of assessing whether the project would be consistent to the maximum extent practicable with the CCMP. These policies include Sections 30210, 30213, 30214, 30220, 30230, 30231, 30232, 30234, 30234.5, and 30240(b).

An effects test was conducted by the DAF to analyze how and to what degree the Proposed Action would affect California coastal zone uses and resources, as defined and/or described in the relevant policies. The results of the effects test demonstrate that some components of the Proposed Action could have short-term, temporary effects to California coastal zone uses and resources. While some biological species may be affected, the Proposed Action would not have population-level effects. The DAF would implement standard operating procedures and EPMs for the Proposed Action (Appendix A), which would reduce the potential impacts of its proposed activities on coastal zone uses and resources. The DAF completed formal consultation with the USFWS and has completed informal consultation with NMFS for potential impacts on species listed under the ESA. NMFS has issued a LOA to the DAF for potential Level B Harassment of marine mammals due to rocket, missile, or aircraft activities from VSFB. USFWS has issued a BO to the DAF, which includes a robust biological monitoring program and authorizes incidental take of federally listed species due to the proposed action. In addition, the DAF completed consultation with the SHPO regarding effects of their actions on cultural properties listed in or eligible for inclusion in the NRHP. Therefore, the Proposed Action is consistent to the maximum extent practicable with the enforceable policies of the CCMP.

The DAF requests the CCC concur that launch operations at SLC-4 on VSFB would be consistent with CCA enforceable policies, to the maximum extent practicable.

# 5  REFERENCES

Applegate, T.E., and S.J. Schultz. 1998. Snowy Plover Monitoring on Vandeberg Space Force Base. Launch monitoring report for the May 13, 1998 Titan II Launch from SLC-4W. Point Reyes Bird Observatory, Stinson Beach, California.

Bellefleur, D., P. Lee, and R.A. Ronconi. 2009. The impact of recreational boat traffic on Marbled Murrelets (*Brachyramphus marmoratus*). Journal of Environmental Management 90(1): 531-538.

California Department of Fish and Wildlife [CDFW]. 2023. Marine Fisheries Data Explorer. Available at: https://wildlife.ca.gov/Conservation/Marine/Data-Management-Research/MFDE

Curland, J. M. 1997. Effects of disturbance on sea otters (Enhydra lutris) near Monterey, California. Master's Thesis. San Jose State University, California. 47 pp.

Davis, R., T. Williams, and F. Awbrey. 1988. Sea Otter Oil Spill Avoidance Study. Minerals Management Service: 76.

eBird. 2021. eBird: An online database of bird distribution and abundance [web application]. eBird, Cornell Lab of Ornithology, Ithaca, New York. Available: http://www.ebird.org. (Accessed: 15 October 2022).

Ghoul, A., and C. Reichmuth. 2014. Hearing in the sea otter (Enhydra lutris): auditory profiles for an amphibious marine carnivore. Journal of Comparative Physiology. doi:10.1007/s00359-014-0943-x.

Godin, O. 2008. Sound transmission through water–air interfaces: new insights into an old problem. Contemporary Physics 49(2): 105-123.

Lewis, E., and P. Narins. 1985. Do Frogs Communicate with Seismic Signals? Science 227(4683): 187-189.

ManTech SRS Technologies, Inc. 2007a. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, Western Snowy Plovers, and California Least Terns for the 7 June 2007 Delta II COSMO-1 Launch from Vandenberg Space Force Base, California. ManTech SRS Technologies, Inc., Lompoc, California. 24 pp.

ManTech SRS Technologies, Inc. 2007b. Biological Monitoring of California Brown Pelicans and Southern Sea Otters for the 14 December 2006 Delta II NROL-21 Launch from Vandenberg Space Force Base, California. SRS Technologies Systems Development Division, Lompoc, California. 21 pp.

ManTech SRS Technologies, Inc. 2007c. Biological Monitoring of Southern Sea Otters and California Brown Pelicans for the 18 September 2007 Delta II WorldView-1 Launch from Vandenberg Space Force Base, California. ManTech SRS Technologies, Lompoc, California. 18 pp.

ManTech SRS Technologies, Inc. 2008a. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, Western Snowy Plovers, and California Least Terns for the 20 June 2008 Delta II OSTM Launch from Vandenberg Space Force Base, California. ManTech SRS Technologies, Inc., Lompoc, California. 29 pp.

ManTech SRS Technologies, Inc. 2008b. Biological Monitoring of Southern Sea Otters and California Brown Pelicans for the 6 September 2008 Delta II GeoEye-1 Launch from Vandenberg Space Force Base, California. Lompoc, California: ManTech SRS Technologies, Inc., Lompoc, California.

ManTech SRS Technologies, Inc. 2009a. Status of the unarmored threespine stickleback (Gasterosteus aculeatus williamsoni) in San Antonio and Cañada Honda creeks, Vandenberg Air Force Base, California. 10 February 2009.

ManTech SRS Technologies, Inc. 2009b. Biological Monitoring of Southern Sea Otters and California Brown Pelicans for the 8 October 2009 Delta II Worldview-II Launch from Vandenberg Air Force Base, California. ManTech SRS Technologies, Inc., Lompoc, California. 22 pp.

ManTech SRS Technologies, Inc. 2016. California Red-Legged Frog Habitat Assessment, Population Status, and Chytrid Fungus Infection in Cañada Honda Creek and San Antonio West Bridge Area on Vandenberg Space Force Base, California. Unpublished report. 51 pp.

ManTech SRS Technologies, Inc. 2018a. California red-legged frog habitat assessment, population status, and chytrid fungus infection in Cañada Honda Creek, Cañada del Jolloru, and seasonal pools on Vandenberg Air Force Base, California. Submitted to 30th Civil Engineer Squadron, Environmental Flight, Natural Resources Section (30 CES/CEIEA), Vandenberg Air Force Base, California.

ManTech SRS Technologies, Inc. 2018b. Biological Monitoring of Southern Sea Otters and California Red-legged Frogs for the 7 October 2018 SpaceX Falcon 9 SAOCOM Launch and Landing at Vandenberg Space Force Base, California. Prepared for 30 CES/CEIEA. 27 December 2018. 15 pp.

ManTech SRS Technologies, Inc. 2021b. California Red-Legged Frog Habitat Assessment, and Population Status on San Antonio Terrace and Assessment of Select Aquatic Features on Vandenberg Space Force Base, California in 2020. October 2021. 85 pp.

ManTech SRS Technologies, Inc. 2021c. Biological Monitoring of Southern Sea Otters and California Red-legged Frogs for the 21 November 2020 SpaceX Falcon 9 Sentinel 6A Mission at Vandenberg Space Force Base, California. January 2021. 12 pp.

ManTech SRS Technologies, Inc. 2022. Biological Monitoring of California Red-legged Frogs for the 2 February 2022 SpaceX Falcon 9 NROL-87 Mission at Vandenberg Air Force Base, California.

NMFS. 2019a. Taking and Importing Marine Mammals; Taking Marine Mammals Incidental to U.S. Air Force Launches and Operations at Vandenberg Air Force Base, California. Dated 10 April 2019. Federal Register Vol. 84, No. 69, pp 14314-14335.

NMFS. 2019b. Letter of Authorization, issued to the U.S. Air Force, 30th Space Wing. Valid 10 April 2019 to 9 April 2024. Dated 10 April 2019. 8 pp.

Parris, K.M., M. Velik-Lord, and J.M.A. North. 2009. Frogs call at a higher pitch in traffic noise. Ecology and Society 14(1): 25. Available at http://www.ecologyandsociety.org/vol14/iss1/ art25/.

