# Exhibit L



**DEPARTMENT OF THE AIR FORCE**
UNITED STATES SPACE FORCE
SPACE LAUNCH DELTA 30

6 August 2024

Beatrice L Kephart
Chief, Installation Management Flight
30 CES/CEI
1028 Iceland Ave
Vandenberg SFB CA 93437

Kate Huckelbridge, Ph.D
Executive Director
California Coastal Commission
455 Market Street, Suite 300
San Francisco, California 94105-2219

Dear Dr. Huckelbridge,

The letter serves as a revision to Vandenberg SFB CD-0003-24 to include our commitment to implement protective measures four through seven as listed in the California Coastal Commission (CCC) staff report for the 8 August 2024 hearing. The agreed upon language of measures four through seven follows:

4. **Lighting Management Plan**. A Lighting Management Plan is being completed and will be submitted to the USFWS as a requirement of the BO. DAF will provide the Commission with a copy of the approved management plan. DAF will consider comments provided by the Executive Director on the Lighting Management Plan and address them, when practicable in coordination with the USFWS. Once the BO is issued, DAF will implement the Lighting Management Plan.

5. **Coastal Access and Recreation Enhancement.** Within 30 days of the Commission's consideration of Consistency Determination No. CD-0003-24, DAF will provide, for Executive Director review and comments, an update on the Coastal Access and Recreation Enhancement efforts it is pursuing. The update will include (1) specific details and schedules for implementation of the commitments DAF has made for the evacuation shuttle, satellite internet and Highway 1 digital signage projects for Jalama Beach County Park and the Lompoc Unified School District third grade beach field trip program; (2) details of measures that SpaceX and DAF will take to ensure that the proposed launch activities will not exceed DAF's commitment to cause more than 12 annual closures of Jalama Beach; and (3) a minimum notice period, coordinated with the Santa Barbara County Parks and Recreation Department, for any planned evacuations for Jalama Beach. DAF will consider comments provided by the Executive Director in response to the update and strive to address them, when possible.

6. **Marine Debris.** DAF will ensure that annual payments by the Space Exploration Corporation (SpaceX) are made at a rate of $20 (adjusted annually for inflation) for each

pound of unrecoverable marine debris generated as a result of space launch and landing activities occurring in State waters, including the release of weather balloons in advance of launch and/or landing activities. These marine debris offset payments will be provided to the U.C. Davis Lost Fishing Gear Recovery Project (U.C Davis Program) and DAF and the Executive Director will collaborate to identify a public or non-profit organization focused on removal of hazardous waste from the marine environment or battery/electronic waste recycling and reduction efforts that can also receive funding. Once that organization is identified, future marine debris offset payments will be divided equally between it and the U.C. Davis Program.  In addition, DAF will, within 30 days of the Commission's consideration of Consistency Determination No. CD-0003-24, provide an update to the Executive Director describing its recent efforts to evaluate and implement measures to reduce the amount of marine debris released as part of launch activities (and described in the CD and the 2023 EA/FONSI for 36 launches), such as by minimizing the number of weather balloons released per launch, exploring alternatives to the released weather balloons, and modifying the radiosondes.  If technological and/or operational advancements in the future allow for further reductions of the use of weather balloons or marine debris associated with launches, DAF will consider further marine debris reduction efforts. DAF will also provide an annual report to the Executive Director by January 1st of each year that includes the amounts and types of marine debris released as part of each SpaceX launch and provides details about the amounts of plastics and other materials within the released debris.

7. **Commercial and Recreational Fishing Coordination Plan.** Within 30 days of the Commission's consideration of Consistency Determination No. CD-0003-24, DAF will submit a Commercial and Recreational Fishing Coordination Plan to the Executive Director for review and comments. The Plan will include the development and implementation of a communication protocol, including regular dialogue, developed in coordination with the commercial and recreational fishing industry most likely to be affected by launch and landing activities at Vandenberg Space Force Base as well as an email to local fishermen's associations that include the date and time of the surveillance area, and the vessel hazard area that is also available in the Notice to Mariners, and for how long these will be in effect.  DAF shall consider comments provided by the Executive Director and strive to address them, when possible.

Thank you for your continued collaboration to finalize this CD.  If you have any questions or concerns, please contact me at (805) 605-7924 or beatrice.kephart@spaceforce.mil.

Sincerely,

8/6/2024

X Beatrice L Kephart
Beatrice L Kephart
Signed by: KEPHART.BEATRICE.LINDA.1166122291

BEATRICE L KEPHART, Civ, DAF
Chief, Installation Management Flight