# Exhibit N

**SHOEMAKER, MARK A Col USSF SSC SLD 30/CC**

| | |
|---|---|
| **From:** | Teufel, Cassidy@Coastal <Cassidy.Teufel@coastal.ca.gov> |
| **Sent:** | Monday, September 16, 2024 6:39 PM |
| **To:** | SHOEMAKER, MARK A Col USSF SSC SLD 30/CC; Huckelbridge, Kate@Coastal |
| **Cc:** | CONNER, JOHN P Col USAF SAF/IE; HATCHER, DORIAN C Col USAF SSC SLD 30/CV; KEPHART, BEATRICE L CIV USSF SSC 30 CES/CEI; YATES, LAURA E CIV USAF HAF SAF/IEIP |
| **Subject:** | RE: [Non-DoD Source] RE: DAF Response Letter to CCC Conditions for CD-0003-24 |

Colonel Shoemaker –

Thank you again for providing this response to the Commission's August 8th conditional concurrence. In the interest of moving our discussions forward quickly, we have prepared this initial response in a number of hours and are transmitting it via email. Although we have done our best to highlight the critical issues, please also note that we may have additional points to raise following a more detailed review.

**General**

1. The language and intent of Condition 1 as we drafted it is for a biological monitoring program to be developed and implemented that builds off of what NMFS and USFWS have required and includes additional measures to ensure CCMP compliance. However, the approach taken by USAF in the response letter would carry out monitoring required by NMFS and USFWS only and assume those activities satisfy consistency with the CCMP . While the regulations those agencies implement (such as the Endangered Species Act and Marine Mammal Protection Act) have some overlap with CCMP enforceable policies, this overlap is not complete and the CCMP policies differ in a variety of important respects. For example, while the MMPA allows for marine mammals to be protected and managed at a population level, Policy 30230 of the CCMP requires that "special protection shall be given to areas and species of special biological or economic significance." The Commission has interpreted this to mean that special protection must be provided for areas such as marine mammal haul-outs and marine protected areas. Thus, we continue to hold the position that the most recent monitoring requirements developed to ensure ESA and MMPA compliance (i.e., 2024 USFW BO and 2024 NMFS LOA) are not sufficient to also ensure CCMP consistency. Specific suggestions to bring the program into CCMP consistency are detailed in Condition 1 and included below.
2. While the commitment to continue sonic boom acoustic monitoring and data collection is appreciated, this effort alone does not meet the language and intent of Condition 2. We suggest that the response to Condition 2 be augmented to commit to using the collected data on an ongoing basis to implement adaptive management measures that will result in reductions in sonic boom intensity and spatial extent.
3. Several statements in the response invite the Commission staff to provide specific concerns and scientific justification for coastal resource protection. We have provided this information as part of the Commission's adopted findings included with the Commission's 8/15 conditional concurrence letter. As we receive additional information through monitoring reports and other sources, we will make any needed adjustments.
4. The 9/13 response refers to implementation of some improved and enhanced biological monitoring measures established through the August 2024 BO. While these monitoring measures would improve the existing monitoring program, it is Commission staff's understanding that they would only be implemented from October through December of 2024, only three months of the indefinite period proposed for 50 launches per year in the Consistency Determination. Further, because the August 2024 BO only covers a short period in 2024, it does not consider the full range of species and life stages that would be affected by the project proposed in the CD. To resolve this, we again reiterate our request that the CD be revised to only propose an increase to 50 launches for 2024 to match our review timeline with that of the USFWS. If

that Is unacceptable, please provide clarification on DAF's implementation of the measures outlined in the 2024 BO beyond the end of 2024.
5. As currently written, the CD for 50 launches does not include a commitment to implement the various protective measures established through the Commission's review of the 36 launch CD and the Commission's conditional concurrence with it.  This adds uncertainty to the implementation of those protective measures once the Commission considers the 50 launch CD.  To resolve this, we request that DAF confirm, in writing, that the CD for 50 launches includes a commitment to implement the protective measures described in the Commission's conditional concurrence for 36 launches for year.
6. In its response, DAF has provided for a feedback process whereas the Commission can provide comment on monitoring components included in plans developed by NMFS and USFWS.  To increase efficiency and ensure the Commission's and Commission staff's input is understood and adequately addressed, we suggest that Commission staff be included in ongoing coordination with NMFS and USFWS.  It is the Commission staff's strong preference that a monitoring program be developed and implemented that can meet the needs of NMFS, USFWS and the Commission. In order to accomplish this, all agencies need to be involved in the development of the program.  We therefore suggest a more integrated interagency process rather than the proposed process that limits the Commission to only a peripheral role.

