# Exhibit O

STATE OF CALIFORNIA – CALIFORNIA NATURAL RESOURCES AGENCY                                   GAVIN NEWSOM, GOVERNOR

**CALIFORNIA COASTAL COMMISSION**
455 MARKET STREET, SUITE 300
SAN FRANCISCO, CA 94105-2421
VOICE (415) 904-5200
FAX (415) 904-5400



## SENT BY ELECTRONIC MAIL

September 27, 2024

Sheila McCorkle
SpaceX
VP, Starship Legal and Regulatory
1 Rocket Road
Brownsville TX 78521
Sheila.McCorkle@spacex.com

Dear Ms. McCorkle,

California Coastal Commission (Commission) staff would like to thank SpaceX for taking time to meet with us about SpaceX's Falcon 9 launch and landing activities. We also acknowledge receipt of your undated letter, sent via email on September 10, 2024, responding to the Commission's request that SpaceX apply for a Coastal Development Permit (CDP) for SpaceX's Falcon 9 launch and landing activities. Commission staff would like to take this opportunity to formally respond to SpaceX's position that its Falcon 9 launch and landing activities are a federal agency activity and that it does not need to obtain a CDP these activities.

The Commission disagrees with SpaceX's and the Department of Air Force's characterization that the launch of SpaceX rockets from a leased portion of VSFB and associated activities and development outside of VSFB are federal agency activities subject to Subpart C[1] of the Coastal Zone Management Act (CZMA) regulations. As explained in the Commission's staff report[2] for SpaceX's 36-launches and associated landings per year proposal for the June 2024 Commission hearing (June 2024 Staff Report), there is no scenario in which a federal agency contracts for a small fraction of a private business's overall business activities, in this case about 12 known launch services out of a total of 394 launches (as of May 2024) by SpaceX over the past several years, and can claim that all of the private business's activities are, by extension, federal agency activities. Therefore, as further laid out in the June 2024 Staff Report, SpaceX's rocket launch and landing activities are not federal agency activities subject to Subpart C of the CZMA regulations.

The Commission continues to take the position that its CDP authority extends to SpaceX's Falcon 9 launches and landings and associated activities and development within and

---

[1] https://www.ecfr.gov/current/title-15/part-930/subpart-C.
[2] w10a-6-2024-report.pdf (ca.gov).

outside of VSFB. As further explained in the June 2024 Staff Report, Supreme Court precedent[3] supports the Commission's position that it may require private parties operating on federal land to obtain a CDP for its development activities to ensure that, consistent with the California Coastal Act, the private party commences development in a manner that protects the coastal environment. The Commission has no intention of determining the basic uses of VSFB and neither the CZMA nor other existing applicable laws and regulations preempt the Commission's CDP authority over SpaceX's launch and landing activities within and outside of VSFB.

The June 2024 Staff Report further explained that SpaceX is engaging in development, as defined in section 30106[4] of the Coastal Act, including rocket launch and landing activities which change the intensity of use of land, discharge and dispose of gaseous, thermal, liquid, and solid waste and change the intensity of use of water, or of access thereto. First, rocket launch and landing activities increase the intensity of use of the land at and around SpaceX's launch facilities as well as the use of coastal waters as rocket stages are transported by barge back to VSFB. Second, the Falcon 9 launches, landings and associated activities discharge gaseous, thermal and liquid waste as well as solid waste, including through the discharge into the ocean of weather balloons and associated equipment and battery materials. Finally, SpaceX's launches change the intensity of use of water and of access to water due to evacuations and closures of public beaches and recreational sites, including Jalama Beach, a highly used day and overnight lower cost recreational facility that is part of the Santa Barbara County Park system.

Given the foregoing, the Commission requests that SpaceX submit a CDP application seeking after-the-fact and continuing authorization for its Falcon 9 launches, landings and associated activities. Additionally, the Commission requests that Space X participate, in person, at the upcoming October 10, 2024, Commission hearing on DAF's Consistency Determination for SpaceX's 50-launches per year proposal.

Sincerely,

*Cassidy Teufel*
Cassidy Teufel
Deputy Director, Energy, Ocean Resources, and Federal Consistency Division

---

[3] *California Coastal Commission v. Granite Rock Company* (1987) 480 U.S. 572.
[4] "Development" means, on land, in or under water, the placement or erection of any solid material or structure; discharge or disposal of any dredged material or of any gaseous, liquid, solid, or thermal waste; grading, removing, dredging, mining, or extraction of any materials; change in the density or intensity of use of land, including, but not limited to, subdivision pursuant to the Subdivision Map Act (commencing with Section 66410 of the Government Code), and any other division of land, including lot splits, except where the land division is brought about in connection with the purchase of such land by a public agency for public recreational use; change in the intensity of use of water, or of access thereto; construction, reconstruction, demolition, or alteration of the size of any structure, including any facility of any private, public, or municipal utility; and the removal or harvesting of major vegetation other than for agricultural purposes, kelp harvesting, and timber operations which are in accordance with a timber harvesting plan submitted pursuant to the provisions of the Z'berg-Nejedly Forest Practice Act of 1973 (commencing with Section 4511).
As used in this section, "structure" includes, but is not limited to, any building, road, pipe, flume, conduit, siphon, aqueduct, telephone line, and electrical power transmission and distribution line.