# Exhibit P

# COASTAL ZONE MANAGEMENT ACT CONSISTENCY DETERMINATION FOR SpaceX Falcon Program at Vandenberg Space Force Base, California

## July 2024

# TABLE OF CONTENTS

1    INTRODUCTION ..................................................................................................... 1

   1.1    Authority .......................................................................................................... 4

   1.2    Determination .................................................................................................. 4

   1.3    Consultations with other Resource Agencies and Tribal Entities ................... 5

2    DESCRIPTION OF PROPOSED ACTION ................................................................ 7

   2.1    Proposed Action .............................................................................................. 7

**2.1.1    Launch and Landing Activities** ........................................................................ 7

**2.1.2    Payload Fairing Recovery Operations** ........................................................... 7

**2.1.3    Vehicle Refurbishment** .................................................................................. 8

**2.1.4    Harbor Operations** ......................................................................................... 8

   2.2    Consistency Analysis/Analysis of Effects ....................................................... 8

3    POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM ........... 10

   3.1    Policies of the California Coastal Management Program That Are Not Relevant to the Proposed Action .............................................................................................. 10

   3.2    Policies of the California Coastal Management Program That Are Relevant to the Proposed Action .............................................................................................. 12

**3.2.1    Article 2: Public Access** ................................................................................ 12

   Policies    12

   Consistency Review ............................................................................................. 13

**3.2.2    Article 3: Recreation** .................................................................................... 17

   Policies    17

   Consistency Review ............................................................................................. 17

**3.2.3    Article 4: Marine Environment (Marine Resources)** ................................... 17

   Policies    17

   Consistency Review ............................................................................................. 18

**3.2.4    Article 4: Marine Environment (Water Quality)** ......................................... 21

   Policies    21

   Consistency Review ............................................................................................. 22

**3.2.5    Article 4: Marine Environment (Commercial and Recreational Fishing)** ..... 25

   Policies    25

   Consistency Review ............................................................................................. 26

**3.2.6    Article 5: Land Resources** ........................................................................... 31

   Policies    31

   Consistency Review ............................................................................................. 31

**4    STATEMENT OF CONSISTENCY** ............................................................................. **36**

**5    REFERENCES** ...................................................................................................... **37**

**APPENDIX A – ENVIRONMENTAL PROTECTION MEASURES** ............................................... **1**

A.1    Air Quality ................................................................................................ 1

A.2    Terrestrial Biological Resources ................................................................ 2

**A.2.1    General Measures** ................................................................................ **2**

**A.2.2    Special Status Species** ......................................................................... **5**

A.3    Marine Biological Resources .................................................................... 12

A.4    Water Resources ..................................................................................... 15

A.5    Cultural Resources .................................................................................. 16

A.6    Hazardous Materials and Waste Management ........................................ 16

**APPENDIX B – SENSITIVE SPECIES AND WILDLIFE OCCURRENCE WITHIN THE PROPOSED ACTION AREA** **16**

**APPENDIX C – EVACUATION EMAIL NOTIFICATIONS** ........................................................ **C-1**

**APPENDIX D – LETTER OF AUTHORIZATION** ................................... **D**-ERROR! BOOKMARK NOT DEFINED.

## LIST OF FIGURES

FIGURE 1.3-1. REGIONAL LOCATION OF PROPOSED ACTION AREA ................................................................ 6

FIGURE 3.2-2. EXAMPLE VEHICLE MARITIME HAZARD AREA (BLUE) FOR FALCON 9 LAUNCHES. NOTE THE MARITIME SURVEILLANCE AREA IS NOT SHOWN BECAUSE IT DOES NOT EXTEND OFF OF LAND. ................................................................ 26

FIGURE 3.2-3. EXAMPLE VEHICLE MARITIME HAZARD AREA (BLUE) AND MARITIME SURVEILLANCE AREA (RED) FOR FALCON 9 LAUNCHES 27

FIGURE 3.2-4. PRODUCTIVITY OF FISHING BLOCKS IN 2023 POTENTIALLY AFFECTED BY SPACEX LAUNCHES ....................... 28

FIGURE 3.2-5. POTENTIAL SONIC BOOM IMPACT AREAS IN EASTERN SANTA BARBARA, VENTURA, AND LOS ANGELES COUNTIES.......... 35

FIGURE B.0-1. SPECIAL STATUS MAMMAL CNDDB LOCALITIES AND FALCON 9 SLC-4 STATIC FIRE, LAUNCH, AND LANDING ROCKET ENGINE NOISE MODEL RESULTS. ................................................................ 26

FIGURE B.0-2. SPECIAL STATUS MAMMAL CNDDB LOCALITIES AND EXAMPLE SLC-4 LANDING SONIC BOOM CONTOURS. .................. 27

FIGURE B.0-3. NORTHERN LEGLESS LIZARD LOCALITIES AND FALCON 9 SLC-4 STATIC FIRE, LAUNCH, AND LANDING ROCKET ENGINE NOISE MODEL RESULTS. ................................................................ 28

FIGURE B.0-4. NORTHERN LEGLESS LOCALITIES AND EXAMPLE SLC-4 LANDING SONIC BOOM CONTOURS........................................ 29

FIGURE B.0-5. OTHER SENSITIVE SPECIES AND FALCON 9 SLC-4 STATIC FIRE, LAUNCH, AND LANDING ROCKET ENGINE NOISE MODEL RESULTS. ................................................................ 30

FIGURE B.0-6. OTHER SENSITIVE SPECIES AND EXAMPLE SLC-4 LANDING SONIC BOOM CONTOURS. ................................................. 31

FIGURE B.0-7. SEABIRDS, SHOREBIRDS, AND FALCON 9 SLC-4 STATIC FIRE, LAUNCH, AND LANDING ROCKET ENGINE NOISE MODEL RESULTS. ................................................................ 32

FIGURE B.0-8. SEABIRDS, SHOREBIRDS, AND EXAMPLE SLC-4 LANDING SONIC BOOM CONTOURS. ................................................. 33

## LIST OF TABLES

TABLE 3.1-1: POLICIES OF THE CCMP THAT ARE NOT RELEVANT TO THE PROPOSED ACTION ....................................... 10

TABLE 3.2-1: POLICIES OF THE CCMP THAT ARE RELEVANT TO THE PROPOSED ACTION............................................. 12

TABLE 3.2-2. DETERMINATION OF POTENTIAL IMPACTS TO MARINE MAMMALS ................................................... 18

TABLE 3.2-3. PRODUCTIVITY OF FISHING BLOCKS BY SPECIES MANAGEMENT GROUP ............................................. 29

TABLE 3.2-9: DETERMINATION OF POTENTIAL IMPACTS TO FEDERALLY LISTED AND PROPOSED THREATENED & ENDANGERED SPECIES .. 32

TABLE B.0-1: FEDERAL AND STATE SPECIAL STATUS SPECIES OCCURRENCE WITHIN THE PROPOSED ACTION AREA ............................ 17

**TABLE B.0-2:ESA-LISTED FISH SPECIES OCCURRENCE WITHIN THE ACTION AREA** ................................................... 22

TABLE B.0-3: ESA-LISTED TURTLE SPECIES OCCURRENCE WITHIN THE ACTION AREA ................................................... 23

TABLE B.0-4: MARINE MAMMALS WITHIN THE ACTION AREA ........................................................................... 24

## ACRONYMS AND ABBREVIATIONS

| | | | |
|---|---|---|---|
| ac. | acres | MMPA | Marine Mammal Protection Act |
| BCI | Bat Conservation International | MOL | Manned Orbiting Laboratory |
| BMPs | Best Management Practices | MSIB | Marine Safety Informational Bulletin |
| BNM | Broadcast Notice to Mariners | | |
| BO | Biological Opinion | MSRS | ManTech SRS Technologies, Inc. |
| CARB | California Air Resources Board | NA | Not Applicable |
| C.F.R. | Code of Federal Regulations | NCI | Northern Channel Islands |
| CCA | California Coastal Act | ND | Negative Determination |
| CCC | California Coastal Commission | NE | No Effect |
| CCMP | California Coastal Management Plan | NL | Not Listed under the ESA |
| CCSFS | Cape Canaveral Space Force Station | NLAA | May affect, not likely to adversely affect |
| CD | Consistency Determination | NMFS | National Marine Fisheries Service |
| CDFW | California Department of Fish and Wildlife | NOAA | National Oceanic and Atmospheric Administration |
| CNDDB | California Natural Diversity Database | NOTAM | Notices to Airmen |
| | | NOTMARs | Local Notices to Mariners |
| CRLF | California red-legged frog | NRHP | National Register of Historic Places |
| CTS | California tiger salamander | | |
| CZMA | Coastal Zone Management Act | NSSL | National Security Space Launch |
| DAPTF | Declining Amphibian Populations Task Force | psf | pounds per square foot |
| | | RORO | roll-on-roll-off |
| dB | decibel(s) | RWQCB | California Regional Water Quality Control Board |
| dBA | A-weighted decibel(s) | | |
| DOD | Department of Defense | SBCAPCD | Santa Barbara County Air Pollution Control District |
| E | East | | |
| EPMs | Environmental Protection Measures | SECDEF | Secretary of Defense |
| | | SEL | sound exposure level |
| ESA | Endangered Species Act | SLC | Space Launch Complex |
| FAA | Federal Aviation Administration | SLD 30 | Space Launch Delta 30 |
| ft | foot or feet | SMR | State Marine Reserve |
| Ft$^2$ | square feet | SNPL | western snowy plover |
| km | kilometer(s) | SPCC | Spill Prevention, Contingency, and Countermeasures |
| KSC | Kennedy Space Center | | |
| LAA | May affect, likely to adversely affect | SWFT | southwestern willow flycatcher |
| | | SWPT | southwestern pond turtle |
| lbs | pounds | TWG | tidewater goby |
| LC | Launch Complex | U.S. | United States |
| LEO | low-earth orbit | USACE | United States Army Corp of Engineers |
| LETE | California least tern | | |
| Lmax | maximum sound level | U.S.C. | United States Code |
| LNM | Local Notice to Mariners | USCG | U.S. Coast Guard |
| LOA | Letter of Authorization | USFWS | U.S. Fish and Wildlife Service |
| m | meter(s) | USSF | United States Space Force |
| mi | mile(s) | VSFB | Vandenberg Space Force Base |

W          West

# 1   INTRODUCTION

Space Launch Delta 30 (SLD 30) of the Department of the Air Force (DAF), United States (U.S.) Space Force (USSF) submits this Consistency Determination (CD) for the California Coastal Commission's review. The Proposed Action would increase Space Exploration Technologies Corp. (SpaceX) Falcon 9 launch cadence at Space Launch Complex (SLC) 4 to up to 50 launches per year at SLC-4. SpaceX would maintain the currently approved 12 first stage landings per year at SLC-4.

The purpose of the Proposed Action is to provide greater mission capability to the Department of Defense (DOD), National Aeronautics and Space Administration (NASA) at the Western Range[1], as well as other government and commercial entities by increasing Falcon flight opportunities. This increase in flight opportunities would improve U.S. space capabilities by providing additional launch to support future U.S. Government and commercial missions, which require or benefit from a Falcon 9 vehicle. The Federal Aviation Administration (FAA) forecasts that commercial launch operations will increase in the United States (U.S.) from an all-time high in 2022 of 87 launches, to up to 186 launches by 2026. The DOD, NASA, and other Federal agencies obtain access to space through the procurement of commercial launch services. As such, commercial launch capability is critical to the national defense, American's national space objectives, and the National Space Policy of the United States (May 2020). The DOD issued the *Commercial Space Integration Strategy* (DOD 2024), providing a vision for prioritizing and aligning efforts to integrate commercial solutions into the U.S.'s national security space architecture. This strategy notes that integration will help deny adversaries the benefits of attacks against national security space systems and contribute to a safe, secure, stable, and sustainable space domain.

In furtherance of the National Space Policy and U.S. Government space launch requirements, this Proposed Action is needed to enable SpaceX to meet the increasing need to implement missions for the U.S. Government. SpaceX is currently one of *only* two U.S. launch service providers certified to launch national security missions for the USSF's National Security Space Launch (NSSL) program, which procures launches for all the military services as well as the intelligence community.

The USSF's mission to "secure our Nation's interests in, from, and to space" is enabled by Space Systems Command's largest organization, the Assured Access to Space Directorate. The Assured Access to Space Directorate procures launch services from the commercial space transportation industry at VSFB, one of only two Federal Ranges from which national security space launches can occur—and the only Federal Range on the West Coast. Space launch for the USSF, other DOD organizations, and the intelligence community is reliant on commercial space launch service providers, as DOD does not operate its own space launch vehicles. SpaceX supports, and is under contract for, the full spectrum of U.S. Government space mission requirements.

The Proposed Action fulfills Congress's grant of authority to the Secretary of Defense (SECDEF), pursuant to 10 United States Code (U.S.C.) § 2276(a), *Commercial Space Launch Cooperation*, that SECDEF is permitted to take action to:

> "(1) maximize the use of the capacity of the space transportation infrastructure of the [DOD] by the private sector in the U.S.;

---

[1] The Western and Eastern Ranges are U.S. Government managed space launch ranges on the western and eastern coasts. The Western Range includes VSFB, while the Eastern Range includes Kennedy Space Center and Cape Canaveral Space Force Station.

(2) maximize the effectiveness and efficiency of the space transportation infrastructure of the [DOD];

(3) reduce the cost of services provided by the [DOD] related to space transportation infrastructure at launch support facilities and space recovery support facilities;

(4) encourage commercial space activities by enabling investment by covered entities in the space transportation infrastructure of the [DOD]; and

(5) foster cooperation between the [DOD] and covered entities."

The Proposed Action is needed to meet current and anticipated near-term future U.S. Government launch requirements for national security, space exploration, science, and the Assured Access to Space process of the NSSL program. It is the policy of the U.S. to ensure that the U.S. has the capabilities necessary to launch and insert national security payloads into space whenever needed, as described in 10 U.S.C. § 2773. The Proposed Action is also needed so that SpaceX can continue to implement U.S. Government missions while simultaneously meeting its increasing commercial launch demands.

By increasing launch capacity at VSFB, the Proposed Action allows continued fulfillment of the 2020 National Space Policy, including promoting a "robust commercial space industry and strengthen United States leadership as the country of choice for conducting commercial space activities" (U.S. Government 2020). The Proposed Action ensures that U.S. space launch capability is not reduced or limited, and that the U.S. remains the world leader in space launch technology.

Several decades ago, the U.S. Government transitioned away from its historical approach of U.S. Government-developed and operated rockets to the use of commercial space launch vehicles, procured as a commercial service. Doing so has provided tremendous reduction in costs to U.S. taxpayers, significantly increased space launch vehicle reliability, and promoted innovative new technologies like rocket reusability. Lower launch costs are a direct value to the taxpayer and allows the DOD to field space systems more efficiently to counter increased adversary space threats and enhance U.S. space-based services to U.S. and allied warfighters. Cost benefits are realized through competitive commercial launch pricing, which is created in-part by efficient commercial launch operations. The viability and health of commercial launch services providers—enabled through a regular flight rate—is critical to the U.S. Government. This was emphasized by General Saltzman, Chief of Space Operations, and Secretary Kendall, Secretary of the Air Force, during the House of Representatives Armed Services Committee Meeting on April 17, 2024.

Through competitive acquisition of launch in the NNSL Program's Phase 2 procurement, the USSF saved $7 billion in taxpayer funds.[2] SpaceX has dramatically reduced the cost of access to space through the re-use of first stage rocket boosters and payload fairings. SpaceX is currently the only launch operator worldwide recovering, refurbishing, and reusing first-stage boosters and fairings—which means that SpaceX launch operations does not routinely expend rocket boosters or fairings into the ocean following launch. Launch system recovery and reuse has provided the U.S. Government the ability to rapidly launch and utilize new space systems architecture, such as satellite constellations in low-Earth orbit, quickly fielding new national security capability on orbit at substantially reduced cost.

---

[2]    https://www.af.mil/News/Article-Display/Article/2305576/space-force-awards-national-security-space-launch-phase-2-launch-service-contra/

SpaceX has developed Starlink and Starshield, satellite constellations in low-Earth orbit that require numerous launches to develop and maintain the constellation. Starlink is a critical national capability that is directly utilized by DOD and the intelligence community, which contracts directly for satellite communications services important to the national defense and in support of U.S. interests abroad. Here, Starlink is a services provider for the DOD under numerous contracting vehicles, including the U.S. Space Force Commercial Satellite Communications Office, the U.S. Air Force's Global Lightning program[3], the Department of the Navy[4], and other programs designed to enhance U.S. national security capability on-orbit and on the ground. Starlink services have also been directly procured by each of the U.S. military services, and by U.S. Special Operations Command. More broadly, Starlink is under contract with the Federal Emergency Management Agency, the Department of State, Department of Veterans Affairs, Department of Transportation, U.S. Coast Guard (USCG), Customs and Border Patrol, U.S. Geological Survey, U.S. Forest Service, the National Oceanic and Atmospheric Administration (NOAA), and many other government organizations at the state and local level. These agencies include emergency management personnel who are actively using Starlink to facilitate emergency response and recovery efforts. At any given point in time, Starlink can be activated and deployed globally to respond to various crises.

Starlink and Starshield are critical national capabilities that are directly utilized by DOD and the Intelligence Community, who contract directly for satellite communications services important to the national defense, as well as in support of U.S. interests abroad, including in Ukraine. Many of these capabilities are classified and cannot be discussed in the context of this CD. For many U.S. Government users, Starlink and Starshield are indistinguishable. The ability to consistently launch both Starshield *and* Starlink is critical to maintaining the highly reliable and stable services of both constellations for the U.S. Government and U.S interests to respond to urgent matters. Starshield contracts are so sensitive that the work under them is classified. It is critical that CCC generally understand that the distinction between Starshield and Starlink does not exist for some U.S. Government users, and Starlink itself is the basis for exclusive and specialized U.S. Government services and capability.

It is in the national interest to continuously enhance Starlink network capacity, particularly in furtherance of U.S. Government purposes and objectives. SpaceX's rapid launch capability and continuous deployment of Starlink satellites on orbit directly correspond to improved network performance that scales directly with network growth to meet escalating demand. Starlink launches are not incidental; each individual Starlink launch is part of a deliberate, planned effort to meet capacity needs to support specific requirements or demand, including the U.S. Government. The capability of new satellites allows SpaceX to add capacity more quickly and interconnect the Starlink constellation, to serve critical U.S. Government needs around the globe, and to launch critical communication services for aviation and maritime in the U.S. and the rest of the world's most remote locations.

SpaceX launches payloads for the USSF's Space Development Agency as part of the Proliferated Warfighter Space Architecture, a resilient layered network of military satellites designed to quickly deliver needed national security space capabilities to the joint warfighter. These missions require several launches in rapid succession given the scale of SDA's proliferated satellite architecture. Although initial SDA missions were procured directly from SpaceX, generally SDA missions moving forward will be conducted under the auspices of the USSF NSSL. In addition to missions for the DOD, SpaceX launches payloads from VSFB for

---

[3] https://www.airandspaceforces.com/global-lightning-satcom-project-expanding-to-ac-130-kc-135/
[4] https://defensescoop.com/2024/04/11/starlink-terminals-navy-spacex-shipboard-c4i/

U.S. Government agencies, including NASA and NOAA, and allied foreign nations, including missions that directly benefit environmental monitoring and response.

On 5 May 2023 the Executive Director of the California Coastal Commission (CCC) concurred with a Negative Determination (ND; ND-0009-23) to increase the Falcon 9 launch cadence at SLC-4 to 36 launches per year, the number of SLC-4 first stage landings per year remained at 12, which CCC had reviewed in prior consultations. In the months following the Executive Director's concurrence, CCC staff stated that public coastal access was being adversely effected through other activities in addition to beach closures: (1) closures of the 14 mile long road between Highway 1 and Jalama Beach to incoming traffic in advance of scheduled SpaceX launches, even when a full closure and evacuation does not occur[5]; (2) email notices to those holding campground reservations during the time of a scheduled SpaceX launch; and (3) website notices to those seeking to secure a campsite reservation during the time of a scheduled SpaceX launch. The CCC stated that these launch activities prevent coastal access and recreation in greater numbers than the 12 closures at Jalama Beach, resulting in cancellations of campsite reservations and limited the number of reservations secured. Thus, the CCC advised that Jalama Beach had exceeded the number of closures analyzed in the ND. At the December 2023 public hearings, the Commissioners voted to revisit the ND and requested preparation of a CD. During preparation of the CD, SLD 30 and SpaceX coordinated with the CCC and County of Santa Barbara to develop and implement measures to avoid and reduce future impacts of a similar nature. These measures were implemented well before the December 2023 public hearing and receipt of the Remedial Action Proposal in February 2024 and included: 1) reducing the potential for evacuations by shifting some missions to nighttime, when population levels are lower; and 2) revising the language in the potential evacuation notice emails sent to campers. Example emails from before and after these measures were implemented are included in Appendix C. Since the introduction of these measures, there was not an evacuation of Jalama Beach County Park and thus no associated closure of Jalama Road until May 2024. Additionally, seven contingency evacuation notices (out of 22 launches) have been sent to SBC resulting in email notifications to campers between mid-July 2023 and February 2024. Few campsite reservations (< 1 %) have been cancelled because of the contingency evacuation emails (pers comm L. Semenza, 2023).

## 1.1 AUTHORITY

This CD is being submitted by the DAF in accordance with the Federal Consistency Regulations (15 Code of Federal Regulations [C.F.R.] Part 930) pursuant to Section 307(c)(1)(A) of the Coastal Zone Management Act (CZMA; 16 U.S.C. 1456(c)(1)(A)), as amended,  and the federally approved California Coastal Management Plan (CCMP) pursuant to the California Coastal Act (CCA) (California Public Resources Code, Division 20).

## 1.2 DETERMINATION

The project launch site (SLC-4) is located within the boundary of VSFB on land owned by the United States and under the administrative management and control of the DAF. Although the CZMA excludes federal lands from the definition of coastal zone, actions that may affect the coastal zone off federal lands are to be consistent, or it not consistent, then consistent to the maximum extent practicable with the enforceable policies of the CCMP. Launch and landing operations at SLC-4 have been developed to

---

[5] SLD 30 has confirmed with the County of Santa Barbara that the 14-mile-long road between Highway 1 and Jalama Beach only closes during full evacuation due to a launch or when road conditions are poor and unsafe to traverse which happens during rainy seasons that cause sink holes, downed trees and/or power lines. The road closures outside of launch times over the winter of 2022-2023 are related to weather events and unsafe conditions.

minimize and/or offset potential effects to coastal uses and/or resources to comply with the enforceable policies of the CCA. Based on review of the Proposed Action's compliance with the CZMA, the DAF has determined that the Proposed Action is consistent with the CCMP, pursuant to the requirements of the CZMA.

## 1.3 CONSULTATIONS WITH OTHER RESOURCE AGENCIES AND TRIBAL ENTITIES

SLD 30 reinitiated Section 7 consultation with the National Marine Fisheries Service (NMFS) on March 21, 2024 and received a Letter of Concurrence on April 17, 2024 stating the Proposed Action would not adversely affect Endangered Species Act-listed and/or proposed critical habitat. The existing SLD 30 Letter of Authorization (LOA) issued by NMFS for Level B harassment of marine mammals incidental to launch activities covers the Proposed Action. The LOA allows launch programs to unintentionally take small numbers of marine mammals during launches and landings.

SLD 30 reinitiated Section 7 consultation with the United States Fish and Wildlife Service (USFWS) on March 7, 2024.

**SpaceX Falcon Program at VSFB**                                    **July 2024**



**Figure 1.3-1.  Regional Location of Proposed Action Area**

# 2   DESCRIPTION OF PROPOSED ACTION

## 2.1   PROPOSED ACTION

The Proposed Action is to increase the annual Falcon 9 launch cadence up to 50 times per year from SLC-4. Following each launch, SpaceX would also perform a boost-back and landing of the first stage boosters up to 50 times, either downrange on a droneship or at landing zones at VSFB. As approved in prior environmental documents, no more than 12 first stage landings would occur at SLC-4 per year.

### 2.1.1   LAUNCH AND LANDING ACTIVITIES

One to 3 days before each launch, SpaceX may perform an engine static fire test, which lasts a few seconds. The need to conduct a static fire test depends on the mission, but there would be no more than 30 static fire events per year. Launch operations would occur day or night, at any time during the year. Following each launch, SpaceX would perform a boost-back and landing of the first stage or rocket boosters, either downrange on a droneship or at landing zones at VSFB. Mission objectives may occasionally require an expendable first stage or booster in the Pacific Ocean outside of California State waters. If expended, the first stage would break up upon atmospheric re-entry and there would be no residual propellant or explosion upon impact with the Pacific Ocean. The first stage remnants would sink to the bottom of the ocean. Fairing recovery would also occur within these recovery areas.

