UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES, CORP., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA COASTAL COMMISSION et al., <br><br> Defendants. | Case No. 2:24-cv-08893-SB-SK <br><br> ORDER GRANTING IN PART REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT [DKT. NO. 36] |

Having considered the Parties' stipulation, the Court hereby orders as follows:

1. Service of the First Amended Complaint (FAC), Dkt. No. 31, was effectuated as to all Defendants on December 13, 2024.

2. The deadline for Defendants to file their anticipated Rule 12(b) motion to dismiss or to otherwise respond to the FAC is extended to January 14, 2025. Any such motion will be set for hearing on February 21, 2025.

3. Plaintiff's deadline to file an opposition to Defendants' anticipated motion to dismiss is January 28, 2025.

4. Defendants' deadline to file a reply, if any, is February 4, 2025.

Dated: December 20, 2024

Stanley Blumenfeld, Jr.
United States District Judge

1