UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA COASTAL COMMISSION et al.,<br><br>    Defendants. | Case No. 2:24-cv-08893-SB-SK<br><br>ORDER GRANTING IN PART STIPULATION FOR EXTENDED BRIEFING SCHEDULE [DKT. NO. 38] |

    After the Court granted in part the parties' stipulation to extend time for Defendants to respond to the First Amended Complaint (FAC) and for an extended briefing schedule, Dkt. No. 37, the parties filed a second stipulation requesting a further extension of the deadlines the Court had allowed, Dkt. No. 38. The stipulation, which effectively amounts to a request for reconsideration of the Court's order, relies on new information that could have been included in the original stipulation. This serial approach is wasteful and improper. Because it appears that a slightly longer briefing schedule may be warranted, the Court will permit a brief extension of its deadlines, but the parties are cautioned that future serial requests of this sort will be summarily denied and may result in the issuance of an order to show cause re sanctions. The stipulation is granted in part as follows: Defendants' motion to dismiss the FAC remains due on January 14, 2025; Plaintiff's opposition is due on February 7, 2025; Defendants' reply, if any, is due on February 18, 2025; and the motion shall be set for hearing on March 14, 2025.

Date: January 10, 2025

                                                        Stanley Blumenfeld, Jr.
                                                        United States District Judge