VENABLE LLP
Tyler G. Welti (SBN 257993)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
tgwelti@venable.com

Colin B. Vandell (SBN 240653)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
cvandell@venable.com

Mitchell Y. Mirviss (*pro hac vice*)
750 East Pratt Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 244-7412
Facsimile: (410) 244-7742
mymirviss@venable.com

Attorneys for Plaintiff Space Exploration Technologies Corp.

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>Plaintiff,<br><br>v.<br><br>California Coastal Commission, et al.<br><br>Defendants. | Case No. 2:24-cv-08893-SB-SK<br><br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT (L.R. 7-1)**<br><br>Action Filed:            10/15/24<br>SAC Filed:               03/28/25<br>Mot. to Dismiss Filed:   04/11/25<br>Current Hearing Date:    05/09/25 |

STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO DISMISS THE
SECOND AMENDED COMPLAINT

Pursuant to L.R. 7-1, Plaintiff Space Exploration Technologies Corp. ("Plaintiff") and Defendants California Coastal Commission, Caryl Hart, Paloma Aguirre, Dayna Bochco, Justin Cummings, Linda Escalante, Meagan Harmon, Susan Lowenberg, Ann Notthoff, Catherine Rice, Effie Turnbull-Sanders, Roberto Uranga, Mike Wilson, Gretchen Newsom, Kate Huckelbridge, and Cassidy Teufel ("Defendants," and collectively with Plaintiff, the "Parties") stipulate as follows:

WHEREAS, Plaintiff filed a Second Amended Complaint ("SAC") on March 28, 2025 (Dkt. 55).

WHEREAS, Defendants filed a Motion to Dismiss the SAC on April 11, 2025 (Dkt. 56), and set the hearing for May 9, 2025.

WHEREAS, the Parties disagree on whether the noticed hearing date complies with Section 6.b. of the Court's Standing Order. Defendants believe the noticed hearing date complies with the Judge's Standing Order and Local Rule 6-1 because May 9, 2025, was not listed as closed on the Court's website when Defendants filed the Motion to Dismiss and April 11 is not later than twenty-eight (28) days before May 9. Plaintiff believes the noticed hearing date does not comply with the Standing Order, which states that "[h]earing dates are closed at least four weeks in advance," because May 9 is not more than four weeks after April 11, when Defendants filed the Motion to Dismiss. Blumenfeld, J. Standing Order at 6.b.

WHEREAS, under the May 9 hearing date, Plaintiff's deadline to file an opposition to the Motion to Dismiss is April 18, 2025, one week after Defendants filed the Motion to Dismiss. *See* L.R. 7-9.

WHEREAS, the parties met and conferred about the issues raised in the Motion to Dismiss on April 2, 2025. However, the parties did not specifically discuss a hearing date for the motion, briefing timeframes, or any scheduling conflicts before Defendants noticed the Motion to Dismiss for hearing on May 9, 2025. But the Parties have now met and conferred and both sides agree to a

continuance of the hearing date.

WHEREAS, Plaintiff's position is that good cause exists to continue the hearing date in order to extend the deadline for Plaintiff to file its opposition to the Motion to Dismiss. Plaintiff's counsel does not believe one week after receiving the Motion will be enough time to draft the opposition brief and allow for client review given the number and complexity of issues presented. *See* Declaration of Tyler G. Welti, ¶ 3. Additionally, both Plaintiff's counsel on this case and in-house counsel at Plaintiff who are responsible for this matter have scheduling conflicts during this week and next, including work travel, a trial, and pre-planned travel for spring break. *See id.* ¶¶ 3-5.

WHEREAS, the Parties therefore propose to continue the hearing on the Motion to Dismiss until May 30, 2025, which is the next available hearing date.

WHEREAS, Plaintiff proposes that Plaintiff have until May 2, 2025 (21 days) to file an opposition and Defendants have until May 16 (14 days) to file a reply, which would provide Defendants more time for their reply than the default under L.R. 7-11.  Plaintiff's proposal is acceptable to Defendants.

WHEREAS, the Parties' proposed briefing schedule will not otherwise affect any deadlines set by the Court or by any other applicable rules.

WHEREAS, no prejudice would inure to any party by virtue of granting the requested relief and the requested extended briefing schedule would benefit the Court by allowing the Parties to adequately address the issues raised in the Motion to Dismiss.

WHEREAS, this Stipulation is being presented in good faith and not for purposes of delay.

NOW, THEREFORE, the Parties stipulate and agree, by and through their undersigned counsel of record, and subject to the Court's approval, to the following:

1. The hearing on Defendants' Motion to Dismiss the SAC shall be

continued until May 30, 2025;

2. The deadline for Plaintiff to file its opposition brief shall be May 2, 2025;

3. The deadline for Defendants to file their reply brief shall be May 16, 2025;

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 15, 2025                VENABLE LLP

By: */s/ Tyler Welti*
Tyler G. Welti
Colin B. Vandell
Mitchell Y. Mirviss (admitted *pro hac vice*)

Attorneys for Plaintiff Space Exploration Technologies Corp.

Dated: April 15, 2025

By: */s/ David Alderson*
David Alderson
Jessica Bonitz
State of California Department of Justice
Office of the Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
Telephone: (510) 879-0003
Facsimile: (510) 622-2270
david.alderson@doj.ca.gov
jessica.bonitz@doj.ca.gov

Attorneys for Defendants

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that David Alderson, counsel for Defendants, concurs in the content of this filing and has authorized this filing.

Dated: April 15, 2025                        VENABLE LLP

                                             By:   */s/ Tyler Welti*
                                                   Tyler G. Welti
                                                   Colin B. Vandell
                                                   Mitchell Y. Mirviss (admitted *pro hac vice*)

                                             Attorneys for Plaintiff Space Exploration Technologies Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2025, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

                                    */s/ Tyler Welti*
                                    Tyler Welti