VENABLE LLP
Tyler G. Welti (SBN 257993)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
tgwelti@venable.com

Colin B. Vandell (SBN 240653)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
cvandell@venable.com

Mitchell Y. Mirviss (*pro hac vice*)
750 East Pratt Street, 9th Floor
Baltimore, MD  21202
Telephone: (410) 244-7412
Facsimile: (410) 244-7742
mymirviss@venable.com

Attorneys for Plaintiff Space Exploration Technologies Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>Plaintiff,<br><br>v.<br><br>California Coastal Commission, et al.<br><br>Defendants. | Case No. 2:24-cv-08893-SB-SK<br><br>Referred to Magistrate Judge Steve Kim<br><br>**DISCOVERY MATTER:**<br><br>**NOTICE OF MOTION RE: PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS AND INFORMATION WITHELD ON DELIBERATIVE PROCESS PRIVILEGE GROUNDS**<br><br>Courtroom: Room 540<br>Date: December 17, 2025<br>Time: 10:00 a.m.<br><br>Action Filed: 10/15/2024<br>Fact Discovery Cutoff Date: 1/30/2026<br>Pretrial Conference Date: 6/12/2026<br>Trial Date: 6/29/2026 |

**TO ALL PARTIES, AND THEIR ATTORNES OF RECORD:**

PLEASE TAKE NOTICE that on December 17, 2025, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Steve Kim at 255 East Temple Street Los Angeles, California, 90012-3332, Courtroom 540, 5th Floor, Plaintiff Space Exploration Technologies Corporation ("SpaceX") will and hereby moves the Court for an order compelling Defendants to withdraw the assertion of the deliberative process privilege and to produce (1) the documents withheld in Defendants' Privilege Log 3 and (2) any discovery Defendants contend is subject to the deliberative process privilege, including documents, information, and deposition testimony regarding internal discussions and decision-making related to Defendants' regulatory treatment of SpaceX.

SpaceX's Motion is based on this Notice of Motion, the concurrently filed Joint Stipulation re: Plaintiff's Motion to Compel Defendants to Produce Documents and Information Withheld on Deliberative Process Privilege Grounds, and the Declaration of Colin B. Vandell in Support and the exhibits thereto, as well as the argument of counsel, and any other matters properly before the Court.

Pursuant to Local Rule 37-1, the parties met and conferred on the matters in this Motion to Compel on July 17, 2025, August 12, 2025, and October 31, 2025. In addition, pursuant to Judge Kim's Discovery Motions Procedures, attached hereto is a completed Supplemental Certification of Counsel.

Respectfully submitted,

Dated: November 25, 2025        VENABLE LLP

By:   */s/ Tyler G. Welti*
Tyler G. Welti
Colin B. Vandell
Mitchell Y. Mirviss (admitted *pro hac vice*)
Attorneys for Plaintiff Space Exploration Technologies Corp

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

                                         */s/ Tyler Welti*
                                         Tyler Welti