UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-8893-SB (SKx)                                         Date: November 27, 2025
Title   Space Exploration Techs. Corp. v. Cal. Coastal Comm'n, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

|  Connie Chung  |  n/a  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:                 Attorneys Present for Defendants:

None present                                                  None present

**Proceedings:**        (IN CHAMBERS) **ORDER REQUIRING IN CAMERA DISCLOSURE OF DOCUMENTS WITHHELD UNDER DELIBERATIVE PROCESS PRIVILEGE**

    Defendant California Coastal Commission is ordered to complete its ongoing review of the disputed documents withheld under the deliberative process privilege as soon as possible, and to carefully scrutinize and disclose without need for court order any withheld documents that (all else equal) can be adequately protected by the stipulated protective order.

    For any remaining documents that the Commission believes strongly will withstand the court's exacting—document-by-document, page-by-page—scrutiny under the elements for application of the conditional deliberative process privilege, the Commission is ordered to provide that subset of withheld documents (unredacted if any parts are redacted) in camera with an updated privilege log and (if not already there) unique bates-numbering for each document listed on the updated log.  The updated log should be provided in native excel format, so that the court can add a column for its own orders.

    The thumb drive or other digital media with such in camera documents shall be delivered to the clerk's office by no later than 3 PM PT on December 3, 2025.  The Commission should also file a notice of in camera lodging on the public court docket at the same time, with an abbreviated pdf of the withheld documents listed on the updated privilege log, showing only identifying document name/type, bates-numbering, and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-8893-SB (SKx)                                         Date: November 27, 2025

Title          Space Exploration Techs. Corp. v. Cal. Coastal Comm'n, et al.

other basic information that can be publicly disclosed without necessarily undermining the claimed deliberative process privilege itself.

If it will ease the court's review and help the parties resolve any disputes over future documents or discovery that might also involve assertions of the deliberative process privilege, the Commission is encouraged to categorize the withheld documents on the updated privilege log by subject matter, date range, or any other logical categorization that it believes would apply to future document productions or discovery responses.

IT IS SO ORDERED.