Rob Bonta
Attorney General of California
David G. Alderson
Supervising Deputy Attorney General
State Bar No. 231597
Paul Batcher
Deputy Attorney General
State Bar No. 266928
Jessica A. Bonitz
Deputy Attorney General
State Bar No. 348048
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0003
 Fax:  (510) 622-2270
 E-mail:  David.Alderson@doj.ca.gov
 E-mail:  Paul.Batcher@doj.ca.gov
 E-mail:  Jessica.Bonitz@doj.ca.gov
*Attorneys for Defendants
California Coastal Commission et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Space Exploration Technologies Corp.**,<br><br>Plaintiff,<br><br>v.<br><br>**California Coastal Commission et al.**,<br><br>Defendants. | Case No. 2:24-cv-08893 SB (SKx)<br><br>**NOTICE OF IN CAMERA LODGING OF DOCUMENTS**<br><br>Courtroom: Room 540<br>Date: December 17, 2025<br>Time: 10:00 a.m.<br><br>Action Filed: 10/15/2024<br>Fact Discovery Cutoff Date: 1/30/2026<br>Pretrial Conference Date: 6/12/2026<br>Trial Date: 6/29/2026 |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's November 27, 2025, Order Requiring In Camera Disclosure of Documents Withheld Under Deliberative Process Privilege (Dkt. No. 74), Defendants have lodged with the Court copies of the documents at issue in the Parties' Joint Stipulation Re: Plaintiff's Motion to Compel Defendants to Produce Documents and Information Withheld on Deliberative Process Privilege Grounds ("Joint Motion") (Dkt. No. 73). Defendants have also lodged a native Excel version of the privilege log for these documents. The documents on this log are organized by subject matter category, following the organizational structure of the Declaration of Kate Huckelbridge in Support of Defendants' Deliberative Process Privilege Assertions (Dkt. No. 73-16). A PDF copy of this privilege log is attached hereto as Exhibit A.

Defendants note that they lodged unredacted versions of the documents, as ordered by the Court. Documents containing both privileged and non-privileged material were lodged in both redacted and unredacted forms to aid the Court in identifying the specific portion of each such document that Defendants contend is protected by the deliberative process privilege.

Several of the documents submitted for review also contain material protected by the attorney-client privilege. For these documents, the attorney-client privileged material is identified by "transparent redactions," which marks the material as "Redacted," but does not obscure the material. To the extent the Court orders production of any of these documents, Defendants request that the Court permit Defendants to redact and not produce the portions of the documents protected by the attorney-client privilege, the application of which Plaintiff has not challenged in this motion.

Defendants also note that certain documents containing tracked changes were erroneously Bates numbered using versions of the documents without the tracked changes visible. Defendants lodged with the Court corrected versions of these

documents with the tracked changes visible, but this caused a discrepancy in the Bates numbering.  The chart attached as Exhibit B sets forth the original and corrected Bates numbering for these documents.  So that the Bates number references in the Joint Motion and the supporting documents remain accurate, the beginning Bates number for all the disputed documents remains the same.

Additionally, Defendants have continued their review of the disputed documents and identified four additional documents that will be produced under the protective order:  PRIVCCC-00003914, PRIVCCC-00005229, PRIVCCC-00005308, and PRIVCCC-00006511.  These documents are no longer listed on the privilege log, and are no longer in dispute.

Dated:  December 3, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California

_____/s/ Paul Batcher_____
DAVID G. ALDERSON
Supervising Deputy Attorney General
PAUL BATCHER
Deputy Attorney General
JESSICA A. BONITZ
Deputy Attorney General
*Attorneys for Defendants California Coastal Commission et al.*

OK2024605276

3

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Space Exploration Technologies Corp. v. California Coastal Commission et al.** | No. | **2:24-cv-08893 SB (SKx)** |

I hereby certify that on <u>December 3, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

NOTICE OF IN CAMERA LODGING OF DOCUMENTS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 3, 2025</u>, at San Diego, California.

| J. Llorens | *[signature]* |
|---|---|
| Declarant | Signature |

OK2024605276
85469174.docx