VENABLE LLP
Tyler G. Welti (SBN 257993)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
tgwelti@venable.com

Colin B. Vandell (SBN 240653)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
cvandell@venable.com

Mitchell Y. Mirviss (*pro hac vice*)
750 East Pratt Street, 9th Floor
Baltimore, MD 21202
Telephone: (410) 244-7412
Facsimile: (410) 244-7742
mymirviss@venable.com

Attorneys for Plaintiff Space Exploration Technologies Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA COASTAL COMMISSION, et al.,<br><br>Defendants. | Case No. 2:24-cv-08893-SB-SK<br><br>Referred to Magistrate Judge Steve Kim<br><br>**DISCOVERY MATTER:**<br><br>**DECLARATION OF COLIN B. VANDELL IN SUPPORT OF SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**<br><br>Judge: S. Kim<br>Date: December 17, 2025<br>Time: 10:00 a.m.<br><br>Action Filed: 10/15/2024<br>Fact Discovery Cutoff Date: 1/30/2026<br>Pretrial Conference Date: 6/12/2026<br>Trial Date: 6/29/2026 |

I, Colin B. Vandell, declare as follows:

1. I am a partner at Venable LLP and counsel for Plaintiff Space Exploration Technologies Corp. ("SpaceX") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify to them. I submit this declaration and the accompanying exhibit in support of the Supplemental Memorandum in Support of Plaintiff's Motion to Compel.

2. Since May 12, 2025, Defendants have been producing documents on a rolling basis. On November 2, 2025, Defendants' production included a limited set of text messages, among other things.

3. On or about November 20, 2025, our review of Defendants' November production uncovered an October 26, 2024 text message exchange between at least Defendants Caryl Hart (former Commission Chair) and Dayna Bochco (Commissioner). In that exchange, Hart instructed Bochco (and potentially others) to "delete these texts" and to "just delete this thread now… For obvious reasons," and it appears that both did, given that Defendants' counsel has stated Bochco produced only text messages from Hart, and Hart did not produce any. Defendants initially designated these text messages as confidential.

4. In light of these text messages, which were sent after SpaceX filed its Complaint, as well as numerous other spoliation and discovery issues, we sent a meet-and-confer letter regarding Defendants' spoliation on November 24, 2025.

5. Due to the Thanksgiving holiday, the Parties met and conferred on Monday, December 1, 2025. During the meet and confer, Defendants agreed to consider de-designating and unredacting the exchange between Hart and Bochco.

6. On Wednesday, December 3, 2025, Defendants produced a de-designated and unredacted copy of these text messages. A true and correct copy is attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of December 2025, in Los Angeles, California.

                         */s/ Colin Vandell*
                         Colin B. Vandell