# Exhibit A

9/29/2025

## Conversation details

Participants: 3

Time period: 3/10/2023 - 7/8/2025

Artifact count: 95

Persons: 3

| | | |
|---|---|---|
| Caryl Hart | Tel + ████ 0062 | |
| Unknown #0203 | Tel + ████ 1492 | |
| dayna | Tel + ████ 1492 | |

## Conversation details

Participants: 3

Time period: 3/10/2023 - 7/8/2025

Artifact count: 95

9/29/2025

---

**#1**                                                    Incoming    Apple Messages

Chat

> Wrapping up… last item.  6pm should be good.  I love Catamaran too! Hopefully we can sit outside.

10/10/2024          CARYL HART                              Dayna Bochco
5:31:34 PM

---

**#2**                                                    Incoming    Apple Messages

Chat

> Stuck in meeting… hopefully commissioner comments will conclude soon

10/10/2024          CARYL HART                              Dayna Bochco
6:12:09 PM

---

**#3**                                                    Incoming    Apple Messages

Chat

> Yes, this is an unfortunate narrative, although the decision was based on the need for SpaceX to get a coastal development permit. Unfortunately, I have gotten a number of very vile emails from Musk supporters. Staff is looking into it and giving me support but it's pretty horrible.

10/14/2024          CARYL HART                              Dayna Bochco
10:10:13 AM

---

**#4**                                                    Incoming    Apple Messages

Chat

> Coastal staff is dealing with it… For now I am not going to be reviewing any Coastal emails.

10/14/2024          CARYL HART                              Dayna Bochco
10:27:21 AM

---

**#5**                                                    Incoming    Apple Messages

Chat

> Looks great!

10/26/2024          CARYL HART                              Dayna Bochco
3:17:44 PM

---

**#6**                                                    Incoming    Apple Messages

Chat

> I'm reading the life impossible right now by the guy who wrote midnight library and it's really good

10/26/2024          CARYL HART                              Dayna Bochco
5:28:22 PM

---

9/29/2025

**#1**                                                          Incoming    Apple
                                                                           Messages

Chat

> You're on a vacation in Mexico! And no photos??
> Please!

10/26/2024          CARYL HART                                  Dayna Bochco
5:43:33 PM

**#2**                                                          Incoming    Apple
                                                                           Messages

Chat

> Where did this come from Sara? I'm waiting for an
> apology from Bill maier and Newsom. By the way,
> delete these texts.

10/26/2024          CARYL HART                                  Dayna Bochco
5:50:02 PM

**#3**                                                          Incoming    Apple
                                                                           Messages

Chat

> Maher

10/26/2024          CARYL HART                                  Dayna Bochco
5:50:07 PM

**#4**                                                          Incoming    Apple
                                                                           Messages

Chat

> Awesome!

10/26/2024          CARYL HART                                  Dayna Bochco
5:50:30 PM

**#5**                                                          Incoming    Apple
                                                                           Messages

Chat

> I did think we would be vindicated, but I had no idea it
> would be this soon😁 just delete this thread now…
> For obvious reasons

10/26/2024          CARYL HART                                  Dayna Bochco
5:51:07 PM

**#6**                                                          Incoming    Apple
                                                                           Messages

Chat

> Uggghh

11/7/2024           CARYL HART                                  Dayna Bochco
7:19:25 AM

**#7**                                                          Incoming    Apple
                                                                           Messages

Chat

> Jen, we will all be thinking about you today and Katie
> that was right on. You should write an opinion piece!

11/7/2024           CARYL HART                                  Dayna Bochco
8:14:36 AM