UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.,<br><br>Plaintiff,<br><br>v.<br><br>California Coastal Commission et al.,<br><br>Defendants. | Case No. 2:24-cv-08893 SB (SKx)<br><br>ORDER CONTINUING DEADLINES<br><br>Orig. Compl.:          10/15/24<br>Orig. Resp. Pldg.:   1/14/25 |

The Court grants the parties' joint motion to continue the deadlines in the case management order (Dkt. No. 78). Although the parties have already been given one prior continuance, it appears that they have proceeded with diligence and that discovery could not be completed within the time allowed due at least in part to circumstances outside their control. The parties should not expect any further continuances.[1] Accordingly, the Court modifies the deadlines in this case by adopting the Proposed Dates in the table below.

---

[1] The parties state that they intend to meet and confer and propose a summary judgment briefing schedule that allows time for them to respond to the briefs of amici who wish to move for leave to file briefs. Neither the parties nor potential amici should proceed on the assumption that the Court will necessarily grant leave; the Court will assess the usefulness of any proposed amicus brief when leave is sought. *See Mills v. Molina Healthcare, Inc.*, No. 2:22-CV-01813-SB, 2022 WL 17825534, at *3 (C.D. Cal. Dec. 8, 2022) (denying leave to file amicus brief because "the Court does not find [its] arguments useful"). The parties are free to propose a modified briefing schedule, provided that the requested July 10 hearing date will not be extended further and any protraction of the briefing schedule must be achieved by filing the motion earlier.

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Trial** | 03/09/26 | 06/29/26 | 10/05/26 |
| **Pretrial Conference** | 02/20/26 | 06/12/26 | 09/18/26 |
| **Mot. to Amend Pleadings** | 05/16/25 | N/A | N/A |
| **Fact Discovery Cutoff** | 10/17/25 | 01/30/26 | 04/03/26 |
| **Expert Discovery Cutoff** | 11/14/25 | 02/27/26 | 04/24/26 |
|    Initial Expert Disclosures | 10/3/25 | 01/23/26 | 03/27/26 |
|    Rebuttal Expert Disclosures | 10/17/25 | 02/13/26 | 04/10/26 |
| **Discovery Motion Hearing Cutoff** | 11/14/25 | 02/27/26 | 04/03/26[2] |
| **Non-Discovery Motion Hearing Cutoff** | 11/28/25 | 03/27/26 | 07/10/26 |
| **Settlement Conf. Deadline** | 12/12/25 | 04/10/26 | 07/24/26 |
| **Post-Settle. Conf.** (Report due 7 days before) | 12/26/25 | 04/24/26 | 08/07/26 |
| **Trial Filings (1st Set)** | 01/23/26 | 05/15/26 | 08/21/26 |
| **Trial Filings (2nd Set)** | 02/06/26 | 05/29/26 | 08/28/26 |

Dated: January 15, 2026

_____
**Stanley Blumenfeld, Jr.**
**United States District Judge**

---

[2] Motions involving fact discovery must be heard by the Fact Discovery Cutoff.