VENABLE LLP
Tyler G. Welti (SBN 257993)
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755
tgwelti@venable.com

Colin B. Vandell (SBN 240653)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
cvandell@venable.com

Mitchell Y. Mirviss (*pro hac vice*)
750 East Pratt Street, 9th Floor
Baltimore, MD  21202
Telephone: (410) 244-7412
Facsimile: (410) 244-7742
mymirviss@venable.com

Attorneys for Plaintiff Space Exploration Technologies Corp.

**[Additional Counsel on Signature Page]**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | Case No. 2:24-cv-08893-SB-SK |
| Space Exploration Technologies Corp.<br><br>Plaintiff,<br><br>v.<br><br>California Coastal Commission, et al.<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii), EFFECTIVE ONLY UPON ENTRY OF ORDER RETAINING JURISDICTION OVER SETTLEMENT AGREEMENT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Space Exploration Technologies Corp. ("Plaintiff"), and Defendants Caryl Hart, Dayna Bochco, Linda Escalante, Meagan Harmon, Ann Notthoff, Jaime Lee, Susan Lowenberg, Mike Wilson, Kate Huckelbridge, Cassidy Teufel, Ariel Kelley, Jose Preciado, Raymond A. Jackson, Christopher Lopez, Suzanne Smith, and the California Coastal Commission (collectively, "Settling Defendants"), and Defendants Paloma Aguirre, Justin Cummings, Catherine Rice, Effie Turnbull-Sanders, Roberto Uranga, and Gretchen Newsom (collectively with Settling Defendants, "Defendants") (Defendants with Plaintiff, "Parties"), by and through their undersigned counsel of record, stipulate as follows:

WHEREAS, Plaintiff and the Settling Defendants have reached a conditional agreement to settle all claims (Exhibit A) and stipulate to the dismissal of the above-captioned action in its entirety with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), effective only upon the Court entering the attached proposed Order (Exhibit B) retaining jurisdiction to resolve any motions to interpret, terminate, enforce, or modify the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994);

WHEREAS, the settlement agreement will have no force or effect if the Court declines to retain jurisdiction;

WHEREAS, Defendants have filed an Application to File Settlement Agreement Provisionally Under Seal, which proposes that the settlement agreement would be publicly filed if the Court retains jurisdiction to resolve any motions to interpret, terminate, enforce, or modify the settlement agreement.

NOW, THEREFORE, the Parties stipulate and agree, by and through their undersigned counsel of record, and subject to the Court's approval, as follows:

1.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties conditionally stipulate to dismissal of the above-captioned action in its entirety with prejudice, effective only upon entry of the attached proposed Order retaining jurisdiction to

resolve any motions to interpret, terminate, enforce, or modify the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994);

2.    If the Court enters the proposed Order, the settlement agreement will no longer be confidential and will be unsealed and filed on the public docket;

3.    If the Court does not enter the proposed Order, this stipulation and the settlement agreement shall be of no force or effect, and the action shall remain pending.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 16, 2026          VENABLE LLP

By:    */s/ Tyler G. Welti*
Tyler G. Welti
Colin B. Vandell
Mitchell Y. Mirviss (admitted *pro hac vice*)

Attorneys for Plaintiff Space Exploration Technologies Corp.

Dated: April 16, 2026          ROB BONTA
ATTORNEY GENERAL OF CALIFORNIA

By:

*/s/ David G. Alderson*

DAVID G. ALDERSON
Supervising Deputy Attorney General
PAUL BATCHER
Deputy Attorney General
JESSICA A. BONITZ
Deputy Attorney General

*Attorneys for Defendants California Coastal Commission et al.*

-3-
JOINT STIPULATION OF CONDITIONAL DISMISSAL

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that David Alderson, counsel for Defendants, concurs in the content of this filing and has authorized this filing.

Dated: April 16, 2026                    VENABLE LLP

                                By:    */s/ Tyler G. Welti*
                                       Tyler G. Welti
                                       Colin B. Vandell
                                       Mitchell Y. Mirviss (admitted *pro hac vice*)

                                       Attorneys for Plaintiff Space Exploration Technologies Corp.

JOINT STIPULATION OF CONDITIONAL DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel who have entered an appearance in this action.

*/s/ Tyler Welti*
Tyler Welti

JOINT STIPULATION OF CONDITIONAL DISMISSAL