# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Space Exploration Technologies Corp.<br><br>Plaintiff,<br><br>v.<br><br>California Coastal Commission, et al.<br><br>Defendants. | Case No. 2:24-cv-08893-SB-SK<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Dkt. No. 87, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice.
2. The parties' settlement agreement is unsealed and shall be entered into the public docket.
3. The Court retains jurisdiction to resolve any motions to interpret, terminate, enforce, or modify the parties' settlement agreement.

IT IS SO ORDERED.

Date: April 17, 2026



_____

Stanley Blumenfeld, Jr.
United States District Judge