# Exhibit C

STATE OF CALIFORNIA – CALIFORNIA NATURAL RESOURCES AGENCY                    GAVIN NEWSOM, *GOVERNOR*

## CALIFORNIA COASTAL COMMISSION

455 MARKET STREET, SUITE 300
SAN FRANCISCO, CA  94105-2421
VOICE  (415)  904- 5200
FAX (415) 904-5400
TDD (415) 597-5885
WWW.COASTAL.CA.GOV



***Space Exploration Technologies Corp. v. California Coastal Commission, et al.***

April 8, 2026

Space Exploration Technologies, Corp. ("SpaceX")
1 Rocket Road
Hawthorne, CA 90250

Dear SpaceX,

In October 2024, SpaceX filed the lawsuit referenced above against the Commission. The parties agreed to settle the lawsuit, and this letter is provided per the settlement agreement.

The mission of the California Coastal Commission is to protect and enhance California's coast and ocean for present and future generations. One of the ways the Commission carries out its mission is through the consistency review process in the federal Coastal Zone Management Act.

In 2024, the Commission reviewed consistency determinations by the U.S. Space Force for SpaceX's Falcon 9 launch program at Vandenberg Space Force Base. During that review, some Commissioners made negative comments about SpaceX's labor practices and its Chief Executive Officer's political views. The Commission acknowledges that these political comments were irrelevant to the Commission's consistency review and were improper, and the Commissioners apologize for those comments.

DocuSigned by:

*Caryl Hart*

4DDFA2381E374AF

Dr. Caryl Hart, Vice Chair

EXHIBIT C TO SETTLEMENT AGREEMENT