Robinette, D., and R. Ball. 2013. Monitoring of Western Snowy Plovers on South Surf Beach, Vandenberg Space Force Base, Before and After the 29 September 2013 SpaceX Falcon 9 Launch. Point Blue Conservation Science. Vandenberg Field Station. 22 October 2013.

Robinette, D.P., J.K. Miller, and A.J. Howar. 2016. Monitoring and Management of the Endangered California Least Tern and the Threatened Western Snowy Plover at Vandenberg Space Force Base, 2016. Petaluma, California: Point Blue Conservation Science.

Robinette, D. and E. Rice. 2019. Monitoring of California Least Terns and Western Snowy Plovers on Vandenberg Space Force Base during the 12 June 2019 SpaceX Falcon 9 Launch with "Boost-Back". Petaluma, California: Point Blue Conservation Science.

Robinette, D., E. Rice, A. Fortuna, J. Miller, L. Hargett, and J. Howar. 2021. Monitoring and management of the endangered California least tern and the threatened western snowy plover at Vandenberg Space Force Base, 2021. Unpublished Report, Point Blue Conservation Science, Petaluma, CA.

Seavy N.E., M.A. Holmgren, M.L. Ball, and G. Geupel. 2012. Quantifying riparian bird habitat with orthophotography interpretation and field surveys: Lessons from Vandenberg Air Force Base, California. Journal of Field Ornithology.

Semenza, L. 2023. Personal communication via email between L. Semenza (County of Santa Barbara) and T. Whitsitt-Odell (CEIEA) on impacts of email announcements regarding Vandenberg launches on Jalama Beach County Park camping reservation holders. 28 September 2023.

Simmons, D.D., R. Lohr, H. Wotring, M.D. Burton, R.A. Hooper, and R.A. Baird. 2014. Recovery of otoacoustic emissions after high-level noise exposure in the American bullfrog. Journal of Experimental Biollogy 217(9): 1626–1636. doi: 10.1242/jeb.090092.

SRS Technologies, Inc. 2002. Analysis of Behavioral Responses of California Brown Pelicans and Southern Sea Otters for the 18 October 2001 Delta II Quickbird2 Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force.

SRS Technologies, Inc. 2006a. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, and Western Snowy Plovers for the 28 April 2006 Delta II Cloudsat & CALIPSO Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force and the U.S. Fish and Wildlife Service, 11 October 2006.

SRS Technologies, Inc. 2006b. Results from Water Quality and Beach Layia Monitoring, and Analysis of Behavioral Responses of Western Snowy Plovers to the 19 October 2005 Titan IV B-26 Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force.

SRS Technologies, Inc. 2006c. Analysis of Behavioral Responses of Southern Sea Otters, California Least Terns, and Western Snowy Plovers to the 20 April 2004 Delta II Gravity Probe B Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force. 12 pp.

SRS Technologies, Inc. 2006d. Analysis of Behavioral Responses of California Brown Pelicans, Western Snowy Plovers and Southern Sea Otters to the 15 July 2004 Delta II AURA Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force. 13 pp.

SRS Technologies, Inc. 2006e. Analysis of Behavioral Responses of Southern Sea Otters, California Brown Pelicans, and Western Snowy Plovers to the 20 May 2005 Delta II NOAA-N Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force. 15 pp.

SRS Technologies, Inc. 2006f. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, and Western Snowy Plovers for the 28 April 2006 Delta II Cloudsat & CALIPSO Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force and the U.S. Fish and Wildlife Service, 11 October 2006. 18 pp.

SRS Technologies, Inc. 2006g. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, Gaviota Tarplant, and El Segundo Blue Butterfly, and Water Quality Monitoring for the 4 November 2006 Delta IV DMSP-17 Launch from Vandenberg Space Force Base, California. SRS Technologies Systems Development Division, Lompoc, California. 40 pp.

Strachan, G., M. McAllister, and C.J. Ralph. 1995. Marbled murrelet at-sea and foraging behavior. Chapter 23 in Ralph, C. J., Hunt, G.L., Jr., Raphael, M.G., Piatt, J.F. (eds.): Ecology and conservation of the marbled murrelet. USDA Forest Service General Technical Report PSW-152.

Sun, J.W.C., and P.M. Narins. 2005. Anthropogenic sounds differentially affect amphibian call rate. Biological Conservation 121: 419-427.

Tennessen, J.B., S.E. Parks, and T. Langkilde. 2015. Traffic noise causes physiological stress and impairs breeding migration behaviour in frogs. Conservation Physiology 2(1): cou032. Available at https://doi.org/10.1093/conphys/cou032.

U.S. Fish and Wildlife Service. 1996. California Condor Recovery Plan, Third Revision. Portland, Oregon: U.S. Fish and Wildlife Service.

U.S. Fish and Wildlife Service. 1997. Marbled Murrelet Recovery Plan. Retrieved from U.S. Fish and Wildlife Service, Portland, Oregon.

U.S. Fish and Wildlife Service. 2002. Recovery Plan for the California red-legged frog (Rana aurora draytonii). Portland Oregon.

U.S. Fish and Wildlife Service. 2003. Final Revised Recovery Plan for the Southern Sea Otter (Enhydra lutris nereis). Portland, Oregon.

U.S. Fish and Wildlife Service. 2007. Recovery Plan for the Pacific Coast Population of the Western Snowy Plover (Charadrius alexandrinus nivosus). Sacramento, California.

U.S. Fish and Wildlife Service. 2009. Marbled Murrelet (Brachyramphus marmoratus) 5-Year Review. Lacy, Washington.

U.S. Fish and Wildlife Service. 2014. 2014 Summer Window Survey Results for Snowy Plovers on the U.S. Pacific Coast.

U.S. Fish and Wildlife Service. 2015. Southern Sea Otter (Enhydra lutris nereis) 5-Year Review: Summary and Evaluation. Ventura, California: U.S. Fish and Wildlife Service.

U.S. Fish and Wildlife Service. 2017a. 2016 Summer Window Survey for Snowy Plovers on U.S. Pacific Coast with 2005-2016. Available at https://www.fws.gov/arcata/es/birds/WSP/plover.html.

U.S. Fish and Wildlife Service. 2017b. California Condor Recovery Program. Retrieved from Our Programs Pacific Southwest Region: https://www.fws.gov/cno/es/CalCondor/Condor.cfm

U.S. Fish and Wildlife Service and National Marine Fisheries Service. 1998. Endangered Species Consultation Handbook Procedures for Conducting Consultation and Conference Activities Under Section 7 of the ESA. U.S. Fish and Wildlife Service and National Marine Fisheries Service.

U.S. Government. 2020. National Space Policy of the United States of America. 9 December 2020. 40 pp.

Ventana Wildlife Society. 2017. California Condor #760 aka "Voodoo". Retrieved 28 March 2017, from MYCONDOR.ORG: http://www.mycondor.org/condorprofiles/condor760.html.

# APPENDIX A – ENVIRONMENTAL PROTECTION MEASURES

Implementing the environmental protection measures (EPMs), outlined in Tables A.1-1 through A.5-1, would avoid or minimize potential adverse effects to various environmental resources during executing of the Preferred Alternative. Qualified SpaceX personnel or contractor staff would oversee fulfilling EPMs.

## A.1    AIR QUALITY

The Santa Barbara County Air Pollution Control District (SBCAPCD) and California Air Resources Board (CARB) requires the dust control measures described in Table A.1-1 to decrease fugitive dust emissions from ground disturbing activities, as applicable to the Proposed Action.