**Specific Recommendations for CCMP Consistency**

**Condition 1**

7. Extend the time period for CCC staff to review the NMFS LOA and USFWS BO to at least 21 days to better facilitate meaningful review and comments.
8. Continue to conduct monitoring at haul-out sites during launches – as was required in the NMFS 2019 LOA.
9. Condition 1, subpart a(ii) and (iii) call for monitoring of bat and monarch butterfly populations on VSFB, "in a manner sufficient to assess potential changes in habitat use patterns and population levels." The 9/13 response noted that bat and monarch butterfly monitoring is occurring but does not include these monitoring programs or detailed descriptions of them.  To resolve this, please share the referenced bat and monarch butterfly monitoring plans so Commission staff can evaluate them and determine if they meet the standard of being "sufficient to assess potential changes in habitat use patterns and population levels." We also suggest a feedback process be included in case the existing programs do not meet CCMP consistency objectives.
10. Condition 1, subparts (a)(iv) and (v) refer to monitoring of off-base reference sites.  Please confirm that the reference sites north and south or VSFB and on the Northern Channel Islands (NCI) will be outside of the modeled affects area for engine noise and sonic booms. Please also consider providing Commission staff with an opportunity to provide feedback on the selection of reference sites to help ensure agreement that they would not be affected by the proposed launches.
11. Condition 1, subpart (a)(iv) refers to three species, California least tern, western snowy plover and red-legged frog.  The 9/13 response letter proposes only to identify and analyze reference site data for two of these species, plovers and frogs. In addition, it references the requirements of the August 2024 BO, which does not appear to apply after December 2024.   Please confirm that reference sites will also be established for California least terns and that the use of reference sites would persist for the full duration proposed in the 50 launch CD.
12. Condition 1, subpart (a)(v) refers to NCI monitoring carried out under the 2024 NMFS LOA.  However, the 2024 LOA now would only require semi-monthly surveys at on-base haul out sites while no-such semi-monthly surveys are required at the northern Channel Islands (NCI). Also, the 2024 LOA no longer requires by-launch monitoring of on-base haul out sites and significantly raised the thresholds for initiating monitoring by launches on the NCI such that while past data may have been collected, future data collection is uncertain and data sets may not be comparable.  Please revise the response to ensure that comparable monitoring activities will occur at the reference sites and areas of anticipated effects.

13. Condition 1, subpart (a)(vi). Thank you for this response and the proposed improvements to data collection and retention. Please also consider implementing further measures if additional issues arise with regards to data loss and/or equipment failures.
14. Condition 1, subpart (b): DAF's proposal appears to be generally consistent with this condition subpart. As noted above, however, the relaxing of monitoring requirements in the 2024 NMFS LOA and limited duration of the August 2024 USFWS BO means that data analysis carried out purely to satisfy the LOA and BO will not be adequate to meet the additional monitoring called for in Condition 1 of the Commission's conditional concurrence. To resolve this, please clarify that data collected per the terms of the conditional concurrence will be evaluated consistent with the elements of Condition 1, subpart (b).
15. Condition 1, subpart (c) – monitoring reports. This subpart includes a variety of specific details and elements to be included in the annual reports, as well as an interagency review of results every three years and a process for Commission review of avoidance, minimization, mitigation measures if monitoring demonstrates that adverse impacts have occurred. The 9/13 response does not address these elements of subpart (c). To resolve this, please confirm that the reporting process described in subpart (c) will be followed.

**Condition 2**

16. While Commission staff appreciates DAF's commitment to continue the ongoing acoustic monitoring efforts and use of data from these efforts to inform next steps, it is not clear when this plan would be provided to the Executive Director, if feedback will be accepted on it and if it is focused on areas of sensitive coastal resources or sensitive human receptors. To resolve this, please commit to a submittal date and process for consideration of feedback from Commission staff on the sonic boom assessment plan to help ensure that sensitive coastal resource sites are adequately represented.
17. The response provided to Condition 2 falls short of the language and intent of Condition 2. To resolve this, please provide (1) a description of efforts that will be taken to limit the spatial extent and severity (in terms of overpressure levels) of sonic booms caused by launches; (2) measures for evaluating modeling for specific atmospheric conditions to anticipate sonic boom effects on the Northern Channel Islands and off-base areas of the mainland coast of Santa Barbara, Ventura, and Los Angeles Counties; (3) measures for making decisions on launch time and trajectory based on an analysis to minimize the spatial extent and severity of sonic booms experienced in those off-base areas.

**Condition 3**

18. The response to this condition calls for Commission staff to provide specific concerns regarding off-base coastal resources that may be adversely affected by sonic booms. Please refer to the Commission's adopted findings in support of its August 8th conditional concurrence decision for this information. These adopted findings were provided with the Commission's 8/15 conditional concurrence letter.
19. The response provided to this condition also does not meet the intent or language of the condition. However, this condition is a contingency that only applies if avoidance of sonic boom effects through implementation of Condition 2 is not effective. We hope to work with DAF to ensure that implementation of Condition 2 is effective and that Condition 3 is unnecessary. However, as noted above, we believe that revisions to the response for Condition 2 are necessary. If those requested revisions will not be implemented by DAF, please carefully consider the language of Condition 3 and provide the referenced monitoring plan for Executive Director review.