Launch trajectories from SLC-4 would remain within the previously analyzed azimuth range of 140 to 325 degrees. No more than 12 annual landings would occur at SLC-4, as previously analyzed.

SpaceX would land first stages and boosters either at VSFB or downrange on a droneship in the previously approved recovery areas outside of California State waters.

### 2.1.2   PAYLOAD FAIRING RECOVERY OPERATIONS

The Falcon 9 vehicle payload system includes a fairing that protects payloads (e.g. satellites). The fairing consists of two halves which separate, allowing the deployment of the payload at the desired orbit. Each fairing half contains a parachute system for recovery, which includes one drogue parachute and one parafoil. Parachutes, parafoils, and their assemblies are made of Kevlar and nylon, and sink quickly as they become waterlogged. The parachute system slows the descent of the fairing to enable a soft splashdown so that the fairing remains intact. The parachute canopy is approximately 110 square feet and the fairing parafoils are approximately 3,000 square feet.

SpaceX would attempt to recover both halves of the fairing after each launch. The fairing and parafoil would be recovered by a salvage ship stationed near the anticipated splashdown site, but no closer than 12 nautical miles offshore. Up to 200 parachutes and 200 parafoils would land in the ocean annually, within federal or international waters. SpaceX would attempt to recover all parafoils, but it is possible that some of the parafoils would not be recovered due to sea or weather conditions at the time of recovery. The recovery team would attempt to recover the parachute assembly if they can get a visual fix on the splashdown location. Because the parachute assembly is deployed at a high altitude, it is difficult to locate. In addition, based on the size of the assembly and the density of the material, the parachute assembly would be saturated and begin to sink. This would make recovering the parachute assembly difficult and unlikely. As a result, SpaceX has experienced limited success in recovering the parachutes but will continue to attempt recovery and improve the success rate. However, most parachutes would be deposited in the ocean.

### 2.1.3 VEHICLE REFURBISHMENT

SpaceX would continue to process vehicles at existing SpaceX facilities, including Building 398 and the SLC-4 hangar, on federal property. Operations include refurbishing the recovered first stage and fairing for reuse in future missions. Up to 50 boosters and 50 fairings would be refurbished each year. Solvents such as isopropyl alcohol, isopar, and Simple Green would be used during these operations, as well for launch pad operations, facility maintenance, and system flushing.

### 2.1.4 HARBOR OPERATIONS

SpaceX would continue to transport first stage boosters and fairings from the Port of Long Beach to the VSFB harbor via a "roll-on-roll-off" (RORO) barge. The Proposed Action would include up to 5 RORO operations per year. Each harbor operation lasts for approximately four hours, or one tide window. Harbor operations could occur at any time of day, as they are dependent on the tide windows. The Proposed Action does not include additional dredging outside the amount allowed by VSFB's existing permit from the U.S. Army Corps of Engineers (USACE).

## 2.2 CONSISTENCY ANALYSIS/ANALYSIS OF EFFECTS

The effects test is a process where the federal agency determines which of its proposed activities affect any coastal use or resource in the state's coastal zone (off federal property) of states with approved management programs. The CCMP is such an approved program, and the DAF will determine such effects by reviewing the CCMP's relevant enforceable policies. Effects are determined by looking at reasonably foreseeable direct and indirect effects on any such coastal zone use or resource (15 CFR 930.33). As defined in Section 304 of the CZMA, the term "coastal zone" does not include "lands the use of which is by law subject solely to the discretion of or which is held in trust by the Federal Government." However, since the proposed activities may have an effect on the land, water, or natural resource of a coastal zone off such federal property, as per DAF policy guidance (AFMAN 32-7003, Section 3.26.2), the DAF undertakes federal actions in a manner consistent, or it not consistent then consistent to the maximum extent practicable with the enforceable policies[6] of the approved CCMP through the federal consistency process under the CZMA.

The relevant enforceable polices under the CCMP are the following: Article 2 – Public Access (Section 30210, 30213, and 30214); Article 3 – Recreation (Section 30220); Article 4 – Marine Environment (Section 30230, 30231, 30232, 30234, and 30234.5). Sections and Articles of the CCMP that are not relevant to the Proposed Action are presented in Section 3.1.

Prior to evaluating whether the Proposed Action complies with the CCMP's enforceable policies, the federal agency must first examine whether the Proposed Action would have a reasonably foreseeable effect on coastal zone uses or resources. Thus, the elements of the Proposed Action must first be examined to determine whether they have reasonably foreseeable effects before determining whether those effects are consistent with the CCMP's enforceable policies. Coastal zone resources include both resources permanently located in the coastal zone (e.g., benthic organisms) and mobile resources (e.g., marine mammals and sea turtles) that typically move into and out of the coastal zone as part of a natural cycle.

---

[6] DAF is using the term "enforceable policies" within the meaning contemplated in 15 C.F.R. 930.36. DAF does not concede that all aspects of California's coastal program are enforceable against the federal government.

The effects test evaluates the relative location of the Proposed Action to the coastal zone and the potential effects of stressors on coastal zone uses or resources. The DAF conducted the effects test and determined there are reasonably foreseeable effects to some coastal zone uses and resources. The effects test for the Proposed Action is based on the locations of the proposed activities relative to the coastal zone and the potential effects of stressors on coastal zone resources.

The Proposed Action at VSFB could have the potential to affect coastal resources from acoustics (launch engine noise and sonic booms) and potential impacts to public use and recreation at Jalama Beach County Park as follows:

- Contingency Evacuation Email – an email sent by the County of Santa Barbara to reservation holders of campgrounds at Jalama Beach County Park notifying them of a potential upcoming evacuation. Example email attached in Appendix C. Emails are sent several days in advance of the anticipated launch date. Updates are made to the County website.

- Evacuation Email – similar process as above, though text specifies that an evacuation will occur Example email attached in Appendix C. Updates are made to the County website.

- Evacuation – Removal of day-users and campers from Jalama Beach County Park due to safety requirements. Evacuation occurs approximately four hours prior to launch and users are able to return post-launch when the all-clear is issued by SLD 30 Range Safety.

- Road Closure – The closure of Jalama Road between Jalama Beach County Park and Highway 1 occurs when an evacuation is required. Santa Barbara County Sheriffs would place roadblocks along Jalama Road to enforce an evacuation.

- Acoustics – Noise effects from launch activities on marine and terrestrial biological resources.

SpaceX Falcon Program at VSFB, Ca                                        July 2024

# 3  POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM

The DAF reviewed the CCMP to identify the policies relevant to the Proposed Action according to Division 20 of the California Public Resources Code, approved as part of the coastal program. Section 3.1 identifies the CCMP policies that are not relevant to the Proposed Action. Section 3.2 provides an analysis of the CCMP policies that are relevant to the Proposed Action.

## 3.1  POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM THAT ARE NOT RELEVANT TO THE PROPOSED ACTION

The CCMP policies not applicable to the Proposed Action are provided in Table 3.1-1 below.

**Table 3.1-1: Policies of the CCMP That Are Not Relevant to the Proposed Action**

| Article | Section | State Policy | Explanation of Non-Applicability |
|---|---|---|---|
| **Article 2: Public Access** | 30211 | Development not to interfere with access | The Proposed Action does not include any construction or ground disturbance that would block the public's right of access to the sea. |
| | 30212 | New development projects | The Proposed Action does not include any new development that would block or impede public access. |
| | 30212.5 | Public facilities; distribution | The Proposed Action does not include any public facilities. |
| **Article 3: Recreation** | 30221 | Oceanfront land; protection for recreational use and development | The Proposed Action does not include any development of oceanfront land that would reduce available areas for public use. |
| | 30222 | Private lands; priority of development purposes | The Proposed Action does not include any development of private lands within the Action Area. |
| | 30222.5 | Oceanfront lands; aquaculture facilities; priority | The Proposed Action does not affect coastal zone lands suitable for aquaculture. |
| | 30223 | Upland areas | The Proposed Action does not affect the availability of upland areas necessary to support coastal recreational uses. |
| | 30224 | Recreational boating use; encouragement; facilities | The Proposed Action does not include the development of any recreational boating facilities. |
| **Article 4: Marine Environment** | 30233 | Diking, filling, or dredging; continued movement of sediment and nutrients | The Proposed Action does not include any diking, filling, or dredging activities. |
| | 30235 | Construction altering natural shoreline | The Proposed Action does not include construction or ground disturbance that would alter natural shorelines processes. |

**SpaceX Falcon Program at VSFB, Ca**                                                        **July 2024**

| Article | Section | State Policy | Explanation of Non-Applicability |
|---|---|---|---|
| | 30236 | Water supply and flood control | The Proposed Action does not alter any rivers or streams. |
| | 30237 | Repealed | |
| **Article 5: Land Resources** | 30241 | Prime agricultural land; maintenance in agricultural production | The Proposed Action would have no impact to prime agricultural lands. |
| | 30241.5 | Agricultural lands; determination of viability of uses; economic feasibility evaluation | The Proposed Action would have no impact to agricultural lands. |
| | 30242 | Lands suitable for agricultural use; conversion | The Proposed Action would have no impact to agricultural lands. |
| | 30243 | Productivity of soils and timberlands; conversion | The Proposed Action would have no impact to timberlands. |
| | 30244 | Archaeological or paleontological resources | The Proposed Action does not include construction or ground disturbance, thus would have no impacts archaeological or paleontological resources. |
| **Article 6: Development** | 30250 | Development location; existing developed areas | This policy only applies to actions that require permitting, which cannot be enforced against the DAF. |
| | 30251 | Scenic and visual qualities | The Proposed Action does not include any new permanent development that would affect public scenic or visual qualities within the coastal zone. |
| | 30252 | Maintenance and enhancement of public areas | The Proposed Action does not include any new development that would require maintenance or enhanced public access to the coast. |
| | 30253 | Minimization of adverse impacts | The Proposed Action does not include any development within the coastal zone. |
| | 30254 | Public works facilities | The Proposed Action does not include any new or expanded public works facilities. |
| | 30254.5 | Terms or conditions on sewage treatment plant development; prohibition | The Proposed Action does not include the development of a sewage treatment plant. |
| | 30255 | Priority of coastal-dependent developments | The Proposed Action does not include any development within the coastal zone. |
| **Article 7: Industrial Development** | 30260 | Location or expansion | The Proposed Action does not include the development of coastal-dependent industrial facilities. |
| | 30261 | Tanker facilities; use and design | The Proposed Action does not include the use of existing or new tanker facilities. |

**SpaceX Falcon Program at VSFB, Ca**                                    **July 2024**

| Article | Section | State Policy | Explanation of Non-Applicability |
|---|---|---|---|
| | 30262 | Oil and gas development | The Proposed Action does not include any oil and gas development. |
| | 30263 | Refineries or petrochemical facilities | The Proposed Action does not include new or expanded refineries or petrochemical facilities. |
| | 30264 | Thermal electric generating plants | The Proposed Action does not include new or expanded thermal electric generating plants. |
| | 30265 | Legislative findings and declarations; offshore oil transport | This section explains the legislative findings applicable to offshore oil transportation, and does not constitute a separate public access policy. |
| | 30265.5 | Governor or designee; co-ordination of activities concerning offshore oil transport and refining; duties | The Proposed Action does not include activities concerning offshore oil transport and refining. |
| **Article 8: Sea Level Rise** | 30270 | Sea level rise | The Proposed Action does not include activities at risk of sea level rise. |

## 3.2  POLICIES OF THE CALIFORNIA COASTAL MANAGEMENT PROGRAM THAT ARE RELEVANT TO THE PROPOSED ACTION

The CCMP policies that are relevant to the Proposed Action are policies where one or more of the Proposed Action components could affect a coastal use or resource within the coastal zone identified by the policy. The CCMP policies that are relevant to the Proposed Action are provided in Table 3.2-1.

**Table 3.2-1: Policies of the CCMP That Are Relevant to the Proposed Action**

| Article | Section | State Policy |
|---|---|---|
| **Article 2: Public Access** | 30210 | Access; recreational opportunities; posting |
| | 30213 | Lower cost visitor and recreational facilities; encouragement and provision; overnight room rentals |
| | 30214 | Implementation of public access policies; legislative intent |
| **Article 3: Recreation** | 30220 | Protection of certain water-oriented activities |
| **Article 4: Marine Environment** | 30230 | Marine resources; maintenance |
| | 30231 | Biological productivity; water quality |
| | 30232 | Oil and hazardous substance spills |
| | 30234 | Commercial fishing and recreation boating facilities |
| | 30234.5 | Economic, commercial, and recreational importance of fishing |
| **Article 5: Land Resources** | 30240 | Environmentally sensitive habitat areas; adjacent developments |

### 3.2.1  ARTICLE 2: PUBLIC ACCESS

**Policies**

CCA Section 30210 – "Access; recreational opportunities; posting" states:

*In carrying out the requirement of Section 4 of Article X of the California Constitution, maximum access, which shall be conspicuously posted, and recreational opportunities shall be provided for all the people consistent with public safety needs and the need to protect public rights, rights of private property owners, and natural resource areas from overuse.*

CCA Section 30213 – "Lower cost visitor and recreational facilities; encouragement and provision; overnight room rentals" states:

*Lower cost visitor and recreational facilities shall be protected, encouraged, and, where feasible, provided. Developments providing public recreational opportunities are preferred. The commission shall not: (1) require that overnight room rentals be fixed at an amount certain for any privately owned and operated hotel, motel, or other similar visitor-serving facility located on either public or private lands; or (2) establish or approve any method for the identification of low or moderate income persons for the purpose of determining eligibility for overnight room rentals in any such facilities.*

CCA Section 30214 – "Implementation of public access policies; legislative intent" states

*The public access policies of this article shall be implemented in a manner that takes into account the need to regulate the time, place, and manner of public access depending on the facts and circumstances in each case including, but not limited to, the following: (1) Topographic and geologic site characteristics. (2) The capacity of the site to sustain use and at what level of intensity. (3) The appropriateness of limiting public access to the right to pass and repass depending on such factors as the fragility of the natural resources in the area and the proximity of the access area to adjacent residential uses. (4) The need to provide for the management of access areas so as to protect the privacy of adjacent property owners and to protect the aesthetic values of the area by providing for the collection of litter. (b) It is the intent of the Legislature that the public access policies of this article be carried out in a reasonable manner that considers the equities and that balances the rights of the individual property owner with the public's constitutional right of access pursuant to Section 4 of Article X of the California Constitution. Nothing in this section or any amendment thereto shall be construed as a limitation on the rights guaranteed to the public under Section 4 of Article X of the California Constitution. (c) In carrying out the public access policies of this article, the commission and any other responsible public agency shall consider and encourage the utilization of innovative access management techniques, including, but not limited to, agreements with private organizations which would minimize management costs and encourage the use of volunteer programs.*

## Consistency Review

The DAF controls access to VSFB and on-Base recreation areas. Public access to VSFB is not permitted. Personnel and approved contractors may participate in outdoor activities on VSFB, such as camping, picnicking, sunbathing, hiking, bird watching, nature photography, fishing, and hunting. The closest public access beaches are Jalama Beach County Park, Surf Beach (federal property where VSFB voluntarily allows access to the public, but is not required to do so), and County of Santa Barbara Ocean Beach Park. Of these, Jalama Beach County Park is the only one with overnight accommodations, including 107 campsites (31 of which with electrical hookups) and seven equipped cabins.

Solely for the health and safety of park visitors, the County Parks Department and the County Sheriff currently close these parks upon request from the DAF in the event of launch activities that have been determined by SLD 30 Range Safety to have certain human health and safety risks. These evacuations are

communicated at least 72 hours prior to evacuation and can be implemented a maximum of 48 hours per the agreement. Point Sal Road is not anticipated to be evacuated due to SpaceX launches.

## Ocean Beach County Park and Surf Beach (Federal Property)

In the past, SLD 30 has restricted access to Ocean Beach County Park and Surf Beach for all launches from SLC-4. Based on updated modeling and safety considerations, SLD 30 Range Safety and the Security Forces Squadron have determined closures are only required if the first stage of the Falcon 9 launch vehicle will boost back to land at SLC-4. This action by DAF has resulted in a net-benefit to public access in northern Santa Barbara County by reducing the previous public access restrictions of prior launches based on past safety models and protocols. Now only a subset of launches include boost back to land at SLC-4. In addition to the parks remaining open, launch viewing opportunities attract more people to the coast thus providing coastal access to a larger number of users.

Access to the coastline from Surf Beach is available year-round. During the western snowy plover season, beach access is available from 0800-1800 and restricted during evening hours from 1800-0800. Access to the coastline from Ocean Beach County Park is available via a trail on federal property established by SLD 30 connecting this area to the coastal access available at nearby Surf Beach. Ocean Beach County Park is open from 0800 to dusk year-round. A portion of launches that boost back to land at SLC-4W would occur at night when these two locations are already closed. Accordingly, the Proposed Action would only restrict public access to Ocean Beach County Park and Surf Beach during daytime launches with boost back to SLC-4W. Surf Beach and County of Santa Barbara Ocean Beach Park would only be closed during SLC-4 landing events up to 12 times per year, for approximately four to eight hours each launch attempt.

## Jalama Beach County Park

The County Parks Department and the County Sheriff may close Jalama Beach County Park for public safety for certain launch activities upon request from SLD 30 and under agreement between DAF and Santa Barbara County. Under this agreement, SLD 30 must provide notice of a launch at least 72 hours prior to the closure, and the closure is not to exceed 48 hours. SpaceX's proposed launches would comply with the closure agreement. These closures would be infrequent and would only last as long as necessary to assure the public are safe during a launch (approximately six to eight hours). The Commission has historically considered and analyzed the number of temporary evacuations to beaches in northern Santa Barbara County associated with launch activities and previously determined that a total of 12 evacuations per year at any of the beaches (Ocean Beach County Park, Surf Beach, and Jalama Beach County Park) is consistent with the public access and recreation policies of the CCMP (CD-049-98).

Impacts to coastal access and recreation at Jalama Beach County Park are dependent on risk analysis completed by SLD 30 Range Safety for each individual launch. The launch risk factors are estimated based on the probability of vehicle failure, population size in the high-risk area, day of launch weather, trajectory, and other factors. SLD 30 Range Safety considers the number of people within the Impact Limit Line; and thirty days prior to launch, conducts prelaunch debris risk assessments that determine high risk areas that contribute to the allowable risk criteria. If the risk of a Conditional Expected Casualty (CEc; a factor that estimates the risk of a multiple casualty event and assumes 100% vehicle failure) is greater than 0.01, Individual Risk is greater than 1/1,000,000, or the Expected Casualty risk is greater than 1/10,000, SLD 30 issues an evacuation requirement letter 25 days prior to launch. Generally, for launches from south VSFB, the population size in the Impact Limit Line determines the need for evacuation of Jalama Beach County Park and a CEc greater than 0.01 is typically triggered when the population exceeds

400 or more. Therefore, the number of users, including day users, campers, and staff, at Jalama Beach County Park may or may not exceed a level that triggers evacuation.

If evacuation is under consideration, SLD 30 notifies the County of Santa Barbara. The County then sends a contingency evacuation email (Appendix C) to reservation holders warning them that there may be a need to evacuate the park for the launch, providing them the opportunity to cancel the reservation. During early 2023 and before, only a full evacuation email was sent to reservation holders, this resulted in 3 to 4 reservations (typically 1 to 3, but up to 8 people maximum per site/reservation) typically being cancelled for each launch after the email announcement (L. Semenza, County of Santa Barbara, pers. comm.). In August 2023, SLD 30 and the County of Santa Barbara implemented improved messaging protocols to warn the public of potential evacuations at Jalama Beach County Park by developing a Contingency Evacuation Email (Appendix C). Santa Barbara County Parks and Recreation stated that after implementation of the new notification procedures, cancellations have become rarer, typically zero to one reservation per launch compared to 3 to 4 reservations in the past, where there are up to 8 people per reservation (L. Semenza, County of Santa Barbara, pers. comm.). The DAF and SpaceX have also minimized impacts at Jalama Beach by shifting to launches at night, discussed in more detail in the following paragraphs.

When an evacuation of Jalama Beach County Park is under consideration by SLD 30, Santa Barbara County reports the projected number of campers for the day of launch two to three days prior to the launch date. SLD 30 Range Safety compares the report to the maximum allowable number of people that would exceed the risk criteria and, if this number is exceeded, they will confirm the evacuation; if the population is less, the evacuation is rescinded. When an evacuation is confirmed, park staff request that all campers and day users leave the park. In addition, the Santa Barbara County Sheriff places roadblocks at the intersection of Highway 1 and Jalama Road to prevent the public from entering the affected area.

SpaceX flies a variety of trajectories from VSFB to support a wide range of missions, thus increasing to 50 launches per year does not mean that all 50 launches would have trajectories that impact Jalama Beach County Park. VSFB supports a unique range of trajectories, including launches to polar orbits, that are not available or practicable from CCSFS. Additionally, as launch vehicles become more reliable (e.g. a proven record of flight), impact limit lines decrease. The Commission has historically considered and analyzed the number of temporary evacuations to beaches in northern Santa Barbara County associated with launch activities and determined that a total of 12 evacuations per year is consistent with the public access and recreation policies of the CCMP. A launch attempt that could evacuate Jalama Beach County Park could be scrubbed due to weather, an issue with the vehicle, or another reason after an evacuation order has been issued. While some impacts to Jalama Beach County Park are unavoidable due to mission requirements, evacuations would not be issued for more than 12 launches, below the number of closures previously approved by the CCC (CD-049-98).

As previously stated, to reduce the potential for evacuations SpaceX has shifted launches with trajectories that would typically close the park to nighttime, when population levels are lower. Jalama Beach County Park Staff provide the number of people in the park in the hours leading up to launch, after which SLD 30 Range Safety determines if the CEc remains at or below the acceptable level. If population levels exceed acceptable risk criteria, the launch would be delayed to the following day and population levels reassessed to ensure total evacuations of Jalama Beach County Park do not exceed 12 per year. This delay process is known as scrubbing. While there is a substantial financial impact to launching at less-optimal times, the DAF will maintain these procedures when practicable to protect public access to Jalama Beach County Park. DAF and SpaceX evaluated a 'dog leg' trajectory to avoid impacting Jalama Beach County Park.

However, this trajectory would result in a significant performance hit to the vehicle due to the maneuver reducing the total mass able to be placed into orbit, thus requiring more launches to place the same amount of mass into orbit. Additionally, this could preclude certain missions from launching due to the mass of the payload.

DAF recognizes that potential evacuation notices can deter public access, through cancellation of scheduled reservations and/or fewer people making daily trips to Jalama Beach County Park. DAF will continue to coordinate with Santa Barbara County Parks and Recreation to better inform the public of potential evacuations.

To offset impacts to recreational access to the coast at Jalama Beach County Park due to past unaccounted for impacts and for potential impacts to future launch operations, the following measures have been or will be implemented:

- DAF, in coordination with SpaceX, has donated high-speed Starlink terminals to provide public internet coverage at Jalama Beach County Park. Cellular phone service in the area is limited, thus providing reliable internet coverage benefits emergency responders and provides overnight campers with reliable connectivity. Santa Barbara County Parks and Recreation stated that implementation of Starlink terminals at the park gate enhanced public access, as the prior online reservation system was slow and caused congestion and/or delays during the check in process at the controlled entrance as users enter the park (L. Semenza, County of Santa Barbara, pers. comm.).
- DAF, in coordination with SpaceX, is funding a variable messaging sign for use by Santa Barbara County Parks and Recreation to replace the prior sign at the intersection of Highway 1 and Jalama Road, enabling the County to inform the public if there is availability prior to driving down Jalama Road to the park. Santa Barbara County had indicated that a point of frustration for the public was not knowing whether the park or campground is full until they drove the length of Jalama Road and were forced to turn back if full. The ability for the County to utilize variable messaging reduces unnecessary vehicle trips to the park.
- DAF, in coordination with SpaceX, will provide a shuttle program to evacuate campers from the park to a safe location for missions that would result in an evacuation of Jalama Beach County Park. After launch, the shuttle(s) would bring campers back to the park.
- DAF, in coordination with SpaceX and the Lompoc Unified School District, will fund transportation for all 3rd graders in the Lompoc Unified School District to visit Surf Beach/Ocean Park on an annual basis.

**<u>Conclusion</u>**

DAF and SpaceX would continue to implement the following minimization measures for the launch increases previously discussed to reduce potential evacuations of Jalama Beach County Park:

- To reduce the potential for evacuation, SpaceX shifted launches with trajectories that would typically close the Jalama Beach County Park to nighttime, when population levels are lower. Jalama Beach County Park Staff provide the number of people in the park in the hours leading up to launch, after which SLD 30 Range Safety determines if the population level remains at or below the acceptable level for flight safety.
- If population levels at Jalama Beach exceed acceptable thresholds for flight safety during launches scheduled during hours of darkness and the number of evacuations previously deemed consistent by the CCC, the launch would be scrubbed (i.e. delayed) rather than require evacuation.

- SLD 30 and Santa Barbara County would continue to utilize improved messaging protocols to warn the public of potential evacuations at Jalama Beach County Park.