**Table A.1-1: Control Measures to Decrease Emissions**

| Environmental Protection Measures – Air Quality |
|---|
| ✓ Any portable equipment powered by an internal combustion engine with a rated horsepower of 50 brake horsepower (bhp) or greater used for this project shall be registered in the California State-wide Portable Equipment Registration Program or have a valid SBCAPCD Permit to Operate. |
| ✓ Ultra-low sulfur diesel fuel (15 parts per million by volume) will be used for all diesel equipment. |
| ✓ CARB-developed idling regulations will be followed for trucks during loading and unloading. |
| ✓ When feasible, equipment will be powered with Federally mandated "clean" diesel engines. |
| ✓ The size of the engine in equipment and number of pieces of equipment operating simultaneously for the project should be minimized. |
| ✓ Engines should be maintained in tune per manufacturer or operator's specification. |
| ✓ U.S. Environmental Protection Agency (USEPA) or CARB-certified diesel catalytic converters, diesel oxidation catalysts, and diesel particulate filters may be installed on all diesel equipment. |
| ✓ When practicable, diesel equipment should be replaced with electrical equipment. |
| ✓ CARB diesel will be the only fuel combusted in the engines while in California Coastal Waters |

## A.2   TERRESTRIAL BIOLOGICAL RESOURCES

The EPMs listed below would be implemented to avoid, minimize, or characterize the effects of the Proposed Action on terrestrial biological resources. These EPMs require various levels of biological competency from personnel completing specific tasks, as defined in Table A.2-1.

**Table A.2-1: Biological monitoring qualifications**

| Biologist Level | Necessary Qualifications |
|---|---|
| Permitted Biologist | Biologist with a valid and current USFWS section 10(a)(1)(A) Recovery Permit or specifically named as an approved biologist in a project-specific BO. The DAF will coordinate with the USFWS prior to assigning permitted biologists to this project |
| USFWS Approved Biologist | Biologist with the expertise to identify species listed under the Endangered Species Act (ESA) and species with similar appearance. The DAF will review and approve the resumes from each individual, and then submit them to the USFWS for review and approval no less than 15 days prior to the start of the Proposed Action. Each resume will list their experience and qualifications to conduct specific actions that could potentially affect listed species and their habitats. A USFWS-approved biologist could train other biologists and personnel during surveys and project work; in some cases, a USFWS-approved biologist could also provide on-site supervision of other biologists. |
| Qualified Biologist | Biologist trained to accurately identify specific federally listed species and their habitats by either a Permitted or USFWS-approved biologist. This person could perform basic project monitoring but would need to have oversight from a permitted or USFWS-approved biologist. Oversight will require a permitted or USFWS-approved biologist to be available for phone/email consultation during the surveys and to have the ability to visit during monitoring/survey activities if needed. |

### A.2.1   GENERAL MEASURES

The measures described in Table A.2-2 would be implemented to minimize the potential impacts on terrestrial biological resources.

**Table A.2-2: General Measures**

|  |
|---|
| ✓ Disturbances shall be kept to the minimum extent necessary to accomplish project objectives. |
| ✓ All erosion control materials used will be from weed-free sources and, if left in place following project completion, constructed from 100 percent biodegradable erosion control materials (e.g., erosion blankets, wattles). |
| ✓ All human-generated trash at the project site shall be disposed of in proper containers and removed from the work site and disposed of properly at the end of each workday. Large dumpsters can be maintained at staging areas for this purpose. |
| ✓ Equipment and vehicles (mowers, etc.) shall be cleaned of weed seeds prior to use in the project area to prevent the introduction of weeds and be inspected by a qualified biological monitor to |

verify weed free status prior to use. Prior to site transport, any skid plates shall be removed and cleaned. Equipment should be cleaned of weed seeds daily especially wheels, undercarriages, and bumpers. Prior to leaving the project area, vehicles with caked-on soil or mud shall be cleaned with hand tools such as bristle brushes and brooms at a designated exit area; vehicles may subsequently be washed at an approved wash area. Vehicles with dry dusted soil (not caked-on soil or mud), prior to leaving a site at a designated exit area, shall be thoroughly brushed; alternatively, vehicles may be air blasted on site.

### A.2.2  THREATENED AND ENDANGERED SPECIES

The DAF and qualified SpaceX personnel or contractor staff would ensure that all non-discretionary measures included in the USFWS BO issued for the Proposed Action, listed in Table A.2-3 would be implemented.

**Table A.2-3: Species Measures**

| California Red-legged Frog Measures |
| --- |
| **General Measures** |
| ✓ The DAF will maintain exhaust ducts and associated v-ditch to be free of standing water to the maximum extent possible between launches to help minimize the potential to attract CRLF (*draytonii*) to SLC-4. |
| ✓ The DAF will require that a biologist survey the SLC-4 v-ditch feature for CRLF prior to any maintenance activities and relocate any encountered individuals. |
| ✓ The DAF will sample water quality in lower Spring Canyon once annually when ponded water is present to ensure no project related biproducts (i.e., launch combustion residue, operations-related run-off, etc.) have entered the waterway in a manner not previously considered in this analysis. The DAF will perform sampling a minimum of once a year for three years of project operations. The DAF will design water quality sampling to detect potential project related biproducts and any resulting associated changes in aquatic habitat (i.e., salinity, pH, etc.). Sampling will consider and utilize the most recent applicable advances in water quality sampling technology. The DAF will include maps depicting sampling locations during annual reporting. The DAF will collect and clearly present data including any associated chemical and nutrient presence, dissolved oxygen, water temperature, turbidity, and any other pertinent observations regarding ecosystem condition for purposes of annual comparison. If the DAF finds that project related water contamination occurs, the DAF will coordinate with the USFWS, address sources of input, and remediate. <br> ○ The DAF will establish a pre-project baseline for hydrodynamic data within San Antonio Creek. During project operations the DAF will collect hydrodynamic data annually using consistent data collection methodologies for purposes of comparison against the established baseline. The DAF will use this data to ensure that the proposed project's water extraction, when viewed in addition to the unknown total water extraction amount of permitted launch projects, is not measurably affecting flow rate or water level within San Antonio Creek. |
| **Vegetation Management Area** |
| ✓ One day prior to vegetation removal from Spring Canyon, a qualified biologist will conduct surveys for CRLF within the area to be mowed. Any CRLF present will be captured by the USFWS-approved or permitted biologist, if possible, and released at the nearest suitable habitat within Spring Canyon |

outside of the vegetation management area, as determined by the biologist. All biologists will follow the Declining Amphibian Populations Task Force (DATF) fieldwork code of practice (DATF 2019) to avoid conveying diseases between work sites and will clean all equipment between use following protocols that are also suitable for aquatic reptiles. The USFWS-approved or permitted biologist will also be present during vegetation removal to capture and relocate CRLF to the extent that safety precautions allow. This biologist will also search for injured or dead CRLF after vegetation removal to document take.

✓ A qualified biologist will perform one CRLF survey annually during peak breeding season in Spring Canyon when individuals are most likely to be present and detectable. If CRLF are not encountered at the time of this survey, no subsequent pre/post launch surveys would occur. If CRLF is found to be present during the annual survey, pre- and post-launch surveys and relocation of any CRLF encountered would occur for each subsequent launch event.

   o The annual report will include methodology used (i.e., survey time, date, duration, weather conditions, and a depiction of the survey area).

| CRLF Baseline and Launch Monitoring |
|---|

✓ The DAF will implement long-term monitoring of annual population and distribution trends associated with CRLF populations within Honda Creek, Bear Creek, and Santa Ynez River. The DAF will develop a monitoring plan that adequately addresses potential short- and long-term project effects that may result from sensory pollutants. The DAF will coordinate with the USFWS during plan development and provide the USFWS the monitoring plan for review and approval within three months of project implementation to ensure that potential project related short and long-term effects are detectable and clearly defined.