Thanks again for the call this afternoon and for your consideration of this feedback. We stand ready to answer any question you may have and to discuss further.

-Cassidy

*Cassidy Teufel*
*Deputy Director*
*California Coastal Commission*
*455 Market Street, Suite 228*
*San Francisco, CA 94105*
*http://www.coastal.ca.gov/*

---

**From:** SHOEMAKER, MARK A Col USSF SSC SLD 30/CC <mark.shoemaker@spaceforce.mil>
**Sent:** Friday, September 13, 2024 4:18 PM
**To:** Teufel, Cassidy@Coastal <Cassidy.Teufel@coastal.ca.gov>; Huckelbridge, Kate@Coastal <Kate.Huckelbridge@coastal.ca.gov>
**Cc:** CONNER, JOHN P Col USAF SAF/IE <john.conner@us.af.mil>; HATCHER, DORIAN C Col USAF SSC SLD 30/CV <dorian.hatcher@spaceforce.mil>; KEPHART, BEATRICE L CIV USSF SSC 30 CES/CEI <beatrice.kephart@spaceforce.mil>; YATES, LAURA E CIV USAF HAF SAF/IEIP <laura.yates.1@us.af.mil>
**Subject:** RE: [Non-DoD Source] RE: DAF Response Letter to CCC Conditions for CD-0003-24

Cassidy - Yes, please provide feedback and we will discuss it with Dr. Chaudhary and Department of the Air Force leadership, as this product was fully coordinated with them prior to sending. We definitely want your thoughts and inputs as we collaborate on a solution.

Very Respectfully,

Mark A. Shoemaker, Col, USSF
Commander, Space Launch Delta 30
805-606-3000 (office)
805-588-8150 (cell)

---

**From:** Teufel, Cassidy@Coastal <Cassidy.Teufel@coastal.ca.gov>
**Date:** Friday, Sep 13, 2024 at 4:00 PM
**To:** SHOEMAKER, MARK A Col USSF SSC SLD 30/CC <mark.shoemaker@spaceforce.mil>, Huckelbridge, Kate@Coastal <Kate.Huckelbridge@coastal.ca.gov>
**Cc:** CONNER, JOHN P Col USAF SAF/IE <john.conner@us.af.mil>, HATCHER, DORIAN C Col USAF SSC SLD 30/CV <dorian.hatcher@spaceforce.mil>, KEPHART, BEATRICE L CIV USSF SSC 30 CES/CEI <beatrice.kephart@spaceforce.mil>, YATES, LAURA E CIV USAF HAF SAF/IEIP <laura.yates.1@us.af.mil>
**Subject:** [Non-DoD Source] RE: DAF Response Letter to CCC Conditions for CD-0003-24

Colonel Shoemaker –
Thank you very much for providing this response and for all the work that went into preparing it. Unfortunately, we feel it does not adequately meet the intent of the conditions. Please let us know if you are open to receiving feedback and taking another shot at it or if we should consider this as a final response to the conditional concurrence and proceed from there.

Thank you also for sharing Tuesday's itinerary, it looks like a good plan and I'm sure the Commissioners will appreciate seeing those locations.

Thanks again,
Cassidy

**From:** SHOEMAKER, MARK A Col USSF SSC SLD 30/CC <mark.shoemaker@spaceforce.mil>
**Sent:** Friday, September 13, 2024 12:14 PM
**To:** Huckelbridge, Kate@Coastal <Kate.Huckelbridge@coastal.ca.gov>; Teufel, Cassidy@Coastal <Cassidy.Teufel@coastal.ca.gov>
**Cc:** CONNER, JOHN P Col USAF SAF/IE <john.conner@us.af.mil>; HATCHER, DORIAN C Col USAF SSC SLD 30/CV <dorian.hatcher@spaceforce.mil>; KEPHART, BEATRICE L CIV USSF SSC 30 CES/CEI <beatrice.kephart@spaceforce.mil>; YATES, LAURA E CIV USAF HAF SAF/IEIP <laura.yates.1@us.af.mil>
**Subject:** DAF Response Letter to CCC Conditions for CD-0003-24

Dr. Huckelbridge / Mr. Teufel –

Please find attached the Department of the Air Force's (DAF) response to the CCC's conditional concurrence on CD-0003-24. The DAF continues to view its partnership with the State of California as important to meeting the nation's security objectives and looks forward to further coordination and collaboration with the Commission and its staff.

I have also attached the itinerary for the CCC's visit next week to Vandenberg SFB. We look forward to hosting next week's engagement with you and Dr. Chaudhary.

Very Respectfully,

Mark A. Shoemaker, Col, USSF
Commander, Space Launch Delta 30
805-606-3000 (office)
805-588-8150 (cell)