Through the implementation of offsets discussed above, the Proposed Action would not substantially diminish the protected activities, features, or attributes of Jalama Beach County Park. A summary of these offset measures would be included in DAF's annual report to the CCC. Similarly, the Proposed Action would not substantially diminish the protected activities, features, or attributes of Ocean Beach County Park and Surf Beach. The Proposed Action may draw additional people to these areas to view launches. The Proposed Action would be fully consistent with Sections 30210, 30213, and 30214 of the CCA.

## 3.2.2 ARTICLE 3: RECREATION

### Policies

CCA Section 30220 – "Protection of certain water-oriented activities" states:

> *Coastal areas suited for water-oriented recreational activities that cannot readily be provided at inland water areas shall be protected for such uses.*

### Consistency Review

Water-oriented recreational activities occur offshore of VSFB; however, effects on offshore activities are unlikely other than temporary avoidance areas established during launch activities. Temporary avoidance areas for security and safety would not limit public access to adjacent areas. Areas would only be closed for the duration of the launch activity as required by SLD30 Range Safety. The USCG would issue a Notices to Mariners (NOTMAR) that defines public avoidance area for launch events. The avoidance area would be lifted as soon as the USCG determines it is safe to do so. Temporary closures of these areas for security and safety do not limit public access to or use of adjacent areas. Areas would be closed for the duration of the activity and reopened at the completion of the activity. A more detailed discussion of NOTMARs and maritime closures is included in Section 3.2.5.

Due to the short-term duration of the activities (50 total launches), broadcasting of NOTMARs, and the expansive offshore area that would still be available to the public, accessibility impacts associated with water-oriented recreational activities would remain negligible. Therefore, the Proposed Action would be fully consistent with Section 30220 of the CCA.

## 3.2.3 ARTICLE 4: MARINE ENVIRONMENT (MARINE RESOURCES)

### Policies

CCA Section 30230 – "Marine resources; maintenance" states:

> *Marine resources shall be maintained, enhanced, and where feasible, restored. Special protection shall be given to areas and species of special biological or economic significance. Uses of the marine environment shall be carried out in a manner that will sustain the biological productivity of coastal waters and that will maintain healthy populations of all species of marine organisms adequate for long-term commercial, recreational, scientific, and educational purposes.*

CCA Section 30231 – "Biological productivity; water quality" states (in part):

> *The biological productivity and the quality of coastal waters, streams, wetlands, estuaries, and lakes appropriate to maintain optimum populations of marine organisms and for the protection of human health shall be maintained and, where feasible, restored through, among other means …*

### Consistency Review

As shown in Table 3.2-2, there are five species that occur in the marine environment off the VSFB coastline. One is federally listed as threatened under the Endangered Species Act (ESA) and four species are protected as defined under the Marine Mammal Protection Act (MMPA). The DAF determined these species may be potentially affected by the Proposed Action from noise effects during operation.

**Table 3.2-2.  Determination of Potential Effects to Marine Mammals**

| Species | Status | ESA Effects Determination | MMPA Determination |
|---|---|---|---|
| Southern sea otter (*Enhydra lutris nereis*) | FT | NLAA | NE |
| Steller sea lion - Eastern U.S. Stock (*Eumetopias jubatus*) | MMPA | NA | Level B |
| Northern elephant seal – California Breeding Stock (*Mirounga angustirostris*) | MMPA | NA | Level B |
| Pacific harbor seal – California Stock (*Phoca vitulina richardii*) | MMPA | NA | Level B |
| California sea lion – U.S. Stock (*Zalophus californianus*) | MMPA | NA | Level B |

Notes: FE = Federally Endangered Species; FT = Federally Threatened Species; MMPA = Marine Mammal Protection Act, NA = not applicable; NE = no effect; NLAA = May affect, not likely to adversely affect; ESA = Endangered Species Act, MMPA = Marine Mammal Protection Act

In addition, there are up to 5 sea turtle species, 7 mysticetes (baleen whales), and 22 odontocetes (toothed cetaceans) that may be found within the region of influence. Sea turtles and cetaceans spend their entire lives in the water and spend most of their time (>90% for most species) entirely submerged below the surface. Additionally, when at the surface, sea turtle and cetacean bodies are almost entirely below the water's surface, with only the blowhole or head exposed for breathing. This minimizes exposure to in-air noise, both natural and anthropogenic, essentially 100% of the time because their ears are nearly always below the water's surface. As a result, in-air noise caused by sonic boom and engine noise would not affect sea turtle or cetacean species. Therefore, they were not considered further in the Environmental Assessment and are not considered further in this CD.

**Southern Sea Otter (*Enhydra lutris nereis*)**

**Direct Effects.** No ground disturbing activities or vegetation management activities would occur within southern sea otter habitat; therefore, these actions will have no effect on the southern sea otter.

**Noise and Visual Effects.** Areas directly offshore of SLC-4 would receive visual disturbance and noise levels of less than 130 unweighted decibels (dB) maximum sound level (Lmax) during up to 50 Falcon 9 launches from SLC-4 per year and approximately 110 dB Lmax during up to 12 first stage landing at SLC-4W. During static fire events, noise directly off the coast of SLC-4 would be less than 125 dB Lmax and there would be no associated visual disturbance. Landing at SLC-4W would also generate a sonic boom directly offshore that is expected to range from 1 to 5 pounds per square foot (psf). Otters are only occasionally observed along the coast between Purisima Point and Point Arguello transiting through the area between suitable habitat to the north and south. Beginning at the Boat Dock and continuing south along Sudden Flats, the inshore habitat supports expansive kelp beds and a relatively high density of otters. Noise levels would

reach between 100 and 110 dB Lmax during up to 50 Falcon 9 launches from SLC-4 per year and less than 80 dB Lmax during up to 12 first stage landing each year at SLC-4W in these areas. Sonic booms during up to 12 SLC-4W landings per year would range from 1 to 3 psf along Sudden Flats.

Exceptionally little sound is transmitted between the air-water interface; thus, in-air sound would not have a significant effect on submerged animals (Godin 2008). In addition, according to Ghoul & Reichmuth (2014), "Under water, hearing sensitivity [of sea otters] was significantly reduced when compared to sea lions and other pinniped species, demonstrating that sea otter hearing is primarily adapted to receive airborne sounds." This study suggested that sea otters are less efficient than other marine carnivores at extracting noise from ambient noise (Ghoul & Reichmuth 2014). Therefore, the potential impact of underwater noise caused by in-air sound would be insignificant and discountable even with the launch increases from 36 to 50.

Extensive launch monitoring has been conducted for sea otters on both north and south VSFB, with pre- and post-launch counts and observations conducted at rafting sites immediately south of Purisima Point for numerous Delta II launches from SLC-2 and one Taurus launch from Launch Facility-576E and at the rafting sites near Sudden Flats for two Delta IV launches from SLC-6. Monitoring has also been conducted for Falcon 9 launch operations from SLC-4 with no abnormal behavior, mortality, or injury of effects on the population has ever been documented for sea otter because of launch-related disturbance. Otters were monitored during four Falcon 9 launches from SLC-4 during 2023 and there were no discernible effects on overall southern sea otter numbers at the monitoring site.

The lack of any demonstrated effects from launches on populations off the coast of Sudden Ranch is likely because there is little overlap in the hearing sensitivity of otters (primarily 2 to 22 kHz) and launch engine noise, which is primarily below 250 Hz, with moderate energy to 2 kHz range, and little energy above 2 kHz. While a 2-psf sonic boom is approximately equivalent to 135 dB Lmax, most of that acoustic energy from the sonic boom is not heard by sea otters. Most of the acoustic energy in a sonic boom is less than 250 Hz, well below the region of best sensitivity of the sea otter (2–22.6 kHz). While the sea otter would likely hear the sonic boom, it would only be responding to acoustic energy that is above 250 Hz and perceived sound levels would be much less than 135 dB Lmax. Additionally, if disturbed, otters typically dive under the water and therefore minimize potential noise exposure anyway. Landing engine noise follows launch by approximately 5 to 7 minutes and typically occurs slightly before the sonic boom effects land. Therefore, any individuals that flee into water as a result of launch disturbance would reduce their likelihood of being exposed to the landing engine noise and sonic boom due to the attenuation of sound in water. As a result, there would not be an opportunity for chronic noise exposure in otters.

Finally, otters have also been shown to quickly acclimate to disturbances from boats, people, and harassment devices (air horns). Davis et al. (1988) conducted a study of northern sea otter's reactions to various underwater and in-air acoustic stimuli. The purpose of the study was to identify a means to move sea otters away from a location in the event of an oil spill. Anthropogenic sound sources used in this behavioral response study included truck air horns and an acoustic harassment device (10 to 20 kHz at 190 dB Lmax) designed to keep dolphins and pinnipeds from being caught in fishing nets. The authors found that the sea otters often remained undisturbed and quickly became tolerant of the various sounds. When a fleeing response occurred as a result of the harassing sound, sea otters generally moved only a short distance (328 to 656 ft) before resuming normal activity (Davis et al. 1988).

Curland (1997) also found that southern sea otter may acclimate to disturbance. The author compared otter behavior in areas with and without human-related disturbance (e.g., kayaks, boats, divers, planes,

sonic booms, and military testing at Fort Ord) near Monterey, California. Otters spent more time traveling in areas with disturbance compared to those without disturbance; however, there was no significant differences in the amount of time spent resting, foraging, grooming, and interacting, suggesting that the otters were becoming acclimated to regular disturbances from a variety of sources (Curland 1997). Extensive launch monitoring of sea otters on VSFB has shown that disturbance from rockets is not a primary driver of sea otter behavior or use of the habitat along Sudden Flats and has not had any apparent long-term consequences on populations, potentially indicating that this population has acclimated to launch activities. Therefore, any effects as a result of noise (launch, landing, and sonic boom) or visual disturbance are expected to be limited to minor behavioral disruption and insignificant.

**Conclusion.** Observations at VSFB have shown no abnormal behavior, mortality, or injury of otters during launch activities and noise studies have shown southern sea otters adapt to sound exposure. As a result, the Proposed Action would have an insignificant effect on southern sea otter. Therefore, VSFB has determined that the Proposed Action may affect, but is not likely to adversely affect, the southern sea otter.

### Marine Mammals Protected under the MMPA

Under the MMPA, NMFS issued a Final Rule for taking marine mammals incidental to VSFB launches (NMFS 2024a), and a LOA (NMFS 2024b). The LOA allows launch programs to unintentionally take small numbers of marine mammals during launches. The Proposed Action would not result in exceedance of take thresholds as identified in the 2024 LOA. The DAF is required to comply with the LOA listed conditions and address NMFS concerns regarding marine mammals at VSFB. Under the current LOA, semi-monthly surveys (two surveys per month) must be conducted to monitor the abundance, distribution, and status of pinnipeds at VSFB. In addition, marine mammal monitoring and acoustic measurements must be conducted at the Northern Channel Islands (NCI) if the sonic boom model indicates that pressures from a boom will reach or exceed 7 psf from 1 January through 28 February, 5 psf from 1 March through 31. July, or 7 psf from 1 August through 30 September. No monitoring is required on NCI from 1 October through 31 December.

**Direct Effects.** No ground disturbing activities or vegetation management activities would occur within the habitat of marine mammals; therefore, these actions would not exceed Level B harassment to marine mammals, as authorized by NMFS, including during harbor operations.

**Noise Effects.** Noise and visual disturbance can cause variable levels of disturbance to pinnipeds that may be hauled out within the areas of exposure, depending on the species exposed and the level of the noise levels. NMFS has previously determined that the only potential stressors associated with the specified activities that could cause harassment of marine mammals (i.e., rocket engine noise, sonic booms) only have the potential to result in harassment of marine mammals that are hauled out of the water (NMFS 2024a). As a result, not all Falcon 9 first stage recoveries are expected to result in harassment of marine mammals. First stage recoveries throughout the majority of the proposed landing area will not result in landing engine noise or sonic booms greater than 1.0 psf impacting mainland or islands. Sonic booms greater than 1.0 psf would occasionally impact the NCI and pinniped haulouts in southeastern Santa Barbara and Ventura Counties. The DAF has monitored pinnipeds during launch-related sonic booms on the NCI during numerous launches over the past two decades and determined that there are generally no significant behavioral disruptions caused to pinnipeds by sonic booms less than 1.0 psf. Pinniped monitoring on VSFB during numerous launches over the past two decade has also found that generally only a portion of the pinnipeds present tend to react to rocket engine noise and sonic booms. Reactions

between species are different. For instance, Pacific harbor seals and California sea lions tend to be more sensitive to disturbance and may react by entering the water while northern elephant seals raise their head or have no reaction. Normal behavior and numbers of hauled out pinnipeds typically return to pre-launch levels within 24 hours or less (often within minutes) after a launch event. The DAF has monitored pinnipeds on VSFB and the NCI during many launches to characterize the effects of noise and visual disturbance on pinnipeds over the past two decades and determined there are generally no substantial behavioral disruptions or anything more than temporary affects to the number of pinnipeds hauled out on VSFB and the NCI. Any impacts to Pacific harbor seals hauled out in eastern Santa Barbara and Ventura Counties are expected to be similar to what has been observed on VSFB and NCI – harbor seals would likely respond to sonic booms by entering the water but returning to normal behavior relatively quickly. Monitoring has not found additional or new effects on marine mammals as launch cadence at VSFB has increased and no observations of injury or mortality to pinnipeds during monitoring have been attributed to past launches.

MMPA-protected marine mammals have the potential to be disturbed during RORO barge operations. However, adverse effects are not anticipated because Environmental Protection Measures (EPMs), including entering the harbor to the extent possible at high tides when pinnipeds are not present, limiting, and restricting nighttime activities and using artificial lighting, and slowly starting any noisy activities, would help minimize and avoid any behavior disruptions.

Given the authorizations and EPMs in place (as described in Appendix A, Section A.3, Marine Biological Resources), including the required monitoring, the Proposed Action would result in insignificant effects on MMPA protected pinnipeds.

**Consistency Review Conclusion**

The DAF and USFWS initiated formal consultation for potential impacts resulting from the Proposed Action that may affect but are not likely to adversely affect the southern sea otter. The DAF will comply with the terms and conditions of the Biological Opinion (BO) for the 36, and the BO for the 50 when finalized. NMFS issued a new LOA to SLD 30 in April 2024 to allow Level B Harassment (behavioral disruption) of pinnipeds. The DAF will comply with the conditions of the LOA and will implement the necessary monitoring and mitigation activities to protect marine mammal species.

The DAF has determined that the Proposed Action would not result in population-level effects on any marine resources and biological productivity of coastal waters would be maintained for long-term commercial, recreational, scientific, and educational purposes. Therefore, the Proposed Action would be fully consistent with Sections 30230 and 30231 of the CCA.

### 3.2.4  ARTICLE 4: MARINE ENVIRONMENT (WATER QUALITY)

**Policies**

CCA Section 30231 – "Biological productivity; water quality" states (in part):

> … *minimizing adverse effects of waste water discharges and entrainment, controlling runoff, preventing depletion of ground water supplies and substantial interference with surface water flow, encouraging waste water reclamation, maintaining natural vegetation buffer areas that protect riparian habitats, and minimizing alteration of natural streams.*

CCA Section 30232 – "Oil and hazardous substance spills" states:

> *Protection against the spillage of crude oil, gas, petroleum products, or hazardous substances shall be provided in relation to any development or transportation of such materials. Effective containment and cleanup facilities and procedures shall be provided for accidental spills that do occur.*

## Consistency Review

### Wetlands

The Proposed Action does not involve construction or ground disturbance, therefore there would no impacts to wetlands in the coastal zone.

### Surface Water

Activities during operations would include using hazardous materials and generating wastewater that if not properly controlled and managed could result in an adverse impact to water resources. However, EMPs would continue to be implemented to properly manage materials, and to reduce or eliminate project-associated runoff, which reduces the potential for adverse effects (see Appendix A). Commercial space companies are independently responsible for compliance to provisions of the Clean Water Act and its requirements for development of site-specific Spill Prevention, Contingency, and Countermeasures (SPCC) plan under 40 C.F.R. 112. Inspection and enforcement of each SPCC and any permitted tanks are delegated to the Santa Barbara County Certified Unified Programs Agency. The SPCC requirements for commercial space companies do not fall under the jurisdiction of SLD 30. SpaceX maintains and operates under an SPCC with Santa Barbara County CUPA. Under 40 C.F.R. 112, the SPCC includes elements that the Commission considers critical for these plans, including: an oil spill risk and worst-case scenario spill assessment, response capability analysis of the equipment, personnel, and strategies (both on-site and under contract) capable of responding to a worst-case spill, including alternative response technologies, oil spill preparedness training and drills, and evidence of financial responsibility demonstrating capability to pay for costs and damages from a worst-case spill. SpaceX's secondary containment is sized to capture all materials contained within any tanks present and the SPCC includes the necessary specifications on the spill response supplies needed at the site during operations.

Launch activities at SLC-4 would create exhaust clouds (plumes); however, Falcon does not use solid fuels, which have the potential to result in toxic plumes. Wastewater discharges would continue to follow the conditions of the Regional Water Quality Control Board (RWQCB) letter for Enrollment in the General Waiver of Waste Discharge Requirements for SLC-4E Process Water Discharges to eliminate potential adverse effects to water quality. Any water that remains after launches or stormwater that accumulates within the trench would be tested for contamination. If contamination is encountered, the contents would be pumped out and disposed of per the waiver/permit and state and Federal regulations. If the water is clean enough to go to grade, it would be discharged from the retention basin via a spray field. Currently, the water can be discharged to grade via the spray field approximately 90-95% of the time. It would then percolate into the groundwater system and flow down gradient. Therefore, impacts to surface water from launch operations under the Proposed Action would not be significant.

At maximum cadence, the Proposed Action would use up to 20.07 acre-feet of water per year. This would represent approximately 0.7 percent of the total annual water usage on VSFB; which would be negligible and not result in any measurable impacts to flow rates, hydration periods, or water levels in San Antonio Creek. Therefore, effects on surface water in San Antonio Creeks under the Proposed Action would not

be significant. Therefore, effects to surface water from launch operations under the Proposed Action would be insignificant.

**Ground Water**

The Proposed Action does not involve construction or ground disturbance. At a maximum cadence of 50 launches per year, including static fires and landings, the Proposed Action, including water to support personnel and operational activities, would use up to 20.07 acre-feet of water per year.

Wastewater discharges that may occur during project activities, including accumulated stormwater and non-stormwater discharges, would continue to be managed IAW the RWQCB letter for Enrollment in the General Waiver of Waste Discharge Requirements for SLC-4E Process Water Discharges. After a launch, approximately 9,000 gallons of deluge water per Falcon 9 launch would remain in the existing retention basin after evaporation. Samples of the deluge water would be collected and analyzed. If the water is clean enough to discharge to grade, it would be discharged from the retention basin via the spray field as described in prior Environmental Assessments. It would then percolate into the groundwater system and flow down gradient into Spring Canyon. With adherence to federal, State, and local laws and regulations, impacts on groundwater would be less than significant.

**Marine Debris**

It is SpaceX's goal to land and recover all first-stage boosters for reuse. However, due to mission requirements (e.g., missions that require all available propellant due to heavier payloads or higher energy orbits), on rare occasions boosters may be unable to complete a boost-back burn and landing and would be expended in the broad open ocean well outside of State jurisdictional waters. When a first stage booster is intentionally expended, the first stage is expected to break up upon atmospheric reentry, and any residual fuel is dispersed and evaporated such that there's none left when the vehicle debris hits the ocean. Upon impact with the ocean's surface, the inert vehicle debris is expected to sink, like the fate of traditional non-reusable first stage boosters. However, these boosters would not have the potential to affect coastal water resources because they are made of inert materials that would not impact water quality, and they would be expended well outside of the coastal zone. SpaceX has not conducted an expendable booster mission from SLC-4E since 2018.

SpaceX attempts to recover potential debris where practicable. However, due to weather conditions, sea state, or other factors, a recovery attempt may be unsuccessful. SpaceX successfully completed all landing attempts in 2023, all attempted fairing recoveries (180 fairing halves) in both the Pacific and Atlantic Oceans and recovered approximately 75 percent of parafoils in the Pacific Ocean. Fairings, parachutes, and parafoils would land well outside of State jurisdictional and U.S. territorial waters but could land within the U.S. Exclusive Economic Zone. The fairings, parachutes/parafoils and their assemblies are all inert.

If a parachute or parafoil is not recovered, it would sink to the seafloor within a matter of hours. The degradation of parachute and parafoil materials would be a slow process that takes place after the materials have settled on the seafloor. It is possible that small fragments could temporarily resuspend in the water column, but the potential for this depends on local ocean floor conditions and the fragments are not expected to resuspend high in the water column where they would likely be encountered by ESA-listed species. Recovery operations typically take place far offshore (e.g. 300-500 NM) and any drogue parachutes or parafoils not recovered are expected to settle (> 3,000 m [9,800 ft]). Given the rapid rate parachutes and parafoils sink to the floor, the potential for adverse effects due to entanglement is low.

Weather balloons are 100% biodegradable and would split into pieces and quickly sink, along with the plastic radiosonde potentially within State jurisdictional waters. Both the weather balloon and radiosonde are inert. The final landing location of the weather balloon and radiosonde is dependent on wind conditions at the time of release, thus not every weather balloon released will land in the ocean.

As weather ballons rise, their volume increases to a point where the elastic limit is reached and the balloon bursts. The temperature at this altitude range can reach negative 40 degrees Fahrenheit and even colder. Under these conditions of extreme elongation and low temperature, the balloon undergoes "brittle fracture" where the resultant pieces of rubber are small strands comparable to the size of a quarter (Burchette 1989). This was confirmed by researchers at the University of Colorado and NOAA (University of Colorado and NOAA 2017). The small shreds then make their way back to the surface of the Earth and are expected to land in the ocean. Along the way, the pieces can be subject to movements in atmospheric pressure and wind as they sink through the air. This can cause the fragments to become scattered and disperse before landing on the surface of the ocean where they are subject to movement of surface currents, which can cause additional dispersion.

The balloon fragments would be positively buoyant, float on the surface, and begin to photo-oxidize due to UV light exposure. Studies have shown latex in water will degrade, losing tensile strength and integrity, though this process can require multiple months of exposure time (Pegram and Andrady 1989; Andrady 1990; Irwin 2012). Field tests conducted by Burchette (1989) showed latex rubber balloons are very degradable in the environment under a broad range of exposure conditions, including exposure to sunlight and weathering and exposure to water. The balloon samples showed significant degradation after six weeks of exposure (Burchette 1989).

The floating latex balloon fragments would provide substrate for algae and eventually be weighed down with growth of heavier epifauna, such as tunicates (Foley 1990). The degree to which such colonization may occur will correspond to the amount of time the balloon remains at or near the ocean's surface. Additionally, an area's geographic latitude (and corresponding climatic conditions) has a marked effect on the degree of biofouling on marine debris. Fouling of the latex shreds could be confused with organic matter while ESA-listed species are foraging. Green sea turtles are herbivorous and a large study of green sea turtles that stranded in Texas between 1987 and 2019, discovered 48% had ingested plastic, although there was no evidence of mortality related to the ingestion of the plastics (Choi et al. 2021). A study of latex balloon fragment ingestion by freshwater turtles and catfish found no significant impact on survival or blood measured indicators of stress response (Irwin 2012).

In addition to further degradation of the latex material, the embedded fouling organisms would cause the material to become negatively buoyant, making it slowly sink to the ocean floor. Studies in temperate waters have shown that fouling can result in positively buoyant materials (e.g., plastics) becoming neutrally buoyant, sinking below the surface into the water column after only several weeks of exposure (Ye and Andrady 1991; Lobelle and Cunliffe 2011), or descending farther to rest on the seafloor (Thompson et al. 2004).

SpaceX's recovery efforts have reduced marine debris by approximately 74,804 lbs per launch. If SpaceX's 2023 payload manifest for missions originating from SLC-4E was launched using expendable boosters and fairings, as all other launch providers currently operate, approximately 2,094,400 lbs of debris would have been deposited in the broad open water of the Pacific Ocean. For 2022 missions originating from VSFB, SpaceX achieved a 54 percent recovery rate for parafoils and recovered three drogue parachutes. SpaceX improved upon the parafoil recovery rate in 2023, recovering approximately 77 percent of all parafoils.

These recovery efforts have reduced marine debris by approximately 99.8 percent compared to a traditional launch provider. The continued recovery of the vast majority of the first stage and fairings offsets the rare occurrence that an ocean landing would occur.