   ✓ The monitoring plan will clearly establish pre-project baseline of CRLF average population level within each impacted breeding feature (Honda Creek, Bear Creek, and Santa Ynez River) and clearly define the survey area and methodology. Following project implementation, the DAF will conduct annual surveys utilizing the same methodology within each impacted breeding feature during the breeding season when CRLF are most likely to be encountered.

   ✓ The monitoring plan will include passive bioacoustics monitoring (Wildlife Acoustics Song-Meter 4 or similar technology) and will establish frog calling behavior baseline within each impacted breeding feature (Honda Creek, Bear Creek, and Santa Ynez River) and any necessary appropriate control sites for purposes of signal characteristic comparison. CRLF calling behavior baseline will include applicable call characteristics (e.g., changes in signal rate, call frequency, amplitude, call timing, call duration, etc.). The DAF will ensure that bioacoustic monitoring conducted is designed to best address confounding factors in order to appropriately characterize impacts of launch, static fire, and SLC-4W landing events on calling behavior. Results will be analyzed in conjunction with long term population data to ensure any observed changes in signal characteristics are not resulting in observable declines in population.

✓ The DAF will conduct quarterly night surveys for CRLF and spring tadpole surveys of lower Honda Creek to compare baseline CRLF occupancy data collected over the past 10 years and assess if there are any changes in CRLF habitat occupancy, breeding behavior (calling), and breeding success (egg mass and tadpole densities) on lower Honda Creek. The following will be recorded and measured during the surveys:

- ✓ CRLF detection density (number of frogs per survey hour), following the same survey methods conducted previously at these sites and throughout VSFB.
- ✓ CRLF locations and breeding evidence (e.g., calling, egg masses).
- ✓ Environmental data during surveys (temperature, wind speed, humidity, and dewpoint) to determine if environmental factors are affecting CRLF detection or calling rates.
- ✓ Annual habitat assessments to measure flow rates, stream morphology, depths, and sediment to determine if any changes in CRLF metrics are associated with other environmental factors, such as drought.

✓ Bioacoustic monitoring would be conducted annually during CRLF breeding season (typically November through April, depending on rainfall) to characterize the noise environment and determine if there are changes in calling behaviors as the Proposed Action commences. Passive noise recorders and environmental data loggers (temperature, relative humidity, dew point) would be placed at two suitable breeding locations on lower Honda Creek. Passive bioacoustic recording would occur throughout the entirety of the breeding season using the Wildlife Acoustics Song-Meter 4 (or similar technology) with software that enables autodetection of CRLF calling. The DAF will use bioacoustic monitoring to characterize and analyze impacts of launch, static fire, and SLC-4W landing events on calling behavior during the breeding season to assess whether Falcon 9 noise events affect CRLF calling frequency.

✓ To address potential declining trends that may be a result of the proposed project, the specified threshold criteria is described below:

- ✓ CRLF occupancy, calling rate, or tadpole densities decline from baseline by 15 percent or more and,
- ✓ The 15 percent decline from baseline is maintained for two consecutive years.

✓ If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the Proposed Action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate these impacts as discussed under CRLF Mitigation section below. Examples of potential catastrophic scenarios include the following:

- ✓ Fire, unrelated to project activities or launch operations, that directly impacts Honda Canyon and is demonstrated to degrade or eliminate breeding habitat.
- ✓ Landslides or significant erosion events, unrelated to project activities or launch operations, in Honda Canyon that result in the elimination or degradation of CRLF breeding habitat.
- ✓ Drought or climate impacts that quantifiably reduce available aquatic habitat further than what was available during existing baseline.
- ✓ Flash flood events during the breeding season that are more significant than what was experienced during the existing baseline.
  - o The DAF will review the supported cause of decline with the USFWS and reach agreement. If cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation.

**CRLF Mitigation**

✓ The DAF will create new CRLF breeding habitat at a 2:1 ratio (habitat enhanced: habitat affected) for adverse effects to occupied CRLF habitat, as determined above, at the San Antonio Creek Oxbow Restoration Area, an established wetland mitigation site that is located outside of areas impacted

by launch noise on VSFB (Figure 2.2-9). Historically occupied by riparian vegetation, restoration efforts will focus on enhancing this abandoned tract of agricultural land (Figure 2.2-10) to improve San Antonio Creek and provide breeding habitat for CRLF.

✓ Restoration, which has already been conducted at this site for other projects, will be conducted in the "expansion area" adjacent to the restoration area (Figure 2.2-11), involve digging a channel that reaches ground water, and use the spoils to create a berm that will be planted with willows (Figure 2.2-12). This method is already being used at the site and has proven successful at creating deep water aquatic habitat, suitable for CRLF breeding, and riparian woodland that simulate naturally occurring high-flow channels.

    ✓ Actions taken within this area will include site preparation via herbicide application, plowing, container plant installation, seeding, willow pole planting (via water jet, hand-held power auger, or manually driving a steel rod into the ground), and watering via water truck. The mitigation actions for CRLF are included under the existing USFWS Programmatic Biological Opinion (PBO 8-8-12-F-49R) and all applicable avoidance, minimization, and monitoring measures required under the PBO would be implemented.

|  |
| :---: |
| **Western Snowy Plover Measures** |

**SNPL Monitoring**

✓ The DAF will implement long-term monitoring of annual population and distribution trends associated with SNPL along Surf Beach. The DAF will develop a monitoring plan that adequately addresses potential short- and long-term project effects that may result from sensory pollutants. The DAF will coordinate with the USFWS during plan development and provide the USFWS the monitoring plan for review and approval within three months of project implementation to ensure that potential project related short and long-term effects are detectable and clearly defined. The SNPL monitoring plan will include a clear, established baseline annual variation and decline threshold that would trigger proposed mitigation (see below).

✓ The DAF will augment the current SNPL monitoring program on VSFB by performing acoustic monitoring and geospatial analysis of nesting activity on South Surf Beach to assess potential adverse effects from Falcon 9 noise events.

    ✓ The current Base-wide SNPL monitoring program estimates breeding effort, nest fates, and fledging success while recording patterns of habitat use through the season. This program will be augmented for the Proposed Action by placing sound level meters (SLMs) immediately inland of South Surf Beach to characterize the noise environment and any related launch and landing associated disturbance.

    ✓ The DAF will perform geospatial analysis annually to identify declines in the SNPL population, nesting activity, and reproductive success that may result from cumulative effects of multiple launches and landings from SLC-4.

✓ To address potential declining trends that may be a result of the Proposed Action, the specified threshold criteria is described below.

    ✓ Geospatial analysis shows a statistically significant decline (defined as a decline greater than the baseline annual variation in these variables over the past 10 years at South Surf Beach) in population or reproductive success, and

    ✓ the decline from baseline maintains over two consecutive years within the areas impacted by noise from the Falcon 9.

✓ If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the proposed action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate for these impacts as discussed under the SNPL Mitigation section below. Examples of potential catastrophic scenarios include the following:

　　✓ Significantly higher levels of tidal activity, predation, etc. as compared with the existing baseline and demonstrable across remainder of base population.

　　✓ Significant avian disease demonstrable across the recovery unit.

　　✓ Separate work activities (i.e., restoration efforts) not related to project.

✓ The DAF will review the supported cause of decline with the USFWS and reach agreement. If the cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation.