To offset any effects from marine debris within State jurisdictional waters, SpaceX participates in the SLD 30 Adopt-A-Beach Program, which conducts quarterly beach cleanups at Surf Beach. SpaceX also makes an annual contribution to the California Lost Fishing Gear Recovery Project to offset the impacts from unrecoverable debris within State jurisdictional waters. Under nominal conditions, the first stage, fairing halves, parachutes, and parafoils impact the ocean well outside of State or Federal jurisdictional waters. For every pound of unrecovered debris landing in State jurisdictional waters, SpaceX would make a compensatory donation of $20.00 in a lump sum payment in the first quarter of the following year. This mitigation approach was agreed upon through coordination with NMFS in 2016 during consultation for potential impacts to Essential Fish Habitat from marine debris and was determined based on the USACE mitigation ratio checklist, as recommended by NMFS and in coordination with the University of California, Davis, which manages the California Lost Fishing Gear Recovery Project (SpaceX 2016). The mitigation ratio previously agreed upon with NMFS was $7.50 for every three pounds of debris; however, DAF has increased this ratio to further offset any potential impacts. SpaceX would provide annual reports on recovery efforts to DAF.

### Water Supply

VSFB has two sources of drinking water; during normal operating conditions, the primary source comes from the State Water Project and the secondary source comes from four groundwater wells located on VSFB property. The VSFB wells are typically only used to augment State Water supplies and become the primary source during emergency repair or annual maintenance shutdowns on the State Water Project system. Over the past twenty years there have been several persistent drought periods affecting State Water Project supplies and VSFB has had to rely on its groundwater wells for extended periods to meet supply demands. At maximum cadence, the Proposed Action would use up to 20.07 acre-feet of water per year. This would represent approximately 0.7 percent of the total annual water usage on VSFB; which would be negligible and not result in any measurable impacts to the water supply or San Antonio Creek Groundwater Basin. The Proposed Action is within the normal fluctuation and water demand of VSFB. The Proposed Action's water usage would result in no effect to sensitive coastal resources in San Antonio Creek.

### Conclusion

The Proposed Action avoids effects of interfering with surface water flow and would have insignificant effects on the quality of coastal waters, streams, wetlands, or estuaries. Therefore, the Proposed Action is fully consistent with Sections 30231 and 30232 of the CCA.

### 3.2.5   ARTICLE 4: MARINE ENVIRONMENT (COMMERCIAL AND RECREATIONAL FISHING)

### Policies

CCA Section 30234 – "Commercial fishing and recreational boating facilities" states:

> *Facilities serving the commercial fishing and recreational boating industries shall be protected and, where feasible, upgraded. Existing commercial fishing and recreational boating harbor space shall not be reduced unless the demand for those facilities no longer exists or adequate substitute space has been provided. Proposed recreational boating facilities shall, where feasible, be*

*designed and located in such a fashion as not to interfere with the needs of the commercial fishing industry.*

CCA Section 30234.5 – "Economic, commercial and recreational importance of fishing" states:

*The economic, commercial, and recreational importance of fishing activities shall be recognized and protected.*

### Consistency Review

Southern California's west coast is a leading recreational and commercial fishing area. SpaceX launches missions from VSFB with a launch azimuth between 140 and 325 degrees, supporting a wide range of U.S. Government missions. The maritime hazard area follows the path of the trajectory and is approximately 21 miles wide at its widest for Falcon 9 (Figure 3.2-1 and Figure 3.2-2). The maritime hazard area for any given mission would include up to approximately 16 to 20 California Commercial Fisheries Blocks as defined by the California Department of Fish and Wildlife. Southerly and northernly trajectories would cover more blocks than westerly trajectories, as the vehicle's trajectory is over state waters for longer. These launch azimuths also include multiple State Marine Reserves, which currently prohibit or significantly limit fishing. These are generally clustered around VSFB and the NCI.



**Figure 3.2-1.  Example vehicle maritime hazard area (blue) for Falcon 9 launches. Note the maritime surveillance area is not shown because it does not extend off of land.**



**Figure 3.2-2.  Example vehicle maritime hazard area (blue) and maritime surveillance area (red) for Falcon 9 launches**

Fishing in these blocks varies and is largely conducted by vessels from the Santa Barbara Harbor, Port San Luis, and Morro Bay Harbor. Fishing in the blocks potentially affected by SpaceX VSFB launches is limited compared to other areas but is valuable for select species. The range of potential launch azimuths primarily overlays low producing fishing blocks and does not affect the high producing blocks that are further east around the Channel Islands (Figure 3.2-3). In 2023, the blocks overlaid by the range of SpaceX's potential azimuths landed a total of 10,949,361 pounds (lbs) worth $18,037,773, which is 9.9% of California's total landings, or 11.2% of the value of the state's total landings (Table 3.2-3; CDFW 2023).

**SpaceX Falcon Program at VSFB, Ca**                                   **July 2024**



**Figure 3.2-3. Productivity of fishing blocks in 2023 potentially affected by SpaceX launches**

**Table 3.2-3.  Productivity of fishing blocks by species management group**

| Species Management Group | Pounds | Value | % of Selected Blocks | | % of State Total | |
|---|---|---|---|---|---|---|
| | | | lbs | $ | lbs | $ |
| Coastal Pelagic Species (CPS) | 7,946,236 | $ 4,289,677.00 | 72.6% | 23.8% | 12.3% | 13.2% |
| Groundfish | 857,498 | $ 2,480,089.00 | 7.8% | 13.7% | 6.1% | 14.9% |
| Highly Migratory Species (HMS) | 232,784 | $ 1,325,434.00 | 2.1% | 7.3% | 8.7% | 14.5% |
| Marine State Managed Fish | 396,281 | $ 792,260.00 | 3.6% | 4.4% | 12.4% | 9.6% |
| Marine State Managed Invertebrates | 1,478,625 | $ 8,938,281.00 | 13.5% | 49.6% | 5.6% | 9.5% |
| Nearshore Fishery Management Plan Species | 37,937 | $ 212,032.00 | 0.3% | 1.2% | 29.0% | 28.4% |
| **Total** | **10,949,361** | **$18,037,773** | | | | |

The public's safety during launch operations is of upmost importance to SLD 30, FAA, USCG, and SpaceX, which includes the protection of maritime users near the launch vehicle's flight trajectory. Comprehensive safety measures, governed by federal regulations, are put into place for every launch to identify, communicate, and monitor areas that are at risk. Launch operations are conducted in a manner that is biased towards public safety and vessels that ignore hazard warnings near the launch trajectory may delay or cancel a launch if they present unacceptable public risk. While considerable formal planning and regulatory communications are accomplished during this process, successful implementation is dependent upon the good faith and collaboration of all maritime users.

The USCG supports launches from federal ranges by notifying the public of the maritime hazard upon request by the range authority or by the launch operator if a Letter of Intent has been signed by both parties. The USCG is not obligated to provide assets during commercial launch activities and maintains the discretion to determine how to employ its resources and manage maritime risks within their jurisdiction. The USCG issues various types of NOTMARs; including Local Notice to Mariners (LNM), Broadcast Notice to Mariners (BNM), and Marine Safety Informational Bulletin (MSIB), all of which include the predicted time and location of the hazard. These are notifications of potential hazardous operations and do not explicitly prohibit vessels from entering the identified areas. In determining the appropriate NOTMAR for the planned hazard areas, USCG District 11 reviews the risk assessments performed by SLD 30 for the launch or reentry activity and impacted commercial and recreational vessels on the high seas off the California Coast.

To ensure public safety, such warnings are issued for a window of time that includes the nominal launch duration plus the expected debris fall time in the event of a failure. The timing, duration, and direction of the launch is highly dependent upon the mission's requirements for accessing space. Akin to the ocean tides often dictating the best times for fishing, the earth's rotation and orbital mechanics dictate when and what direction to launch. For example, when needing to rendezvous with another spacecraft, the length of available times to launch can be as short as instantaneous and inflexible to move. Similarly, launch opportunities may only be available every few days or may only be available for a few weeks every

so many years, which often is the case in launching to other planets or space objects. Alternatively, populating satellite constellations and launching prototype satellites are typically more flexible and may result in longer and adjustable times. Even with the most flexible orbital requirements, the length of the time window for launch, as well as the number of consecutive launch attempts, must be constrained to properly fit into other maritime operations as well as with the FAA-managed national airspace system and the efficient operations and movement across VSFB. In addition to mission requirements, launch days/times are adjusted to reduce range scheduling conflicts with SLD 30, national airspace impacts with FAA, radio frequency conflicts with U.S. Government users, and maritime impacts with USCG and U.S. Navy.

FAA regulations require the public to be notified of all maritime hazard areas for each launch. If the risk, as calculated by SLD 30, within a portion of the maritime hazard area exceeds a threshold determined by the FAA, access to this smaller area, known as the "surveillance area" may be restricted in order for launch to be allowed to proceed. Due to Falcon's reliability, SpaceX's surveillance areas for launches from VSFB have insignificant effects on maritime activities. For many missions, this closure area does not even leave land. Accordingly, only a small subset of fishing blocks within the vicinity of VSFB have the potential to be closed by each launch and for a relatively short period of time. The area within the hazard area, but not closed to vessel traffic, is approximately two blocks wide along each given trajectory. The size and shape of this area is described in the published NOTMAR and is specific to the mission and timing. As previously stated, this corridor is approximately 21 miles wide at its widest to a point where the risk is below safety thresholds. The size varies based on several factors including the launch flight trajectory and simulations of variations of the trajectory, expected seasonal winds, launch vehicle reliability, launch vehicle break-up modeling in case of an anomaly, anticipated vessel traffic, population data near the launch site, and other factors.

As noted above, since the NOTMARs are notices for unpatrolled hazard areas and not hard closures, vessels that enter the hazard area pose a safety risk for the launch. When an incursion of the NOTMAR occurs, SLD 30 or USCG personnel may contact the vessel and request confirmation of the number of passengers on-board, if the vessel cannot be contacted, a conservative estimate is assumed. SLD 30 range safety personnel then use this value to update risk safety calculations in real-time verify the safety requirements are not exceeded. For small vessels with only a few people, such as most recreational and commercial fishing vessels, the risk calculations often are not violated, and the launch may proceed. However, an increase in vessel traffic in the vehicle hazard area and/or a vessel (even a small one) close to the trajectory may violate the safety criteria and cause the launch to be delayed or cancelled. SpaceX has both delayed and cancelled launch attempts in order to protect the safety of vessels that did not heed the warning in the NOTMAR and proceeded to enter the hazard area. A launch delay or cancellation adds significant operations costs to a launch, including rescheduling of range assets and staffing, perishable launch commodities (e.g., liquid oxygen, nitrogen gas, helium gas), mission delay costs, and potential customer penalties. DAF and SpaceX are therefore highly motivated to work with other maritime users to avoid conflicts that could cause inadvertent delays.

Communication beyond the NOTMAR is key to successfully minimize and avoid impacts to recreational and commercial fishing stakeholders. DAF, in coordination with SpaceX, has established a communication protocol with maritime stakeholders in the region and maintains regular dialogue with a variety of commercial and recreational fishing stakeholders, including the Port San Luis Commercial Fishermen's Association and similar fisherman associations, fish buyers and processors, harbor masters, and sport fishing companies. The chairmen of local fisherman's associations are provided an email that includes the

date and time of upcoming mission surveillance areas, and the vessel hazard areas that are also available in the NOTMARs, and for how long these will be in effect. Collaborative pre-planning and deeper understanding of the NOTMAR warning areas allows mariners to understand how small adjustments in their plans, such as adjusting port departure times or fishing areas, will meet their landing goals while also respecting DAF's responsibility for public safety in the maritime environment. Orbital mechanics and other competing demands, such as FAA commercial air traffic adjustments, may not fully satisfy fishermen requests. In these cases, additional coordination prior to and on launch day helps balance needs, including updated launch safety calculations and real-time radio communications. Therefore, effects on recreational and commercial fishing would be insignificant. The Proposed Action is fully consistent with Sections 30234 and 30234.5 of the CCA.

## 3.2.6 ARTICLE 5: LAND RESOURCES

### Policies

CCA Section 30240 (b) – "Environmentally sensitive habitat areas, adjacent developments" states:

> *Development in areas adjacent to environmentally sensitive habitat areas and parks and recreation areas shall be sited and designed to prevent impacts which would significantly degrade those areas, and shall be compatible with the continuance of those habitat and recreation areas.*

CCA Section 30244 – "Archaeological or paleontological resources" states:

> *Where development would adversely impact archaeological or paleontological resources as identified by the State Historic Preservation Officer, reasonable mitigation measures shall be required.*

### Consistency Review

It is the position of the DAF that ESHA policy, in particular Section 30240(a) of the Coastal Act, is not applicable to the activities only affecting VSFB property. While the CZMA allows the CCC to review federal agency activities and actions that have reasonably foreseeable effects on coastal uses or resources in the coastal zone (of VSFB property) affecting any land or water use or natural resource, Section 304 of the CZMA defines coastal zone to exclude "lands the use of which is by law subject solely to the discretion of or which is held in trust by the Federal Government, its officers or agents." SLD 30 is voluntarily analyzing some of the below species on VSFB property (no reasonably foreseeable affects off VSFB property) as well as those off VSFB property.

The Proposed Action does not involve any construction or ground disturbing activities. However, multiple federally listed species protected under the Endangered Species Act (ESA), potential habitat that supports these listed species, and several state special status species occur within the vicinity of SLC-4 and downrange that could experience effects due to launch and landing.

Table 3.2-4 contains the species that occur within the noise footprint that are federally listed as threatened or endangered under the ESA or proposed for listing under the ESA. The DAF determined these species may be potentially affected by the Proposed Action from noise and/or construction-related impacts on VSFB property. The DAF initiated formal consultation with the USFWS for these species and the Biological Assessment (Appendix D; MSRS 2024) has been shared with the CCC Staffers and is included in Appendix D. Full details of all analyses described below can be found in the Biological Assessment. In addition to ESA-listed species, VSFB reports, the California Natural Diversity Database, eBird, NMFS aerial

pinniped count data, and Naval Base Ventura County Point Mugu pinniped count data were utilized to determine presence of sensitive species. The full list of sensitive species is included in Appendix B.

**Table 3.2-4: Determination of Potential Impacts to Federally Listed and Proposed Threatened & Endangered Species**

| Common Name | Scientific Name | Federal Listing | Critical Habitat | Effects Determinations for the Proposed Action |
|---|---|---|---|---|
| Tidewater Goby | *Eucyclogobius newberryi* | Endangered | Designated, no overlap with Action Area | May affect, but is not likely to adversely affect. |
| Unarmored Threespine Stickleback | *Gasterosteus aculeatus williamsoni* | Endangered | Not designated | May affect, but is not likely to adversely affect. |
| California Tiger Salamander | *Ambystoma californiense* | Endangered | No Effect | May affect, but is not likely to adversely affect. |
| California Red-legged Frog | *Rana draytonii* | Threatened | No effect | May affect, and is likely to adversely affect. |
| Arroyo Toad | *Anaxyrus californicus* | Endangered | No Effect | May affect, not likely to adversely affect. |
| Western Spadefoot | *Spea hammondii* | Unlisted | N/A | May affect, but is not likely to adversely affect. |
| Southwestern Pond Turtle | *Actinemys pallida* | Unlisted | N/A | May affect, and is likely to adversely affect. |
| Marbled Murrelet | *Brachyramphus marmoratus* | Threatened | Designated, no overlap with Action Area | May affect, but is not likely to adversely affect. |
| Southwestern Willow Flycatcher | *Empidonax traillii extimus* | Endangered | No Effect | May affect, but is not likely to adversely affect. |
| Least Bell's Vireo | *Vireo bellii pusillus* | Endangered | Designated, no overlap with Action Area | May affect, but is not likely to adversely affect. |

**SpaceX Falcon Program at VSFB, Ca**                                              **July 2024**

| Common Name | Scientific Name | Federal Listing | Critical Habitat | Effects Determinations for the Proposed Action |
|---|---|---|---|---|
| Western Snowy Plover | *Charadrius nivosus* | Threatened | No effect | May affect, and is likely to adversely affect. |
| California Least Tern | *Sternula antillarum browni* | Endangered | Not designated | May affect, and is likely to adversely affect. |
| California Condor | *Gymnogyps californianus* | Endangered | Designated, no overlap with Action Area | May affect, but is not likely to adversely affect. |
| California Gnatcatcher | *Polioptila californica californica* | Threatened | No Effect | May affect, not likely to adversely affect. |
| Light-footed Clapper Rail | *Rallus obsoletus levipes* | Endangered | Not designated | May affect, not likely to adversely affect. |

Launch monitoring conducted between 2017 and 2023 has not found significant effects to California red-legged frog (CRLF), California least tern (LETE), or western snowy plover (SNPL). Monitoring has not found launch noise to have an adverse effect on CRLF, including call frequency. Nesting terns and plovers have been found to hunker down or briefly flee during noise events, but no damage to eggs has been found that can be directly attributed to the noise event. A detailed discussion of potential effects to each ESA-listed species is included in Appendix F.

Note that sonic boom model results can vary in certain geographic locations and vary in intensity as a result of specific mission trajectories and meteorological conditions on the day of the launch. The sonic boom contours depicted in the figures included in Appendix B represent example predicted model results for median meteorological conditions, not actual measurements nor precise predictions. For easterly trajectories, sonic booms may affect southeastern Santa Barbara County, Ventura County, and Los Angeles County on the mainland (Figure 3.2-4). The majority of sonic booms that would affect these areas would be less than 1.0 psf. Even with identical trajectories, atmospheric conditions create considerable variation in where sonic booms effects occur and the level of affects. To account for this variation, PCBoom can utilize meteorological parameters in the model that effect where and at what level a sonic boom may impact the surface of the earth. In the late 1990's, SRS Technologies, Inc. assembled a series of daily meteorological profiles across 10 years (1984-1994, one per day for 10 years) from radiosonde data for weather balloons released by the VSFB weather squadron. The data include pressure, temperature, wind speed, and wind direction along an elevational profile from ground, every 1,000 feet (ft), to 110,000 ft. Figure 3.2-4 depicts the overlaid output from sonic boom modeling software (PCBoom) for four actual SpaceX easterly trajectories, each trajectory run between 29 and 34 times, each run representing 1 of between 29 and 34 randomly selected meteorological profiles that capture potential weather conditions throughout the year (125 model outputs total) overlaid in the image. In order to depict the potential variability in results from multiple model outputs under many potential conditions, these results have not

been transformed into contours. This also enables an evaluation of the likelihood that specific areas within the overall potential impact area, may be affected at different sonic boom intensities. 15% of model runs predicted any affects in eastern Santa Barbara County; 50% of these sonic boom levels were less than 0.25 psf, 87% were less than 1.0 psf, and 0.3% were greater than 2.0 psf.  The highest level predicted for eastern Santa Barbara County was 2.13 psf. 97% of the model runs predicted sonic boom affects within Ventura County; 65% were less than 0.25 psf, 86% were less than 1.0 psf, and 0.04% were greater than 2.0 psf. The highest predicted boom level predicted for Ventura County 2.03 psf. 94% of model runs predicted affects in western Los Angeles County; 95% were less than 0.25 psf, and 100% were less than 0.75 psf. For sensitive species occurring in eastern Santa Barbara, Ventura, and Los Angeles Counties, the likelihood of sonic boom affects are evaluated using this approach in the discussion below.

Sensitive species in the coastal zone of eastern Santa Barbara County, Ventura County, and western Los Angeles County may experience a sonic boom during ascent of southeasterly launches. A noise-induced startle response could occur but would vary by species and intensity of the sonic boom. As discussed above, these sonic booms are expected to be of generally low levels and would be infrequent. The exact location and intensity of a sonic boom would vary launch to launch. There is no expectation of long-term or permanent affects to sensitive species or their reproductive success rates. A species may experience a brief startle response but would be expected to resume normal behavior quickly. Sensitive species that live underwater would be expected to see no effect, as little sound travels through the air-water interface. There would be no adverse effect to habitat as a result of sonic booms.



**Figure 3.2-4.  Potential sonic boom impact areas in eastern Santa Barbara, Ventura, and Los Angeles Counties**

**Reporting**

The DAF would send an annual report to the Commission on all monitoring work conducted for biological resources and outline the data and results collected to date, and any initial conclusions regarding potential effects to the species resulting from the Proposed Action. The report will include the annual reports prepared for the USFWS for SNPL, LETE, and CRLF, and bat monitoring. In addition, the DAF would provide a report to the Commission 5 years from project implementation on how the Proposed Action is, or is not, affecting the surrounding special-status species and their habitats.

**Consistency Review Conclusion**

The DAF and USFWS initiated formal consultation for effects resulting from the Proposed Action that may affect, but are not likely to adversely affect the tidewater goby, unarmored threespine stickleback, California tiger salamander, western spadefoot, marbled murrelet, southwestern willow flycatcher, least bell's vireo, California condor, California gnatcatcher, and light-footed clapper rail. The Proposed Action may affect and are likely to adversely affect the California red-legged frog, southwestern pond turtle, western snowy plover, and California least tern and have implemented and will continue to implement the measures in the BO for the 36, and will also implement any additional measures that USFWS may add in the BO issued under the reinitiation of consultation for the increase to 50 launches annually. As such, in applying such measures, the DAF has determined that the Proposed Action would result in population-level effects on any biological resource.

Therefore, the Proposed Action with the implementation of such measures would be fully consistent with Section 30240 (b) and Section 30244 of the CCA.

# 4   STATEMENT OF CONSISTENCY

The DAF has reviewed the CCMP and has determined that the policies identified in Section 3.1 of this CD do not apply to the Proposed Action. In addition, the DAF has determined that all or parts of the policies reviewed in Section 3.2 of this CD are relevant for purposes of assessing whether the project would be fully consistent with the CCMP. These policies include Sections 30210, 30213, 30214, 30220, 30230, 30231, 30232, 30234, 30234.5, and 30240 (limited as not applicable on federal property).

An effects test was conducted by the DAF to analyze how and to what degree the Proposed Action would affect California coastal zone uses and resources, as defined and/or described in the relevant policies. The results of the effects test demonstrate that some components of the Proposed Action may have short-term, temporary effects to California coastal zone uses and resources. While some biological species may be temporarily affected, the Proposed Action would not have population-level permanent effects. The DAF would implement offsets, minimization measures, standard operating procedures and EPMs for the Proposed Action (Appendix A), to be fully consistent with the enforceable policies. The DAF initiated formal consultation with the USFWS and completed informal consultation with NMFS for potential effects on species listed under the ESA. NMFS has issued a LOA to the DAF for potential Level B Harassment of marine mammals due to rocket, missile, or aircraft activities from VSFB. Therefore, the Proposed Action is fully consistent with the enforceable policies of the CCMP.

The DAF requests the CCC concur that launch operations at SLC-4 on VSFB would be consistent with CCA enforceable policies.

# 5  REFERENCES

Andrady, A.L. 1990. Environmental Degradation of Plastics under Land and Marine Exposure Conditions. In R.S. Shomura and M.L. Godfrey (Eds.), Proceedings of the 2nd International Conference on Marine Debris, vol. 1 (pp. 848–869). United States Department of Commerce, Honolulu, Hawaii, USA.

Applegate, T.E., and S.J. Schultz. 1998. Snowy Plover Monitoring on Vandeberg Space Force Base. Launch monitoring report for the May 13, 1998 Titan II Launch from SLC-4W. Point Reyes Bird Observatory, Stinson Beach, California.

Barry, S., and B. Shaffer. 1994. The Status of the California Tiger Salamander (*Ambystoma californiense*) at Lagunita: A 50-Year Update. The Journal of Herpetology: 28(2): 159-164.

Bellefleur, D., P. Lee, and R.A. Ronconi. 2009. The impact of recreational boat traffic on Marbled Murrelets (*Brachyramphus marmoratus*). Journal of Environmental Management 90(1): 531-538.

Brattstrom, B.H., and M.C. Bondello. 1983. Effects of off-road vehicle noise on desert vertebrates. Pages 167-206 in R.H. Webb and H.G. Wilshore, eds. Environmental effects of off-road vehicles. Impacts and management in arid regions. Springer-Verlag, New York.

Burchette, D., 1989. A study of the effect of balloon releases on the environment. National Association of Balloon Artists, p.20.

California Department of Fish and Wildlife [CDFW]. 2023. Marine Fisheries Data Explorer. Available at: https://wildlife.ca.gov/Conservation/Marine/Data-Management-Research/MFDE

Capranica, R.R., and A.J.M. Moffat. 1975. Selectivity of the peripheral auditory system of spadefoot toads (*Scaphiopus couchi*) for sounds of biological significance. Journal of Comparative Physiology 100: 231-249.

Choi, D.Y., Gredzens, C. and Shaver, D.J., 2021. Plastic ingestion by green turtles (*Chelonia mydas*) over 33 years along the coast of Texas, USA. *Marine pollution bulletin*, *173*, p.113111

Curland, J. M. 1997. Effects of disturbance on sea otters (Enhydra lutris) near Monterey, California. Master's Thesis. San Jose State University, California. 47 pp.

Davis, R., T. Williams, and F. Awbrey. 1988. Sea Otter Oil Spill Avoidance Study. Minerals Management Service: 76.