✓ Motion triggered video cameras will be used during the breeding season (1 March through 30 September) to determine nest fates and potential impacts to nests due to launches and landings to reduce disturbance associated with human activity within breeding habitat.

　　✓ The DAF will monitor active nests at South Surf Beach with motion triggered video cameras during the breeding season at whichever of the following is greater within the modeled 4.0 psf zone to assess potential novel effects that may result from frequent launching: (i) 10 percent of active SNPL nests, or (ii) 4 active SNPL nests. The DAF will monitor at whichever the following is greater within the modeled 3.0 to 4.0 psf zone: (iii) 10 percent of active SNPL nests, or (iv) 2 active SNPL nests. The DAF will monitor at whichever the following is greater within the modeled 2.0 to 3.0 psf zone: (v) 5 percent of active SNPL nests, or (vi) 4 active SNPL nests.

　　✓ Cameras will be placed in a manner to minimize disturbance to nesting plovers; this will be determined in the field based on the best judgement of a permitted biologist.

　　✓ The DAF will employ camera technology that is capable of long-term recording and time marking the moment of disturbance events.

　　✓ The DAF will implement landscape level camera monitoring in conjunction with individual nest cameras to document SNPL response to launch and sonic boom noise and overpressures. The landscape level camera(s) will be capable of long-term recording, time marking the moment of disturbance events, and deployed adjacent to areas of highest density nesting to best capture population level reaction. The DAF will coordinate camera installation and placement with a USFWS approved biologist to ensure no additional effects would occur (i.e., perching for raptors).

　　✓ The DAF will review SNPL nest camera recordings as soon as possible.

　　✓ The DAF will rescue any SNPL eggs abandoned on Surf Beach during disturbance events. The DAF will develop and/or fund a program to incubate any rescued abandoned eggs and release fledglings.

**SNPL Mitigation**

✓ The DAF will increase predator removal efforts to include the non-breeding season, particularly focusing on raven removal at and adjacent to VSFB beaches.

✓ Given that all available SNPL nesting habitat on VSFB has already or will soon (under current planning) be restored, the biggest factor reducing nesting success is nest predation with significant impacts from ravens. The raven population, which has historically been absent to rare in the region, is now common, and has increased substantially over the past two decades due to human-

related factors that have allowed their numbers to increase and range to expand. As documented, the raven population continues to increase each year. Off-season depredation will help reduce the population on Base prior to the breeding season which should increase nest success.

✓ Predator control actions will include trapping, shooting, and tracking SNPL predators from VSFB beaches and surrounding areas on Base. The mitigation actions for SNPL are permitted under an existing USFWS Biological Opinion (BO; 8-8-12-F-11R; USFWS 2015a) and all applicable avoidance, minimization, and monitoring measures required under BO 8-8-12-F-11R will be implemented. CEIEA also maintains a USFWS depredation permit.

| California Least Turn Measures |
| --- |

**LETE Monitoring**

✓ The DAF will implement long-term monitoring of annual population and distribution trends associated with California least tern (LETE; *Sterna antillarum browni*) at Purisima Point. The DAF will develop a monitoring plan that adequately addresses potential short- and long-term project effects that may result from sensory pollutants. The DAF will coordinate with the USFWS during plan development and provide the USFWS the monitoring plan for review and approval within three months of project implementation to ensure that potential project related short and long-term effects are detectable and clearly defined. The LETE monitoring plan will include a clear, established baseline annual variation and decline threshold that would trigger proposed mitigation (see below).

✓ The DAF will augment the current LETE monitoring program on VSFB by performing acoustic monitoring and geospatial analysis of nesting activity at the Purisima LETE colony to assess potential adverse effects from Falcon 9 noise events.

  ✓ The current Base-wide LETE monitoring program estimates breeding effort, nest fates, and fledging success while recording patterns of habitat use through the season. This program will be augmented for the Proposed Action by placing SLMs immediately inland of the LETE colony at Purisima Point to characterize the noise environment and any related launch and landing associated disturbance.

  ✓ The DAF will perform geospatial analysis annually to identify declines in the LETE population, nesting activity, and reproductive success that may result from cumulative effects of multiple launches and landings from SLC-4.

✓ To address potential declining trends that may be a result of the Proposed Action, the specified threshold criteria is described below.

  ✓ Geospatial analysis shows a statistically significant decline (defined as a decline greater than the baseline annual variation in these variables over the past 10 years at Purisima Point) in population or reproductive success, and

  ✓ the decline from baseline maintains over two consecutive years within the areas impacted by noise from the Falcon 9.

✓ If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the Proposed Action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate for these impacts as discussed under the LETE Mitigation section below. Examples of potential catastrophic scenarios include the following:

  ✓ Significantly higher levels of predation, lower prey availability, etc. as compared with the existing baseline and demonstrable across remainder of base population.

✓ Significant avian disease demonstrable across the recovery unit.

✓ Separate work activities (i.e., restoration efforts) not related to project.

✓ The DAF will review the supported cause of decline with the USFWS and reach agreement. If the cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation.

✓ Motion triggered video cameras will be used during the breeding season (typically 15 April to 15 August) to determine nest fates and potential impacts to nests due to launches and landings to reduce disturbance associated with human activity within breeding habitat.

   ✓ The DAF will monitor at whichever of the following is greater within the Purisima Point colony: (i) 10 percent of active LETE nests, or (ii) 4 active LETE nests.

   ✓ Cameras will be placed in a manner to minimize disturbance to nesting terns; this will be determined in the field based on the best judgement of a permitted biologist.

   ✓ The DAF will employ camera technology that is capable of long-term recording and time marking the moment of disturbance events.

   ✓ The DAF will implement landscape level camera monitoring in conjunction with individual nest cameras to document LETE response to launch and sonic boom noise and overpressures. The landscape level camera(s) will be capable of long-term recording, time marking the moment of disturbance events, and deployed adjacent to areas of highest density nesting to best capture population level reaction. The DAF will coordinate camera installation and placement with a USFWS approved biologist to ensure no additional effects would occur (i.e., perching for raptors).

   ✓ The DAF will review LETE nest camera recordings as soon as possible.

The DAF will rescue any LETE eggs abandoned at the Purisima Point colony during disturbance events. The DAF will develop and/or fund a program to incubate any rescued abandoned eggs and release fledglings.

**LETE Mitigation**

✓ The DAF will increase predator removal efforts to include the non-breeding season, particularly focusing on raven removal at and adjacent to VSFB beaches.

✓ The biggest factor reducing nesting success is nest predation. Off-season depredation will help reduce the population on Base prior to the breeding season which should increase nest success.

Predator control actions will include trapping, shooting, and tracking LETE predators from VSFB beaches and surrounding areas on Base. The mitigation actions for LETE are permitted under an existing USFWS BO (8-8-12-F-11R; USFWS 2015a) and all applicable avoidance, minimization, and monitoring measures required under BO 8-8-12-F-11R will be implemented. CEIEA also maintains a USFWS depredation permit.

**California Condor Measures**

Prior to any launch, the DAF will determine if any California condors (*Gymnogyps californianus*) are present by coordinating with the USFWS and Ventana Wildlife Society personnel. The DAF will contact the USFWS if California condors appear to be near or within the area affected by a launch from SLC-4. In the unlikely event that a California condor is nearby, qualified biologists will monitor California condor movements in the vicinity of VSFB and coordinate with the USFWS to analyze data before, during, and after launch events to determine whether any changes in movement occur.