Delay, S.J., O. Urquhart, and J.D. Litzgus. 2023. Wind farm and wildfire: spatial ecology of an endangered freshwater turtle in a recovering landscape. Canadian Journal of Zoology 00: 1-22. https://doi.org/10.1139/cjz-2023-0100

Dimmitt, M.A., and R. Ruibal. 1980. Environmental correlates of emergence in spadefoot toads (*Scaphiopus*). Journal of Herpetology 14:21–29.

DOD. *Commercial Space Integration Stategy*. (2024). Available at: https://media.defense.gov/2024/Apr/02/2003427610/-1/-1/1/2024-DOD-COMMERCIAL-SPACE-INTEGRATION-STRATEGY.PDF

eBird. 2021. eBird: An online database of bird distribution and abundance [web application]. eBird, Cornell Lab of Ornithology, Ithaca, New York. Available: http://www.ebird.org. (Accessed: 15 October 2022).

Foley, A.M. 1990. A Preliminary Investigation on Some Specific Aspects of Latex Balloon Degradation. Florida Department of Natural Resources, Florida Marine Research Institute. St. Petersburg, FL. August 3. 4 pp.

Francis, C.D., and J.R. Barber. 2013. A framework for understanding noise impacts on wildlife: an urgent conservation priority. Fronteirs in Ecology and the Environment 11(6): 305-313.

Geomatrix Consultants, Inc. 2005. Phase I Environmental Site Assessment, Delta IV/Evolved Expendable Launch Vehicle (EELV) Program Space Launch Complex 6 (SLC-6), Vandenberg Air Force Base. Prepared for The Boeing Company, 13 September 2005.

Ghoul, A., and C. Reichmuth. 2014. Hearing in the sea otter (Enhydra lutris): auditory profiles for an amphibious marine carnivore. Journal of Comparative Physiology. doi:10.1007/s00359-014-0943-x.

Godin, O. 2008. Sound transmission through water–air interfaces: new insights into an old problem. Contemporary Physics 49(2): 105-123.

Irwin, S.W. 2012. Mass Latex Balloon Releases and the Potential Effects on Wildlife. Doctoral Dissertation. Clemson University Department of Wildlife and Fisheries Biology, Clemson, SC. August. 73 pp.

Konishi, M. 1970. Comparative neurophysiological studies of hearing and vocalizations in songbirds. Zeitschrift fur vergleichend Physiologie 66: 257-272.

Lewis, E., and P. Narins. 1985. Do Frogs Communicate with Seismic Signals? Science 227(4683): 187-189.

Lobelle, D., and M. Cunliffe. 2011. Early microbial biofilm formation on marine plastic debris. Marine Pollution Bulletin, 62(1):197–200.

ManTech SRS Technologies, Inc. 2007a. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, Western Snowy Plovers, and California Least Terns for the 7 June 2007 Delta II COSMO-1 Launch from Vandenberg Space Force Base, California. ManTech SRS Technologies, Inc., Lompoc, California. 24 pp.

ManTech SRS Technologies, Inc. 2007b. Biological Monitoring of California Brown Pelicans and Southern Sea Otters for the 14 December 2006 Delta II NROL-21 Launch from Vandenberg Space Force Base, California. SRS Technologies Systems Development Division, Lompoc, California. 21 pp.

ManTech SRS Technologies, Inc. 2007c. Biological Monitoring of Southern Sea Otters and California Brown Pelicans for the 18 September 2007 Delta II WorldView-1 Launch from Vandenberg Space Force Base, California. ManTech SRS Technologies, Lompoc, California. 18 pp.

ManTech SRS Technologies, Inc. 2008a. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, Western Snowy Plovers, and California Least Terns for the 20 June 2008 Delta II OSTM Launch from Vandenberg Space Force Base, California. ManTech SRS Technologies, Inc., Lompoc, California. 29 pp.

ManTech SRS Technologies, Inc. 2008b. Biological Monitoring of Southern Sea Otters and California Brown Pelicans for the 6 September 2008 Delta II GeoEye-1 Launch from Vandenberg Space Force Base, California. Lompoc, California: ManTech SRS Technologies, Inc., Lompoc, California.

ManTech SRS Technologies, Inc. 2009a. Status of the unarmored threespine stickleback (Gasterosteus aculeatus williamsoni) in San Antonio and Cañada Honda creeks, Vandenberg Air Force Base, California. 10 February 2009.

ManTech SRS Technologies, Inc. 2009b. Biological Monitoring of Southern Sea Otters and California Brown Pelicans for the 8 October 2009 Delta II Worldview-II Launch from Vandenberg Air Force Base, California. ManTech SRS Technologies, Inc., Lompoc, California. 22 pp.

ManTech SRS Technologies, Inc. 2016. California Red-Legged Frog Habitat Assessment, Population Status, and Chytrid Fungus Infection in Cañada Honda Creek and San Antonio West Bridge Area on Vandenberg Space Force Base, California. Unpublished report. 51 pp.

ManTech SRS Technologies, Inc. 2018a. California red-legged frog habitat assessment, population status, and chytrid fungus infection in Cañada Honda Creek, Cañada del Jolloru, and seasonal pools on Vandenberg Air Force Base, California. Submitted to 30th Civil Engineer Squadron, Environmental Flight, Natural Resources Section (30 CES/CEIEA), Vandenberg Air Force Base, California.

ManTech SRS Technologies, Inc. 2018b. Biological Monitoring of Southern Sea Otters and California Red-legged Frogs for the 7 October 2018 SpaceX Falcon 9 SAOCOM Launch and Landing at Vandenberg Space Force Base, California. Prepared for 30 CES/CEIEA. 27 December 2018. 15 pp.

ManTech SRS Technologies, Inc. 2021b. California Red-Legged Frog Habitat Assessment, and Population Status on San Antonio Terrace and Assessment of Select Aquatic Features on Vandenberg Space Force Base, California in 2020. October 2021. 85 pp.

ManTech SRS Technologies, Inc. 2021c. Biological Monitoring of Southern Sea Otters and California Red-legged Frogs for the 21 November 2020 SpaceX Falcon 9 Sentinel 6A Mission at Vandenberg Space Force Base, California. January 2021. 12 pp.

ManTech SRS Technologies, Inc. 2022. Biological Monitoring of California Red-legged Frogs for the 2 February 2022 SpaceX Falcon 9 NROL-87 Mission at Vandenberg Air Force Base, California.

ManTech SRS Technologies, Inc. 2024. Biological Assessment for Falcon 9 Cadence Increase and SLC-6 Modifications at Vandenberg Space Force Base, California. Prepared for Space Launch Delta 30, Installation Management Flight Environmental Assets. 217 pp.

NMFS. 2022. Programmatic Concurrence Letter for Launch and Reentry Vehicle Operations in the Marine Environment and Starship/Super Heavy Launch Vehicle Operations at SpaceX's Boca Chica Launch Site, Cameron County, TX.

NMFS. 2024a. Takes of Marine Mammals Incidental to Specified Activities; Taking Marine Mammals Incidental to U.S. Space Force Launches and Supporting Activities at Vandenberg Space Force Base, Vandenberg, California. Dated 10 April 2024. Federal Register, Vol. 89, No. 70, pp 25163-25185.

NMFS. 2024b. Letter of Authorization, issued to the U.S. Space Force. Valid 10 April 2024, through 9 April 2029. Dated 10 April 2024. 9 pp.

Oelze, M.L., W.D. O'Brien, and R.G. Darmody. 2002. Measurement of Attenuation and Speed of Sound in Soils. Soil Science Society of America Journal (66): 788-796.

Parris, K.M., M. Velik-Lord, and J.M.A. North. 2009. Frogs call at a higher pitch in traffic noise. Ecology and Society 14(1): 25. Available at http://www.ecologyandsociety.org/vol14/iss1/ art25/.

Pegram, J.E., and A.L. Andrady. 1989. Outdoor weathering of selected polymeric materials under marine exposure conditions. Polymer Degradation and Stability, 26(4):333–345.

Robinette, D., and R. Ball. 2013. Monitoring of Western Snowy Plovers on South Surf Beach, Vandenberg Space Force Base, Before and After the 29 September 2013 SpaceX Falcon 9 Launch. Point Blue Conservation Science. Vandenberg Field Station. 22 October 2013.

Robinette, D.P., J.K. Miller, and A.J. Howar. 2016. Monitoring and Management of the Endangered California Least Tern and the Threatened Western Snowy Plover at Vandenberg Space Force Base, 2016. Petaluma, California: Point Blue Conservation Science.

Robinette, D. and E. Rice. 2019. Monitoring of California Least Terns and Western Snowy Plovers on Vandenberg Space Force Base during the 12 June 2019 SpaceX Falcon 9 Launch with "Boost-Back". Petaluma, California: Point Blue Conservation Science.

Robinette, D., E. Rice, A. Fortuna, J. Miller, L. Hargett, and J. Howar. 2021. Monitoring and management of the endangered California least tern and the threatened western snowy plover at Vandenberg Space Force Base, 2021. Unpublished Report, Point Blue Conservation Science, Petaluma, CA.

Robinette, D., E. Rice, S. Gautreaux, and J. Howar. 2024. Monitoring of California Least Terns and Western Snowy Plovers on Vandenberg Space Force Base during 11 SpaceX Falcon 9 Launches in 2023. Unpublished Report, Point Blue Conservation Science, Petaluma, CA.

Seavy N.E., M.A. Holmgren, M.L. Ball, and G. Geupel. 2012. Quantifying riparian bird habitat with orthophotography interpretation and field surveys: Lessons from Vandenberg Air Force Base, California. Journal of Field Ornithology.

Semenza, L. 2023. Personal communication via email between L. Semenza (County of Santa Barbara) and T. Whitsitt-Odell (CEIEA) on impacts of email announcements regarding Vandenberg launches on Jalama Beach County Park camping reservation holders. 28 September 2023.

Simmons, D.D., R. Lohr, H. Wotring, M.D. Burton, R.A. Hooper, and R.A. Baird. 2014. Recovery of otoacoustic emissions after high-level noise exposure in the American bullfrog. Journal of Experimental Biollogy 217(9): 1626–1636. doi: 10.1242/jeb.090092.

Space Exploration Technologies, Inc. 2016. EFH Mitigation Plan for Landing of the Falcon 9 First Stage Vandenberg Air Force Base, California. Prepared for 30th Space Wing, Installation Management Flight, Vandenberg Air Force Base, California. 12 pp.

SRS Technologies, Inc. 2002. Analysis of Behavioral Responses of California Brown Pelicans and Southern Sea Otters for the 18 October 2001 Delta II Quickbird2 Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force.

SRS Technologies, Inc. 2006a. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, and Western Snowy Plovers for the 28 April 2006 Delta II Cloudsat & CALIPSO Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force and the U.S. Fish and Wildlife Service, 11 October 2006.

SRS Technologies, Inc. 2006b. Results from Water Quality and Beach Layia Monitoring, and Analysis of Behavioral Responses of Western Snowy Plovers to the 19 October 2005 Titan IV B-26 Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force.

SRS Technologies, Inc. 2006c. Analysis of Behavioral Responses of Southern Sea Otters, California Least Terns, and Western Snowy Plovers to the 20 April 2004 Delta II Gravity Probe B Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force. 12 pp.

SRS Technologies, Inc. 2006d. Analysis of Behavioral Responses of California Brown Pelicans, Western Snowy Plovers and Southern Sea Otters to the 15 July 2004 Delta II AURA Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force. 13 pp.

SRS Technologies, Inc. 2006e. Analysis of Behavioral Responses of Southern Sea Otters, California Brown Pelicans, and Western Snowy Plovers to the 20 May 2005 Delta II NOAA-N Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force. 15 pp.

SRS Technologies, Inc. 2006f. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, and Western Snowy Plovers for the 28 April 2006 Delta II Cloudsat & CALIPSO Launch from Vandenberg Space Force Base, California. SRS Technologies technical report submitted to the United States Space Force and the U.S. Fish and Wildlife Service, 11 October 2006. 18 pp.

SRS Technologies, Inc. 2006g. Biological Monitoring of Southern Sea Otters, California Brown Pelicans, Gaviota Tarplant, and El Segundo Blue Butterfly, and Water Quality Monitoring for the 4 November 2006 Delta IV DMSP-17 Launch from Vandenberg Space Force Base, California. SRS Technologies Systems Development Division, Lompoc, California. 40 pp.

Stebbins, R.C. 1972. California amphibians and reptiles. Univ. California Press, Berkeley. 152 pp.

Strachan, G., M. McAllister, and C.J. Ralph. 1995. Marbled murrelet at-sea and foraging behavior. Chapter 23 in Ralph, C. J., Hunt, G.L., Jr., Raphael, M.G., Piatt, J.F. (eds.): Ecology and conservation of the marbled murrelet. USDA Forest Service General Technical Report PSW-152.

Sun, J.W.C., and P.M. Narins. 2005. Anthropogenic sounds differentially affect amphibian call rate. Biological Conservation 121: 419-427.

Tennessen, J.B., S.E. Parks, and T. Langkilde. 2015. Traffic noise causes physiological stress and impairs breeding migration behaviour in frogs. Conservation Physiology 2(1): cou032. Available at https://doi.org/10.1093/conphys/cou032.

U.S. Fish and Wildlife Service. 1996. California Condor Recovery Plan, Third Revision. Portland, Oregon: U.S. Fish and Wildlife Service.

U.S. Fish and Wildlife Service. 1997. Marbled Murrelet Recovery Plan. Retrieved from U.S. Fish and Wildlife Service, Portland, Oregon.

U.S. Fish and Wildlife Service. 2002. Recovery Plan for the California red-legged frog (Rana aurora draytonii). Portland Oregon.

U.S. Fish and Wildlife Service. 2003. Final Revised Recovery Plan for the Southern Sea Otter (Enhydra lutris nereis). Portland, Oregon.

U.S. Fish and Wildlife Service. 2007. Recovery Plan for the Pacific Coast Population of the Western Snowy Plover (Charadrius alexandrinus nivosus). Sacramento, California.

U.S. Fish and Wildlife Service. 2009. Marbled Murrelet (Brachyramphus marmoratus) 5-Year Review. Lacy, Washington.

U.S. Fish and Wildlife Service. 2014. 2014 Summer Window Survey Results for Snowy Plovers on the U.S. Pacific Coast.

U.S. Fish and Wildlife Service. 2015. Southern Sea Otter (Enhydra lutris nereis) 5-Year Review: Summary and Evaluation. Ventura, California: U.S. Fish and Wildlife Service.

U.S. Fish and Wildlife Service. 2017a. 2016 Summer Window Survey for Snowy Plovers on U.S. Pacific Coast with 2005-2016. Available at https://www.fws.gov/arcata/es/birds/WSP/plover.html.

U.S. Fish and Wildlife Service. 2017b. California Condor Recovery Program. Retrieved from Our Programs Pacific Southwest Region: https://www.fws.gov/cno/es/CalCondor/Condor.cfm

U.S. Fish and Wildlife Service and National Marine Fisheries Service. 1998. Endangered Species Consultation Handbook Procedures for Conducting Consultation and Conference Activities Under Section 7 of the ESA. U.S. Fish and Wildlife Service and National Marine Fisheries Service.

U.S. Government. 2020. National Space Policy of the United States of America. 9 December 2020. 40 pp.

University of Colorado and National Oceanic and Atmospheric Administration (NOAA). 2017. Pop Goes the Balloon! What Happens when a Weather Balloon Reaches 30,000 m asl? Cooperative Institute for Research in Environmental Sciences, University of Colorado, Boulder. NOAA, Boulder, Colorado. American Meteorological Society. Available: http://journals.ametsoc.org/doi/pdf/10.1175/BAMS-D-16-0094.1

Ventana Wildlife Society. 2017. California Condor #760 aka "Voodoo". Retrieved 28 March 2017, from MYCONDOR.ORG: http://www.mycondor.org/condorprofiles/condor760.html.

Ventre, C.S., Myles, M.M., and I.L. Ver. 2002. Measurements of the Reflection Factor of Flat Ground Surfaces. Prepared for National Aeronautics and Space Administration, Cambridge Massachusetts

Ye, S., and A.L. Andrady. 1991. Fouling of floating plastic debris under Biscayne Bay exposure conditions. Marine Pollution Bulletin, 22(12):608–613.

# APPENDIX A – ENVIRONMENTAL PROTECTION MEASURES

Implementing the environmental protection measures (EPMs), outlined in Tables A.1-1 through A.5-1, would avoid or minimize potential adverse effects to various environmental resources during executing of the Preferred Alternative. Qualified SpaceX personnel or contractor staff would oversee fulfilling EPMs.

## A.1 AIR QUALITY

The Santa Barbara County Air Pollution Control District (SBCAPCD) and California Air Resources Board (CARB) requires the dust control measures described in Table A.1-1 to decrease fugitive dust emissions, as applicable to the Proposed Action.

**Table A.1-1: Control Measures to Decrease Emissions**

| Environmental Protection Measures – Air Quality |
|---|
| ✓ Any portable equipment powered by an internal combustion engine with a rated horsepower of 50 brake horsepower or greater used for this project shall be registered in the California State-wide Portable Equipment Registration Program or have a valid SBCAPCD Permit to Operate. |
| ✓ Ultra-low sulfur diesel fuel (15 parts per million by volume) will be used for all diesel equipment. |
| ✓ CARB-developed idling regulations will be followed for trucks during loading and unloading. |
| ✓ When feasible, equipment will be powered with Federally mandated "clean" diesel engines. |
| ✓ The size of the engine in equipment and number of pieces of equipment operating simultaneously for the project should be minimized. |
| ✓ Engines should be maintained in tune per manufacturer or operator's specification. |
| ✓ U.S. Environmental Protection Agency (USEPA) or CARB-certified diesel catalytic converters, diesel oxidation catalysts, and diesel particulate filters may be installed on all diesel equipment. |
| ✓ SpaceX shall adhere to the CARB In-Use Off-Road Diesel-Fueled Fleets Regulation (CARB 2024) for fleet management and fuel selection. |
| ✓ CARB diesel will be the only fuel combusted in the engines while in California Coastal Waters |

## A.2  TERRESTRIAL BIOLOGICAL RESOURCES

The EPMs listed below would be implemented to avoid, minimize, or characterize the effects of the Proposed Action on terrestrial biological resources. These EPMs require various levels of biological competency from personnel completing specific tasks, as defined in Table A.2-1.

**Table A.2-1: Biological monitoring qualifications**

| Biologist Level | Necessary Qualifications |
|---|---|
| Permitted Biologist | Biologist with a valid and current USFWS section 10(a)(1)(A) Recovery Permit or specifically named as an approved biologist in a project-specific BO. The DAF will coordinate with the USFWS prior to assigning permitted biologists to this project |
| USFWS Approved Biologist | Biologist with the expertise to identify species listed under the Endangered Species Act (ESA) and species with similar appearance. The DAF will review and approve the resumes from each individual, and then submit them to the USFWS for review and approval no less than 15 days prior to the start of the Proposed Action. Each resume will list their experience and qualifications to conduct specific actions that could potentially affect listed species and their habitats. A USFWS-approved biologist could train other biologists and personnel during surveys and project work; in some cases, a USFWS-approved biologist could also provide on-site supervision of other biologists. |
| Qualified Biologist | Biologist trained to accurately identify specific federally listed species and their habitats by either a Permitted or USFWS-approved biologist. This person could perform basic project monitoring but would need to have oversight from a permitted or USFWS-approved biologist. Oversight will require a permitted or USFWS-approved biologist to be available for phone/email consultation during the surveys and to have the ability to visit during monitoring/survey activities if needed. |

### A.2.1  GENERAL MEASURES

The measures described in Table A.2-2 would be implemented to minimize the potential impacts on terrestrial biological resources.

**Table A.2-2: General Measures**

| Environmental Protection Measures – Terrestrial Biological Resources |
|---|
| ✓  All erosion control materials used will be from weed-free sources and, if left in place following project completion, constructed from 100 percent biodegradable erosion control materials (e.g., erosion blankets, wattles). |
| ✓  All human-generated trash at the project site shall be disposed of in proper containers and removed from the work site and disposed of properly at the end of each workday. Large dumpsters can be maintained at staging areas for this purpose. |
| ✓  Heavy equipment and vehicles (mowers, etc.) shall be cleaned of weed seeds prior to use in the project area to prevent the introduction of weeds and be inspected by a qualified biological |

| Environmental Protection Measures – Terrestrial Biological Resources |
|---|

monitor to verify weed free status prior to use. Prior to site transport, any skid plates shall be removed and cleaned. Equipment should be cleaned of weed seeds daily especially wheels, undercarriages, and bumpers. Prior to leaving the project area, vehicles with caked-on soil or mud shall be cleaned with hand tools such as bristle brushes and brooms at a designated exit area; vehicles may subsequently be washed at an approved wash area. Vehicles with dry dusted soil (not caked-on soil or mud), prior to leaving a site at a designated exit area, shall be thoroughly brushed; alternatively, vehicles may be air blasted on site.

✓ Qualified biological monitors, approved by USFWS and 30 CES/CEIEA, including personnel who are familiar with and possess necessary qualifications to be approved for capture, handle, and release California red-legged frog (CRLF; *Rana draytonii*) and southwestern pond turtle (SWPT; *Actinemys pallida*), shall be present to monitor activities at all times deemed necessary by the DAF throughout the length of the project to minimize impacts on these species. The biological monitors shall be responsible for delineating areas where special-status species are located or concentrated, relocating special-status species in jeopardy of being killed or injured by construction, and inspecting equipment and equipment staging areas for fluid leaks. Prior to the onset of maintenance activities, resumes of qualified biologist(s), who would conduct the monitoring, surveying, species relocation, and other biological field activities shall be submitted by 30 CES/CEIEA to the USFWS for approval.

✓ Qualified biologists shall brief all project personnel prior to participating in project implementation activities. At a minimum, the training would include a description of the listed species and sensitive biological resources occurring in the area, the general and specific measures and restrictions to protect these resources during project implementation, the provisions of the ESA and the necessity of adhering to the provisions of the ESA, and the penalties associated with violations of the ESA.

✓ Disturbances shall be kept to the minimum extent necessary to accomplish project objectives.

✓ All erosion control materials used (i.e., gravel, sand, fill material, wattles, etc.) would be from weed-free sources. Only nonplastic, 100 percent biodegradable erosion control materials (e.g., erosion blankets, wattles) would be left in place following project completion.

✓ Portable toilets would only be placed over paved surfaces or within staging areas.

✓ All human-generated trash at the project site shall be disposed of in proper containers and removed from the work site and properly secured in a suitable trash container at the end of each workday. Special attention will be paid to ensure any food waste is properly contained. All construction debris and trash shall be removed from the work area upon completion of the project.

✓ A qualified biologist shall inspect any equipment left overnight prior to the start of work. Equipment would be checked for presence of special-status species in the vicinity and for fluid leaks.

✓ The DAF would continue to remove nonnative, invasive predators encountered during survey efforts (i.e., bullfrogs [*Lithobates catesbeianus*]).

✓ To avoid transferring disease or pathogens between aquatic habitats during the course of surveys and handling of amphibians, the biologist(s) shall follow decontamination procedures

| Environmental Protection Measures – Terrestrial Biological Resources |
|---|
| described in the Declining Amphibian Population Task Force's (DAPTF) Code of Practice (USFWS 2002a). |

✓ To avoid potential project-related impacts on nesting migratory birds, if vegetation clearing is initiated during avian nesting season (15 February through 15 August), a qualified biologist would conduct nesting bird surveys within 250 ft of the Action Area prior to project initiation and vegetation-clearing activities. If nesting migratory birds are found within the Action Area, a buffer of adequate size to prevent disturbance from project-related activities (to be determined by the biological monitor) would be marked with flagging tape to avoid disturbance. The nest would be monitored to determine impacts, if any, from project-related disturbance. In addition to ensuring compliance with the Migratory Bird Treaty Act (MBTA), this measure would ensure any undetected ESA-listed birds are not present during vegetation removal. If work occurs during nesting season, a qualified biologist would conduct bird nest surveys prior to project activities.

✓ The DAF will continue to sample water quality in lower Spring Canyon once annually when ponded water is present to ensure no project-related byproducts (i.e., launch combustion residue, operations-related run-off, etc.) have entered the waterway in a manner not previously considered in this analysis. The DAF will continue to perform sampling a minimum of once a year until 2026, as required under BO 2022-0013990-S7-001 (USFWS 2023a). The DAF will design water quality sampling to detect potential project related byproducts and any resulting associated changes in aquatic habitat (i.e., salinity, pH, etc.). Sampling will consider and utilize the most recent applicable advances in water quality sampling technology. The DAF will include maps depicting sampling locations during annual reporting. The DAF will collect and clearly present data including any associated chemical and nutrient presence, dissolved oxygen, water temperature, turbidity, and any other pertinent observations regarding ecosystem condition for purposes of annual comparison. If the DAF finds that project related water contamination occurs, the DAF will coordinate with the USFWS, address sources of input, and remediate.