The DAF will coordinate with current USFWS personnel, including Arianna Punzalan, Supervisory Wildlife Biologist (arianna_punzalan@fws.gov, (805) 377-5471); Joseph Brandt, Wildlife Biologist (joseph_brandt@fws.gov, 805-677-3324 or 805-644-1766, extension 53324), or Steve Kirkland, California Condor Field Coordinator, USFWS California Condor Recovery Program (steve_kirkland@fws.gov, 805-644-5185, extension 294). The Space Force will also coordinate with current Ventana Wildlife Society personnel, Joe Burnett (joeburnett@ventanaws.org, 831-800-7424).

| Marbled Murrelet Measures |
|---|
| Annual marbled murrelet (*Brachyramphus marmoratus*) population surveys would continue to be conducted at the current levels performed by the DAF to monitor the frequency and distribution of marbled murrelet within the action area. |

## A.3    MARINE BIOLOGICAL RESOURCES

The DAF and qualified SpaceX personnel or contractor staff would ensure that all applicable minimization, monitoring, and avoidance measures in VSFB's LOA, listed in Table A.3-1, would be implemented during operation of the Proposed Action.

**Table A.3-1 Minimization, Monitoring, and Avoidance Measures**

| Minimization, Monitoring, and Avoidance Measures |
|---|
| ✓ Sonic boom modeling (commercially available modeling software [PCBoom] or an acceptable substitute) would be completed prior to each launch to verify and estimate the overpressure levels and footprint. |
| ✓ Between 1 January and 31 July, pinniped monitoring at south Base haulout locations would commence at least 72 hours prior to a launch event and continue until at least 48 hours after each event. Monitoring data collected would include multiple surveys each day that record the species, number of animals hauled out, general behavior, presence of pups, age class, and gender. Environmental conditions such as tide, wind speed, air temperature, and swell would also be recorded. |
| ✓ Acoustic and biological monitoring will be conducted on the NCI if the sonic boom model indicates that overpressures from a boom will reach or exceed the psf levels of ≥ 2.0 psf (March–July), ≥ 3.0 psf (August–September), or ≥ 4.0 psf (October–February). Biological monitoring will be conducted at the closest significant haulout site to the modeled sonic boom impact area. |
| ✓ The DAF will ensure that a USFWS-approved biologist monitors southern sea otters from a monitoring location within occupied habitat on VSFB where landing events at SLC-4W generate boost-back sonic booms of 2.0 psf or greater (i.e., Sudden Flats). Upon establishment of any new southern sea otter populations within areas of potential impact from project-related activities, the DAF will consider additional monitoring locations; |
| ✓ A USFWS-approved biologist will conduct daily counts of sea otters from the monitoring location when otters are most likely rafting (between 9:00AM and 12:00PM) beginning 3 days before and continuing 3 days after boost-back and landing events, noting any mortality, injury, or abnormal behavior. Personnel will use both binoculars (10X) and a high-resolution (50–80X) telescope for monitoring; and |

- ✓ Acoustic recording equipment will be deployed at or near the monitoring location to document and quantify sonic boom levels.
- ✓ The DAF will submit a report, detailing results of the monitoring program, to the Office of Protected Resources, NMFS, and the West Coast Regional Administrator, NMFS, in compliance with the requirements of the current LOA.
- ✓ Discoveries of injured or dead marine mammals, irrespective of cause, would be reported to the Office of Protected Resources, NMFS, and the West Coast Regional Stranding Coordinator, NMFS. Specific protocol would be followed depending on the cause of the event, if cause is unknown, and whether injury or death was relatively recent.

To reduce the risk of injury or mortality of ESA-listed species in the marine environment, the following EPMs will be implemented during first stage and fairing recovery operations:

- ✓ The DAF will ensure that all personnel associated with vessel support operations are instructed about marine species and any critical habitat protected under the ESA that could be present in the proposed landing area. Personnel will be advised of the civil and criminal penalties for harming, harassing, or killing ESA-listed species.
- ✓ Support vessels will maintain a minimum distance of 150 ft (45 m) from sea turtles and a minimum distance of 300 ft (90 m) from all other ESA-listed species. If the distance ever becomes less, the vessel will reduce speed and shift the engine to neutral. Engines would not be re-engaged until the animal(s) are clear of the area.
- ✓ Support vessels will maintain an average speed of 10 knots or less.
- ✓ Support vessels will attempt to remain parallel to an ESA-listed species' course when sighted while the watercraft is underway (e.g., bow-riding) and avoid excessive speed or abrupt changes in direction until the animal(s) has left the area.
- ✓ The DAF will immediately report any collision(s), injuries, or mortalities to ESA-listed species to the appropriate NMFS contact.

Vessels will enter the harbor, to the extent possible, only when the tide is too high for pinnipeds to haul-out on the rocks. The vessel will reduce speed to 1.5 to 2 knots (1.5-2.0 nm/hr) once the vessel is within 3 mi of the harbor. The vessel will enter the harbor stern first, approaching the wharf and mooring dolphins at less than 0.75 knots.

Vessels using the harbor will follow a predetermined route that limits crossing kelp beds.

No vessels will anchor within kelp beds or hard-bottom habitat outside of the dredge footprint, and no vessel anchors within the dredge footprint will be placed in kelp or hard bottom habitat.

If nighttime activities are to occur at any time from dusk to dawn, the required lighting will be turned on before dusk and left on the entire night. Lights will not be turned on or off between dusk and dawn.

Activities that could result in the startling of wildlife in the vicinity of the harbor will be allowed so long as they are initiated before dusk and not interrupted by long periods of quiet (in excess of 30 minutes). If such activities cease temporarily during the night, they will not be reinitiated until dawn.

Starting-up of activities (either initially or if activities have ceased for more than 30 minutes) will include a gradual increase in noise levels if pinnipeds are in the area.

The restrictions on access to the intertidal area will be included in the personnel orientations provided at project startup and for new employees.

The tug vessels and barge will be periodically cleaned as necessary to avoid impacts related to the transfer of non-native invasive pests and vegetation to VSFB Harbor.

## A.4    WATER RESOURCES

The following measures, as described in Table A.4-1, would be implemented to minimize impacts on water resources and stormwater:

**Table A.4-1: Water Resources and Stormwater Measures**

| Water Resources and Stormwater Measures |
| --- |
| ✓ The Proposed Action shall comply with storm water management plans, including Best Management Practices (BMPs) following the latest California Stormwater Quality Association's Stormwater Best Management Practices Handbook. |
| ✓ Spring Canyon will be routinely monitored for erosion where vegetation management occurs. BMPs would be utilized as needed to reduce erosion. |
| ✓ SpaceX will continue to ensure that water ejected from the flame bucket during launches does not result in any overland surface flow reaching Spring Canyon by maintaining current v-ditches within the SLC-4 fenceline and routinely assessing whether any additional diversion structures are necessary. |
| ✓ All equipment will be properly maintained and free of leaks during operation, and all necessary repairs carried out with proper spill containment. |
| ✓ Fueling equipment will only occur in pre-designated areas with spill containment materials placed around the equipment before refueling. Stationary equipment will be outfitted with drip pans and hydrocarbon absorbent pads. |
| ✓ Adequate spill response supplies will be maintained at the site during operation for immediate response and clean-up of any fuel spills. |
| ✓ Hazardous materials will be stored in proper containers, placed in proper containment facilities covered prior to rain events. |
| ✓ Trash disposal containers will be covered at all times. |
| ✓ SpaceX and its contractors will implement best management practices to prepare for and respond to a spill. These practices include fueling equipment at least 100 ft from the water, fueling only in areas designed to capture runoff or spilled fuel, and maintaining spill response kits. |

## A.5    CULTURAL RESOURCES

SpaceX personnel or contractor staff will ensure the following measures, described in Table A.5-1, would be implemented to minimize impacts on sensitive archaeological resources:

**Table A.5-1: Cultural Resources Measures**

| Cultural Resources Measures |
| --- |
| ✓ If previously undocumented cultural resources are discovered during maintenance activities, work would stop, and the procedures established in 36 C.F.R. 800.13 and the VSFB Integrated Cultural Resources Management Plan shall be followed. |

# APPENDIX B – SENSITIVE SPECIES AND WILDLIFE OCCURRENCE WITHIN THE PROPOSED ACTION AREA

Table B-1 includes all special status species records and survey locations from multiple sources in the noise footprint. Figures B-2 through B-5 include federally listed species localities within the noise footprint, which are discussed further below. Figures B-6 through B-9 include localities of additional special status species within the noise footprint, gathered from DAF long-term monitoring and annual survey efforts and the CNDDB. Note that there were no special status amphibian species listed in the CNDDB within the project footprint, except for the CRLF (*Rana draytonii*), which are duplicative records of those shown in Figure B-2.