✓ The DAF has established a pre-project baseline for hydrodynamic data within San Antonio Creek. During project operations the DAF will continue to collect hydrodynamic data annually using consistent data collection methodologies for purposes of comparison against the established baseline. The DAF will use these data to ensure that the proposed project's water extraction, when viewed in addition to the unknown total water extraction amount of permitted launch projects, is not measurably affecting flow rate or water level within San Antonio Creek.

**Vegetation Management Area**

✓ One day prior to vegetation removal from Spring Canyon, a qualified biologist will conduct surveys for CRLF within the area to be mowed. Any CRLF present will be captured by the USFWS-approved or permitted biologist, if possible, and released at the nearest suitable habitat within Spring Canyon outside of the vegetation management area, as determined by the biologist. All biologists will follow the DAPTF fieldwork code of practice (DAPTF 2019) to avoid conveying diseases between work sites and will clean all equipment between use following protocols that are also suitable for aquatic reptiles. The USFWS-approved or permitted biologist will also be present during vegetation removal

| Environmental Protection Measures – Terrestrial Biological Resources |
|---|
| to capture and relocate CRLF to the extent that safety precautions allow. This biologist will also search for injured or dead CRLF after vegetation removal to document take. |
| ✓ A qualified biologist will perform one CRLF survey annually during peak breeding season in Spring Canyon when individuals are most likely to be present and detectable. If CRLF are not encountered at the time of this survey, no subsequent pre/post launch surveys would occur. If CRLF is found to be present during the annual survey, pre- and post-launch surveys and relocation of any CRLF encountered would occur for each subsequent launch event. |
| ✓ The annual report will include methodology used (i.e., survey time, date, duration, weather conditions, and a depiction of the survey area). |

## A.2.2  SPECIAL STATUS SPECIES

The DAF and qualified SpaceX personnel or contractor staff would ensure that all non-discretionary measures included in the USFWS BO issued for the Proposed Action, listed in Tables A.2-3 through A.2-8 would be implemented.

**Table A.2-3: California Red-legged Frog Measures**

| |
|---|
| ✓ The DAF will maintain exhaust ducts and associated v-ditch at SLC-4 to be free of standing water to the maximum extent possible between launches to help minimize the potential to attract CRLF to SLC-4. |
| ✓ The DAF will continue to require that a biologist survey the SLC-4 v-ditch feature for CRLF prior to any maintenance activities and relocate any encountered individuals. |
| ✓ CRLF Baseline and Launch Monitoring: |
|     o The DAF will continue implementing a long-term monitoring plan of annual population and distribution trends associated with CRLF populations within Jalama Creek, Honda Creek, Bear Creek, and the Santa Ynez River. Through further coordination with the USFWS, the DAF will update the monitoring plan to adequately addresses potential effects on CRLF populations in Jalama Creek and other potential effects associated with the Proposed Action. |
|         ▪ The monitoring plan will clearly establish a pre-project baseline of the CRLF average population level within each impacted breeding feature (Jalama Creek, Honda Creek, Bear Creek, and Santa Ynez River) and clearly define the survey area and methodology. Following project implementation, the DAF will conduct annual surveys utilizing the same methodology within each impacted breeding feature during the breeding season when CRLF are most likely to be encountered. |
|         ▪ The monitoring plan will include passive bioacoustics monitoring (Wildlife Acoustics Song-Meter 4 or similar technology) and will establish frog calling behavior baseline within each impacted breeding feature (Jalama Creek, Honda Creek, Bear Creek, and Santa Ynez River) and any necessary appropriate control sites for purposes of signal characteristic comparison. CRLF calling behavior baseline will include applicable call characteristics (e.g., changes in signal rate, call frequency, amplitude, call timing, call duration, etc.). The DAF will ensure that bioacoustic monitoring conducted is designed to best address confounding factors in order to appropriately characterize impacts of launch, |

static fire, and landing events on calling behavior. Results will be analyzed in conjunction with long term population data to ensure any observed changes in signal characteristics are not resulting in observable declines in population.

o  The DAF will conduct quarterly night surveys for CRLF and spring or early summer tadpole surveys of Jalama Creek, Honda Creek, Bear Creek, and the Santa Ynez River to compare baseline CRLF occupancy data collected over the past 10 years and assess if there are any changes in CRLF habitat occupancy, breeding behavior (calling), and breeding success (egg mass and tadpole densities) within these sites. The following will be recorded and measured during the surveys:

▪  CRLF detection density (number of frogs per survey hour), following the same survey methods conducted previously at these sites and throughout VSFB.

▪  CRLF locations and breeding evidence (e.g., calling, egg masses).

▪  Environmental data during surveys (temperature, wind speed, humidity, and dewpoint) to determine if environmental factors are affecting CRLF detection or calling rates.

▪  Annual habitat assessments to measure flow rates, stream morphology, depths, and sediment to determine if any changes in CRLF metrics are associated with other environmental factors, such as drought.

o  Bioacoustic monitoring will continue to be conducted during CRLF breeding season (typically November through April, depending on rainfall) to characterize the noise environment and determine if there are changes in calling behaviors as the Proposed Action commences. Passive noise recorders and environmental data loggers (temperature, relative humidity, dew point) would be placed at up to two suitable breeding locations within Jalama Creek, Honda Creek, Bear Creek, and the Santa Ynez River. Passive bioacoustic recording would occur throughout the entirety of the breeding season using the Wildlife Acoustics Song-Meter 4 (or similar technology) with software that enables autodetection of CRLF calling. The DAF will use bioacoustic monitoring to characterize and analyze impacts of launch, static fire, and landing events on calling behavior during the breeding season to assess whether Falcon noise events affect CRLF calling frequency.

o  To address potential population declines that may be a result of the Proposed Action, the specified threshold criteria are described below:

▪  CRLF occupancy, calling rate, or tadpole densities decline from baseline by 15 percent or more and,

▪  The 15 percent decline from baseline is maintained for two consecutive years.

o  If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the Proposed Action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate these impacts as discussed under CRLF Mitigation section below. Examples of potential catastrophic scenarios include the following:

▪  Fire, unrelated to project activities or launch operations, that directly impacts Jalama Creek, Honda Creek, Bear Creek, or the Santa Ynez River and is demonstrated to degrade or eliminate breeding habitat.

▪  Landslides or significant erosion events, unrelated to project activities or launch operations, in Jalama Creek, Honda Creek, Bear Creek, or the Santa Ynez River that results in the elimination or degradation of CRLF breeding habitat.

- - Drought or climate impacts that quantifiably reduce available aquatic habitat further than what was available during existing baseline.
    - Flash flood events during the breeding season that are more significant than what was documented during the existing baseline.
  - o The DAF will review the purported cause of decline with the USFWS and reach agreement. If cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation.
- ✓ CRLF Mitigation
  - o The DAF will create new CRLF breeding habitat at a 2:1 ratio (habitat enhanced: habitat affected) for adverse effects to occupied CRLF habitat, as determined above, at the San Antonio Creek Oxbow Restoration Area, an established wetland mitigation site on VSFB. Historically occupied by riparian vegetation, restoration efforts will focus on enhancing this abandoned tract of agricultural land to improve sensitive species habitat in San Antonio Creek and expand breeding habitat for CRLF.
  - o Additional restoration will be conducted in the "expansion area" adjacent to the existing restoration area (where restoration has already been conducted in support of other projects). Restoration will involve digging a channel that reaches ground water. Spoils generated during excavation will be used to create a berm bordering the channel that will be planted with willows. This method is already being used at this site and has been proven to successfully create deep water aquatic habitat, that supports CRLF reproduction, bordered by riparian woodland. The restored habitat mirrors naturally occurring high-flow channels in San Antonio Creek.
- ✓ Actions taken within this area will include site preparation via herbicide application, plowing, container plant installation, seeding, willow pole planting (via water jet, hand-held power auger, or manually driving a steel rod into the ground), and watering via water truck. The mitigation actions for CRLF are included under the existing USFWS Programmatic Biological Opinion PBO (8-8-12-F-49R) and all applicable avoidance, minimization, and monitoring measures required under the PBO would be implemented.

**Table A.2-4: Southwestern Pond Turtle Measures**

- ✓ SWPT Baseline Monitoring:
  - o The DAF will implement long-term monitoring of annual population and distribution trends associated with SWPT populations within Jalama Creek, Honda Creek, Bear Creek, and the Santa Ynez River. The DAF will develop a monitoring plan that adequately addresses potential short- and long-term project effects that may result from sensory pollutants. The DAF will coordinate with the USFWS during plan development and provide the USFWS the monitoring plan for review and approval within three months of project implementation to ensure that potential project related short and long-term effects are detectable and clearly defined.
    - The monitoring plan will clearly establish methods to estimate average population levels within each impacted breeding feature (Jalama Creek, Honda Creek, Bear Creek, and the Santa Ynez River) and clearly define the survey area and methodology. Mark-recapture techniques will be used to monitor population sizes and movements of individuals.
  - o Annual habitat assessments to measure flow rates, stream morphology, depths, and sediment to determine if any changes in SWPT metrics are associated with other environmental factors, such as drought.

- o To address potential declining trends that may be a result of the proposed project, the specified threshold criteria are described below:
  - ▪ SWPT population estimates decline by 15 percent or more and,
  - ▪ The 15 percent decline from baseline is maintained for two consecutive years.
- o If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the Proposed Action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate these impacts as discussed under SWPT Mitigation section below. Examples of potential catastrophic scenarios include the following:
  - ▪ Fire, unrelated to project activities or launch operations, that directly impacts Jalama Creek, Honda Creek, Bear Creek, or the Santa Ynez River and is demonstrated to degrade or eliminate breeding habitat.
  - ▪ Landslides or significant erosion events, unrelated to project activities or launch operations, that result in the elimination or degradation of SWPT habitat.
  - ▪ Drought or climate impacts that quantifiably reduce available aquatic habitat further than what was available during existing baseline.
  - ▪ Flash flood events during the breeding season that are more significant than what was experienced during the existing baseline.
- o The DAF will review the purported cause of decline with the USFWS and reach agreement. If cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation.
- ✓ SWPT Mitigation
  - o The DAF will create new SWPT habitat at a 2:1 ratio (habitat enhanced: habitat affected) for adverse effects to occupied SWPT habitat, as determined above, at the San Antonio Creek Oxbow Restoration Area, an established wetland mitigation site on VSFB. Historically occupied by riparian vegetation, restoration efforts will focus on enhancing this abandoned tract of agricultural land to improve San Antonio Creek and provide habitat for SWPT.
  - o Additional restoration will be conducted in the "expansion area" adjacent to the existing restoration area (where restoration has already been conducted in support of other projects). Restoration will involve digging a channel that reaches ground water. Spoils generated during excavation will be used to create a berm bordering the channel that will be planted with willows. This method is already being used at the site and has proven successful at creating deep water aquatic habitat, suitable for SWPT, with adjacent riparian woodland that simulates naturally occurring high-flow channels.
- ✓ Actions taken within this area will include site preparation via herbicide application, plowing, container plant installation, seeding, willow pole planting (via water jet, hand-held power auger, or manually driving a steel rod into the ground), and watering via water truck. The mitigation actions for SWPT are included under the existing USFWS PBO (8-8-12-F-49R) and all applicable avoidance, minimization, and monitoring measures required under the PBO would be implemented.

**Table A.2-5: Least Bell's Vireo Measures**

- ✓ The DAF will require that a Qualified Biologist conduct point-count surveys for least Bell's vireo (LBVI; *Vireo bellii pusillus*) on VSFB and at potential breeding habitats at the Santa Ynez River

adjacent to Buellton, California during the breeding season (15 May through 15 August) concurrent with routine riparian bird surveys on VSFB, conducted once every three years. The DAF will require that Permitted Biologists conduct any required protocol level surveys.

**Table A.2-6: Western Snowy Plover Measures**

| SNPL Monitoring |
|---|
| ✓ The DAF will continue to implement a long-term monitoring plan of annual population and distribution trends associated with western snowy plover along Surf Beach. The DAF will update the monitoring plan to adequately address potential short- and long-term project effects that may result from the Proposed Action in coordination with the USFWS. The SNPL monitoring plan will include a clear, established baseline annual variation and decline threshold that would trigger proposed mitigation (see below). |
|     o The DAF will continue augmenting the current SNPL monitoring program on VSFB by performing acoustic monitoring and geospatial analysis of nesting activity on South Surf Beach to assess potential adverse effects from Falcon noise events. |
|     o The current Base-wide SNPL monitoring program estimates breeding effort, nest fates, and fledging success while recording patterns of habitat use throughout the season. This program has been augmented for the Proposed Action by placing sound level meters (SLMs) immediately inland of South Surf Beach to characterize the noise environment and any related launch and landing associated disturbance. |
|     o The DAF will perform geospatial analysis annually to identify declines in the SNPL population, nesting activity, and reproductive success that may result from cumulative effects of multiple Falcon launches and landings from SLC-4. |
| ✓ To address potential declining trends that may be a result of the Proposed Action, the specified threshold criteria are described below. |
|     o Geospatial analysis shows a statistically significant decline (defined as a decline greater than the baseline annual variation in these variables over the past 10 years at South Surf Beach) in population or reproductive success, and |
|     o the decline from baseline maintains over two consecutive years within the areas impacted by noise from the Falcon program. |
| ✓ If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the proposed action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate for these impacts as discussed under the SNPL Mitigation section below. Examples of potential catastrophic scenarios include the following: |
|     o Significantly higher levels of tidal activity, predation, etc. as compared with the existing baseline and demonstrable across remainder of base population. |
|     o Significant avian disease demonstrable across the recovery unit. |
|     o Separate work activities (i.e., restoration efforts) not related to project. |
| ✓ The DAF will review the purported cause of decline with the USFWS and reach agreement. If the cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation. |
| ✓ Motion triggered video cameras will be used during the breeding season (1 March through 30 September) to determine nest fates and potential impacts to nests due to launches and landings to reduce disturbance associated with human activity within breeding habitat. |

- o The DAF will monitor active nests at South Surf Beach with motion triggered video cameras during the breeding season at whichever of the following is greater within the modeled 4.0 pounds per square foot (psf) zone to assess potential novel effects that may result from frequent launching: (i) 10 percent of active SNPL nests, or (ii) 4 active SNPL nests. The DAF will monitor at whichever the following is greater within the modeled 3.0 to 4.0 psf zone: (iii) 10 percent of active SNPL nests, or (iv) 2 active SNPL nests. The DAF will monitor at whichever the following is greater within the modeled 2.0 to 3.0 psf zone: (v) 5 percent of active SNPL nests, or (vi) 4 active SNPL nests.
- o Cameras will be placed in a manner to minimize disturbance to nesting plovers; this will be determined in the field based on the best judgement of a permitted biologist.
- o The DAF will employ camera technology that is capable of long-term recording and time marking the moment of disturbance events.
- o The DAF will implement landscape level camera monitoring in conjunction with individual nest cameras to document SNPL response to launch and sonic boom noise and overpressures. The landscape level camera(s) will be capable of long-term recording, time marking the moment of disturbance events, and deployed adjacent to areas of highest density nesting to best capture population level reaction. The DAF will coordinate camera installation and placement with a USFWS approved biologist to ensure no additional effects would occur (i.e., perching for raptors).
- o The DAF will review SNPL nest camera recordings as soon as possible after potential disturbance events.
- ✓ The DAF will rescue any SNPL eggs abandoned on Surf Beach during disturbance events. The DAF will develop and/or fund a program to incubate any rescued abandoned eggs and release fledglings.
- ✓ SNPL Mitigation
  - o The DAF will increase predator removal efforts to include the non-breeding season, particularly focusing on raven removal at and adjacent to VSFB beaches.
  - o Given that all available SNPL nesting habitat on VSFB has already or will soon (under current planning) be restored, the biggest factor reducing nest success is predation with significant impacts from ravens. Ravens, which have historically been absent to rare in the region, are now common, and the population has increased substantially over the past two decades. Raven population increases are due to human activities which have allowed their numbers to increase and range to expand each year. Off-season raven control efforts will help reduce the population on Base prior to the breeding season which should increase nest success.
- ✓ Predator control actions will include trapping, shooting, and tracking SNPL predators from VSFB beaches and surrounding areas on Base. The mitigation actions for SNPL are permitted under an existing USFWS BO (8-8-12-F-11R; USFWS 2015a) and all applicable avoidance, minimization, and monitoring measures required under BO 8-8-12-F-11R will be implemented. CEIEA also maintains a USFWS depredation permit

**Table A.2-7: California Least Tern Measures**

| LETE Monitoring |
| --- |
| ✓ The DAF will continue to implement a long-term monitoring plan of annual population and distribution trends associated with California least tern at Purisima Point. The DAF will update |

the monitoring plan that adequately addresses potential short- and long-term project effects of the Proposed Action in coordination with the USFWS. The LETE monitoring plan will include a clear, established baseline annual variation and decline threshold that would trigger proposed mitigation (see below).

✓ The DAF has augmented the current LETE monitoring program on VSFB by performing acoustic monitoring and geospatial analysis of nesting activity at the Purisima LETE colony to assess potential adverse effects from Falcon 9 noise events.

  o The current Base-wide LETE monitoring program estimates breeding effort, nest fates, and fledging success while recording patterns of habitat use through the season. This program has been augmented for the Proposed Action by placing SLMs immediately inland of the LETE colony at Purisima Point to characterize the noise environment and any related launch and landing associated disturbance.

  o The DAF will perform geospatial analysis annually to identify declines in the LETE population, nesting activity, and reproductive success that may result from cumulative effects of multiple launches and landings from SLC-4.

✓ To address potential declining trends that may be a result of the Proposed Action, the specified threshold criteria is described below.

  o Geospatial analysis shows a statistically significant decline (defined as a decline greater than the baseline annual variation in these variables over the past 10 years at Purisima Point) in population or reproductive success, and

  o the decline from baseline maintains over two consecutive years within the areas impacted by noise from the Falcon program.

✓ If any of these threshold criteria are met and cannot confidently be attributed to other natural- or human-caused catastrophic factors, not related to the Proposed Action, that may eliminate or significantly degrade suitable habitat (see potential scenarios described below), the DAF will mitigate for these impacts as discussed under the LETE Mitigation section below. Examples of potential catastrophic scenarios include the following:

  o Significantly higher levels of predation, lower prey availability, etc. as compared with the existing baseline and demonstrable across remainder of base population.

  o Significant avian disease demonstrable across the recovery unit.

  o Separate work activities (i.e., restoration efforts) not related to project.

✓ The DAF will review the purported cause of decline with the USFWS and reach agreement. If the cause of declines is determined to be inconclusive, the DAF will implement proposed mitigation.

✓ Motion triggered video cameras will be used during the breeding season (typically 15 April to 15 August) to determine nest fates and potential impacts to nests due to launches and landings to reduce disturbance associated with human activity within breeding habitat.

  o The DAF will monitor at whichever of the following is greater within the Purisima Point colony: (i) 10 percent of active LETE nests, or (ii) 4 active LETE nests.

  o Cameras will be placed in a manner to minimize disturbance to nesting terns; this will be determined in the field based on the best judgement of a permitted biologist.

  o The DAF will employ camera technology that is capable of long-term recording and time marking the moment of disturbance events.

  o The DAF will implement landscape level camera monitoring in conjunction with individual nest cameras to document LETE response to launch and sonic boom noise

and overpressures. The landscape level camera(s) will be capable of long-term recording, time marking the moment of disturbance events, and deployed adjacent to areas of highest density nesting to best capture population level reaction. The DAF will coordinate camera installation and placement with a USFWS approved biologist to ensure no additional effects would occur (i.e., perching for raptors).

    o The DAF will review LETE nest camera recordings as soon as possible following disturbance events.

✓ The DAF will rescue any LETE eggs abandoned at the Purisima Point colony during disturbance events. The DAF will develop and/or fund a program to incubate any rescued abandoned eggs and release fledglings.

✓ LETE Mitigation

    o The DAF will increase predator removal efforts to include the non-breeding season, particularly focusing on raven removal at and adjacent to VSFB beaches.

    o One factor reducing nesting success is nest predation. Off-season predator control will help reduce the population on Base prior to the breeding season which should increase nest success.

✓ Predator control actions will include trapping, shooting, and tracking LETE predators from VSFB beaches and surrounding areas on Base. The mitigation actions for LETE are permitted under an existing USFWS BO (8-8-12-F-11R; USFWS 2015a) and all applicable avoidance, minimization, and monitoring measures required under BO 8-8-12-F-11R will be implemented. CEIEA also maintains a USFWS depredation permit.

**Table A.2-8: California Condor Measures**

✓ The DAF will continue to coordinate with the USFWS on a quarterly basis to determine if any California condors are present at VSFB. The DAF will contact the USFWS if California condors appear to be near or within the area affected by a launch from SLC-4. In the unlikely event that a California condor is nearby, qualified biologists will monitor California condor movements in the vicinity of VSFB and coordinate with the USFWS to analyze data before, during, and after launch events to determine whether any changes in movement occur.

✓ The DAF will continue to coordinate with current USFWS personnel, including Arianna Punzalan, Supervisory Wildlife Biologist (arianna_punzalan@fws.gov, (805) 377-5471); Joseph Brandt, Wildlife Biologist (joseph_brandt@fws.gov, 805-677-3324 or 805-644-1766, extension 53324), or Steve Kirkland, California Condor Field Coordinator, USFWS California Condor Recovery Program (steve_kirkland@fws.gov, 805-644-5185, extension 294). The Space Force will also coordinate with current Ventana Wildlife Society personnel, Joe Burnett (joeburnett@ventanaws.org, 831-800-7424).

## A.3 MARINE BIOLOGICAL RESOURCES

The DAF and qualified SpaceX personnel or contractor staff would ensure that all applicable minimization, monitoring, and avoidance measures listed in Tables A.3-1 and A.3-2 would be implemented during operation of the Proposed Action.

**Table A.3-1 Minimization, Monitoring, and Avoidance Measures**

✓ Sonic boom modeling (commercially available modeling software [PCBoom] or an acceptable substitute) would be completed prior to each launch to verify and estimate the overpressure levels and footprint.

---

✓ Semi-monthly surveys (two surveys per month) must be conducted to monitor the abundance, distribution, and status of pinnipeds at VSFB. Whenever possible, these surveys are timed to coincide with the lowest afternoon tides of each month when the greatest numbers of animals are usually hauled out.

✓ Marine mammal monitoring and acoustic measurements will be conducted at the NCI if the sonic boom model indicates that pressures from a boom will reach or exceed 7 psf from 1 January through 28 February, 5 psf from 1 March through 31. July, or 7 psf from 1 August through 30 September. No monitoring is required on NCI from 1 October through 31 December.

---

✓ The USSF will ensure that a USFWS-approved biologist monitors southern sea otters from a monitoring location within occupied habitat on VSFB where landing events at SLC-4 West (W) generate sonic booms of 2.0 psf or greater (i.e., Sudden Flats). Upon establishment of any new southern sea otter populations within areas of potential impact from project-related activities, the USSF will consider additional monitoring locations;

✓ A USFWS-approved biologist will conduct daily counts of sea otters from the monitoring location when otters are most likely rafting (between 09:00AM and 12:00PM) beginning 3 days before and continuing 3 days after and landing events, noting any mortality, injury, or abnormal behavior. Personnel will use both binoculars (10X) and a high-resolution (50–80X) telescope for monitoring; and

✓ Acoustic recording equipment will be deployed at or near the monitoring location to document and quantify sonic boom levels.

---

✓ The USSF will submit a report, detailing results of the monitoring program, to the Office of Protected Resources, NMFS, and the West Coast Regional Administrator, NMFS, in compliance with the requirements of the current LOA.

✓ Discoveries of injured or dead marine mammals, irrespective of cause, would be reported to the Office of Protected Resources, NMFS, and the West Coast Regional Stranding Coordinator, NMFS. Specific protocol would be followed depending on the cause of the event, if cause is unknown, and whether injury or death was relatively recent.

---

To reduce the risk of injury or mortality of ESA-listed species in the marine environment, the following EPMs will be implemented during first stage and fairing recovery operations:

    ✓ The USSF will ensure that all personnel associated with vessel support operations are instructed about marine species and any critical habitat protected under the ESA that could be present in the proposed landing area. Personnel will be advised of the civil and criminal penalties for harming, harassing, or killing ESA-listed species.

    ✓ Support vessels will maintain a minimum distance of 150 ft from sea turtles and a minimum distance of 300 ft from all other ESA-listed species. If the distance ever becomes less, the vessel will reduce speed and shift the engine to neutral. Engines would not be re-engaged until the animal(s) are clear of the area.