**Table B-1: Federal and State Special Status Species Occurrence Within the Proposed Action Area**

| Species | Status | | Occurrence within the Proposed Action Area |
|---------|--------|--------|--------|
| | USFWS | CDFW | |
| **Invertebrates** | | | |
| Crotch bumble bee (*Bombus crotchii*) | - | SSC | May forage and nest in the noise footprint. |
| Monarch butterfly (*Danaus plexippus*) | Proposed | Special Animal* | Overwintering stands within noise footprint. |
| **Fish** | | | |
| Tidewater goby (*Eucyclogobius newberryi*) | FT | - | Historic occurrence in Honda Creek; surveys have not detected since 2001. Present in San Antonio Creek. |
| Unarmored Threespine Stickleback (*Gasterosteus aculeatus*) | FE | SE | Currently extirpated; historic introduction in Honda Creek in 1984. No individuals have been detected in Honda Creek since the late 1990's. Present in San Antonio Creek. |
| Arroyo chub (*Gila orcuttii*) | - | SSC | Not present on Honda Creek; present on San Antonio Creek. |
| **Amphibians** | | | |
| California red-legged frog (*Rana draytonii*) | FT | SSC | Documented in adjacent aquatic habitats within noise footprint. |
| **Reptiles** | | | |
| Northern legless lizard (*Anniella pulchra*) | - | SSC | Assumed present within the noise footprint due to suitable habitat and adjacent CNDDB record. |
| Southwestern pond turtle (*Actinemys pallida*) | - | SSC | Documented in the upper reach of Honda Creek. |
| Two-striped garter snake (*Thamnophis hammondii*) | - | SSC | Documented in Honda Creek. |
| **Birds** | | | |
| Allen's hummingbird (*Selasphorus sasin*) | BCC | - | Documented within noise footprint. |

| Species | Status | | Occurrence within the Proposed Action Area |
|---|---|---|---|
| | USFWS | CDFW | |
| Bald eagle (*Haliaeetus leucocephalus*) | BCC; BGEPA | SE; Fully Protected | Documented occasional flyovers; foraging habitat within noise footprint. Unlikely to be present. |
| Black oystercatcher (*Haematopus bachmani*) | BCC | - | Documented on sandy beaches and cliffs of VSFB shoreline within the noise footprint. |
| Black skimmer (*Rynchops niger*) | BCC | - | Documented on nearshore ocean within the noise footprint. |
| Brant (*Branta bernicla*) | - | SSC | Documented on nearshore ocean within the noise footprint |
| Burrowing owl (*Athene cunicularia*) | BCC | SSC | Likely: winters in burrows in grassland areas impacted by noise. Breeding on VSFB has not been documented in optimal breeding habitat on Base since 1984 (reflects a well-documented county-wide decline of the species). |
| California brown pelican (*Pelecanus occidentalis californicus*) | - | Fully Protected | Documented in nearshore ocean waters and roosts on beaches and rocks within the noise footprint. |
| California condor (*Gymnogyps californianus*) | FE | SE | Unlikely: may stray into region on occasion. One documented brief occurrence on VSFB in 2017. |
| Costa's hummingbird (*Calypte costae*) | BCC | - | Nesting habitat in Honda Canyon and erosional wash habitat impacted by noise. |
| Golden eagle (*Aquila chrysaetos*) | BGEPA | Fully Protected | Documented in areas within noise footprint |
| Lawrence's goldfinch (*Spinus lawrencei*) | BCC | - | Documented in shrub and riparian habitat within noise footprint. |
| Loggerhead shrike (*Lanius ludovicianus*) | BCC | SSC Nesting | Documented in shrub and riparian habitat within noise footprint. |
| Long-billed curlew (*Numenius americanus*) | BCC | - | Documented on rocky coastline at low tide and beaches within noise footprint. |
| Marbled godwit (*Limosa fedoa*) | BCC | - | Documented on sandy beaches and rocky coastline at low tide within noise footprint. |
| Marbled murrelet (*Brachyramphus marmoratus*) | FT | SE | Documented in nearshore ocean waters within noise footprint. |
| Northern harrier (*Circus hudsonius*) | - | SSC Nesting | Documented in grassland within noise footprint. |
| Nuttall's woodpecker (*Dryobates nuttallii*) | BCC | - | Documented in riparian habitat within noise footprint. |

**SpaceX Operations at SLC-4**                                           **March 2024**

| Species | Status | | Occurrence within the Proposed Action Area |
|---|---|---|---|
| | **USFWS** | **CDFW** | |
| Oak titmouse (*Baeolophus inornatus*) | BCC | - | Documented in riparian and non-native tree habitat within noise footprint. |
| Peregrine falcon (*Falco peregrinus anatum*) | BCC Nesting | Fully Protected Nesting | Documented in coastal habitat within noise footprint. |
| Short-billed dowitcher (*Limnodromus griseus*) | BCC | - | Documented on rocky coastline at low tide and beaches within noise footprint. |
| Whimbrel (*Numenius phaeopus*) | BCC | - | Documented on rocky coastline at low tide and beaches within noise footprint. |
| Western snowy plover (*Charadrius nivosus nivosus*) | FT; BCC | SSC Nesting | Documented on rocky coastline at low tide, nests on sandy beaches within noise footprint. |
| Willet (*Tringa semipalmata*) | BCC | - | Documented on rocky coastline at low tide and beaches impacted by noise. |
| White-tailed kite (*Elanus leucurus*) | - | Fully Protected Nesting | Documented in riparian and non-native tree habitat within noise footprint. |
| Yellow warbler (*Setophaga petechia*) | BCC | SSC Nesting | Documented in riparian habitat within noise footprint. |
| **Terrestrial Mammals** | | | |
| Pallid bat (*Antrozous pallidus*) | - | SSC | Documented within the noise footprint. |
| Townsend's big-eared bat (*Corynorhinus townsendii*) | - | SSC | Documented within the noise footprint. |
| Spotted bat (*Euderma maculatum*) | - | SSC | Documented within the noise footprint. |
| Western red bat (*Lasiurus blossevillii*) | - | SSC | Documented within the noise footprint. |
| Western mastiff bat (*Eumops perotis californicus*) | - | SSC | Documented within the noise footprint. |
| San Diego desert woodrat (*Neotoma lepida intermedia*) | - | SSC | Documented within the noise footprint. |
| American badger (*Taxidea taxus*) | - | SSC | Documented within noise footprint. |