    ✓ Support vessels will maintain an average speed of 10 knots or less.

| |
|---|
| ✓ Support vessels will attempt to remain parallel to an ESA-listed species' course when sighted while the watercraft is underway (e.g., bow-riding) and avoid excessive speed or abrupt changes in direction until the animal(s) has left the area.<br>✓ The USSF will immediately report any collision(s), injuries, or mortalities to ESA-listed species to the appropriate NMFS contact. |
| ✓ To offset the impacts from unrecoverable debris, SpaceX would make an annual contribution to the California Lost Fishing Gear Recovery Project. This includes the weather balloon and radiosonde; parachute and assembly; and parafoil and assembly. For every 3 lbs of unrecovered debris, SpaceX would make a compensatory donation of $20.00, which is sufficient to recover 1 lb. of lost fishing gear. |
| ✓ Vessels will enter the harbor, to the extent possible, only when the tide is too high for pinnipeds to haul-out on the rocks. The vessel will reduce speed to 1.5 to 2 knots once the vessel is within 3 mi of the harbor. The vessel will enter the harbor stern first, approaching the wharf and mooring dolphins at less than 0.75 knots. |
| ✓ Vessels using the harbor will follow a predetermined route that limits crossing kelp beds. |
| ✓ No vessels will anchor within kelp beds or hard-bottom habitat outside of the dredge footprint, and no vessel anchors within the dredge footprint will be placed in kelp or hard bottom habitat. |
| ✓ If nighttime activities are to occur at any time from dusk to dawn, the required lighting will be turned on before dusk and left on the entire night. Lights will not be turned on or off between dusk and dawn. |
| ✓ Activities that could result in the startling of wildlife in the vicinity of the harbor will be allowed so long as they are initiated before dusk and not interrupted by long periods of quiet (in excess of 30 minutes). If such activities cease temporarily during the night, they will not be reinitiated until dawn. |
| ✓ Starting-up of activities (either initially or if activities have ceased for more than 30 minutes) will include a gradual increase in noise levels if pinnipeds are in the area. |
| ✓ The restrictions on access to the intertidal area will be included in the personnel orientations provided at project startup and for new employees. |
| ✓ The tug vessels and barge will be periodically cleaned as necessary to avoid impacts related to the transfer of non-native invasive pests and vegetation to VSFB Harbor. |

**Table A.3-2 Southern Sea Otter Measures**

| |
|---|
| ✓ The DAF will continue to monitor southern sea otters during landing events at SLC-4W whenever a sonic boom of 2 psf or greater is predicted to be generated by the landing that would impact southern sea otter habitat. The monitoring locations are selected based on where pressure waves greater than 2 psf are predicted to impact and the relation of these locations to occupied sea otter habitat, which is commonly Sudden Flats on south VAFB. However, no monitors are allowed within the "Impact Limit Line" during launch or landing. If otter counts by the United States Geological Survey, or other non-related survey efforts, show the establishment of new populations within the action area, new survey locations would be considered for landing events.<br>    ○ A USFWS-approved biologist would conduct daily counts of sea otters at the selected monitoring location beginning 3 days before and continuing 3 days after the landing. The monitor would note any mortality, injury, or abnormal behavior observed during these counts. Weather permitting; the counts would be conducted between 09:00 AM |

<table>
<tr><td>

and 12:00 PM when otters are most likely to be rafting to help maintain daily consistency in detectability. Monitors would use both binoculars (10X) and a high-resolution 50—80X telescope to conduct counts; and

    o   Acoustic recording equipment would be deployed at or near the monitoring location to document and quantify sonic boom levels.

✓ If no long term effects on sea otter populations are observed after three years of full launch cadence the monitoring will be discontinued after review of data and concurrence of the USFWS.

</td></tr>
</table>

## A.4 WATER RESOURCES

The following measures, as described in Table A.4-1, would be implemented to minimize impacts on water resources and stormwater:

**Table A.4-1: Water Resources and Stormwater Measures**

| |
|---|
| ✓ The Proposed Action shall comply with storm water management plans, including Best Management Practices (BMPs) following the latest California Stormwater Quality Association's Stormwater Best Management Practices Handbook. |
| ✓ Spring Canyon will be routinely monitored for erosion where vegetation management occurs. BMPs would be utilized as needed to reduce erosion. |
| ✓ SpaceX will continue to ensure that water ejected from the flame bucket during launches does not result in any overland surface flow reaching Spring Canyon by maintaining current v-ditches within the SLC-4 fenceline and routinely assessing whether any additional diversion structures are necessary. |
| ✓ All equipment will be properly maintained and free of leaks during operation, and all necessary repairs carried out with proper spill containment. |
| ✓ Fueling equipment will only occur in pre-designated areas with spill containment materials placed around the equipment before refueling. Stationary equipment will be outfitted with drip pans and hydrocarbon absorbent pads. |
| ✓ Adequate spill response supplies will be maintained at the site during operation for immediate response and clean-up of any fuel spills. |
| ✓ Hazardous materials will be stored in proper containers, placed in proper containment facilities covered prior to rain events. |
| ✓ Trash disposal containers will be covered at all times. |
| ✓ SpaceX and its contractors will implement best management practices to prepare for and respond to a spill. These practices include fueling equipment at least 100 ft from the water, fueling only in areas designed to capture runoff or spilled fuel, and maintaining spill response kits. |

## A.5  CULTURAL RESOURCES

SpaceX personnel or contractor staff will ensure the following measures, described in Table A.5-1, would be implemented to minimize impacts on sensitive archaeological resources:

**Table A.5-1: Cultural Resources Measures**

| Cultural Resources Measures |
|---|
| ✓ If previously undocumented cultural resources are discovered during maintenance activities, work would stop, and the procedures established in 36 C.F.R. 800.13 and the VSFB Integrated Cultural Resources Management Plan shall be followed. |

## A.6  HAZARDOUS MATERIALS AND WASTE MANAGEMENT

SpaceX personnel or contractor staff will ensure the following measures, described in Table A.6-1, would be implemented to minimize impacts on minimize impacts on hazardous materials and waste management:

**Table A.6-1: Hazardous Materials and Waste Management Measures**

| |
|---|
| ✓ Proper disposal of hazardous waste would be accomplished through identification, characterization, sampling (if necessary), and analysis of wastes generated. |
| ✓ All hazardous materials would be properly identified and used IAW manufacturer's specifications to avoid accidental exposure to or release of hazardous materials required to operate and maintain construction equipment. |
| ✓ Hazardous materials would be procured through or approved by the Vandenberg Hazardous Materials Pharmacy (HazMart). Monthly usage of hazardous materials would be reported to the HazMart to meet legal reporting requirements. |
| ✓ All equipment would be properly maintained and free of leaks during construction and maintenance activities. All necessary equipment maintenance and repairs would be performed in pre-designated controlled, paved areas to minimize risks from accidental spillage or release. Prior to construction, a Spill Prevention Plan would be submitted to SLD 30 Environmental Compliance Section for approval. |
| ✓ SpaceX would ensure employees and contractor staff are trained in proper prevention and cleanup procedures. |
| ✓ SpaceX would store liquids, petroleum products, and hazardous materials in approved containers and drums and would ensure that any open containers are covered prior to rain events. |
| ✓ Per 40 C.F.R. Part 112, Spill Prevention, Control, and Countermeasure Plan, Phantom would place chemicals, drums, or bagged materials on a pallet and, when necessary, secondary containment. |

# APPENDIX B – SENSITIVE SPECIES AND WILDLIFE OCCURRENCE WITHIN THE PROPOSED ACTION AREA

Table B-0-1 through Table B.0-4 includes all special status species records and survey locations from multiple sources in the noise footprint. Figures B.0-1 through Figure B.0-8 include localities of additional

special status species within the noise footprint, gathered from DAF long-term monitoring and annual survey efforts and the CNDDB.

**Table B.0-1: Federal and State Special Status Species Occurrence Within the Proposed Action Area**

| Species | Status | | Occurrence within the Coastal Zone of the Proposed Action Area[1, 2] |
|---|---|---|---|
| | **USFWS** | **CDFW** | |
| **Invertebrates** | | | |
| Crotch bumble bee (*Bombus crotchii*) | - | SSC | Present in the noise footprint on VSFB, in eastern Santa Barbara, Ventura, and western Los Angeles Counties. |
| Monarch butterfly (*Danaus plexippus*) | Proposed | Special Animal* | Overwintering stands within noise footprint on VSFB, in eastern Santa Barbara, Ventura, and western Los Angeles Counties. |
| **Fish** | | | |
| Tidewater goby (*Eucyclogobius newberryi*) | FT | - | Historic occurrence in Honda Creek on VSFB; surveys have not detected since 2001. Present in San Antonio Creek and Jalama Creek on VSFB. Present in coastal streams within the noise footprint in eastern Santa Barbara, Ventura, and western Los Angeles Counties. |
| Unarmored Threespine Stickleback (*Gasterosteus aculeatus*) | FE | SE | Currently extirpated on Honda Creek on VSFB; historic introduction in Honda Creek in 1984. No individuals have been detected in Honda Creek since the late 1990's. Present in San Antonio Creek on VSFB. |
| Arroyo chub (*Gila orcuttii*) | - | SSC | Not present on Honda Creek and San Antonio Creek on VSFB. Present within the noise footprint on Malibu and Calleguas Creeks in Ventura and western Los Angeles Counties. |
| steelhead - southern California DPS (*Oncorhynchus mykiss*) | FE | Candidate | Present within the noise footprint in coastal streams and rivers of Santa Barbara and western Los Angeles Counties. |
| **Amphibians** | | | |

| Species | Status | | Occurrence within the Coastal Zone of the Proposed Action Area[1,2] |
|---|---|---|---|
| | **USFWS** | **CDFW** | |
| California red-legged frog (*Rana draytonii*) | FT | SSC | Documented within noise footprint on VSFB and coastal Santa Barbara County. |
| Coast range newt (*Taricha torosa*) | - | SSC | Present within the noise footprint in coastal streams of Santa Barbara, Ventura, and western Los Angeles Counties |
| **Reptiles** | | | |
| Northern legless lizard (*Anniella pulchra*) | - | SSC | Present within the noise footprint in Santa Barbara County. |
| Southern legless lizard (*Anniella stebbinsi*) | - | SSC | Present within the noise footprint in Ventura and western Los Angeles Counties. |
| Coastal whiptail (*Aspidoscelis tigris stejnegeri*) | - | SSC | Present within the noise footprint in western Los Angeles County. |
| Coast horned lizard (*Phrynosoma blainvillii*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Southwestern pond turtle (*Actinemys pallida*) | - | SSC | Present within the noise footprint in coastal streams and wetlands of Santa Barbara, Ventura, and western Los Angeles Counties. |
| Two-striped garter snake (*Thamnophis hammondii*) | - | SSC | Present within the noise footprint in Honda Creek on VSFB and the noise footprint in western Santa Barbara County. Potential occurrence in the noise footprint in eastern Santa Barbara and western Los Angeles Counties. |
| **Birds** | | | |
| Allen's hummingbird (*Selasphorus sasin*) | BCC | - | Present within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Bald eagle (*Haliaeetus leucocephalus*) | BCC; BGEPA | SE; Fully Protected | Documented occasional flyovers on VSFB; foraging habitat within noise footprint. Rarely present within the noise footprint in eastern Santa Barbara, Ventura, and western Los Angeles Counties. |
| Bank swallow (*Riparia riparia*) | - | ST | Present within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |

| Species | Status | | Occurrence within the Coastal Zone of the Proposed Action Area[1,2] |
| --- | --- | --- | --- |
| | **USFWS** | **CDFW** | |
| Belding's savannah sparrow (*Passerculus sandwichensis beldingi*) | - | SE | Present in coastal plains within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Black oystercatcher (*Haematopus bachmani*) | BCC | - | Present on sandy beaches and cliffs of VSFB shoreline and within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Black skimmer (*Rynchops niger*) | BCC | - | Present in nearshore ocean waters within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Brant (*Branta bernicla*) | - | SSC | Present in nearshore ocean waters within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Burrowing owl (*Athene cunicularia*) | BCC | SSC | Winters in burrows in grassland areas impacted by noise. Breeding on VSFB has not been documented in optimal breeding habitat on Base since 1984 (reflects a well-documented county-wide decline of the species). Present in coastal plains and agricultural lands within the noise footprint in eastern Santa Barbara, Ventura, and western Los Angeles Counties. |
| California brown pelican (*Pelecanus occidentalis californicus*) | - | Fully Protected | Present in nearshore ocean waters and roosts on beaches and rocks within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| California condor (*Gymnogyps californianus*) | FE | SE | Unlikely on VSFB: may stray into noise footprint on VSFB on occasion. One documented brief occurrence on VSFB in 2017. |
| California least tern (*Sterna antillarum browni*) | FE | SE | Present in noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Costa's hummingbird (*Calypte costae*) | BCC | - | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |

**SpaceX Falcon Program at VSFB, Ca**                                          **July 2024**

| Species | Status | | Occurrence within the Coastal Zone of the Proposed Action Area[1,2] |
|---------|--------|---------|---------------------------------------------------|
|         | USFWS  | CDFW    |                                                   |
| Golden eagle (*Aquila chrysaetos*) | BGEPA | Fully Protected | Present within noise footprint on VSFB and Santa Barbara County. Rare in Ventura and western Los Angeles Counties. |
| Grasshopper sparrow (*Ammodramus savannarum*) | - | SSC | Present in coastal plains within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Lawrence's goldfinch (*Spinus lawrencei*) | BCC | - | Present in shrub and riparian habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Least Bell's vireo (*Vireo bellii pusillus*) | FE | SE | Documented within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Light-footed Ridgeway's rail (*Rallus obsoletus levipes*) | FE | SE | Present in coastal salt marshes within the noise footprint of Ventura County. |
| Loggerhead shrike (*Lanius ludovicianus*) | BCC | SSC Nesting | Documented in shrub and riparian habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Long-billed curlew (*Numenius americanus*) | BCC | - | Present on rocky coastline at low tide and beaches within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Marbled godwit (*Limosa fedoa*) | BCC | - | Present on sandy beaches and rocky coastline at low tide within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Marbled murrelet (*Brachyramphus marmoratus*) | FT | SE | Present in nearshore ocean waters within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Northern harrier (*Circus hudsonius*) | - | SSC Nesting | Present in grassland within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |

**SpaceX Falcon Program at VSFB, Ca**                                                      **July 2024**

| Species | Status | | Occurrence within the Coastal Zone of the Proposed Action Area[1,2] |
|---------|--------|--------|---------------------------------------|
|         | **USFWS** | **CDFW** | |
| Nuttall's woodpecker (*Dryobates nuttallii*) | BCC | - | Present in riparian habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Oak titmouse (*Baeolophus inornatus*) | BCC | - | Present in riparian and non-native tree habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Peregrine falcon (*Falco peregrinus anatum*) | BCC Nesting | Fully Protected Nesting | Present in coastal habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Short-billed dowitcher (*Limnodromus griseus*) | BCC | - | Present on rocky coastline at low tide and beaches within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Whimbrel (*Numenius phaeopus*) | BCC | - | Present on rocky coastline at low tide and beaches within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Western snowy plover (*Charadrius nivosus nivosus*) | FT; BCC | SSC Nesting | Present on rocky coastline at low tide, nests on sandy beaches within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Willet (*Tringa semipalmata*) | BCC | - | Present on rocky coastline at low tide and beaches impacted by noise in Santa Barbara, Ventura, and western Los Angeles Counties. |
| White-tailed kite (*Elanus leucurus*) | - | Fully Protected Nesting | Present in riparian and non-native tree habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Yellow warbler (*Setophaga petechia*) | BCC | SSC Nesting | Present in riparian habitat within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| **Terrestrial Mammals** | | | |

**SpaceX Falcon Program at VSFB, Ca**                                      **July 2024**

| Species | Status | | Occurrence within the Coastal Zone of the Proposed Action Area[1, 2] |
|---|---|---|---|
| | USFWS | CDFW | |
| Pallid bat (*Antrozous pallidus*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Spotted bat (*Euderma maculatum*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Townsend's big-eared bat (*Corynorhinus townsendii*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Western red bat (*Lasiurus blossevillii*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| Western mastiff bat (*Eumops perotis californicus*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| San Diego desert woodrat (*Neotoma lepida intermedia*) | - | SSC | Present within the noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |
| South coast marsh vole (*Microtus californicus stephensi*) | - | SSC | Present within the noise footprint in Ventura County. |
| Southern California saltmarsh shrew (*Sorex ornatus salicornicus*) | - | SSC | Present in coastal salt marshes of Ventura County. |
| American badger (*Taxidea taxus*) | - | SSC | Present within noise footprint in Santa Barbara, Ventura, and western Los Angeles Counties. |

Notes: BGEPA = Bald and Golden Eagle Protection Act; FE = Federally Endangered Species; FT = Federally Threatened Species; SE = State Endangered Species; SSC = California State Species of Special Concern; SE = State Endangered Species; SSC = State Candidate Species; BCC = Federal Bird of Conservation Concern

[1] Source: California Natural Diversity Database (CNDDB; 2024); eBird (2024; https://ebird.org/); and various Vandenberg Space Force Base natural resources reports.

[2] Potential presence for CNDDB species in the action area was determined by comparing spatial overlap of CNDDB records with potential noise footprint, and the Coastal Zone.

**Table B.0-2:ESA-listed fish species occurrence within the Action Area**

| Common Name | Scientific Name | DPS or ESU | Federal Status | Presence in Action Area |
|---|---|---|---|---|
| Steelhead | *Oncorhynchus mykiss* | Southern California Coast | FE | Documented in the nearshore and offshore waters.[3] |

**SpaceX Falcon Program at VSFB, Ca**                                    **July 2024**

| Chinook salmon | *Oncorhynchus tshawytscha* | 5 ESUs[1] | FT | Specific ESUs present or potentially present in the nearshore and offshore waters.[4, 5, 6, 7, 8] |
| Coho salmon | *Oncorhynchus kisutch* | 4 ESUs[2] | FT | Documented in the nearshore and offshore waters.[9] |
| Green sturgeon | *Acipenser medirostris* | Southern | FT | Likely present primarily along continental shelf waters of the West Coast |
| Oceanic whitetip shark | *Carcharhinus longimanus* | - | FT | Present in open ocean waters from Southern California to Peru[10] |
| Scalloped hammerhead shark | *Sphyrna lewini* | Eastern Pacific | FE | Present in coastal and semi-oceanic water in temperate and tropical regions.[11] |

Notes: ESU = Evolutionarily Significant Unit, DPS = Distinct Population Segment; FE = federally endangered; FT = federally threatened

[1] Chinook salmon ESUs include California Coastal (FT), Central Valley Spring-Run (FT), Lower Columbia River (FT), and Sacramento River Winter-Run (FT)

[2] Coho salmon ESUs include Central California Coast (FT) and Southern Oregon and Northern California Coasts (FT).

[3] Good, T.P., R.S. Waples, and P. Adams, (Eds.). 2005. Updated Status of Federally Listed ESUs of West Coast Salmon and Steelhead. Seattle, WA: U.S. Department of Commerce, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Northwest Fisheries Science Center.

[4] Quinn, T.P., and K.W. Myers. 2005. Anadromy and the marine migrations of Pacific salmon and trout: Rounsefell revisited. Reviews in Fish Biology and Fisheries 14: 421–442.

[5] Sharma, R. 2009. Survival, Maturation, Ocean Distribution and Recruitment of Pacific Northwest Chinook Salmon (*Oncorhynchus tshawytscha*) in Relation to Environmental Factors, and Implications for Management. (Unpublished doctoral dissertation). University of Washington, Seattle, WA.

[6] Bellinger, M.R., M.A. Banks, S.J. Bates, E.D. Crandall, C.G. Garza, and P.W. Lawson. 2015. Geo-Referenced, Abundance Calibrated Ocean Distribution of Chinook Salmon (*Oncorhynchus tshawytscha*) Stocks across the West Coast of North America. PLoS One 10(7): e0131276.

[7] Satterthwaite, W.H., J. Ciancio, E.D. Crandall, M.L. Palmer-Zwahlen, A.M. Grover, M.R. O'Farrell, E.C. Anderson, M.S. Mohr, and C. Garza. 2015. Stock composition and ocean spatial distribution inference from California recreational Chinook salmon fisheries using genetic stock identification. Fisheries Research 170: 166-178.

[8] Hendrix, N., A.-M. K. Osterback, E. Jennings, E. Danner, V. Sridharan, C. M. Greene, and S.T. Lindley. 2019. Model Description for the Sacramento River Winter-run Chinook Salmon Life Cycle Model. Seattle, WA: National Marine Fisheries Service.

[9] Fisher, J.P., L.A. Weitkamp, D.J. Teel, S.A. Hinton, J.A. Orsi, E.V. Farley Jr., J.F.T. Morris, M.E. Thiess, R.M. Sweeting, and M. Trudel. 2014. Early Ocean Dispersal Patterns of Columbia River Chinook and Coho Salmon. Transactions of the American Fisheries Society 143(1): 252–272.

[10] Baum, J., E. Medina, J.A. Musick, and M. Smale. 2015. *Carcharhinus longimanus*. The International Union for Conservation of Nature Red List of Threatened Species 2015: e.T39374A85699641.

[11] Compagno, L.J.V. 1984. FAO Species Catalogue. Sharks of the World. An Annotated and Illustrated Catalogue of Shark Species Known to Date. Part 2. Carcharhiniformes (FAO Fisheries Synopsis No. 125). Tiburon, CA: San Francisco State University.

**Table B.0-3: ESA-listed turtle species occurrence within the Action Area**

| Common Name | Scientific Name | DPS or ESU | Federal Status | Presence in Action Area |
|---|---|---|---|---|
| Green sea turtle | *Chelonia mydas* | East Pacific / Central North Pacific | FT | Present in offshore and nearshore subtropical waters.[1] |
| Leatherback sea turtle | *Dermochelys coriacea* | - | FE | Present in offshore and nearshore waters.[2] |
| Olive ridley sea turtle | *Lepidochelys olivacea* | Mexico Pacific Coast | FE | Present in offshore and nearshore waters.[3] |

| Common Name | Scientific Name | DPS or ESU | Federal Status | Presence in Action Area |
|---|---|---|---|---|
| Hawksbill sea turtle | *Eretmochelys imbricata* | - | FE | Present in offshore and nearshore waters of Mexico.[4] |
| Loggerhead turtle | *Caretta caretta* | North Pacific | FE | Present in small numbers in offshore waters generally north of Point Conception.[5] |

Notes: ESU = Evolutionarily Significant Unit; DPS = Distinct Population Segment; FE = federally endangered; FT = federally threatened

[1] Clifton, K., D.O. Cornejo, and R.S. Felger. 1995. Sea turtles of the Pacific coast of Mexico. In K. A. Bjorndal (Ed.), Biology and Conservation of Sea Turtles (Revised ed., pp. 199-209). Washington, DC: Smithsonian Institution Press.

[2] Conant, T.A., P.H. Dutton, T. Eguchi, S. P. Epperly, C.C. Fahy, M. H. Godfrey, S.L. MacPherson, E.E. Possardt, B.A. Schroeder, J.A. Seminoff, M.L. Snover, C.M. Upite, and B.E. Witherington. 2009. Loggerhead sea turtle (*Caretta caretta*) 2009 status review under the U.S. Endangered Species Act (Report of the loggerhead biological review team to the National Marine Fisheries Service, August 2009). Silver Spring, MD: Loggerhead Biological Review Team.

[3] National Marine Fisheries Service and U.S. Fish and Wildlife Service. 2007. Olive Ridley Sea Turtle (*Lepidochelys olivacea*) 5-year Review: Summary and Evaluation. (pp. 64). Silver Spring, MD: National Marine Fisheries Service.

[4] National Marine Fisheries Service, and U.S. Fish and Wildlife Service. 2013. Hawksbill sea turtle (*Eretmochelys imbricata*) 5-year review: summary and evaluation. Jacksonville, FL: Jacksonville Ecological Services Field Station.

[5] Bailey, H., S.R. Benson, G.L. Shillinger, S.J. Bograd, P.H. Dutton, S.A. Eckert, S.J. Morreale, F.V. Paladino, T. Eguchi, D.G. Foley, B.A. Block, R. Piedra, C. Hitipeuw, R.F. Tapilatu, and J.R. Spotila. 2012. Identification of distinct movement patterns in Pacific leatherback turtle populations influenced by ocean conditions. Ecological Applications 22(3): 735–747.