Notes: BGEPA = Bald and Golden Eagle Protection Act; FE = Federally Endangered Species; FT = Federally Threatened Species; SE = State Endangered Species; SSC = California State Species of Special Concern; SE = State Endangered Species; SSC = State Candidate Species; BCC = Federal Bird of Conservation Concern

**SpaceX Operations at SLC-4**                                              **March 2024**



**Figure B-5-1: CRLF frog localities within the noise footprint (Source: DAF long term annual surveys and monitoring)**

**SpaceX Operations at SLC-4**                                                    **March 2024**



**Figure B-5-1: CRLF localities within the sonic boom footprint (Source: DAF long term annual surveys and monitoring)**



**Figure B-5-2: Western snowy plover nest localities within the noise footprint (Source: DAF long term annual surveys and monitoring)**



**Figure B-5-4: Western snowy plover nest localities within the sonic boom footprint (Source: DAF long term annual surveys and monitoring)**

**SpaceX Operations at SLC-4**                                                    **March 2024**



**B-5-5: Western snowy plover nest localities within the sonic boom footprint (Source: DAF long term annual surveys and monitoring)**

**SpaceX Operations at SLC-4**                                                          **March 2024**



**Figure B-5-6: Marbled murrelet observation sites within the noise footprint. (Note: the observation sites represent the location of the surveyor; the birds were observed in the ocean hundreds to thousands of feet offshore; Source: eBird 2022)**

**SpaceX Operations at SLC-4**                                    **March 2024**



**Figure B-5-7: Marbled murrelet nesting records and sample sonic boom model results for SLC-4W landing events.**



**Figure B-5-8: Southern sea otter densities offshore within the noise footprint (Source: USGS 2020)**

**SpaceX Operations at SLC-4**                                                    **March 2024**



**Figure B-5-9: Southern sea otter densities offshore within the sonic boom footprint (Source: USGS 2020)**

**SpaceX Operations at SLC-4**                                                                 **March 2024**



**Figure B-5-3: Seabird roosting and breeding areas and shorebird habitat within the noise footprint (Source: DAF long term annual surveys and monitoring)**

**SpaceX Operations at SLC-4**                                           **March 2024**



**Figure B-5-4: Other special status species within the noise footprint (Source: DAF long term annual surveys and monitoring)**

**SpaceX Operations at SLC-4**                                          **March 2024**



**Figure B-5-5: Special status mammal CNDDB localities within the noise footprint**



**Figure B-5-6: Special status reptile CNDDB localities within the noise footprint**

# APPENDIX C – EVACUATION EMAIL NOTIFICATIONS

| | |
|---|---|
| **From:** | Santa Barbara County Parks Reservations |
| **To:** | Santa Barbara County Parks Reservations |
| **Subject:** | IMPORTANT INFORMATION REGARDING YOUR JALAMA BEACH RESERVATION (November 16) |

Dear Valued Jalama Beach County Park Visitor,

Vandenberg Space Force Base and SpaceX has scheduled a launch for Thursday, November 16, 2023. The launch window is from 11:38 pm to 3:30 am the early morning of the 17th.

At this time **Jalama Beach is not subject to an evacuation** order due to the estimated number of overnight visitors being below the population threshold set by Space Force Launch Control, Safety Office, and the Federal Aviation Administration (FAA).  **However, as the launch date/time approaches, if the estimated population threshold is exceeded, there will be a need to evacuate the campground from 3-hrs prior am/pm on November 16th until an all-clear status is issued by Space Force**.

While we **do not** anticipate the need to evacuate the campground at this time, please note the following:

- If an evacuation order is issued you will be notified in a subsequent email and all campers will be evacuated to the end of Jalama Road on to Highway 1. If you will be in mid-stay, you do not have to break down your campsite, and large camping gear may be left behind; however, we do recommend you take your valuables with you.
- While the campground is not currently subject to evacuation, if you do stay overnight in the park, please be advised while highly unlikely, there is a small risk of launch vehicle failure which could cause debris to fall on the campground.
- If you would like to move your check-in date or shorten your stay, depending on availability, please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center at (805) 568-2460. All changes will be made at no additional charge, and any shortened stays will be partially refunded.
- You may move your stay the evening of the launch to Cachuma Lake Recreation Area, depending on availability, which is approximately 50 miles from Jalama Beach. Please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center at (805) 568-2460 for availability at Cachuma Lake.
- If you would like to completely cancel the reservation, please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center (805) 568-2460. You must contact the Call Center by web form or phone to receive a full refund for your cancellation. Remember to disclose the "Jalama Safety Relocation" as the reason for your cancellation. Alternatively, please be advised that cancellations and refund requests initiated through the website will only include the site fee.

Please note that there is always a possibility that the launch may be cancelled or postponed to a later time. Backup dates are November 17th, 18th, and 19th.

We sincerely apologize for any inconvenience this may have caused, and hope this notification will

help you make any necessary adjustments to your plans. Please let us know if you have any questions or concerns regarding this launch, and thank you for camping at Jalama Beach Park.

**Evacuation Email:** Sent by SBC for all launches with early 2023 Protocols. Now only used if SLD 30 issues a full evacuation notice.

| | |
|---|---|
| **From:** | Santa Barbara County Parks Reservations |
| **To:** | Santa Barbara County Parks Reservations |
| **Subject:** | IMPORTANT INFORMATION REGARDING YOUR JALAMA BEACH RESERVATION (Jan 28) |

Dear Valued Jalama Beach County Park Visitor,

Santa Barbara County Parks has just been notified by Vandenberg Space Force Base of a launch scheduled for **Sunday, January 29. from 5:30 AM to approximately 1:06 PM**, or until Park Staff receives an approval from the base to re-enter. All campers at Jalama Beach will be mandatorily evacuated during this window for safety reasons**.** All business should return to normal outside the relocation window and campers may return to Jalama Beach as soon as an all-clear status is received.

You are being contacted because you currently have a camping reservation that may conflict with this mandatory safety evacuation window, and we wanted to take the time to notify you of this occurrence so that you may make any changes to your travel plans accordingly. Please review the following options:

- If you are scheduled to camp on **Saturday, January 28th**, you may do so, but please be advised that you will be forced to evacuate the site **5:30 AM**. All campers will be evacuated to the end of Jalama Road on to Highway 1. If you will be in mid-stay, you do not have to break down your campsite, and large camping gear may be left behind; however, we do recommend you take your valuables with you.
- If you would like to move your check-in date or shorten your stay, depending on availability, please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center at (805) 568-2460. All changes will be made at no additional charge, and any shortened stays will be partially refunded.
- You may move your stay the evening before the launch to Cachuma Lake Recreation Area, depending on availability, which is approximately 50 miles from Jalama Beach. Please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center at (805) 568-2460 for availability at Cachuma Lake.
- If you would like to completely cancel the reservation, please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center (805) 568-2460. You must contact the Call Center by web form or phone to receive a full refund for your cancellation. Remember to disclose the "Jalama Safety Relocation" as the reason for your cancellation. Alternatively, please be advised that cancellations and refund requests initiated through the website will only include the site fee.

Please note that there is always a possibility that the event may be cancelled or postponed to a later time.  The backup date is Monday, January 30th.

We sincerely apologize for any inconvenience this may have caused, and hope this notification will help you make any necessary adjustments to your plans. Please let us know if you have any questions or concerns regarding the mandatory safety relocation, and thank you for camping at Jalama Beach Park.

Santa Barbara County Parks
123 E Anapamu Street, 2nd Floor
Santa Barbara, CA 93101
Phone:  (805) 568-2460
Email:  Reservations@sbparks.org

Parks-County-0