**Table B.0-4: Marine Mammals within the Action Area**

| Common Name | Scientific Name | DPS or ESU | Federal Status | Presence in Action Area |
|---|---|---|---|---|
| Blue whale | *Balaenoptera musculus* | - | FE; MMPA | Present with high densities in summer/fall; single individuals in winter/spring.[1] |
| Fin whale | *Balaenoptera physalus* | - | FE; MMPA | Present year-round with higher densities in the summer and fall.[2] |
| Gray whale | *Eschrichtius robustus* | Western North Pacific | FE; MMPA | Present during seasonal migration in the winter and spring.[3,4] |
| Humpback whale | *Megaptera novaeangliae* | Mexico | FT; MMPA | Individuals present year-round with higher seasonal presence during the summer migrations from Mexico and Central America.[5, 6, 7] |
| | | Central America | FE; MMPA | |
| Killer whale | *Orcinus orca* | Southern Resident | FE; MMPA | Occasionally present offshore of Central and Southern California.[8, 9] |
| Sei whale | *Balaenoptera borealis* | - | FE; MMPA | Present year round with more likely presence in the winter and spring.[10] |
| Sperm whale | *Physeter macrocephalus* | - | FE; MMPA | Present year round with a preference for deep waters and the continental shelf break and slope.[11] |
| Steller sea lion | *Eumetopias jubatus* | - | MMPA | Present in California coastal waters and haulouts within the noise footprint on VSFB and the NCI.[12] |
| Northern elephant seal | *Mirounga angustirostris* | - | MMPA | Present in California coastal waters and haulouts within the noise footprint on VSFB and the NCI.[12] |
| Pacific harbor seal | *Phoca vitulina richardii* | - | MMPA | Present in California coastal waters and haulouts within the noise footprint on VSFB, the NCI, and the south coast of Santa Barbara and Ventura Counties.[12] |

**SpaceX Falcon Program at VSFB, Ca**                                                    **July 2024**

| Common Name | Scientific Name | DPS or ESU | Federal Status | Presence in Action Area |
|---|---|---|---|---|
| California sea lion | *Zalophus californianus* | - | MMPA | Present in California coastal waters and haulouts within the noise footprint on VSFB and the NCI.[12] |
| Guadalupe fur seal | *Arctocephalus townsendi* | - | FT; MMPA | Present in California coastal waters and haulouts within the noise footprint on the NCI.[12] |
| Southern sea otter | *Enhydra lutris nereis* | - | FT; MMPA | Present along coast of California from Santa Barbara County and north.[13] |

Notes: ESU = Evolutionarily Significant Unit; DPS = Distinct Population Segment; FE = federally endangered; FT = federally threatened; NCI = Northern Channel Islands

Sources:

[1] Becker, E.A., K.A. Forney, P.C. Fiedler, J. Barlow, S.J. Chivers, C.A. Edwards, A.M. Moore, and J.V. Redfern. 2016. Moving Towards Dynamic Ocean Management: How Well Do Modeled Ocean Products Predict Species Distributions? Remote Sensing 8(2): 149.

[2] Mizroch, S.A., D.W. Rice, D. Zwiefelhofer, J.M. Waite, and W.L. Perryman. 2009. Distribution and movements of fin whales in the North Pacific Ocean. Mammal Review 39(3): 193–227.

[3] Jefferson, T.A., M.A. Webber, and R.L. Pitman. 2008. Marine Mammals of the World: A Comprehensive Guide to Their Identification. London, United Kingdom: Elsevier.

[4] Jones, M.L., and S.L. Swartz. 2009. Gray whale, *Eschrichtius robustus*. In W. F. Perrin, B. Wursig, & J. G. M. Thewissen (Eds.), Encyclopedia of Marine Mammals (2nd ed., pp. 503–511). Cambridge, MA: Academic Press.

[5] Dohl, T.P., R.C. Guess, M.L. Duman, and R.C. Helm. 1983. Cetaceans of Central and Northern California, 1980-1983: Status, Abundance, and Distribution (OCS Study MMS 84–005). Los Angeles, CA: U.S. Department of the Interior, Minerals Management Service, Pacific Outer Continental Shelf Region.

[6] Forney, K.A., and J. Barlow. 1998. Seasonal patterns in the abundance and distribution of California cetaceans, 1991–1992. Marine Mammal Science 14(3): 460–489.

[7] Campbell, G.S., L. Thomas, K. Whitaker, A.B. Douglas, J. Calambokidis, and J.A. Hildebrand. 2015. Inter-annual and seasonal trends in cetacean distribution, density and abundance off southern California. Deep Sea Research Part II: Topical Studies in Oceanography 112: 143–157.

[8] Hanson, M.B., E.J. Ward, C.K. Emmons, and M.M. Holt. 2018. Modeling the occurrence of endangered killer whales near a U.S. Navy Training Range in Washington State using satellite-tag locations to improve acoustic detection data. Seattle, WA: National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Northwest Fisheries Science Center.

[9] Hanson, M.B., E.J. Ward, C.K. Emmons, M.M. Holt, and D.M. Holzer. 2017. Assessing the Movements and Occurrence of Southern Resident Killer Whales Relative to the U.S. Navy's Northwest Training Range Complex in the Pacific Northwest. Seattle, WA: National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Northwest Fisheries Science Center.

[10] Smultea, M.A., T.A. Jefferson, and A.M. Zoidis. 2010. Rare sightings of a Bryde's whale (*Balaenoptera edeni*) and Sei whales (*B. borealis*) (Cetacea: Balaenopteridae) northeast of Oahu, Hawaii. Pacific Science 64(3): 449–457.

[11] Smultea, M. 2014. Changes in Relative Occurrence of Cetaceans in the Southern California Bight: A Comparison of Recent Aerial Survey Results with Historical Data Sources. Aquatic Mammals 40(1): 32–43.

[12] National Marine Fisheries Service pinniped count data; Naval Base Ventura County pinniped count data; and various Vandenberg Space Force Base natural resources reports

[13] USGS count data and various Vandenberg Space Force Base natural resources reports

**SpaceX Falcon Program at VSFB, Ca**                                                    **July 2024**



**Figure B.0-1. Special status mammal CNDDB localities and Falcon 9 SLC-4 static fire, launch, and landing rocket engine noise model results.**

**SpaceX Falcon Program at VSFB, Ca**                                                  **July 2024**



**Figure B.0-2.** Special status mammal CNDDB localities and example SLC-4 landing sonic boom contours.

**SpaceX Falcon Program at VSFB, Ca**                                                    **July 2024**



**Figure B.0-3.  Northern legless lizard localities and Falcon 9 SLC-4 static fire, launch, and landing rocket engine noise model results.**

SpaceX Falcon Program at VSFB, Ca    July 2024



**Figure B.0-4. Northern legless localities and example SLC-4 landing sonic boom contours.**

**SpaceX Falcon Program at VSFB, Ca**                                    **July 2024**



**Figure B.0-5.** Other sensitive species and Falcon 9 SLC-4 static fire, launch, and landing rocket engine noise model results.

SpaceX Falcon Program at VSFB, Ca                                         July 2024



Figure B.0-6. Other sensitive species and example SLC-4 landing sonic boom contours.



**Figure B.0-7. Seabirds, shorebirds, and Falcon 9 SLC-4 static fire, launch, and landing rocket engine noise model results.**

SpaceX Falcon Program at VSFB, Ca                                                    July 2024



**Figure B.0-8.** Seabirds, shorebirds, and example SLC-4 landing sonic boom contours.

# APPENDIX C – SBC EVACUATION EMAIL NOTIFICATIONS

| | |
|---|---|
| **From:** | Santa Barbara County Parks Reservations |
| **To:** | Santa Barbara County Parks Reservations |
| **Subject:** | IMPORTANT INFORMATION REGARDING YOUR JALAMA BEACH RESERVATION (November 16) |

Dear Valued Jalama Beach County Park Visitor,

Vandenberg Space Force Base and SpaceX has scheduled a launch for Thursday, November 16, 2023. The launch window is from 11:38 pm to 3:30 am the early morning of the 17th.

At this time **Jalama Beach is <u>not</u> subject to an evacuation** order due to the estimated number of overnight visitors being below the population threshold set by Space Force Launch Control, Safety Office, and the Federal Aviation Administration (FAA).  **However, as the launch date/time approaches, if the estimated population threshold is exceeded, there will be a need to evacuate the campground from 3-hrs prior am/pm on November 16th until an all-clear status is issued by Space Force**.

While we **<u>do not</u>** anticipate the need to evacuate the campground at this time, please note the following:

- If an evacuation order is issued you will be notified in a subsequent email and all campers will be evacuated to the end of Jalama Road on to Highway 1. If you will be in mid-stay, you do not have to break down your campsite, and large camping gear may be left behind; however, we do recommend you take your valuables with you.
- While the campground is not currently subject to evacuation, if you do stay overnight in the park, please be advised while highly unlikely, there is a small risk of launch vehicle failure which could cause debris to fall on the campground.
- If you would like to move your check-in date or shorten your stay, depending on availability, please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center at (805) 568-2460. All changes will be made at no additional charge, and any shortened stays will be partially refunded.
- You may move your stay the evening of the launch to Cachuma Lake Recreation Area, depending on availability, which is approximately 50 miles from Jalama Beach. Please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center at (805) 568-2460 for availability at Cachuma Lake.
- If you would like to completely cancel the reservation, please submit a reservation change form by visiting www.sbparks.org/support or contact our Call Center (805) 568-2460. You must contact the Call Center by web form or phone to receive a full refund for your cancellation. Remember to disclose the "Jalama Safety Relocation" as the reason for your cancellation. Alternatively, please be advised that cancellations and refund requests initiated through the website will only include the site fee.

Please note that there is always a possibility that the launch may be cancelled or postponed to a later time. Backup dates are November 17th, 18th, and 19th.

We sincerely apologize for any inconvenience this may have caused, and hope this notification will

help you make any necessary adjustments to your plans. Please let us know if you have any questions or concerns regarding this launch, and thank you for camping at Jalama Beach Park.

# APPENDIX D – NMFS LETTER OF AUTHORIZATION

UNITED STATES DEPARTMENT OF COMMERCE
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
1315 East-West Highway
Silver Spring, Maryland 20910

DEPARTMENT OF COMMERCE

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

NATIONAL MARINE FISHERIES SERVICE

Letter of Authorization

The U.S. Space Force (USSF), is hereby authorized to take marine mammals incidental to those activities at Vandenberg Space Force Base (VSFB), California, in accordance with 50 CFR 217, Subpart G--Taking Marine Mammals Incidental to U.S. Space Force Launches and Operations at Vandenberg Space Force Base (VSFB), California subject to the provisions of the Marine Mammal Protection Act (16 U.S.C. 1361 *et seq.*; MMPA) and the following conditions:

1. This Letter of Authorization (LOA) is valid April 10, 2024, through April 9, 2029.

2. This Authorization is valid only for the unintentional taking of the species and stocks of marine mammals identified in Condition 4 incidental to rocket and missile launches and supporting operations originating at VSFB.

3. This Authorization is valid only if USSF or any person(s) operating under its authority implements the mitigation, monitoring, and reporting required pursuant to 50 CFR §§ 217.64 and 217.65 and implements the Terms and Conditions of this Authorization.

4. <u>General Conditions</u>

    (a) A copy of this LOA must be in the possession of USSF, its designees, and personnel operating under the authority of this LOA.

    (b) The incidental take of marine mammals under the activities identified in Condition 2 and 50 CFR § 217.60 of the regulations, by Level B harassment only, is limited to the species and stocks and number of takes shown in Table 1.

| Species | Stock | Annual Take by Level B harassment | 5-Year Total Take by Level B harassment |
|---------|-------|-----------------------------------|-----------------------------------------|
| Harbor seal | California | 11,135 | 38,591 |
| California sea lion | United States | 84,870 | 281,021 |
| Northern elephant seal | California Breeding | 9,438 | 29,590 |
| Steller sea lion | Eastern | 550 | 1,900 |
| Northern fur seal | California | 5,909 | 18,383 |
| Guadalupe fur seal | Mexico | 23 | 71 |



(c) The taking by injury (Level A harassment), serious injury, or death of any of the species listed in condition 3(b) of the Authorization or any taking of any other species of marine mammal is prohibited and may result in the modification, suspension, or revocation of this LOA.

5. Mitigation

USSF, and any persons operating under its authority, must implement the following mitigation measures when conducting the activities identified in Condition 2 of this Authorization.

(a) USSF must provide pupping information to launch proponents at the earliest possible stage in the launch planning process and direct launch proponents to, if practicable, avoid scheduling launches during pupping seasons on VSFB from 1 March to 30 April and on the Northern Channel Islands from 1 June- 31 July. If practicable, rocket launches predicted to produce a sonic boom on the Northern Channel Islands >3 pounds per square foot (psf) from 1 June – 31 July will be scheduled to coincide with tides in excess of +1.0 ft (0.3 m), with an objective to do so at least 50 percent of the time.

(b) For manned flight operations, aircraft must use approved routes for testing and evaluation. Manned aircraft must also remain outside of a 1,000-ft (305 m) buffer around pinniped rookeries and haul-out sites (except in emergencies such as law enforcement response or Search and Rescue operations, and with a reduced, 500-ft (152 m) buffer at Small Haul-out 1).

(c) UAS classes 0-2 must maintain a minimum altitude of 300 ft (91 m) over all known marine mammal haulouts when marine mammals are present, except at take-off and landing. Class 3 must maintain a minimum altitude of 500 ft (152 m), except at take-off and landing. UAS classes 4 and 5 only operate from the VSFB airfield and must maintain a minimum altitude of 1,000 ft (305 m) over marine mammal haulouts except at take-off and landing. USSF must not fly class 4 or 5 UAS below 1,000 ft (305 m) over haulouts.

6. Monitoring

USSF is required to conduct marine mammal and acoustic monitoring as described below:

(a) Monitoring at VSFB and NCI must be conducted by at least one NMFS-approved Protected Species Observer (PSO) trained in marine mammal science. PSOs must have demonstrated proficiency in the identification of all age and sex classes of all marine mammal species that occur at VSFB and on NCI. They must be knowledgeable of approved count methodology and have experience in observing pinniped behavior, especially that due to human disturbances.

(b) In the event that the PSO requirements described in paragraph (a) of this section cannot be met (*e.g.*, access is prohibited due to safety concerns), daylight or nighttime video monitoring must be used in lieu of PSO monitoring. In certain circumstances where the daylight or nighttime video monitoring is also not possible (*e.g.*, USSF is unable to access a monitoring site due to road conditions or human safety concerns), USSF must notify NMFS.

(c) At VSFB, USSF must conduct marine mammal monitoring and take acoustic measurements for all new rockets, for rockets (existing and new) launched from new facilities, and for larger or louder rockets (including those with new launch proponents) than those that have been previously launched from VSFB during their first three launches and for the first three launches from any new facilities during March through July.

    i. For launches that occur during the harbor seal pupping season (March 1 through June 30) or when higher numbers of California sea lions are present (June 1 through July 31), monitoring must be conducted. At least one NMFS-approved PSO trained in marine mammal science must conduct the monitoring.

    ii. When launch monitoring is required, monitoring must begin at least 72 hours prior to the launch and continue through at least 48 hours after the launch. Monitoring must include multiple surveys each day, with a minimum of four surveys per day.

    iii. For launches within the harbor seal pupping season, USSF must conduct a follow-up survey of pups.

    iv. For launches that occur during daylight, USSF must make time-lapse video recordings to capture the reactions of pinnipeds to each launch. For launches that occur at night, USSF must employ night video monitoring, when feasible.

    v. When possible, PSOs must record: species, number, general behavior, presence and number of pups, age class, gender, and reaction to launch noise, or to natural or other human-caused disturbances. PSOs must also record environmental conditions, including visibility, air temperature, clouds, wind speed and direction, tides, and swell height and direction.

(d) USSF must conduct sonic boom modeling prior to the first three small or medium rocket launches from new launch proponents or at new launch facilities, and all heavy or super-heavy rocket launches.

(e) USSF must conduct marine mammal monitoring and take acoustic measurements at the NCI if the sonic boom model indicates that pressures from a boom will reach or exceed 7 psf from 1 January through 28 February, 5 psf from 1 March through 31

July, or 7 psf from 1 August through 30 September. No monitoring is required on NCI from 1 October through 31 December.

i. The monitoring site must be selected based upon the model results, prioritizing a significant haulout site on one of the islands where the maximum sound pressures are expected to occur.

ii. USSF must estimate the number of animals on the monitored beach and record their reactions to the launch noise and conduct more focused monitoring on a smaller subset or focal group.

iii. Monitoring must commence at least 72 hours prior to the launch, during the launch and at least 48 hours after the launch, unless no sonic boom is detected by the monitors and/or by the acoustic recording equipment, at which time monitoring may be stopped.

iv. For launches that occur in darkness, USSF must use night vision equipment.

v. Monitoring for each launch must include multiple surveys each day that record, when possible: species, number, general behavior, presence of pups, age class, gender, and reaction to sonic booms or natural or human-caused disturbances.

vi. USSF must collect photo and/or video recordings for daylight launches when feasible, and if the launch occurs in darkness night vision equipment will be used.

vii. USSF must record environmental conditions, including visibility, air temperature, clouds, wind speed and direction, tides, and swell height and direction.

(f) USSF must continue to test equipment and emerging technologies, including but not limited to night vision cameras, newer models of remote video cameras and other means of remote monitoring at both VSFB and on the NCI.

(g) USSF must evaluate UAS based or space-based technologies that become available for suitability, practicability, and for any advantage that remote sensing may provide to existing monitoring approaches.

(h) USSF must monitor marine mammals during the first three launches of the missiles for the new Ground Based Strategic Defense program during the months of March through July across the 5-year duration of this LOA.

i. When launch monitoring is required, monitoring must include multiple surveys each day, with a minimum of four surveys per day.

        ii.    When possible, PSOs must record: species, number, general behavior, presence and number of pups, age class, gender, and reaction to launch noise, or to natural or other human-caused disturbances. PSOs must also record environmental conditions, including visibility, air temperature, clouds, wind speed and direction, tides, and swell height and direction.

(i)    USSF must conduct semi-monthly surveys (two surveys per month) to monitor the abundance, distribution, and status of pinnipeds at VSFB. Whenever possible, these surveys will be timed to coincide with the lowest afternoon tides of each month when the greatest numbers of animals are usually hauled out. If a VSFB or area closure precludes monitoring on a given day, USSF must monitor on the next best day.

        i.    PSOs must gather the following data at each site: species, number, general behavior, presence and number of pups, age class, gender, and any reactions to natural or human-caused disturbances. PSOs must also record environmental conditions, including visibility, air temperature, clouds, wind speed and direction, tides, and swell height and direction.

7.  <u>Reporting</u>

(a)    USSF must submit an annual report each year to NMFS Office of Protected Resources and West Coast Region on March 1st of each year that describes all activities and monitoring for the specified activities during that year. This includes launch monitoring information in Condition 7(a)(i) through (iii) for each launch where monitoring is required or conducted. The annual reports must also include a summary of the documented numbers of instances of harassment incidental to the specified activities, including non-launch activities (*e.g.*, takes incidental to aircraft or helicopter operations observed during the semi-monthly surveys). Annual reports must also include the results of the semi-monthly sentinel marine mammal monitoring described in Condition 6(i), results of tests of equipment and emerging technologies described in condition 6(f), and results of evaluation of UAS based or space-based technologies described in condition 6(g).

        i.    Launch information, including:

            1)    Date(s) and time(s) of the launch (and sonic boom, if applicable);

            2)    Number(s), type(s), and location(s) of rockets or missiles launched;

        ii.    Monitoring program design; and

        iii.    Results of the launch-specific monitoring program, including:

            1)    Date(s) and location(s) of marine mammal monitoring;

2) Number of animals observed, by species, on the haulout prior to commencement of the launch or recovery;

3) General behavior and, if possible, age (including presence and number of pups) and sex class of pinnipeds hauled out prior to the launch or recovery;

4) Number of animals, by species, age, and sex class that responded at a level indicative of harassment. Harassment is characterized by:

   A. Movements in response to the source of disturbance, ranging from short withdrawals at least twice the animal's body length to longer retreats over the beach, or if already moving a change of direction of greater than 90 degrees; or

   B. All retreats (flushes) to the water.

5) Number of animals, by species, age, and sex class that entered the water, the length of time the animal(s) remained off the haulout, and any behavioral responses by pinnipeds that were likely in response to the specified activities, including in response to launch noise or a sonic boom;

6) Environmental conditions including visibility, air temperature, clouds, wind speed and direction, tides, and swell height and direction; and

7) Results of acoustic monitoring, including the following:

   A. Recorded sound levels associated with the launch (in SEL, $SPL_{peak}$, and $SPL_{rms}$);

   B. Recorded sound levels associated with the sonic boom (if applicable), in psf; and

   C. The estimated distance of the recorder to the launch site and the distance of the closest animals to the launch site.

iv. Results of the semi-monthly sentinel marine mammal monitoring described in Condition 6(i), including:

   1) Number of animals observed, by species;

   2) General behavior and, if possible, age (including presence and number of pups) and sex class of pinnipeds hauled out;

3)    Any reactions to natural or human-caused disturbances;

4)    Environmental conditions including visibility, air temperature, clouds, wind speed and direction, tides, and swell height and direction.

(b) USSF must submit a final, comprehensive 5-year report to NMFS Office of Protected Resources within 90 days of the expiration of this LOA. This report must:

    i.    Summarize the activities undertaken and the results reported in all annual reports;

    ii.    Assess the impacts at each of the major rookeries; and

    iii.    Assess the cumulative impacts on pinnipeds and other marine mammals from the activities specified in Condition 2.

(c) If the activity identified in Condition 2 likely resulted in the take of marine mammals not identified in Condition 4(b), then the USSF must notify the NMFS Office of Protected Resources and the NMFS West Coast Region stranding coordinator within 24 hours of the discovery of the take.

(d) In the event that personnel involved in the activities discover an injured or dead marine mammal, USSF must report the incident to the Office of Protected Resources (OPR), NMFS (PR.ITP.MonitoringReports@noaa.gov and itp.davis@noaa.gov) and to the West Coast regional stranding network (866-767-6114) as soon as feasible.

The report must include the following information:

    i.    Time, date, and location (latitude/longitude) of the first discovery (and updated location information if known and applicable);

    ii.    Species identification (if known) or description of the animal(s) involved;

    iii.    Condition of the animal(s) (including carcass condition if the animal is dead);

    iv.    Observed behaviors of the animal(s), if alive;

    v.    If available, photographs or video footage of the animal(s); and

    vi.    General circumstances under which the animal was discovered.

(e) If real-time monitoring during a launch shows that the activity identified in Condition 2 is reasonably likely to have resulted in the mortality or injury of any marine mammal, USSF must notify NMFS within 24 hours (or next business day). NMFS and USSF must then jointly review the launch procedure and the mitigation

7

requirements and make appropriate changes through the adaptive management process, as necessary and before any subsequent launches of rockets and missiles with similar or greater sound fields and/or sonic boom pressure levels.

8. This Authorization may be modified, suspended or withdrawn if USSF fails to abide by the conditions prescribed herein or if the authorized taking is having more than a negligible impact on the species or stock of affected marine mammals.

9. <u>Renewals and Modifications of Letter of Authorization</u>

    (a) A LOA issued under 50 CFR §§ 216.106 and § 217.66 for the activity identified in Condition 2 of this Authorization and 50 CFR § 217.60(a) and (b) shall be modified upon request by USSF, provided that:

        i. The specified activity and mitigation, monitoring, and reporting measures, as well as the anticipated impacts, are the same as those described and analyzed for this subpart (excluding changes made pursuant to the adaptive management provision in paragraph (c) of this section); and

        ii. NMFS determines that the mitigation, monitoring, and reporting measures required by the previous LOA under these regulations were implemented.

    (b) For LOA modification or renewal requests by the applicant that include changes to the activity or the mitigation, monitoring, or reporting measures (excluding changes made pursuant to the adaptive management provision in paragraph (c) of this section) that do not change the findings made for the regulations or that result in no more than a minor change in the total estimated number of takes (or distribution by species or stock or years), NMFS may publish a notice of proposed changes to the LOA in the *Federal Register*, including the associated analysis of the change, and solicit public comment before issuing the LOA.

    (c) An LOA issued under 50 CFR §§ 216.106 and 217.66 for the activity identified in Condition 2 of this Authorization and 50 CFR § 217.60(a) and (b) may be modified by NMFS under the following circumstances:

        i. After consulting with the USSF regarding the practicability of the modifications, NMFS, through adaptive management, may modify (including adding or removing measures) the existing mitigation, monitoring, or reporting measures if doing so creates a reasonable likelihood of more effectively accomplishing the goals of the mitigation and monitoring.

        ii. Possible sources of data that could contribute to the decision to modify the mitigation, monitoring, or reporting measures in an LOA include:

            1) Results from the USSF's monitoring from the previous year(s);

2) Results from other marine mammal and/or sound research or studies; or

3) Any information that reveals marine mammals may have been taken in a manner, extent or number not authorized by these regulations or a subsequent LOA.

iii. If, through adaptive management, the modifications to the mitigation, monitoring, or reporting measures are more than minor, NMFS will publish a notice of the proposed changes to the LOA in the *Federal Register* and solicit public comment.

(d) If NMFS determines that an emergency exists that poses a significant risk to the well-being of the species or stocks of marine mammals specified in the regulations and this Authorization, an LOA may be modified without prior notice or opportunity for public comment. Notice would be published in the *Federal Register* within 30 days of the action.

MARZIN.CATHERINE.
GAELLE.1365836082

Digitally signed by
MARZIN.CATHERINE.GAELLE.136
5836082
Date: 2024.04.09 11:41:00 -04'00'

For Kimberly Damon-Randall, Director
Office of Protected Resources